IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MICHAEL J. PHILBIN )
13900 Congress Drive )
Rockville, MD 20853 )
)
Plaintiff )       06-000211
)
v. )       Civil Action No. _____
)
THE WACKENHUT CORPORATION )
Serve: )
    Prentice-Hall Corporation )
    System, Inc. )
    1090 Vermont Avenue, N.W. )
    Washington, DC 20005 )
)
and )
)
WACKENHUT SERVICES, INC. )
Serve: )
    Prentice-Hall Corporation )
    System, Inc. )
    1090 Vermont Avenue, N.W. )
    Washington, DC 20005 )
)
and )
)
THE BRICKMAN GROUP, LTD. )
Serve: )
    CT Corporation System )
    1015 15th Street, N.W. )
    Suite 1000 )
    Washington, DC 20005 )
)
    Defendants )

RECEIVED
Civil Clerk's Office
JAN 1 3 2006
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT
(Personal Injury - Slip and Fall)

### COUNT I
(Negligence - Wackenhut)

1. Jurisdiction in this Court is founded upon District of Columbia Code § 11-921, 13-423, and 13-424 (1988 ed.), whereby persons sustaining injuries in the District of

LAW OFFICES
AFT & GEREL, LLP

SUITE 400
XO L STREET, N W
IINGTON, D C 20036

202-783-6400
JX 202-416-6392

SUITE 550
O SEMINARY ROAD
KANDRIA, VA 22311

703-931-5500
X 703-820-0630

SUITE 1002
E CENTRAL PLAZA
XO ROCKVILLE PIKE
KVILLE, MD 20852

301-770-3737
JX 301-881-6132

SUITE 301
FRO 400 BUILDING
GARDEN CITY DRIVE
IDOVER, MD 20785

301-459-6400
JX 301-459-1366

SUITE 1212
T BALTIMORE STREET
TIMORE, MD 21202

410-539-1122
JX 410-547-1261

 

Columbia caused by a negligent act or omission of another may seek remedy in the Superior Court.

2. Defendants, Wackenhut Corporation, Wackenhut Services, Inc., and Brickman Group, Ltd., at all times relevant herein, had pursuant to contract with the Federal Government, been the property managers of the Naval Security Station, Northwest Complex, located at Massachusetts and Nebraska Avenues in Northwest Washington, DC.

3. On or about February 26, 2003, the Plaintiff, Michael J. Philbin, was lawfully and properly walking from his parked truck to the entrance to the facility at the above-referenced Naval Security Station, when, while exercising due care and without any contributory negligence on his part, the Plaintiff slipped and fell on a patch of ice which had been covered and concealed by a light dusting of snow.

4. That the ice present in the parking lot at that time had formed as a result of the repeated daytime melting of snow from a snowfall weeks earlier which then repeatedly re-froze at night and was not removed by Defendants, Wackenhut Corporation or Wackenhut Services, Inc., nor was sand or salt used to cure this dangerous condition although such condition had been in place for some time.

5. That the Plaintiff's fall occurred in an area managed and controlled by Defendants, Wackenhut Corporation and/or Wackenhut Services, Inc..

6. That Defendants, Wackenhut Corporation and/or Wackenhut Services, Inc., as property manager(s) of the subject premises owed a duty to Plaintiff to use reasonable care under the circumstances; to properly inspect, clean, maintain and timely remove all hazards from the premises so as to reasonably provide for the safety

W OFFICES
T & GEREL, LLP

SUITE 400
_ STREET, N W
TON, DC 20036

-783-6400
C2-416-6392

SUITE 650
SEMINARY ROAD
NORIA, VA 22311

03-931-5500
703-820-0650

SUITE 1002
CENTRAL PLAZA
ROCKVILLE PIKE
VILLE, MD 20852

51-770-3737
301-881-6132

SUITE 301
0 400 BUILDING
ARDEN CITY DRIVE
VER, MD 20785

01-459-8400
301-459-1364

SUITE 1219
BALTIMORE STREET
MORE, MD 21202

10-539-1122
410-547-1281



of all persons lawfully upon and using the parking lot; to reasonably protect all persons using the parking lot from unsafe conditions of which it knew or had reason to know ; to warn all persons who might be walking in the area where the Plaintiff, Michael J. Philbin, fell, and/or to post signs and/or rope off the area, or otherwise warn of or remedy said dangerous condition.

7.  That Defendants, Wackenhut Corporation and/or Wackenhut Services, Inc., and/or its employees, servants and agents, breached their duty to use reasonable care under the circumstances; failed to properly inspect, clean, maintain and remove all hazards from the premises so as to reasonably provide for the safety of all persons lawfully upon and using the parking lot; failed to reasonably protect all persons using the parking lot from unsafe conditions of which it knew or had reason to know; failed to warn all persons who might be walking in the area where the Plaintiff, Michael J. Philbin, fell, and/or to post signs and/or rope off the area, or otherwise failed to warn of or remedy said dangerous condition.

8.  That the subject incident was the direct and proximate result of the above-described negligence of the Defendants.

9.  As a direct and proximate result of the negligence of Defendants, Wackenhut Corporation and Wackenhut Services, Inc., Plaintiff sustained serious and permanent injury, disfigurement, past medical expenses, will continue in the future to incur substantial expenses for medical treatment and care and has suffered and will continue in the future to suffer great physical and mental pain and suffering and loss of wages and earning capacity.

WHEREFORE, the Plaintiff, Michael J. Philbin, demands judgment against

FFICES
AFT & GEREL, LLP

SUITE 400
00 L STREET, N W
INGTON, D.C. 20036

202-783-6400
AX 202-416-6392

SUITE 550
00 SEMINARY ROAD
XANDRIA, VA 22311

703-931-5500
AX 703-820-0830

SUITE 1002
E CENTRAL PLAZA
00 ROCKVILLE PIKE
CKVILLE, MD 20852

30 -770-3737
AX 301-770-3737

SUITE 301
TRO 400 BUILDING
GARDEN CITY DRIVE
+DOVER, MD 20785

301-459-8400
AX 301-459-1364

SUITE 1212
MORE STREET
., MD 21202

410-539-1122
AX 410-547-1261




Defendants, Wackenhut Corporation and Wackenhut Services, Inc., in the full and just amount of One Million Dollars ($1,000,000.00) plus interest and costs of this suit.

### COUNT II
(Negligence - The Brickman Group)

The plaintiff hereby adopts and incorporates all of the allegations contained in Count I of the complaint, above, and further alleges that:

10. Plaintiff's fall occurred in an area which, persuant to contract, was also under the joint control and management of Defendant, The Brickman Group, Ltd..

11. Defendant, The Brickman Group, Ltd., its agents, servants, and/or employees owed a duty to the plaintiff to use reasonable care under the circumstances; to properly inspect, clean, maintain and timely remove all hazards from the premises so as to reasonably provide for the safety of all persons lawfully upon and using the parking lot; to reasonably protect all persons using the parking lot from unsafe conditions of which it knew or had reason to know; to warn all persons who might be walking in the area where Plaintiff fell, and/or to post signs and/or rope off the area, or otherwise warn of or remedy said dangerous condition.

12. That Defendant, The Brickman Group, Ltd., and/or its employees, servants and agents, breached their duty to use reasonable care under the circumstances; failed to properly inspect, clean, maintain and remove all hazards from the premises so as to reasonably provide for the safety of all persons lawfully upon and using the parking lot; failed to reasonably protect all persons using the parking lot from unsafe conditions of which it knew or had reason to know; failed to warn all persons who might be walking in the area where the Plaintiff fell, and/or to post signs and/or rope off the area, or otherwise failed to warn of or remedy said dangerous condition.

FFICES
RAFT & GEREL, LLP

SUITE 400
OO L STREET, N W
HINGTON, D C, 20036

202-793-6400
AX 202-416-6392

SUITE 650
O SEMINARY ROAD
XANDRIA, VA 22311

703-931-5500
AX 703-626-0630

SUITE 1002
IE CENTRAL PLAZA
OO ROCKVILLE PIKE
CKVILLE, MD 20852

301-770-3737
AX 301-881-6132

SUITE 301
TRO 400 BUILDING
GARDEN CITY DRIVE
NDOVER, MD 20785

301-459-8400
AX 301-459-1364

SUITE 1313
   IMORE STREET
   , MD 21202

410-539-1122
AX 410-547-1261

 

13.   That the subject incident was the direct and proximate result of the above-described negligence of the Defendants.

14.   As a direct and proximate result of the negligence of Defendant, The Brickman Group, Ltd., Plaintiff sustained serious and permanent injury, disfigurement, past medical expenses, will continue in the future to incur substantial expenses for medical treatment and care and has suffered and will continue in the future to suffer great physical and mental pain and suffering and loss of wages and earning capacity.

WHEREFORE, Plaintiff, Michael J. Philbin, demands judgment against the Defendant, The Brickman Group, Ltd., in the full and just amount of One Million Dollars ($1,000,000.00) plus interest and costs of this suit.

Respectfully submitted,

ASHCRAFT & GEREL

Robert G. Samet, 963587
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, Maryland 20852
(301) 770-3737

Jerry D. Spitz, 473137
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
202-783-6400
Attorneys for Plaintiff

FFICES
RAFT & GEREL, LLP

SUITE 400
00 L STREET, N W
HINGTON, D.C 20036

202-783-6400
AX. 202-416-6392

SUITE 650
00 SEMINARY ROAD
XANDRIA, VA 22311

703-931-5500
AX 703-820-0630

SUITE 1002
E CENTRAL PLAZA
00 ROCKVILLE PIKE
CKVILLE, MD 20852

301-770-3737
AX 301-881-6132

SUITE 301
TRO 400 BUILDING
GARDEN CITY DRIVE
NDOVER, MD 20785

301-459-8400
AX 301-459-1364

SUITE 1212
MORE STREET
., MD 21202

410-539-1122
AX 410-547-1261

PLAINTIFF DEMANDS A TRIAL BY JURY OF 6 AS TO ALL ISSUES.

_____
Robert G. Samet

FFICES

RAFT & GEREL, LLP

SUITE 400
00 L STREET, N W
-IINGTON, D.C. 20036

202-783-6400
AX. 202-416-6392

SUITE 650
00 SEMINARY ROAD
XANDRIA, VA 22311

703-631-5500
AX 703-620-0630

SUITE 1002
E CENTRAL PLAZA
00 ROCKVILLE PIKE
CKVILLE, MD 20852

301-770-3737
AX 301-881-6132

SUITE 301
TRO 400 BUILDING
GARDEN CITY DRIVE
NDOVER, MD 20785

301-459-8400
AX 301-459-1364

SUITE 1312
MORE STREET
MD 21202

410-539-1122
AX 410-547-1261

CA Form 1

# Superior Court of the District of Columbia

### CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001  Telephone: 879-1133

Michael J. Ehulbin
13900 Congress Drive
Rockville  MD 20853              *Plaintiff*

vs.

The Hackerbot Corporatio.
Serve: Prentice Hall Corporation
System, Inc.
1090 Vermont Ave.  NW          *Defendant*
Washington  DC 2000.

06-0000.21

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Jerry D  Spit
Name of Plaintiff's Attorney

2000 L St.  NW, ste. 40.
Address
Washington  D  20036
W

2021 783-04 0
Telephone

By _____
Deputy Clerk

Date _____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6) 464/May 03

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE. OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO. A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS. YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ES-TATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly con-tact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W.. for more information concerning places where you may ask for such help.





**CSC**

CORPORATION SERVICE COMPANY®

## Notice of Service of Process

AWA / ALL
Transmittal Number: 4320595
Date Processed: 01/18/2006

| | |
|---|---|
| Primary Contact: | Ms. Jackie Stankard<br>The Wackenhut Corporation<br>4200 Wackenhut Drive<br>Suite 100<br>Palm Beach, FL 33410-4243 |

| | |
|---|---|
| Entity: | The Wackenhut Corporation<br>Entity ID Number  0514713 |
| Entity Served: | The Wackenhut Corporation |
| Title of Action: | Michael J. Philbin vs. The Wackenhut Corporation |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Superior Court of the District of Columbia - Civil Division, District Of Columbia |
| Case Number: | 06-0000214 |
| Jurisdiction Served: | District Of Columbia |
| Date Served on CSC: | 01/18/2006 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Robert G. Samet<br>301-770-3737 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com