IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN<br>13900 Congress Drive<br>Rockville, Maryland 20853 : <br><br>  Plaintiff : <br><br>  v. : <br><br> THE WACKENHUT CORPORATION :<br>c/o Prentice-Hall Corporation<br>System, Inc. :<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 :<br><br>  and :<br><br>WACKENHUT SERVICES, INC. :<br>c/o Prentice-Hall Corporation<br>System, Inc. :<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 :<br><br>  and :<br><br>THE BRICKMAN GROUP, LTD. :<br>c/o CT Corporation System<br>1015 15th Street, N.W., Suite 1000 :<br>Washington, D.C. 20005<br><br>  Defendants : | Civil Action No: 2006 CA 000214 B<br>Judge Russell F. Canan<br>Next Date:   ISC 4/14/06 @ 9:30 a.m. |

### ANSWER OF DEFENDANT THE BRICKMAN GROUP, LTD.

The Defendant, The Brickman Group, Ltd., by and through its attorneys, Armstrong, Donohue, Ceppos & Vaughan, Chartered, and in response to the allegations in the Complaint filed herein, states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can

be granted.

## SECOND DEFENSE

In response to the separately numbered paragraphs in the Complaint filed herein, this Defendant responds as follows:

### A. Count I

1. This Defendant admits that the Court has jurisdiction over this matter. All other allegations in paragraph 1 are denied.

2. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 2, and therefore denies same at this time.

3. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 3, and therefore denies same at this time.

4. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 4, and therefore denies same at this time.

5. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 5, and therefore denies same at this time.

6. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 6, and therefore denies same at this time.

7. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 7, and therefore denies same at this time.

8. This Defendant currently lacks sufficient knowledge and information to form a belief concerning the accuracy of the allegations in paragraph 8, and therefore denies same at this time.

9. Denied.

## B. COUNT II

This Defendant incorporates herein by reference all foregoing responses to the allegations in paragraphs 1-9 of the Complaint.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

## THIRD DEFENSE

The Plaintiff's claims are barred by contributory negligence.

## FOURTH DEFENSE

The Plaintiff's claims are barred by assumption of risk.

## FIFTH DEFENSE

The Plaintiff's claimed injuries and damages are not attributable to the incident in question.

### SIXTH DEFENSE

The Plaintiff's claimed injuries and damages were not proximately caused by any negligent acts or omissions on the part of this Defendant.

### SEVENTH DEFENSE

The Plaintiff's claims are barred by the statute of limitations.

### EIGHTH DEFENSE

The Plaintiff's claims are barred by the exclusive remedy doctrine.

ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED

_/s/ H. Patrick Donohue_
H. Patrick Donohue   #279687
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
Attorney for Defendant,
The Brickman Group, Ltd.

### JURY DEMAND

The Defendant, The Brickman Group, Ltd., demands trial by jury of all issues herein.

_/s/ H. Patrick Donohue_
H. Patrick Donohue   #279687

-4-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF DEFENDANT THE BRICKMAN GROUP, LTD. was mailed, via first class mail on this 25th day of January, 2006 to:

Jerry D. Spitz, Esquire
2000 L Street, N.W., Suite 400
Washington, D.C. 20036

Robert G. Samet, Esquire
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, Maryland 20852
*Attorneys for Plaintiff*

The Wackenhut Corporation
c/o Prentice-Hall Corporation System, Inc.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

Wackenhut Services, Inc.
c/o Prentice-Hall Corporation System, Inc.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

_____
H. Patrick Donohue   #279687