IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN,<br><br>　　　Plaintiff,<br>v.<br><br>THE WACKENHUT CORPORATION, et al.,<br><br>　　　Defendants. | Civil Action No.:  06-0242 (CKK) |

ERRATA NOTICE

On February 10, 2006, I (as attorney for the defendants, The Wackenhut Corporation and Wackenhut Services, Incorporated) filed a Notice of Removal which referenced an attached Exhibit A in paragraph 3.  Exhibit A was supposed to be a copy of the electronically available corporate information for the co-defendant, The Brickman Group, LTD., obtained from filings made by it with the District of Columbia and with the State of Maryland.  However, I inadvertently failed to attach the Exhibit A and have now corrected that mistake by filing the Exhibit A with this Errata Notice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JORDAN COYNE & SAVITS, L.L.P.

　　　　　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Deborah Murrell Whelihan, #412454
　　　　　　　　　　　　　　　　　　　　　1100 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　(202) 296-4747

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants The
　　　　　　　　　　　　　　　　　　　　　　Wackenhut Corporation and
　　　　　　　　　　　　　　　　　　　　　　Wackenhut Services, Incorporated

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Errata Notice and Exhibit A was mailed, postage prepaid, this 15<u>th</u> day of February, 2006, to:

>Robert G. Samet, Esquire,
>ASHCRAFT & GEREL, LLP
>One Central Plaza
>Suite 1002
>11300 Rockville Pike
>Rockville, MD 20852
>
>Attorneys for Plaintiff;
>
>Jerry D. Spitz, Esquire,
>ASHCRAFT & GEREL, LLP
>2000 L Street, N.W.
>Suite 400
>Washington, DC 20036,
>
>Attorneys for Plaintiff; and
>
>H. Patrick Donohue, Esquire
>Armstrong, Donohue, Ceppos &
> Vaughan, Chartered
>204 Monroe Street
>Suite 101
>Rockville, MD 20850
>
>Attorney for Defendant Brickman.

                        /s/
                        Deborah Murrell Whelihan