


# Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

**Online Organization Registration**
Search Registered Organizations

**EXHIBIT A**

Organization Details - Step [1] [2] [3]

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | BRICKMAN GROUP, LTD. (THE) | C T Corporation System<br>1015 15th Street, N.W. Ste. 100<br>Washington, DC 20005 |
| **State:** | DE | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 11/25/1998 | |
| **File No.:** | 983835 | |
| **Organization Type:** | FOREIGN BUSINESS CORPORATION | |

[<< Back to Main Page]  [< Return To Search Results]  [Print Results]
[New Search]

For more information, contact the Corporation Division at (202) 442-4400 or email

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, N
Washington, DC 20004



**Maryland Department of Assessments and Taxation** 2

**Taxpayer Services Division**
301 West Preston Street ⁜ Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | **Business Entity Information (Charter/Personal Property)** New Search | Get
Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

## Entity Name: THE BRICKMAN GROUP, LTD.
## Dept. ID #: F05145909

| General Information | Amendments | Personal Property | Certificate of Status |

**Principal Office (Current):**

375 S. FLOWERS MILL ROAD
LANGHORNE, PA   19047

**Resident Agent (Current):**   THE CORPORATION TRUST INCORPORATED

300 E LOMBARD ST
BALTIMORE, MD   21202

**Status:**   INCORPORATED

**Good Standing:**   Yes

**Business Code:**   Ordinary Business - Stock

**Date of Formation or Registration:**   11/25/1998

**State of Formation:**   DE

**Stock/Nonstock:**   Stock

**Close/Not Close:**   Unknown

### Link Definition

**General**

| | |
|---|---|
| **Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |