**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

MICHAEL J. PHILBIN,

Plaintiff

v.

THE WACHENHUT CORPORATION, et al.

Defendants

Civil Action No.: 06-0242 (CKK)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2 of this court, Jerry Spitz, Esquire, a member of the bar of this court, moves the admission of Robert G. Samet, Esquire, and Kelly E. Cook, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for the Plaintiff.

Movant and the proposed admittee respectfully certify as follows:

a. The Movant is a member in good standing of the bar of the United States District Court for the District of Columbia, as well as the bars of the District of Columbia and the District of Columbia Court of Appeals.

b. The proposed Admitee, Robert G. Samet, Esq. is a member in good standing of the bars of the District of Columbia and the State of Maryland.

c. The proposed Admitee, Kelly E. Cook, Esq. is a member in good standing of the bar of the State of Maryland.

d. During the twenty four (24) months immediately preceding the filing of this Motion, the proposed admittees have not been admitted *pro hac vice* in this court.

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

e. The proposed admittees have never been disbarred, suspended, or denied admission to practice.

f. The proposed admittees are familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that they will be subject to the disciplinary jurisdiction of this court.

g. Co-counsel for the proposed admittees in this proceeding will be Jerry Spitz, Esquire, who has been formally admitted to the bar of this court.

h. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this court.

Respectfully submitted,

MOVANT:

JERRY SPITZ, Esquire #413137
ASHCRAFT & GEREL, LLP
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-6400
E-mail address: jspitz@dc.ashcraftlaw.com

PROPOSED ADMITTEE:

ROBERT SAMET, Esquire
ASHCRAFT & GEREL, LLP
11300 Rockville Pike, Ste. 1002
Rockville, MD 20852
(301) 770-3737
rsamet@rock.ashcraftlaw.com

PROPOSED ADMITTEE

KELLY COOK, Esquire
ASHCRAFT & GEREL, LLP
11300 Rockville Pike, Ste. 1002
Rockville, MD 20852
(301) 770-3737
kcook@rock.ashcraftlaw.com

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April 2006, a copy of the foregoing Motion for Admission Pro Hac Vice, was sent, via U.S. Mail, to the following counsel:

H. Patrick Donohue
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Ste. 101
Rockville, MD 20850
(301) 251-0440.

Deborah Murrell Whelihan
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue., N.W., Ste. 600
Washington, DC 20036
(202) 296-4747

Jerry Spitz

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

MICHAEL J. PHILBIN,

Plaintiff

v.

THE WACHENHUT CORPORATION, et al.

Defendants

Civil Action No.: 06-0242 (CKK)

**ORDER**

The undersigned having read and considered the Motion for Admission *Pro Hac Vice* it is this _______ day of ______________ 2006,

ORDERED that the Motion for Admission *Pro Hac Vice* be, and the same hereby is, GRANTED and it is further

ORDERED that the appearances of Robert G. Samet and Kelly E. Cook be entered as co-counsel along with Jerry Spitz for the Plaintiff, Michael J. Philbin in the above-caption action.

_______________________________
Judge

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| MICHAEL J. PHILBIN, | ) |
| | )Civil Action No.: 06-0242 (CKK) |
| Plaintiff | ) |
| v. | ) |
| THE WACHENHUT CORPORATION, et al. | ) |
| Defendants | ) |

**DECLARATION IN SUPPORT OF APPLICATION FOR ADMISSION**
***PRO HAC VICE***

I declare under penalty of perjury:

(1) My full name is Robert Gene Samet, Esq.;

(2) My office address and phone number is: Ashcraft & Gerel, LLP, 11300 Rockville Pike, Suite 1002, Rockville, MD 20851; (301) 770-3737;

(3) That I am a member in good standing of the bars of the highest courts of the State of Maryland and the District of Columbia;

(4) That I have not been disciplined by any bar and that there are no complaints pending against me for violation of the rules of the courts of Maryland or the District of Columbia;

(5) That I have not been admitted or applied for admission *pro hac vice* in any case before the United States District Court for the District of Columbia in the last two calendar years;

(6) That I am associated with Jerry Spitz, Esquire, #413137, of the law firm of Ashcraft & Gerel, LLP;

(7) That I do not practice or hold out to practice law from an office in the District of Columbia;

(8) That I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, as applicable. The reason I am applying for admission *pro hac vice* to represent my client Mr. Philbin is the current litigation before this Court. I acknowledge the jurisdiction of this Court over my professional conduct, and I agree to be bound by the Rules of Professional Conduct, in this matter, if I am admitted *pro hac vice*.

Robert G. Samet, Esq.

4-4-06

Date

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

MICHAEL J. PHILBIN,

Plaintiff

v.

THE WACHENHUT CORPORATION, et al.

Defendants

Civil Action No.: 06-0242 (CKK)

**DECLARATION IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I declare under penalty of perjury:

(1) My full name is Kelly Earl Cook, Esq.;

(2) My office address and phone number is: Ashcraft & Gerel, LLP, 11300 Rockville Pike, Suite 1002, Rockville, MD 20851; (301) 770-3737;

(3) That I am a member in good standing of the bar of the highest court of the State of Maryland;

(4) That I have not been disciplined by any bar and that there are no complaints pending against me for violation of the rules of the courts of that state;

(5) That I have not been admitted or applied for admission *pro hac vice* in any case before

the United States District Court for the District of Columbia in the last two calendar years;

(6) That I am associated with Jerry Spitz, Esquire, #413137, of the law firm of Ashcraft & Gerel, LLP;

(7) That I do not practice or hold out to practice law from an office in the District of Columbia;

(8) That I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, as applicable. The reason I am applying for admission *pro hac vice* to represent my client Mr. Philbin is the current litigation before this Court. I acknowledge the jurisdiction of this Court over my professional conduct, and I agree to be bound by the Rules of Professional Conduct, in this matter, if I am admitted *pro hac vice*.

Kelly E. Cook, Esq.

4/4/06
Date

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261