UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL J. PHILBIN,<br><br>    Plaintiff,<br>v.<br><br>THE WACKENHUT CORPORATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  06-0242 (CKK)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

| | |
|---|---|
| ___/s/_____<br>Jerry D. Spitz, #413137<br>Ashcraft & Gerel, LLP<br>2000 L Street, N.W., Ste. 400<br>Washington, DC 20036<br>(202) 783-6400<br>Attorney for Plaintiff | 5/01/06_____<br>Date |
| ___/s/_____<br>Robert G. Samet, #963587<br>Ashcraft & Gerel, LLP<br>One Central Plaza<br>Suite 1002<br>11300 Rockville Pike<br>Rockville, MD 20852<br>(301) 770-3737<br>Attorney for Plaintiff | 5/01/06_____<br>Date |

| | |
|---|---|
| /s/ | 5/01/06 |
| Deborah Murrell Whelihan, #412454 | Date |
| Jordan Coyne & Savits, LLP | |
| 1100 Connecticut Avenue, N.W. | |
| Suite 600 | |
| Washington, DC 20036 | |
| (202) 296-4747 | |
| Attorney for Defendant Wackenhut Services, Inc. and The Wackenhut Corporation | |

| | |
|---|---|
| /s/ | 5/01/06 |
| H. Patrick Donohue, #279687 | Date |
| Armstrong, Donohue, Ceppos & Vaughan, Chtd. | |
| 204 Monroe Street, Suite 101 | |
| Rockville, MD 20850 | |
| (301) 251-0440 | |
| Attorney for Defendant The Brickman Group, Ltd. | |

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636 (c)(3) and the foregoing consent of the parties.

| | |
|---|---|
| | 5/01/06 |
| Colleen Kollar-Kotelly, United States District Judge | Date |