UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN, )
)
    Plaintiff, )
v. )
) Civil Action No.: 06-0242 (CKK)
THE WACKENHUT CORPORATION, et al., )
)
    Defendants. )
)

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____/s/_____
Jerry D. Spitz, #413137
Ashcraft & Gerel, LLP
2000 L Street, N.W., Ste. 400
Washington, DC 20036
(202) 783-6400
Attorney for Plaintiff

5/01/06_____
Date

_____/s/_____
Robert G. Samet, #963587
Ashcraft & Gerel, LLP
One Central Plaza
Suite 1002
11300 Rockville Pike
Rockville, MD 20852
(301) 770-3737
Attorney for Plaintiff

5/01/06_____
Date

| | |
|---|---|
| /s/ | 5/01/06 |
| Deborah Murrell Whelihan, #412454 | Date |
| Jordan Coyne & Savits, LLP | |
| 1100 Connecticut Avenue, N.W. | |
| Suite 600 | |
| Washington, DC 20036 | |
| (202) 296-4747 | |
| Attorney for Defendant Wackenhut Services, | |
|   Inc. and The Wackenhut Corporation | |

| | |
|---|---|
| /s/ | 5/01/06 |
| H. Patrick Donohue, #279687 | Date |
| Armstrong, Donohue, Ceppos & | |
|   Vaughan, Chtd. | |
| 204 Monroe Street, Suite 101 | |
| Rockville, MD 20850 | |
| (301) 251-0440 | |
| Attorney for Defendant The Brickman | |
|   Group, Ltd. | |

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636 (c)(3) and the foregoing consent of the parties.

| | |
|---|---|
| [signature] | 5/01/06 |
| Colleen Kollar-Kotelly, United States District Judge | Date |

2