IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE WACKENHUT CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-0242 (AK) |

PROPOSED SCHEDULING ORDER

This matter having come before this Court for an initial Status and Scheduling Conference, and the Court having considered the Joint Report to the Court submitted by counsel, it is hereby ORDERED that the parties will comply with the following schedule:

(1) Deadline for parties to make their Rule 26(a)(1) Disclosures shall be July 12, 2006;

(2) Deadline for First Set of Interrogatories and Document Requests shall be August 11, 2006;

(3) Deadline for Plaintiff to file his Expert Report and Designation shall be September 11, 2006;

(4) Deadline for Defendants to file their Expert Report and Designation shall be November 13, 2006;

(5) Deadline for Close of Discovery and filing of Joint Report as to whether either party intends to file for summary judgment shall be January 31, 2007;

(6) Deadline for Filing of Dispositive Motions shall be February 12, 2007;

(7)     Deadline for Filing of Oppositions to Dispositive Motions, if any Party files for summary judgment shall be March 5, 2007;

(8)     Deadline for Filing of Replies in Support of Dispositive Motions, if any party files for summary judgment shall be March 19, 2007;

(9)     Pre-Trial Conference date shall be scheduled for April 23, 2007;

(10)    Trial shall be scheduled for four (4) days, beginning on May 7, 2007;

 

                                                      _____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies To:

Robert G. Samet, Esquire,
Ashcraft & Gerel, LLP
One Central Plaza
11300 Rockville Pike, Suite 1002
Rockville, MD 20852,

Attorneys for Plaintiff;

Jerry D. Spitz, Esquire,
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, DC 20036

Attorneys for Plaintiff;

H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos &
  Vaughan, Chartered
204 Monroe Street, Suite 101
Rockville, MD 20850
Attorneys for Defendant The Brickman
  Group, Ltd. and;

Deborah Murrell Whelihan
Attorney-at-Law
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Attorneys for Defendants The Wackenhut
  Corporation and Wackenhut Services,
  Incorporated