UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN,

                    Plaintiff,

        v.

WACKENHUT CORPORATION, *et al.*,

                    Defendants.

Civil Action No. 06-242
(AK)

## SCHEDULING ORDER

This matter having come before this Court for an initial Status and Scheduling
Conference, and the Court having considered the Joint Report to the Court submitted by counsel,
and the proposed Scheduling Order, it is hereby ORDERED that the parties comply with the
following schedule:

1.    Deadline for parties to make their Rule 26(a)(1) Disclosures shall be July 12,
        2006;

2.    Deadline for First Set of Interrogatories and Document Requests shall be August
        11, 2006;

3.    Deadline for Plaintiff to file his Expert Report and Designation shall be
        September 11, 2006;

4.    Deadline for Defendants to file their Expert Report and Designation shall be
        November 13, 2006;

5.    Deadline for Close of Discovery and filing of Joint Report as to whether either

party intends to file for summary judgment shall be January 31, 2007;

6.      Telephonic Status Conference set for Tuesday, February 1, 2007, at 10:00 a.m., to be initiated by chambers;

7.      Deadline for filing of Dispositive Motions shall be February 12, 2007;

7.      Deadline for filing of Oppositions to Dispositive Motions, if any, and Replies thereto, if any, shall follow LCvR 7;

8.      Pre-Trial Conference shall be scheduled for April 12, 2007, at 10:30 a.m.;

9.      Trial shall commence with Jury Selection on April 23, 2007, at 1:30 p.m., and continue through April 27, 2007.

DATED: June 13, 2006

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

2