UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN              :

    Plaintiff                :

v.                              :   Civil Action No: 06 0242
                                                                    Judge Kollar-Kotelly

THE BRICKMAN GROUP, LTD., et al.  :

    Defendants               :

INITIAL DISCLOSURES OF DEFENDANT, THE BRICKMAN GROUP, LTD.

Pursuant to Fed. R. Civ. P. 26(a), Defendant The Brickman Group, Ltd., provides the following initial disclosures:

    A.    Individuals likely to have discoverable information:

        1.    Greg Lewandowski - snow removal procedures/contract
                Branch Manager
                The Brickman Group, Ltd.
                2630 Spencerville Road
                Burtonsville, Maryland 20866

        2.    Adam Graswick - snow removal procedures/accident circumstances
                Project Director
                The Brickman Group, Ltd.
                2630 Spencerville Road
                Burtonsville, Maryland 20866

        3.    Jack C. Faulkner - snow removal procedures/contract
                Executive Vice President
                Wackenhut Services, Inc.
                4200 Wackenhut Drive, Suite 100
                Palm Beach Gardens, Florida 33410

        4.    Jay Harmon - snow removal procedures/accident circumstances
                Wackenhut Services, Inc.

        5.     Jim Whidden - snow removal procedures
              Wackenhut Services, Inc.

        6.     Dave Seares - snow removal procedures
              Department of Navy
              Nebraska Avenue Complex

        7.     Sgt. Cesar Joson - accident circumstances
              NDW Police

        8.     Cpl. Theodore Bryant - accident circumstances
              NDW Police

**B.**     Documents

        1.     Subcontract between Wackenhut and The Brickman Group.

        2.     Site diagrams/plats.

        3.     Snow removal site visit reports.

        4.     Incident Report, 2/26/03

        5.     Correspondence/memoranda/messages re: snow removal procedures.

        6.     Plaintiff's Medical reports and documents informally produced by Plaintiff's counsel prior to filing of action.

**C.**     Insurance Agreement

This Defendant will supply information concerning its applicable liability insurance agreements to the co-parties.

                            ARMSTRONG, DONOHUE, CEPPOS
                                & VAUGHAN, CHARTERED

                            /s/
                        H. Patrick Donohue   #279687
                        204 Monroe Street, Suite 101
                        Rockville, Maryland 20850
                        (301) 251-0440
                        Attorney for The Brickman Group, Ltd.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing INITIAL DISCLOSURES OF DEFENDANT, THE BRICKMAN GROUP, LTD. was electronically filed on this 11th day of July, 2006 to and sent via e-mail to:

Jerry D. Spitz, Esquire
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
Attorney for Plaintiff

Deborah M. Whelihan, Esquire
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
Attorney for Defendants
The Wackenhut Corporation and
Wackenhut Services, Inc.

and via first class mail, postage prepaid, to:

Robert G. Samet, Esquire
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, Maryland 20852
Attorney for Plaintiff

                                         /s/
                                H. Patrick Donohue   #279687