UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN, :
:
Plaintiff, :
:
v. : C.A. No. 06-0242 (AK)
:
THE WACKENHUT CORPORATION, et al., :
:
Defendants. :
_____/

PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

1.  Michael J. Philbin
    13900 Congress Drive
    Rockville, MD 20853
    (301)-871-5347

Plaintiff, Michael J. Philbin, will testify as to all issues of liability and damages, including, but not limited to, how the incident occurred, the condition of the subject area, use of the subject area, witnesses to the event, statements made at the scene, medical treatment, personal injuries, lost wages, employment information, and non-economic damages.

2.  Byrd Tripp
    COMNECC N6A
    2200 Gator Blvd. Bldg. 3890
    Norfolk, VA 23521
    COMM (757) 462-7400 x132

Upon information and belief, Bryd Tripp was a co-worker who arrived at the scene of the accident shortly after the accident occurred and may have information about the condition of the subject area, use of the subject area, witnesses and statements made at the scene.

3.  Pamela Levine
    Navy Installations Command
    2713 Mitscher Road, SW
    Ste. 300
    Anacostia Annex, DC 20373-5802
    (202)-433-4344

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Upon information and belief, Pamela Levine was a co-worker who arrived at the scene of the accident shortly after the accident occurred and may have information about the condition of the subject area, use of the subject area, witnesses and statements made at the scene.

4. Nelson Cardona
1301 Dragon Head Drive
Valrico, FL 33594
(813)-684-4261

Upon information and belief, Nelson Cardona was a co-worker who arrived at the scene of the accident shortly after the accident occurred and may have information about the condition of the subject area, use of the subject area, witnesses and statements made at the scene, and Plaintiff's injuries.

5. Billie Wright
Address not currently known.

Upon information and belief, Billie Wright was a co-worker of the Plaintiff, who also fell at the premises involved in this case on the same date as the Plaintiff. She has knowledge of the condition and use of the subject area.

6. Aldrena Thirkill
Address not currently known.

Upon information and belief, Aldrena Thirkill was a co-worker of the Plaintiff, who may have knowledge of several people that fell on the subject premises on the same date as the Plaintiff, as well as information concerning the condition of the subject premises, Plaintiff's job responsibilities, his pay information and his time off work as a result of the incident.

7. Maridon Dent
Address not currently known.

Upon information and belief, Maridon Dent was a co-worker of the Plaintiff, who may have knowledge of several people that fell on the subject premises on the same date as the Plaintiff, as well as information about the condition and use of the subject area.

8. Matt Ranson
Address not currently known.

Upon information and belief, Matt Ranson was a co-worker of the Plaintiff, who may have knowledge of several people that fell on the subject premises on the same date as the Plaintiff, as well as information about the condition and use of the subject area.

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

9.  Robert Gerhold
    Code N4B
    Navel Network and Space Operations Command
    5280 Fourth Street
    Dahlgren, VA 22448
    COM: 540-284-0219

Upon information and belief, Robert Gerhold was a co-worker of the Plaintiff, who may have knowledge of several people that fell on the subject premises on the same date as the Plaintiff, as well as information about the condition and use of the subject area.

10. David Wiggins
    Address not currently known.

Upon information and belief, David Wiggins was a co-worker of the Plaintiff, who may have knowledge of several people that fell on the subject premises on the same date as the Plaintiff. David Wiggins may also have personal knowledge of the condition and use of the subject area.

11. Twanda Williams
    Address not currently known.

Upon information and belief, Twanda Williams also fell on the subject premises on the same date as the Plaintiff, and may have information about the condition and use of the subject area.

12. Michell Hawes
    Address not currently known.

Upon information and belief, Michell Hawes also fell on the subject premises on the same date as the Plaintiff, and may have information about the condition and use of the subject area.

13. Timothy Fitzmaurice
    Address not currently known.

Upon information and belief, Timothy Fitzmaurice was a co-worker of the Plaintiff and may have knowledge of persons other than the Plaintiff that fell on the same premises on the same date as the Plaintiff, and may have information about the condition and use of the subject area.

14. Ron Vasauskas
    Navel Network and Space Operations Command
    5280 Fourth Street
    Dahlgren, VA 22448-5300
    (540) 284-0322

-3-

Upon information and belief, Ron Vasauskas was the Plaintiff's supervisor to whom Plaintiff reported the accident. Ron Vasauskas may have information about the condition and use of the subject area, the facts of the accident and the injury and lost wages and earnings sustained by the Plaintiff.

15. Audra Lucas-Peyton
Operations Department (Code XDPL)
Naval Surface Weapons Center, Dahlgren Division
17320 Dahlgren Road
Dahlgren, VA 22448-5100
(540)-653-3219

Upon information and belief, Audra Lucas-Peyton was a personnel officer for Plaintiff's employer who handled the compensation claim. Audra Lucas-Peyton may have information about the facts of the accident and the injury and lost wages and earnings sustained by the Plaintiff.

16. Marilyn Philbin
13900 Congress Drive
Rockville, MD 20853
(301)-871-5347

Marilyn Philbin is Plaintiff's wife. She will testify as to the injuries, experiences during his physical rehabilitation, his economic loss, and pain and suffering Plaintiff sustained and continues to sustain related to the subject incident, as well as what she did for Plaintiff.

17. Department of the Navy - Plaintiff's Employer
Navel Network and Space Operations Command Detachment
5280 Fourth Street
Dahlgren, VA 22448

Upon information and belief, an individual from Plaintiff's employer will testify as to Plaintiff's employment, including, but not limited to, wage rate, time and attendance records, and time missed from work

18. M. Joel Morse, DPM, FACFAOM
Foxhall Podiatry Associates, P.C.
3301 New Mexico Ave., NW #216
Washington, DC 20016
202-966-4811

Upon information and belief, Dr. M. Joel Morse will testify as to treatment and expert opinion related to Plaintiff's injury, treatment, disability from work, diagnosis, causal relationship, and reasonableness and necessity of treatment and bills.

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

-4-

19. Denis Harris, MD
    3301 New Mexico Ave., NW
    Washington, DC 20016
    (202)-362-4787

Upon information and belief, Dr. Denis Harris will testify as to treatment and expert opinion related to plaintiff's injury, treatment, disability from work, diagnosis, causal relationship, and reasonableness and necessity of treatment and bills.

20. Physiotherapy Associates
    6308 Democracy Blvd.
    Bethesda, MD 20817
    (301) 530-2383

Upon information and belief, this entity provided services to the Plaintiff.

21. Sibley Memorial Hospital
    5255 Loughboro Road, NW
    Washington, DC 20016

Upon information and belief, this entity provided services to the Plaintiff.

22. Employees of the Defendants with knowledge related to this incident

23. Vocational Rehabilitation Expert - to be selected

Upon information and belief, this individual will testify regarding the effect of Mr. Philbin's injuries on his vocational status, and will express opinions regarding the types of employment, if any, for which he is qualified, given his injuries.

24. Economist Expert - to be selected

Upon information and belief, this individual will testify regarding the present value of the economic loss suffered by Mr. Philbin as a result of the loss of earnings and benefits and wage-earnings capacity, and the economic loss comprising the present value of future medical care necessitated by the injury complained of in this action.

25. Such other witnesses whose existence or identity may be learned by Plaintiff through further investigation, discovery or other methods prior to trial.

26. Eileen Tokunaga
    12910 Margot Drive
    Rockville, MD 20853

LAW OFFICES
HCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Eileen Tokunaga is Plaintiff's daughter. She will testify as to the injuries, and pain and suffering Plaintiff sustained and continues to sustain related to the subject incident, as well as what she did for Plaintiff.

27.  James Takunaga
     12910 Margot Drive
     Rockville, MD 20853

James Takunaga is Plaintiff's son-in-law. He will testify as to the injuries, and pain and suffering Plaintiff sustained and continues to sustain related to the subject incident, as well as what he did for Plaintiff.

B.  DISCOVERABLE DOCUMENTS.

See attached documents including: medical reports and records; bills; lost wage information; copies of photographs of the subject location and of Mr. Philbin's injuries and scarring.

C.  DAMAGES.

Plaintiff seeks damages for permanent injury, disability and disfigurement, medical bills and expenses, lost wages, and non-economic damages sustained as a result of the negligence of the Defendants. Documentation supporting Plaintiff's special damages are attached. Additional documents received will be provided upon their receipt. Medical expenses are over $21,500; lost wages are over $31,000; and loss of wage earning capacity figures will be provided.

D.  INSURANCE

Upon information and belief, the Defendants have applicable insurance in this matter.

> Respectfully submitted,
> ASHCRAFT & GEREL, LLP
> By: /s/
> Jerry Spitz #413137
> 2000 L Street, NW, #400
> Washington, D.C. 20036
> (202) 783-6400

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L. STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Rule 26(a)(1) Initial Disclosures was mailed, postage prepaid, this 12th day of July, 2006, to:

H. Patrick Donohue
Armstrong, Donohue, Ceppos & Vaugh
204 Monroe Street, Ste. 101
Rockville, MD 20850
Attorney for Defendant The Brickman Group

Deborah Murrell Whelihan
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., Ste. 600
Washington, DC 20036

_____
Jerry Spitz

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261