IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 06-0242 (AK) |
| THE WACKENHUT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**RULE 26(a)(1) DISCLOSURES OF DEFENDANTS
WACKENHUT SERVICES, INCORPORATED
AND THE WACKENHUT CORPORATION**

In accordance with Federal Rule of Civil Procedure 26(a)(1), the Defendants, Wackenhut Services, Incorporated ("WSI") and The Wackenhut Corporation (collectively referred to as "The Wackenhut Defendants"), by and through their undersigned counsel, provide their Initial disclosures and state as follows:

**A. Individuals likely to or who may have discoverable information that the disclosing party may use to support its claims or defenses include:**

1. Kevin Bulman, Safety and Environmental Manager for WSI, with knowledge about the services provided by WSI and The Brickman Group, Ltd. ("Brickman") to the Nebraska Avenue Complex, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

2. Diane Foster, WSI security guard on duty on 2/26/03, with knowledge about the weather conditions and the conditions of the parking lot, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

3. Jerry Varnell, business manager for WSI, with knowledge of the contracts between WSI and Brickman and the contracts with the Navy, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

4. Jay Harman, Facilities Manager for the Nebraska Avenue Complex for WSI, with knowledge of the work performed by Brickman in 2003, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

5. Scott Lusby, employee of WSI, who worked at the Nebraska Avenue Complex, with knowledge of the work performed by WSI on 2/25/03 and 2/26/03, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

6. Tony Johnson, employee of WSI, who worked at the Nebraska Avenue Complex, with knowledge of the work performed by WSI on 2/25/03 and 2/26/03, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

7. Ronnell Gord, employee of WSI, who worked at the Nebraska Avenue Complex, with knowledge of the work performed by WSI on 2/25/03 and 2/26/03, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

8. Dick Almarode, the Work Control Officer for WSI at the Nebraska Avenue Complex, with knowledge about the work performed by WSI for the Navy, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

9. Mark Treckanelli, Quality Control Officer for WSI at the Nebraska Avenue Complex,with knowledge about the work performed by WSI for the Navy, c/o Deborah M. Whelihan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (202) 296-4747;

10. Dave Sears, a Navy civilian employee who was the Director of Public Workes at the Nebraska Avenue Complex, 3801 Nebraska Avenue, N.W., Washington, D.C. 20393; telephone number unknown at this time;

11. Officer Theodore Bryant, Department of Defense employee on duty with Officer Foster, with knowledge about the plaintiff's fall and the weather conditions on 2/26/03, 3443 Abbie Place, Baltimore, Maryland 21244, (410) 655-2320;

12. Greg Lewandowski, Brickman branch manager with knowledge about the services provided by Brickman and the contracts between WSI and Brickman, 2630 Spencerville Road, Burtonsville, MD 20866;

13. Adam Graswick, lead supervisor for Brickman, with knowledge of snow treatment and removal services provided to the Nebraska Area Complex, 2630 Spencerville Road, Burtonsville, MD 20866;

14. Other Brickman employees, with knowledge of the snow treatment and removal services provided to the Nebraska Area Complex, including but not limited to Whitt Deas Sr., Patrick Harwood, Davide Kunz, Victor Manual Miranda, Ricardo Flores, Jose Cardenas, Marlon Folger, Nolberto Roque, Elmer Espana, Raul Flores Mendez, Dublas Sagastume, Jason Gebbia, Fredy Roque, David Espino, Marvin Perez, Carlos Roque, Timothy Jarrept Hinkle, Eric Duarte Gemez, Bryon Orellana, Jose Saravia, and Roberto Aquilar-Saravia., 2630 Spencerville Road, Burtonsville, MD 20866;

15. All witnesses identified in the plaintiff's or co-defendant Brickman's initial disclosures.

This list is based upon information now reasonably available to the Wackenhut Defendants. Accordingly, the Wackenhut Defendants reserve the right to supplement this list or to amend this list to identify additional persons about whom they learn through their investigation of this matter or through pre-trial discovery.

**B.   Description by Category of Supporting Documents In the Possession of the Defendants:**

1. Contracts between the Navy and WSI;

2. Contracts between WSI and Brickman;

3. Correspondence between the Navy and WSI;

4. Correspondence between WSI and Brickman;

5. Department of the Navy Incident Report No. 030017100091;

6. Snow Removal and Treatment Spreadsheet;

7. NMIC Snow Removal Plan dated October 1, 2002;

8. Medical records and bills of the Plaintiff furnished by his attorneys pre-suit.

This list is based upon information now reasonably available to the Wackenhut Defendants. Accordingly, the Wackenhut Defendants reserve the right to supplement this list or to amend this list in the event that other documents are identified through investigation of this matter or through discovery.

**C.    Computation of Damages**

Although the Wackenhut Defendants believe that they have no legal liability for the plaintiff's accident, the Wackenhut Defendants believe that they are entitled to contribution and/or indemnity from the defendant Brickman if they are found to be liable to the plaintiff.

**D.    Insurance Agreement**

1. A copy of any applicable insurance policies will be made available for inspection and copying.

        Respectfully submitted,

        JORDAN COYNE & SAVITS L.L.P.

        By: _____/s/_____
        Deborah Murrell Whelihan ID #412454
        1100 Connecticut Ave., N.W.
        Suite 600
        Washington, D.C. 20036
        (202) 296-2810
        Fax: (202) 496-2800

        Attorneys for Defendants Wackenhut Services, Incorporated and The Wackenhut Corporation

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Rule 26(a)(1) Disclosures of Defendants Wackenhut Services, Incorporated and The Wackenhut Corporation was sent electronically and mailed, postage prepaid, this <u>12</u>[th] day of July, 2006, to:

>Jerry D. Spitz, Esquire
>Ashcraft & Gerel, LLP
>2000 L Street, NW
>Suite 400
>Washington, DC  20036;
>
>Robert G. Samet, Esquire
>Ashcraft & Gerel, LLP
>One Central Plaza
>Suite 1002
>11300 Rockville Pike
>Rockville, Maryland 20852; and
>
>H. Patrick Donohue, Esquire
>Armstrong, Donohue, Ceppos & Vaughan, Chartered
>204 Monroe Street
>Suite 101
>Rockville, Maryland 20850

>_____/s/_____
>Deborah Murrell Whelihan