UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN,

Plaintiff,

v.  :  C.A. No. 06-0242 (AK)

THE WACKENHUT CORPORATION, et al.,

Defendants.

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on ___ day of __August__, 2006, I served on all counsel herein Plaintiff's Interrogatories to Defendant, The Brickman Group, LTD and Plaintiff's Requests for Production of Documents to Defendant, The Brickman Group, LTD, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided. Served to:

H. Patrick Donohue, Esquire
ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, Chartered
Suite 101
204 Monroe Street
Rockville, Maryland 20850
**Attorney for Defendant The Brickman Group**

Deborah Murrell Whelihan, Esquire
JOYDAN COYNE & SAVITS, LLP
Suite 600
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036
**Attorney for Defendant The Wackenhut Corporation**

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Respectfully submitted,

ASHCRAFT & GEREL

_____
Jerry Spitz, # 413137
Robert G. Samet, #963587
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-6400
Attorney for Plaintiff

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261