UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-0242 (AK) |
| THE WACKENHUT CORPORATION, et al., | : |
| Defendants. | : |

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS

COMES NOW the Plaintiff, by and through his undersigned attorneys, Jerry Spitz, Robert G. Samet, Kelly E. Cook and Ashcraft & Gerel, LLP, and pursuant to FRCP 26(a)(2) discloses the identity of persons who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.

1. M. Joel Morse, DPM, FACFAOM
   Foxhall Podiatry Associates, P.C.
   3301 New Mexico Ave., NW #216
   Washington, DC 20016
   202-966-4811

Upon information and belief, Dr. M. Joel Morse will testify as to treatment and expert opinion related to Plaintiff's injury, treatment, disability from work, diagnosis, causal relationship, and reasonableness and necessity of treatment and bills. Dr. Morse treated the Plaintiff and is not retained or specially employed by the Plaintiff to provide expert testimony in this case. Dr. Morse's reports were provided with the Plaintiff's initial 26(a)(1) disclosures.

2. Denis Harris, MD
   3301 New Mexico Ave., NW
   Washington, DC 20016
   (202)-362-4787

Upon information and belief, Dr. Denis Harris will testify as to treatment and expert opinion related to plaintiff's injury, treatment, disability from work, diagnosis, causal relationship, and reasonableness and necessity of treatment and bills. Dr. Harris treated the Plaintiff and is not retained or specially employed by the Plaintiff to provide expert testimony in this case. Dr. Harris' reports were provided with the Plaintiff's initial 26(a)(1) disclosures.

3. These physicians did not acquire their knowledge and opinions in this case in anticipation of litigation and, as such, are not required to be disclosed under Rule 26(a)(2).

4. Plaintiff reserves the right to call any of the expert witnesses identified by the Defendants, not objected to by the Plaintiff.

5. In as much as discovery is still ongoing, Plaintiff reserves the right to supplement this list further, prior to trial as necessary

Respectfully submitted,
ASHCRAFT & GEREL, LLP
By: _____/s/_____
Jerry Spitz #413137
2000 L Street, NW, #400
Washington, D.C. 20036
(202) 783-6400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Rule 26(a)(2) Disclosure of Expert Witness was mailed, postage prepaid, this 11th day of September, 2006, to:

H. Patrick Donohue
Armstrong, Donohue, Ceppos & Vaugh
204 Monroe Street, Ste. 101
Rockville, MD 20850
Attorney for Defendant The Brickman Group

Deborah Murrell Whelihan
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., Ste. 600
Washington, DC 20036

_____/s/_____
Jerry Spitz