IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

DEFENDANTS' CONSENT MOTION TO MODIFY THEIR 26(a)(2) DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b), and with consent of the Plaintiff, the Defendants, Wackenhut Services, Incorporated, The Wackenhut Corporation, and the Brickman Group, Ltd., by and through their respective and undersigned attorneys, move to modify this Honorable Court's Scheduling Order dated and to extend their Fed. R. Civ. P. 26(a)(2) deadline from the date of November 13, 2006 until December 8, 2006. As grounds therefor, the Defendants states as follows:

1.      The Defendants need additional time in order to fully comply with their disclosure obligations under Federal Rule 26(a)(2), notwithstanding that the Defendants will file their preliminary Federal Rule 26(a)(2) Disclosure Statement by the present deadline of November 13, 2006.

2.      Unfortunately, November 9, 2006 was the first mutually convenient date for the Defendants to schedule an independent medical examination with their expert, Robert H. Wilson, M.D. of Howard University Orthopaedic Associates. Although the Defendants understand that Dr. Wilson did have the opportunity to examine the Plaintiff, the Defendants were informed that

Dr. Wilson could not complete his written independent medical examination report by November 13, 2006 because November 10, 2006 was a federal holiday and because of the detail anticipated for his report. Consequently, the Defendants are not in a position to meet their Federal Rule 26(a)(2) deadline of November 13, 2006 and to fully comply with their Rule 26(a)(2) disclosure obligations since the Defendants cannot provide the Plaintiff with Dr. Wilson's signed written report by November 13, 2006.

3. Because of these sufficiently compelling circumstances and because of the delay likely to be occasioned by the upcoming Thanksgiving holiday, the Defendants would respectfully request that their Rule 26(a)(2) deadline be extended from the present deadline of November 13, 2006 until December 8, 2006.

4. The Defendants do anticipate that they will comply with all remaining deadlines of the Scheduling Order and that they will not request any further extension or modification of the Scheduling Order in the event that this Honorable Court will grant this Motion and will extend the Defendants' 26(a)(2) deadline from November 13, 2006 to December 8, 2006.

5. As this Motion has already indicated, the Plaintiff, through his counsel, has agreed to the extension of the Defendants' Rule 26(a)(2) deadline until December 8, 2006.

WHEREFORE, the Defendants, Wackenhut Services, Incorporated, The Wackenhut Corporation, and the Brickman Group, Ltd., with the consent of the Plaintiff, respectfully request that this Honorable Court grant the relief sought by the Defendants and allow them until December 8, 2006 to provide Plaintiff with their final Rule 26(a)(2) disclosures.

                              Respectfully submitted,

JORDAN, COYNE SAVITS, L.L.P.

By: _____/s/_____
   Deborah Murrell Whelihan #412454
   1100 Connecticut Ave., N.W.
   Suite 600
   Washington, D.C.  20036
   (202) 296-4747

Attorneys for Defendants Wackenhut Services, Incorporated
  and The Wackenhut Corporation


ARMSTRONG, DONOHUE, CEPPOS &
  VAUGHAN, CHARTERED

By: _____/s/_____
   H. Patrick Donohue, #269687
   204 Monroe Street, Suite 101
   Rockville, MD 20850
   (301) 251-0440

Attorney for Defendant The Brickman
  Group, Ltd.


## STATEMENT OF POINTS AND AUTHORITIES

    1.    Federal Rule of Civil Procedure 6(b), and

    2.    and Local Civil Rule 7.

                _____/s/_____
                Deborah Murrell Whelihan

LCvR 7(m) Statement

I, Deborah Murrell Whelihan, hereby certify that I conferred with the Plaintiff's counsel, Robert G. Samet, Esquire, on November 10, 2006 and that this Motion is not opposed but is filed with the consent of Mr. Samet to the relief requested.

/s/
Deborah Murrell Whelihan

CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendants' Consent Motion To Modify Their 26(a)(2) Deadline was sent electronically and mailed, postage prepaid, this 13th day of November, 2006, to:

Robert G. Samet, Esquire,
Ashcraft & Gerel, LLP
One Central Plaza
Suite 1002
11300 Rockville Pike
Rockville, MD 20852,
Attorneys for Plaintiff;

Jerry D. Spitz, Esquire
Ashcraft & Gerel, LLP
2000 L Street, NW
Suite 400
Washington, DC 20036,
Attorneys for Plaintiff; and

H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos &
 Vaughan, Chartered
204 Monroe Street
Suite 101
Rockville, MD 20850,
Attorney for Defendant Brickman

/s/
Deborah Murrell Whelihan