IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**O R D E R**

Upon consideration of the Defendants' Consent Motion To Modify Their 26(a)(2) Deadline, with consent of the Plaintiff, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that the Defendants' Consent Motion To Modify Their 26(a)(2) Deadline is GRANTED; and it is further,

ORDERED, that the Scheduling Order shall be modified and that the Defendants shall be granted an extension of their Rule 26(a)(2) deadline from November 13, 2006 until December 8, 2006.

ALAN KAY,
UNITED STATES MAGISTRATE JUDGE

Copies To:

Deborah Murrell Whelihan, Esquire
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Robert G. Samet, Esquire,
Ashcraft & Gerel, LLP
One Central Plaza
Suite 1002
11300 Rockville Pike
Rockville, MD 20852,

Jerry D. Spitz, Esquire
Ashcraft & Gerel, LLP
2000 L Street, NW
Suite 400
Washington, DC  20036

H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos &
  Vaughan, Chartered
204 Monroe Street
Suite 101
Rockville, MD 20850,