IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RULE 26(a)(2) DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 26(a)(2) and this Honorable Court's Scheduling Order dated, the Defendants, Wackenhut Services, Incorporated and The Wackenhut Corporation (collectively referred to as "The Wackenhut Defendants") and the Defendant, The Brickman Group, Ltd., by and through their undersigned and respective counsel, designate and disclose the following the following individuals whom they may call as expert witnesses at any trial of this matter:

1. Robert H. Wilson, M.D.
   Howard University Orthopaedic Associates
   2041 Georgia Avenue NW
   #4300
   Washington, D.C. 20017-2103

Dr. Wilson is a board certified orthopedic surgeon who is licensed to practice in the District of Columbia. Dr. Wilson obtained his medical education from Harvard Medical School. Dr. Wilson is also an assistant professor at Howard University. Dr. Wilson's *curriculum vitae,* which summarizes his qualifications, education, and training and which identifies the publications authored by him, is attached hereto as Exhibit A and incorporated by reference.

Dr. Wilson charges $500.00 for an independent medical examination of a patient and charges $350.00 per hour for his time to review a patient's medical records. Dr. Wilson charges $1,200.00 for the first hour of a discovery deposition and $500.00 per hour thereafter. Dr. Wilson also charges $3,000.00 for live court testimony and $2,000.00 for the first hour of a *de bene esse* video deposition and $750.00 per hour thereafter.

A listing of other cases in which Dr. Wilson has qualified and testified as an expert at trial and in which Dr. Wilson has testified by deposition is attached hereto as Exhibit B.

The Defendants anticipate that Dr. Wilson will offer his opinions as to the nature and extent of the Plaintiff's claimed permanent injury to his left ankle and claimed disability and as to the causality for that claimed injury and claimed disability. Dr. Wilson may also offer his opinions as to the reasonableness, the fairness of, and necessity for the Plaintiff's medical treatment and bills. Dr. Wilson has not completed his written report, which will be supplied to the Plaintiff as soon as it is available and no later than December 8, 2006. Dr. Wilson will also respond to the opinions of the Plaintiff's treating physician, Dennis Harris, M.D., and to the opinions of the Plaintiff's treating podiatrist, M. Joel Morse, D.P.M., as contained in their respective medical records, reports, and bills and as articulated in their respective depositions, if any.

Dr. Wilson's testimony will derive from his education, training and experience. Dr. Wilson's testimony will also be based upon his review of the pleadings, written discovery of the parties, review of any deposition of the Plaintiff or any depositions of fact witnesses, and the healthcare provider and medical records of the Plaintiff. Dr. Wilson's testimony will also be based upon independent medical examination of the Plaintiff that he conducted on November 9,

2006. Dr. Wilson may also rely on the reports of other physicians who have examined the Plaintiff in connection with his claims in this litigation and in connection with his claim for federal workers compensation benefits.

This Disclosure Statement outlines the subject matter about which the proposed expert is expected to testify in accordance with Fed. R. Civ. P. 26(a)(2). Because discovery is in progress, the Defendants reserve the right to supplement this Statement and reserve the right to identify additional experts or to substitute experts based upon receipt of the Plaintiff's full medical records and history and based upon the results of the deposition of the Plaintiff and other witnesses identified by the Plaintiff or who are identified during the pre-trial discovery process.

Respectfully submitted,

| | |
|---|---|
| JORDAN, COYNE SAVITS, L.L.P. | ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED |
| By: /s/ <br> Deborah Murrell Whelihan #412454 <br> 1100 Connecticut Ave., N.W. <br> Suite 600 <br> Washington, D.C. 20036 <br> (202) 296-4747 <br> Fax: (202) 496-2800 | By: /s/ <br> H. Patrick Donohue, #269687 <br> 204 Monroe Street <br> Suite 101 <br> Rockville, Maryland 20850 <br> (301) 251-0440 |
| Attorneys for Defendants Wackenhut Services, Incorporated and The Wackenhut Corporation | Attorney For Defendant Brickman Group Ltd. |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendants' Rule 26(a)(1) Disclosure Statement was sent electronically and mailed, postage prepaid, this 13th day of November, 2006, to:

>Jerry D. Spitz, Esquire
>Ashcraft & Gerel, LLP
>2000 L Street, NW
>Suite 400
>Washington, DC  20036;
>
>Robert G. Samet, Esquire
>Ashcraft & Gerel, LLP
>One Central Plaza
>Suite 1002
>11300 Rockville Pike
>Rockville, Maryland 20852; and
>
>H. Patrick Donohue, Esquire
>Armstrong, Donohue, Ceppos & Vaughan, Chartered
>204 Monroe Street
>Suite 101
>Rockville, Maryland 20850

_____/s/_____
Deborah Murrell Whelihan