IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' AMENDED RULE 26(a)(2) DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 26(a)(2) and this Honorable Court's Scheduling Orders dated June 13, 2006 and June 14, 2006, and as amended on November 13, 2006; the Defendants, Wackenhut Services, Incorporated and The Wackenhut Corporation; and the Defendant, The Brickman Group, Ltd., by and through their undersigned and respective counsel, file this Amended Rule 26(a)(2) Disclosure Statement to designate and to disclose the individual whom they may call as an expert witness at any trial of this matter to present evidence under Rules 702, 703, 704, and 705 of the Federal Rules of Evidence and state as follows:

1. Robert H. Wilson, M.D.
   Howard University Orthopaedic Associates
   2041 Georgia Avenue NW
   #4300
   Washington, D.C.  20017-2103

Dr. Wilson is a board certified orthopedic surgeon who is licensed to practice in the District of Columbia.  Dr. Wilson obtained his medical education and degree from Harvard Medical School in 1988.  Dr. Wilson is also an assistant professor at Howard University.  Dr. Wilson's *curriculum vitae,* which summarizes his qualifications, education, and training and

which identifies the publications authored by him, is attached hereto as Exhibit A and incorporated by reference.

A copy of Dr. Wilson's fee schedule is attached hereto and incorporated by reference as Exhibit B.  Dr. Wilson charges $500.00 for an independent medical examination of a patient and charges $350.00 per hour for his time to review a patient's medical records.  Dr. Wilson charges $1,200.00 for his time during the first hour of a discovery deposition and $500.00 per hour for his time thereafter.  Dr. Wilson also charges $3,000.00 for his time for live court testimony and $2,000.00 for his time for the first hour of a *de bene esse* video deposition and $750.00 for his time per hour thereafter.  In accordance with Exhibit B, Dr. Wilson has been paid $500.00 for his independent medical examination of Mr. Philbin on November 9, 2006.  Dr. Wilson will also be paid for the time that he spent for his review of Mr. Philbin's medical records and for his time for the preparation and the delivery of any testimony which he might provide at the request of the Plaintiff or the Defendants.

A listing of other cases in which Dr. Wilson has qualified and testified as an expert at trial and in which Dr. Wilson has testified as an expert by deposition since 2001 is attached hereto and incorporated by reference as Exhibit C.

A copy of Dr. Wilson's signed report regarding his examination of Mr. Philbin on November 9, 2006 and regarding the outline of the opinions to which he is expected to testify at any trial of this matter is attached hereto and incorporated by reference as Exhibit D.  As Exhibit D reflects, Dr. Wilson will offer his opinions as to the nature and extent of the Plaintiff's injury to his left ankle and claimed disability.  It is Dr. Wilson's opinion that the Plaintiff's left ankle had probably reached maximum medical improvement in September of 2003.  Dr. Wilson also

opines that the Plaintiff should be able to walk and perform normal household chores and maintenance with no significant difficulty.  Beyond the opinions set forth in his signed report, Dr. Wilson may also offer his opinions as to the reasonableness, the fairness of, and necessity for the Plaintiff's medical treatment and bills.  Dr. Wilson is also expected to respond to the opinions of the Plaintiff's treating physician, Dennis Harris, M.D., and to the opinions of the Plaintiff's treating podiatrist, M. Joel Morse, D.P.M., as contained in their respective medical records, reports, and bills and as articulated in their respective depositions, if any.

    Dr. Wilson's testimony will derive from his education, training and experience.  Dr. Wilson's testimony will also be based upon his review of the pleadings, written discovery of the parties, review of any deposition of the Plaintiff or any depositions of fact witnesses, and the healthcare provider and medical records of the Plaintiff.  Dr. Wilson's testimony will also be based upon independent medical examination of the Plaintiff that he conducted on November 9, 2006.  Dr. Wilson may also rely on the reports of other physicians who have examined the Plaintiff in connection with his claims in this litigation and in connection with his claim for federal workers compensation benefits if those documents are made available in discovery.

    This Disclosure Statement outlines the subject matter about which the proposed expert is expected to testify in accordance with Fed. R. Civ. P. 26(a)(2).  Because discovery is in progress, the Defendants reserve the right to supplement this Statement and reserve the right to identify additional experts or to substitute experts based upon receipt of the Plaintiff's full medical records and history and based upon the results of the deposition of the Plaintiff and other

witnesses identified by the Plaintiff or who are identified during the pre-trial discovery process.

Respectfully submitted,

| JORDAN, COYNE SAVITS, L.L.P. | ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED |
|---|---|
| By: /s/ <br> Deborah Murrell Whelihan #412454 <br> 1100 Connecticut Ave., N.W. <br> Suite 600 <br> Washington, D.C. 20036 <br> (202) 296-4747 <br> Fax: (202) 496-2800 | By: /s/ <br> H. Patrick Donohue, #269687 <br> 204 Monroe Street <br> Suite 101 <br> Rockville, Maryland 20850 <br> (301) 251-0440 |
| Attorneys for Defendants Wackenhut Services, Incorporated and The Wackenhut Corporation | Attorney For Defendant Brickman Group Ltd. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendants' Amended Rule 26(a)(2) Disclosure Statement was sent electronically and mailed, postage prepaid, this 8th day of December, 2006, to:

> Jerry D. Spitz, Esquire
> Ashcraft & Gerel, LLP
> 2000 L Street, NW
> Suite 400
> Washington, DC 20036;
>
> Robert G. Samet, Esquire
> Ashcraft & Gerel, LLP
> One Central Plaza
> Suite 1002
> 11300 Rockville Pike
> Rockville, Maryland 20852; and

H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos & Vaughan, Chartered
204 Monroe Street
Suite 101
Rockville, Maryland 20850

        /s/
Deborah Murrell Whelihan