Robert H. Wilson, MD
rwilson@howard.edu
Assistant Professor, Division of Orthopaedic Surgery
Department of Surgery, Howard University Hospital
2041 Georgia Ave., NW, Suite 4300
Washington, DC 20060
Business Office-(202) 865-1183
Administrative Office-(202) 865-1182
Fax-(202) 865-3058

Home Address
2412 Norbeck Farm Pl.
Olney, MD 20832
H-301-260-2884
F-301-260-2885

## OCCUPATION

**1996**      **ORTHOPAEDIC SURGEON**
Specialty- Hand and Upper Extremity Surgery
including Microsurgery, Arthroscopy, and Arthroplasty

## RESIDENCY TRAINING

**1988-90**      **ST. LUKE'S-ROOSEVELT HOSPITAL CENTER**
General Surgery Program
Walter A. Wichern, MD, Chairman

**1990-94**      **HOWARD UNIVERSITY HOSPITAL**
Orthopaedic Surgery Residency Training Program
Richard E. Grant, MD, Chairman

## FELLOWSHIP TRAINING

**1994-95**      **COLUMBIA-PRESBYTERIAN MEDICAL CENTER**
Robert E. Carroll Hand Surgery Fellowship
S. Ashby Grantham, MD, Director

**1995**      **COLUMBIA-PRESBYTERIAN MEDICAL CENTER**
Charles S. Neer Shoulder Fellowship
Louis U. Bigliani, MD, Director

EXHIBIT A

**EDUCATION**

| | |
|---|---|
| 1980-84 | **THE JOHNS HOPKINS UNIVERSITY** |
| | Baltimore, MD |
| | Bachelor of Arts |
| | Major-Natural Sciences |
| 1984-88 | **HARVARD MEDICAL SCHOOL** |
| | Boston, MA |
| | Doctor of Medicine |

**SCHOLASTIC ACTIVITIES**

| | **HARVARD MEDICAL SCHOOL** |
|---|---|
| 1984-88 | Student National Medical Association |
| 1986-88 | Student Council Class Representative |
| 1986 | Student Council Budgeting Committee |
| 1987-88 | American Medical Student Association |

**SCHOLASTIC ACTIVITIES**

| | **THE JOHNS HOPKINS UNIVERSITY** |
|---|---|
| 1980-84 | JHU Varsity Basketball |
| 1980-84 | JHU Track and Field, Captain |
| 1980-84 | Black Student Union, Secretary |
| 1982-84 | Alpha Phi Alpha Fraternity, Chap. Pres. |

**SCHOLASTIC HONORS AND DISTINCTIONS**

| | **THE JOHNS HOPKINS UNIVERSITY** |
|---|---|
| 1980-84 | National Merit Scholar |
| 1982-84 | JHU Alumni Scholar |
| 1982-83 | Dean's List |
| 1984 | Robert H. Scott Award |
| 1984 | NCAA Track and Field All-America |
| 1984 | All-Maryland Basketball Team |
| | **HARVARD MEDICAL SCHOOL** |
| 1986-88 | Ernest Frederick Slater Scholarship |
| 1984-86 | National Medical Fellowships Awards |

**AWARDS**

| | |
|---|---|
| 1994-95 | **ROBERT E. CARROLL AWARD** |
| | Excellence in Surgery of the Upper Extremity |
| 1995 | **NEW YORK SOCIETY FOR SURGERY OF THE HAND** |
| | First Prize- Residents and Fellows Meeting |
| | *"The Surface Anatomy of Trigger Finger Release"* |

## ACADEMIC APPOINTMENT

**1996**  **HOWARD UNIVERSITY COLLEGE OF MEDICINE**
Washington, DC
Instructor, Division of Orthopaedic Surgery
Department of Surgery

**1999**  **HOWARD UNIVERSITY COLLEGE OF MEDICINE**
Washington, DC
Assistant Professor, Division of Orthopaedic Surgery
Department of Surgery

## CURRENT STAFF APPOINTMENTS

**1996**  **HOWARD UNIVERSITY HOSPITAL**
Washington, DC
Division of Orthopaedic Surgery
Medical Officer
Department of Surgery

**1996**  **PROVIDENCE HOSPITAL**
Washington, DC
Staff Physician
Department of Surgery

**2001**  **CHILDREN'S NATIONAL MEDICAL CENTER**
Washington, DC
Staff Physician
Center for Musculoskeletal Health
Department of Surgery

## CREDENTIALS

**1999**  **AMERICAN BOARD OF ORTHOPAEDIC SURGERY**
Hand Certificate of Added Qualification August 1999

**1998**  **AMERICAN BOARD OF ORTHOPAEDIC SURGERY**
Certification July 1998

**1989**  **NATIONAL BOARD OF MEDICAL EXAMINERS**
Parts I, II, III

## PEER-REVIEWED PUBLICATIONS

2005
*"Quadriceps Avulsion Through A Bipartite Patella"*
Thomas AL, Wilson RH, and Thompson, TT
**Orthopedics** Accepted for Publication 2005

2005
*"Massive Prepatellar Bursa: A Case Report"*
Thompson TL, Simpson B, Burgess D, and Wilson, RH
**Journal of the National Medical Association** Accepted for Publication 2005

2003
*"Gunshots to the Hand and Upper Extremity"*
Wilson, RH
**Clinical Orthopaedics and Related Research**
408:133-144

2003
*"Antibiotic Prophylaxis in Gunshot Injuries"*
Simpson BS, Grant RE, and Wilson RH
**Clinical Orthopaedics and Related Research**
408:82-85

## PUBLISHED BOOK CHAPTERS

2003
*"Examination of the Hand and Wrist"*
Wilson RH
**Musculoskeletal Medicine** pp. 302-310
Editor Joseph Bernstein, MD
American Academy of Orthopaedic Surgeons Publishing

1996
*"The Wrist"*
Wilson RH and Rosenwasser MP
**Sports Medicine: Primary Care and Rehabilitation**
pp. 265-286
Editors Scuderi, McCann, and Bruno
Mosby-Yearbook Publishing

1996
*"Surgical treatment of 3-Part Fractures with Ender Rod Fixation"* chapter with Roger C. Pollock, Evan L. Flatow, and, Louis U. Bigliani in **Atlas of Shoulder Surgery** pp.233-242
Editors Fu, Ticker, and Imhoff
Martin Dunitz Publishers

## PUBLISHED ABSTRACTS

**1998** — "The Implications of Hip Fractures in the Inner City Elderly"
Grant RE, Wilson RH, Wilson DB, and Cube CP
**Orthopaedic Transactions** XXI (4):1101

**1998** — "Indications for Angiography in Gunshot Fractures"
Wilson, RH Garden, MS Wilson, DB and Grant, RE
**Orthopaedic Transactions** XXII (4):1037

**1997** — "Neurologic Complications After Total Shoulder Arthroplasty"
Wilson, RH Bigliani LU Flatow, EL Pollock RG et al
**Orthopaedic Transactions** XXI (4):18-19

**1996** — "The Surface Anatomy of Trigger Finger Release"
Wilson, RH Strauch, RJ and Rosenwasser, MP
**Orthopaedic Transactions** XX (1):130

## NATIONAL PRESENTATIONS

**2005** — **NATIONAL MEDICAL ASSOCIATION**
New York, NY
"Fingertip Injuries in Children and Adults"

**2005** — **NATIONAL MEDICAL ASSOCIATION**
New York, NY
"The Initial Patient Response to an Open Ended Question"

**2004** — **EASTERN ORTHOPAEDIC ASSOCIATION**
Rio Grande, PR
"Predictors of Mortality in African American Hip Fracture Patients"

**2004** — **EASTERN ORTHOPAEDIC ASSOCIATION**
Rio Grande, PR
"Anatomic Variations in the Ulnar Nerve at the Elbow"
POSTER

**2004** — **EASTERN ORTHOPAEDIC ASSOCIATION**
Rio Grande, PR
"Arthroscopic Repair of Triangular Fibrocartilage Complex Tears" POSTER

## NATIONAL PRESENTATIONS

| | |
|---|---|
| 2004 | **EASTERN ORTHOPAEDIC ASSOCIATION**<br>Rio Grande, PR<br>*"The Relationship Between Magnetic Resonance Imaging and Clinical Findings in the Evaluation of the Acromioclavicular Joint"* POSTER |
| 2004 | **NATIONAL MEDICAL ASSOCIATION**<br>San Diego, CA<br>*"Upper Extremity Fractures in Children"* |
| 2003 | **EASTERN ORTHOPAEDIC ASSOCIATION**<br>Dublin, Ireland<br>*"Extension Deformity and Functional Range of Motion in Type II Supracondylar Humerus Fractures"* |
| 2003 | **NATIONAL MEDICAL ASSOCIATION**<br>Philadelphia, PA<br>*"Predictors of Mortality in African American Hip Fracture Patients"* |
| 2003 | **NATIONAL MEDICAL ASSOCIATION**<br>Philadelphia, PA<br>*"Extension Deformity and Functional Range of Motion in Type II Supracondylar Humerus Fractures"* |
| 2002 | **SOUTHERN ORTHOPAEDIC ASSOCIATION**<br>Washington, DC<br>*"Proximal Humerus Fractures: State of the Art"* |
| 2002 | **EASTERN ORTHOPAEDIC ASSOCIATION**<br>Amelia Island, FL<br>*"Thenar Muscle Innervation: An Anatomic Study"* |
| 2002 | **EASTERN ORTHOPAEDIC ASSOCIATION**<br>Amelia Island, FL<br>*"The Trigger Finger: A Symptom Based Classification"* POSTER |
| 2002 | **AMERICAN SOCIETY FOR SURGERY OF THE HAND**<br>Phoenix, Az<br>*"Thenar Muscle Innervation: An Anatomic Study"* POSTER |

## NATIONAL PRESENTATIONS

| | |
|---|---|
| 2002 | **NATIONAL MEDICAL ASSOCIATION**<br>Honolulu, HI<br>*"Ulnar Nerve Anatomy at the Elbow"* |
| 2002 | **NATIONAL MEDICAL ASSOCIATION**<br>Honolulu, HI<br>*"Proximal Humerus Fractures: State of the Art"* |
| 2001 | **NATIONAL MEDICAL ASSOCIATION**<br>Nashville, TN<br>*"Upper Extremity Nerve Injury and Neuropathy"* |
| 2000 | **NATIONAL MEDICAL ASSOCIATION**<br>Washington, DC<br>*"The Trigger Finger: A New Classification"* |
| 1999 | **NATIONAL MEDICAL ASSOCIATION**<br>Las Vegas, NV<br>*"Orthopaedic Surgery in Africa: The Liberia Experience"* |
| 1998 | **NATIONAL MEDICAL ASSOCIATION**<br>Honolulu, HI<br>*"The Management of Distal Radius Fractures"* |
| 1998 | **NATIONAL MEDICAL ASSOCIATION**<br>Honolulu, HI<br>*"The Indication for Angiography in Gunshot Fractures"* |
| 1998 | **EASTERN ORTHOPAEDIC ASSOCIATION**<br>San Juan, PR<br>*"The Indication for Angiography in Gunshot Fractures"* |
| 1997 | **AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS**<br>San Francisco, Ca<br>*"Neurologic Complications After Total Shoulder Arthroplasty"* |
| 1997 | **ASSOCIATION OF BONE AND JOINT SURGEONS**<br>Scottsdale, AZ<br>*"The Implications of Hip Fractures in the Inner City Elderly"* |

## NATIONAL PRESENTATIONS

**1996**  AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
Atlanta, GA
*"The Surface Anatomy of Trigger Finger Release"*

## LOCAL PRESENTATIONS

**2005**  DIMENSIONS HEALTHCARE
Landover, MD
*"The Throwing Athlete"*

**2004**  CHILDREN'S NATIONAL MEDICAL CENTER
Washington, DC
*"Fingertip Injuries in Children"*

**2003**  DIMENSIONS HEALTHCARE
Greenbelt, MD
*"Subacromial Impingement and Rotator Cuff Disease"*

**2002**  WASHINGTON SURGICAL SOCIETY
Washington, DC
*"Mycobacterial Tenosynovitis of the Wrist"*

**2002**  PROVIDENCE HOSPITAL
Washington, DC
*"How I Evaluate the Shoulder"*

**2001**  PROVIDENCE HOSPITAL
Washington, DC
*"Carpal Tunnel Syndrome"*

**2000**  HOWARD UNIVERSITY HOSPITAL
Washington, DC
Department of Emergency Medicine
*"The Treatment of Hand Trauma and Emergencies"*

**1999**  WASHINGTON METROPOLITAN SOCIETY FOR SURGERY OF THE HAND
Washington, DC
*"Hand Surgery in Liberia"*

**LOCAL PRESENTATIONS**

| | |
|---|---|
| 1999 | **PROVIDENCE HOSPITAL**<br>Washington, DC<br>Grand Rounds Family Practice<br>*"Carpal Tunnel Syndrome"* |
| 1998 | **HOWARD UNIVERSITY COLLEGE OF MEDICINE**<br>Baltimore, MD<br>Faculty for **Current Issues in Lower Extremity Trauma**<br>Osteonics Inc., Sponsor<br>Course Coordinator and Presenter |
| 1998 | **DANIEL HALE WILLIAMS MEDICAL SOCIETY**<br>February 24, 1998<br>**Keynote Speaker**<br>*"Fingertip Injuries: Diagnosis and Treatment"* |
| 1997 | **HOWARD UNIVERSITY COLLEGE OF MEDICINE**<br>Washington, DC<br>Faculty for **Family Practice Board Review/Update for Practicing Physicians**<br>*"Recognition of Hand Pathology and Deformity in Primary Care"* |
| 1996 | **HOWARD UNIVERSITY COLLEGE OF MEDICINE**<br>Washington, DC<br>Faculty for **Family Practice Board Review/Update for Practicing Physicians**<br>*"Recognition of Hand Pathology and Deformity in Primary Care"* |

**INVITED LECTURES**

| | |
|---|---|
| 2004 | **ST. LUKE'S-ROOSEVELT HOSPITAL CENTER**<br>New York, NY<br>*"Triangular Fibrocartilage Injuries and Repair"* |
| 2003 | **MAYO CLINIC**<br>Rochester, MN<br>*"Urban Orthopaedics: Gunshot Injuries to the Upper Extremity"* |

**PROFESSIONAL ORGANIZATIONS**

American Academy of Orthopaedic Surgeons
American Society for Surgery of the Hand
Robert J. Gladden Orthopaedic Society
Eastern Orthopaedic Association
National Medical Association
American Medical Association
New York Orthopaedic Hospital Alumni Society
Washington Orthopaedic Society
Washington Metropolitan Society for Surgery of the Hand
Carroll Hand Club
Columbia Shoulder and Elbow Society
Johns Hopkins University Alumni Association
Harvard Medical School Alumni Association

**PROFESSIONAL ACTIVITIES**

**HOWARD UNIVERSITY HOSPITAL**
1996- Special Committee for Consultation Procedures
1997- Medical Records Committee
2000- present Operating Room Committee
2004- Finance Committee- Faculty Practice Plan

**DEPARTMENT OF SURGERY**
1996- present Orthopaedic Education Committee
1997- present Surgical Education Committee
2000- present Research Committee
2002- present Trauma Research Committee

**J. ROBERT GLADDEN SOCIETY**
2000- present Mentorship Program

PROFESSIONAL ACTIVITIES

**NATIONAL MEDICAL ASSOCIATION**
2001- present Treasurer of Orthopaedic Section

**AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS**
2003- Mentor in Diversity Committee
2003- Leadership Fellows Program
2003- International Committee

**EASTERN ORTHOPAEDIC ASSOCIATION**
2002- Membership Committee
2002- Nominating Committee
2003- Membership Committee Chair
2005- Treasurer

VOLUNTEER ACTIVIES

**HOWARD UNIVERSITY COLLEGE OF MEDICINE**
1996- present Mitchell Fellowship Participation
1996- present Junior Student Faculty Advisor
1996- present Senior Student Faculty Advisor
2001- Banneker High School Mentor
2004- Medical Mission to Nigeria

**PHYSICIANS FOR PEACE**
1999- Medical Mission to Liberia- Spring
1999- Medical Meission to Liberia- Fall
2004- Medical Mission to Liberia- Fall

**JOHNS HOPKINS UNIVERSITY**
1997- SOBA Charter Membership
1999- Admissions Volunteer
1999- SOBA Executive Committee
2002- Second Decade Society

RECREATIONAL ACTIVITIES

Basketball
Golf
Jazz Collector
Disc Jockey

DATE OF BIRTH

7-15-62