**HOWARD UNIVERSITY DEPARTMENT OF ORTHOPAEDIC SURGERY**
www.huhortho.com

Robert H. Wilson, MD
Assistant Professor
Hand and
Upper Extremity Surgery

Howard University
Orthopaedic Associates
2041 Georgia Avenue, NW
Suite 4300, Towers Building
Washington, DC 20060

Providence Hospital
Rankin Orthopaedic and
Sports Medicine
1160 Varnum St., NW
Suite 312, DePaul Building
Washington, DC 20017

Children's National
Medical Center
Division of Orthopaedic Surgery
111 Michigan Ave, NW
Washington, DC 20010

Clinical Office/ Appointments

Howard University and
Providence Hospital
202-865-1183
Fax-202-865-3039

Children's National
Medical Center
202-884-2112
Fax-202-884-4998

Orthopaedic Residency
Administrative Office
2041 Georgia Avenue, NW
Room 4C-04
Washington, DC 20060
202-865-1182
Fax-202-865-4904

rwilson@howard.edu

**FEES FOR EXPERT WITNESS AND INDEPENDENT MEDICAL EXAMINATION SERVICES**

Dear Counselor:

This memorandum delineates my current policy on court appearances, depositions, independent medical evaluations, and pre-trial conferences.

My fee for availability at trial as an expert witness is $3000.00. The charge is for availability and there is no additional charge for the actual appearance. To assure my availability, I would need to clear my calendar. For this reason, I ask that the deposit be paid in full in advance. Should the case be canceled with more than three (3) working days notice, half of the money would be refunded. With one (1) day notice, no money would be refunded. Please note that I am unable to clear my calendar and be available without the deposit in full. Please remember that I will not be subpoenaed as an expert witness if you have not followed this guideline.

Should a court appearance necessitate the loss of more than three (3) hours from my practice, including travel time, and additional fee will be charged for the extra time.

A deposition can be done in my office at a charge of $1200.00 for the first hour and $500.00 per hour thereafter. A video deposition is charged at $2000.00 for the first hour and $750.00 per hour thereafter. These prices include my preparation and review of the case before the time of the deposition. These fees are due at the time of the deposition.

The fee for an independent medical evaluation (IME) is $500.00. The IME must be done in my office.

A pre-trial conference is available also at my office at the charge of $400.00. This includes my preparation and review of the case before the conference, as well as up to thirty minutes of my time during the conference.

Miscellaneous time spent for chart review, legal conferences, and advice is billed at $350.00 per hour.

Any questions concerning my fees can be addressed directly to me.

Sincerely,

Robert H. Wilson, MD

**EXHIBIT B**