## List of Cases in Which Dr. Wilson Provided Testimony

| Year | Plaintiff | | Defendant | Court |
|---|---|---|---|---|
| 2001 | Campbell | vs | Nwaneri | MD (Circuit Court) |
| 2001 | Coles | vs | Perry | DC (Federal Court) |
| 2001 | Gray | vs | Zamani | MD (Circuit Court) |
| 2001 | Hill | vs | Cohen | MD (Circuit Court) |
| 2001 | Walker | vs | Tompkins | DC (Superior Court) |
| 2002 | Bailey | vs | Dewitty | DC (Superior Court) |
| 2002 | Schofield | vs | Travis | MD (Circuit Court) |
| 2003 | Harrison | vs | Restaurant | DC (Superior Court) |
| 2004 | Sago | vs | Smith | DC (Superior Court) |
| 2005 | Everrett | vs | Cirrillo | GA (Superior Court) |

EXHIBIT

C