

**HOWARD UNIVERSITY HOSPITAL**

Department of Orthopaedic Surgery

Terry L. Thompson, MD
   *Chairman and Associate Professor*
   Sports Medicine
   Arthroscopic Surgery

Robert H. Wilson, MD
   *Assistant Professor*
   Hand and
   Upper Extremity Surgery

Aham E. Onyike, MD
   *Instructor*
   Arthritis Surgery and
   Joint Replacement

Julian A. Cameron, MD
   *Instructor*
   Spinal Surgery

Howard University Hospital
Ambulatory Care Building
Suite 4300
2041 Georgia Avenue, NW
Washington, DC 20060

Clinical Office/ Appointments
   202-865-1183
Fax-202-865-3039

Administrative Office
   202-805-1182
Fax-202-865-4904

---

**PATIENT:** PHILBIN, Michael J.

**SOCIAL SECURITY #:** 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

**DATE OF VISIT:** 11/09/2006

**HISTORY:** The patient is a 60-year-old male who presents for evaluation of the left ankle and who gave me the following history: He worked and works at Naval Security Station. In February 2003, he suffered an injury in a parking lot of the facility. Apparently, there was some ice on the ground early in the morning, and snow had covered it. He notes that the ice and that the snow had not been cleared away when he arrived to work. He slipped while leaving his car and fell onto the hard ice. He tried to get up and walk; however, he was unable to because of pain in the ankle. He was in the parking lot waiting for 2 hours and, when an ambulance did not appear, he was taken to Sibley Hospital by some other naval employees. He was treated with open reduction and internal fixation. He did not have any complications during the procedure. Initially, he was treated with non weight bearing and then a Prowalker. He had several months of therapy, which, according to the patient, ended in May 2003. He returned to work at half-time. He returned to full-time work by September 2003. At this point, he feels that he can walk well; however, it is difficult for him to run. He does not feel that he can run or jump as he did prior to the injury. He feels that he has weak muscles in the left leg. He has intermittent discomfort and stiffness.

**PAST MEDICAL HISTORY:** The patient denies any current, medical problems or any contributory illness. I have reviewed the medical records of Sibley Memorial Hospital from February 26, 2003 to March 1, 2003, the medical records of Sibley Memorial Hospital clinic, the medical records of Denis R. Harris, M.D. from February 26, 2003 to February 16, 2004, the progress and therapy notes of Physiotherapy Associates from April 23, 2003 to August 27, 2003, and the records of M. Joel Morse, DPM of Foxhall Podiatry Associates, P.C. from July 15, 2003 to August 6, 2003. The patient did not bring any x-rays or screens with him to his appointment.

**PHYSICAL EXAMINATION:** Both the lower extremities are evaluated. The calf muscles are both 41 cm in diameter at the same level. There was



EXHIBIT D

Page Two
RE: PHILBIN, Michael J.
November 9, 2006

swelling and edema noted in the lower leg. Ankles are resting in neutral position. Incision is well healed. The left ankle demonstrates dorsiflexion of 10 degrees with plantar flexion of 30 degrees. The right ankle has dorsiflexion of 30 degrees with plantar flexion of 35 degrees. Inversion of the ankle is 20 degrees in the left and 20 degrees on the right. Eversion in the ankle is 5 degrees in the left and 10 degrees on the right. The patient's gait is non-antalgic. He uses no assistive device. There was no obvious neurologic deficit. There was no vascular deficit noted.

**X-RAY:** Radiographs of the ankle are not available at this time from the patient.

**ASSESSMENT:** Status post left ankle fracture, satisfactory result.

**PLAN AND COMMENTS:** The patient has very good result and probably reached maximum medical improvement in September 2003. The patient did note that he has occasional hip pain that he has developed over the last 2 years, but, while I make a note of it, it is difficult for me to relate that complaint to his left ankle injury in February of 2003. Lastly, I have calculated a permanent partial impairment rating for the patient. Using the guides to the evaluation of permanent impairment as published by the American Medical Association, I was able to calculate a rating. Using chapter XVII, page #526, table 17-2, I am able to calculate a rating using range of motion. The patient does not have a limb length discrepancy or skin loss. Either does he have peripheral nerve entry, so those possible deficits are not included. Using loss of motion as the primary impairment, tables 17-11 and 17-12 adequately addressed those issues. Those tables are on page #537. According to the table 17, the patient does have a 7% lower extremity disability for loss of dorsiflexion. He also has a 2% lower extremity impairment for loss of eversion. Those values can be combined to create a 9% left lower extremity permanent partial impairment rating. In my opinion, the patient should be able to walk and perform normal household chores and maintenance with no significant difficulty.

Robert Wilson, M.D.

RW:cbs/cv   DOD: 11/20/2006   DOT: 11/21/2006