UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN, :
:
    Plaintiff, :
:
v. : C.A. No. 06-0242 (AK)
:
THE WACKENHUT CORPORATION, et al., :
:
    Defendants. :

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on January 24, 2007, I served on all counsel or pro se parties hereto Defendant, The Brickman Group, Ltd.'s Answers to Plaintiff's Interrogatories and Responses to Request for Production of Documents, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

        Respectfully submitted,

        ARMSTRONG, DONOHUE, CEPPOS
          & VAUGHAN, CHARTERED

         /s/
        H. Patrick Donohue    #279687
        204 Monroe Street, Suite 101
        Rockville, Maryland 20850
        (301) 251-0440
        Attorney for Defendant,
        The Brickman Group, Ltd.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing CERTIFICATE REGARDING DISCOVERY was electronically filed on this 24th day of January, 2007 and the discovery responses with attachments were mailed via first class mail to:

Jerry D. Spitz, Esquire
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
Attorney for Plaintiff

Deborah M. Whelihan, Esquire
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
Attorney for Defendants
The Wackenhut Corporation and
Wackenhut Services, Inc.

Robert G. Samet, Esquire
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, Maryland 20852
Attorney for Plaintiff

                                                /s/
                                     H. Patrick Donohue  #279687