IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b), the Plaintiff, Michael J. Philbin, the Defendants, Wackenhut Services, Incorporated and The Wackenhut Corporation, and the Defendant, Brickman Group, Ltd., by and through their respective and undersigned attorneys, move to modify this Honorable Court's Scheduling Order and to extend the discovery deadline from the date of January 31, 2007 until the date of **March 16, 2007** and to extend the dispositive motions deadline from February 12, 2007 to **March 30, 2007**. As grounds therefor, the Parties states as follows:

1.	Although the Parties have been engaged in discovery, the Parties have determined that they need additional time in order to complete discovery, as it has been very difficult to schedule depositions because of the conflicts among the schedules of all of the counsel. Furthermore, it has been difficult to locate some of the witnesses and some of the documentary discovery because of their employment by the Navy and/or third parties. Consequently, the Parties do not believe that they can complete discovery without an extension of the present discovery deadline of January 31, 2007 until **March 16, 2007**.

2. As a result of the delayed discovery progress, the Parties cannot file dispositive motions by the dispositive motions deadline of February 12, 2007 and also have, therefore, proposed an extension of that deadline from February 12, 2007 until **March 30, 2007**, two weeks following the expiration of the proposed discovery deadline.

3. The Parties do anticipate that they will comply with all remaining deadlines of the Scheduling Order, including the pre-trial date of April 12, 2007 and the trial date of April 23, 2007, and that they will not request any further extensions or modifications of the Scheduling Order in the event that this Honorable Court will grant this Motion and the requested extensions.

4. The Parties do not object to any extension of any of the remaining deadlines of the Scheduling Order, should this Honorable Court decide to extend any of those deadlines as a result of the extension of the discovery deadline and of the dispositive motions deadline, including the pre-trial conference date and the trial date.

WHEREFORE, the Plaintiff, Michael J. Phibin, the Defendants, Wackenhut Services, Incorporated and The Wackenhut Corporation, and the Defendant, Brickman Group, Ltd., respectfully request that this Honorable Court grant the relief sought by the Parties and allow them until **March 16, 2007** to complete discovery and allow them until **March 30, 2007** to file dispositive motions.

Respectfully submitted,

| | |
|---|---|
| JORDAN, COYNE SAVITS, L.L.P. | ASHCRAFT & GEREL, LLP |
| By:     /s/     <br> Deborah Murrell Whelihan #412454 <br> 1100 Connecticut Ave., N.W. <br> Suite 600 <br> Washington, D.C. 20036 <br> (202) 296-4747 |     /s/     <br> Robert G. Samet, Esquire, #963587 <br> Kelly E. Cook, Esquire <br> One Central Plaza, Suite 1002 <br> 11300 Rockville Pike <br> Rockville, MD 20852 <br> (301) 770-3737 |
| Attorneys for Defendants Wackenhut Services, Incorporated and The Wackenhut Corporation | Attorneys for Plaintiff |
| ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED | ASHCRAFT & GEREL, LLP |
| By:     /s/     <br> H. Patrick Donohue, #269687 <br> 204 Monroe Street, Suite 101 <br> Rockville, MD 20850 <br> (301) 251-0440 |     /s/     <br> Jerry D. Spitz, Esquire, # 413137 <br> 2000 L Street, N.W., Suite 400 <br> Washington, D.C. 20036 <br> (202) 783-6400 |
| Attorney for Defendant The Brickman Group, Ltd. | Attorneys for Plaintiff |

## STATEMENT OF POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 6(b), and

2. and Local Civil Rule 7.

    /s/    
Deborah Murrell Whelihan

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Joint Motion to Modify the Scheduling Order and the proposed Order was sent electronically and mailed, postage prepaid, this 31st day of January, 2007, to:

>Robert G. Samet, Esquire
>Kelly E. Cook, Esquire
>Ashcraft & Gerel, LLP
>One Central Plaza
>Suite 1002
>11300 Rockville Pike
>Rockville, MD 20852,
>Attorneys for Plaintiff;

>Jerry D. Spitz, Esquire
>Ashcraft & Gerel, LLP
>2000 L Street, NW
>Suite 400
>Washington, DC  20036,
>Attorneys for Plaintiff; and

>H. Patrick Donohue, Esquire
>Armstrong, Donohue, Ceppos &
>  Vaughan, Chartered
>204 Monroe Street
>Suite 101
>Rockville, MD 20850,
>Attorney for Defendant Brickman.

_____/s/_____
Deborah Murrell Whelihan