IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **O R D E R**

Upon consideration of the Parties' Joint Motion To Modify The Scheduling Order and the entire record herein, it is this _____ day of _____, 2007,

ORDERED, that the Parties' Joint Motion To Modify The Scheduling Order is GRANTED; and it is further,

ORDERED, that the Scheduling Order shall be modified so that the discovery deadline shall be extended from January 31, 2007 until **March 16, 2007** and so that the dispositive motions deadline shall be extended from February 12, 2007 to **March 30, 2007**.

_____
ALAN KAY,
UNITED STATES MAGISTRATE JUDGE

Copies To:

Deborah Murrell Whelihan, Esquire
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Robert G. Samet, Esquire
Kelly E. Cook, Esquire
Ashcraft & Gerel, LLP
One Central Plaza
Suite 1002
11300 Rockville Pike
Rockville, MD 20852

Jerry D. Spitz, Esquire
Ashcraft & Gerel, LLP
2000 L Street, NW
Suite 400
Washington, DC  20036

H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos &
  Vaughan, Chartered
204 Monroe Street
Suite 101
Rockville, MD 20850