## EXHIBIT LIST

1. Subcontract Agreement, 3/26/02 (immaterial attachments omitted).

2. Wackenhut Services Snow and Ice Removal Plan, 10/18/02.

3. Jeremy Harman phone call detail, 2/22/03 - 3/21/03.

4. Nebraska Avenue Complex (NAC) diagram, Philbin Deposition Exhibit 8.

5. Photograph of fall area, Philbin Deposition Exhibit 6.

6. Photograph of rear (Echo) gate entranceway, Philbin Deposition Exhibit 3.

7. Excerpts from Deposition of Mr. Philbin.

8. Excerpts from Deposition of Mr. Harman.

9. Excerpts from Deposition of Mr. Lewandowski.

10. Excerpts from Deposition of Mr. Graswick.

11. NAC diagram, Graswick Deposition Exhibit 14.

12. Brickman Site Visit Reports, 2/14 - 2/26/03, excerpted from Lewandowski Deposition Exhibit 13.