# EXHIBIT 3

**Account name:** WACKENHUT SERVICES, INC
**Account number:** 300691023
**Statement date:** March 26, 2003
**Billing period:** February 22 - March 21, 2003

Page 53

**NAC 1   (301) 674-9269   continued...**
**Telecommunications Services Call Detail   (301) 674-9269**

| Item # | Date | Time | Call To | Number Called | See Footnote | Min:Sec | Usage | Long Distance | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Feb 24 | 06:46 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 22 | Feb 24 | 07:03 AM | BETHESDA,MD | 301-648-0200 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 23 | Feb 24 | 07:05 AM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 24 | Feb 24 | 07:17 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 8:57 | 0.00 | 0.00 | 0.00 |
| 25 | Feb 24 | 07:32 AM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 26 | Feb 24 | 07:33 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:25 | 0.00 | 0.00 | 0.00 |
| 27 | Feb 24 | 08:45 AM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 28 | Feb 24 | 11:55 AM | | Incoming | PP/PU | 1:25 | 0.00 | 0.00 | 0.00 |
| 29 | Feb 24 | 04:33 PM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 30 | Feb 24 | 04:36 PM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 31 | Feb 24 | 05:05 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:10 | 0.00 | 0.00 | 0.00 |
| 32 | Feb 25 | 01:10 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 33 | Feb 25 | 01:31 PM | | Incoming | PP/PU | 1:36 | 0.00 | 0.00 | 0.00 |
| 34 | Feb 25 | 01:32 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:56 | 0.00 | 0.00 | 0.00 |
| 35 | Feb 25 | 06:38 PM | | Incoming | OP/PU | 2:21 | 0.00 | 0.00 | 0.00 |
| 36 | Feb 26 | 06:40 AM | BETHESDA,MD | 301-674-9079 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 37 | Feb 26 | 07:07 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:10 | 0.00 | 0.00 | 0.00 |
| 38 | Feb 26 | 07:09 AM | BETHESDA,MD | 301-648-0200 | PP/PU | 2:18 | 0.00 | 0.00 | 0.00 |
| 39 | Feb 26 | 07:10 AM | SILVER SPG,MD | 240-603-5705 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 40 | Feb 26 | 07:20 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:56 | 0.00 | 0.00 | 0.00 |
| 41 | Feb 26 | 08:15 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 42 | Feb 26 | 08:23 AM | WASHINGTON,DC | 202-359-9066 | PP/PU | 3:00 | 0.00 | 0.00 | 0.00 |
| 43 | Feb 26 | 08:57 AM | WASHINGTON,DC | 202-359-9066 | PP/PU | 2:12 | 0.00 | 0.00 | 0.00 |
| 44 | Feb 26 | 09:17 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:10 | 0.00 | 0.00 | 0.00 |
| 45 | Feb 26 | 12:22 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 4:52 | 0.00 | 0.00 | 0.00 |
| 46 | Feb 26 | 01:26 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 5:11 | 0.00 | 0.00 | 0.00 |
| 47 | Feb 26 | 02:06 PM | WASHINGTON,DC | 202-764-1455 | PP/PU | 1:02 | 0.00 | 0.00 | 0.00 |
| 48 | Feb 26 | 03:58 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 49 | Feb 26 | 04:31 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:06 | 0.00 | 0.00 | 0.00 |
| 50 | Feb 27 | 06:00 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 51 | Feb 27 | 06:12 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 52 | Feb 27 | 06:14 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 53 | Feb 27 | 07:26 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:02 | 0.00 | 0.00 | 0.00 |
| 54 | Feb 27 | 07:51 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:31 | 0.00 | 0.00 | 0.00 |
| 55 | Feb 27 | 09:52 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:14 | 0.00 | 0.00 | 0.00 |
| 56 | Feb 27 | 10:18 AM | WASHINGTON,DC | 202-764-1455 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 57 | Feb 27 | 12:20 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:06 | 0.00 | 0.00 | 0.00 |
| 58 | Feb 27 | 01:01 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 59 | Feb 27 | 01:42 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:02 | 0.00 | 0.00 | 0.00 |
| 60 | Feb 27 | 03:00 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:31 | 0.00 | 0.00 | 0.00 |
| 61 | Feb 27 | 06:15 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:14 | 0.00 | 0.00 | 0.00 |
| 62 | Feb 27 | 06:44 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |

continued...

---

EXHIBIT 12
Deponent Harmon
Date 3/9/07 Rptr. SS
WWW.DEPOBOOK.COM

---

**Account name:** WACKENHUT SERVICES, INC
**Account number:** 300691023
**Statement date:** March 26, 2003
**Billing period:** February 22 - March 21, 2003

Page 54

**NAC 1   (301) 674-9269   continued...**
**Telecommunications Services Call Detail   (301) 674-9269**

| Item # | Date | Time | Call To | Number Called | See Footnote | Min:Sec | Usage | Long Distance | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 63 | Feb 27 | 07:24 PM | WASHINGTON,DC | 202-409-5937 | PP/PU | 2:17 | 0.00 | 0.00 | 0.00 |
| 64 | Feb 28 | 05:24 AM | | Incoming | OP/PU | 3:40 | 0.00 | 0.00 | 0.00 |
| 65 | Feb 28 | 06:03 AM | BETHESDA,MD | 301-674-9079 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 66 | Feb 28 | 06:06 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 67 | Feb 28 | 06:07 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 68 | Feb 28 | 06:08 AM | WASHINGTON,DC | 202-764-0258 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 69 | Feb 28 | 06:09 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 70 | Feb 28 | 06:10 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 71 | Feb 28 | 06:10 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 72 | Feb 28 | 06:11 AM | BERTYN,MD | 301-303-0118 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 73 | Feb 28 | 06:11 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 74 | Feb 28 | 06:15 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 75 | Feb 28 | 06:16 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 76 | Feb 28 | 07:38 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:44 | 0.00 | 0.00 | 0.00 |
| 77 | Feb 28 | 07:42 AM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 78 | Feb 28 | 11:19 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 79 | Feb 28 | 11:52 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 80 | Feb 28 | 12:43 PM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 81 | Feb 28 | 03:02 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:27 | 0.00 | 0.00 | 0.00 |
| 82 | Mar 01 | 09:04 AM | | Incoming | PP/PU | 1:04 | 0.00 | 0.00 | 0.00 |
| 83 | Mar 01 | 02:23 PM | | Incoming | OP/PU | 2:02 | 0.00 | 0.00 | 0.00 |
| 84 | Mar 03 | 06:20 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 85 | Mar 03 | 07:46 AM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 86 | Mar 03 | 01:15 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:32 | 0.00 | 0.00 | 0.00 |
| 87 | Mar 03 | 01:38 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 88 | Mar 03 | 07:32 PM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 89 | Mar 04 | 06:46 AM | | Incoming | OP/PU | 4:22 | 0.00 | 0.00 | 0.00 |
| 90 | Mar 04 | 09:12 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 91 | Mar 04 | 09:14 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:14 | 0.00 | 0.00 | 0.00 |
| 92 | Mar 04 | 09:17 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:48 | 0.00 | 0.00 | 0.00 |
| 93 | Mar 04 | 09:41 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 94 | Mar 04 | 09:43 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 95 | Mar 04 | 09:50 AM | | Incoming | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 96 | Mar 04 | 09:50 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 97 | Mar 04 | 09:51 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 98 | Mar 04 | 09:52 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 99 | Mar 04 | 09:57 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 100 | Mar 04 | 10:01 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:14 | 0.00 | 0.00 | 0.00 |
| 101 | Mar 04 | 10:06 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 102 | Mar 04 | 10:12 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 103 | Mar 04 | 10:44 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 104 | Mar 04 | 10:49 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |

continued...