# EXHIBIT 4

Case 1:06-cv-00242-AK   Document 25-6   Filed 03/30/2007   Page 1 of 2



NEBRASKA AVENUE COMPLEX