Philbin v. Wackenhut
3/6/06

Multi-Page™

Michael Philbin

Page 122

1 the length of time before the date you fell that the
2 temperatures had been in the 30s during the day and
3 dipping down into the 20s at night?
4     A   For a few days.  I can't say for sure
5 because I don't remember exactly what the weather
6 was back then.  But I think for a few days because
7 of the -- of seeing the ice in the morning when I
8 came to work.
9     Q   Do you recall the temperature getting
10 into the --
11              (Interruption by phone
12              ringing.)
13              (Thereupon, a brief recess was
14              taken.)
15     BY MR. DONOHUE:
16     Q   Let me just ask you.  Do you recall the
17 temperature getting up into the 40s and even in the
18 50s just two days before your accident?
19     A   I don't recall, to tell you the truth.
20     Q   Do you recall a heavy rain, a big rain
21 storm coming just two days or three days before the
22 accident.

Page 123

1     A   I don't remember, honestly.  I don't.
2     Q   Is it fair to say that -- I think you
3 told us before that you don't really know what the
4 source of the water was that counted for the ice
5 that you encountered on the morning of your
6 accident.
7     A   I can't say specifically, but I just know
8 that in some days before that, there had been large
9 piles of snow that had been -- melted and you could
10 see in the evening, when I was coming back to my
11 truck, where water had run down the parking lot from
12 the piles of snow.
13     Q   Was there any piles of snow still there
14 on the day of your accident?
15     A   I don't remember.  There were cars parked
16 around and stuff.
17     Q   Based on your observations and memory,
18 you can't say that there still was any pile of snow?
19     A   Specifically, no.
20     Q   When you pulled in the lot the morning of
21 the accident, did you head down to the area you
22 parked because that was your preferred parking area?

Page 124

1     A   Yeah.
2     Q   Okay.  Did you --
3     A   And there were a lot of cars parked in
4 here.
5     Q   Up near the gate?
6     A   Close to the gate, right.
7     Q   Understood.  Were there cars parked in
8 the immediate vicinity of where you parked your
9 truck?
10     A   There were some.
11     Q   Scattered around?
12     A   Scattered around, yes.
13     Q   Did you try to pick a spot where you
14 weren't immediately adjacent to other vehicles --
15     A   Um-hmm.
16     Q   -- to protect against dent damage?
17     A   Sure, um-hmm.
18     Q   Is that a practice you had?
19     A   Um-hmm.
20     Q   Is that yes?
21     A   Yes.
22     Q   Do you have any recollection of how many

Page 125

1 parked cars you walked past before you reached the
2 location of your first fall?
3     A   No, I don't.  I don't remember, to tell
4 you the truth.
5     Q   Are we talking half a dozen, 10, 20?
6     A   No.  Probably 10 or 20, I guess.
7     Q   Counting vehicles parked on both sides?
8     A   Yes.  As you got closer to the gate area,
9 they were parked closer together, because there was
10 a lot more there.
11     Q   You were parked in the farthest area from
12 the gate, correct?
13     A   Yeah.  There may have been 30 further --
14 between there and --
15     Q   You knew at the time of the accident that
16 the temperature was below freezing, correct?
17     A   Yes.
18     Q   So from your experience in this area with
19 snow and precipitation, is it fair to say that you
20 were aware of the potential of the slippery surface
21 because of the low temperature?
22     A   Yes.

Page 126

1    Q   Can you say one way or the other whether
2 the site of your fall on the morning of February
3 26th corresponded exactly to where you had noticed
4 water the night before or the wet pavement?
5    A   I can't say specifically, but I know that
6 it was in the area of where I had seen mounds of
7 snow before.  It was not -- not too far from it
8 because generally, the practice was to put it near a
9 lamp post or things like that where it wouldn't be
10 taking up parking spaces.  So there had been large
11 piles a little farther up.
12    Q   What was the closest pile to the site of
13 your fall that you recall having seen?
14    A   I think I remember seeing one near a lamp
15 post that was in that area.
16    Q   Let me invite you to look at the
17 photographs.  We will go with the official one here.
18    A   Okay.  Yeah, I think this was the --
19    Q   You are referring, for the record, to
20 photograph Exhibit 6?
21    A   Yes, areas like this where they didn't
22 take up a parking spot were used.

Page 127

1    Q   Diagonally striped areas?
2    A   Yes.  There was no parking in that area.
3    Q   What was the closest one of those
4 diagonally striped areas to the site of your fall?
5    A   This is --
6    Q   The X you have drawn --
7    A   This is the general, whether it was here
8 or here, you know.
9    Q   You have drawn another X to the upper
10 right of the sticker, correct?
11    A   Right, somewhere in the general area.
12    Q   And when did you last see any mound of
13 snow on the diagonally striped area in photo Exhibit
14 6?
15    A   That, I just don't recall.
16    Q   You don't recall whether it was Monday or
17 the Friday before your fall?
18    A   No, I don't remember.
19    Q   Do you recall that your fall occurred
20 about roughly two weeks after what many people in
21 the -- remember as the President's Day blizzard?
22    A   I heard that, yes.  I know we had a lot

Page 128

1 of snow a week or two before, yeah.
2    Q   Were you in town throughout the blizzard?
3    A   Yeah.
4    Q   And did you work full time on Monday and
5 Tuesday before your fall?
6    A   Yes.
7    Q   Full time during the entire week prior?
8    A   As far as I can remember.
9    Q   Did you take any time off because of the
10 blizzard conditions?
11    A   I don't remember, other than when the
12 government was closed.
13    Q   Do you know how many days the government
14 was closed?
15    A   That I don't remember.  It's easy to find
16 out, I guess.
17    Q   Mr. Philbin, directing your attention to
18 Exhibit 3.  The fence that you are standing
19 immediately adjacent to with the numeral 10 on the
20 little square there, is that fence observable
21 anywhere in Exhibit 2?
22    A   Yes.

Page 129

1    Q   Without drawing on it, can you tell us
2 where?
3    A   This is the little guardhouse right here.
4 See that roof?
5    Q   Yes.
6    A   Between these posts, this walkway here,
7 where it slants up and you go past that guardhouse,
8 and right past that guardhouse, you hang a left,
9 there is the fence here.
10        MR. SAMET:  What is the narrative?  I
11 don't understand.
12        THE WITNESS:  He wants to see where
13 this --
14        MR. SAMET:  But you are tracing a path.
15 Is that a swinging gate?
16        THE WITNESS:  Yeah, that closes, that
17 locks the --
18        BY MR. DONOHUE:
19    Q   Can you identify this square with the
20 numeral on the gate?
21    A   I think it's obscured by the guardhouse
22 right here.  There is another gate on the other

Page 130

1 side.

2   Q   Does Exhibit 2 depict the area you are

3 shown standing in Exhibit 3?

4   A   It's behind that guard shack right there.

5   Q   So it's on the other side?

6   A   It's this little -- this little guard

7 post right here --

8   Q   Yes, sir.

9   A   -- it's on the other side of that little

10 guardhouse.

11   Q   So you can't actually see in Exhibit 2

12 where you are standing in Exhibit 3?

13   A   No.  See, here's the guardhouse right

14 here.

15   Q   Thank you.  Bear with me for a moment.

16 It's taking a while to review my notes in an effort

17 to not duplicate what we've already covered.

18         You said there was snow in the area where

19 you fell the second time, correct?

20   A   Yes.

21   Q   Did it continue snowing while you were

22 there on the ground waiting for assistance?

Page 131

1   A   I think there were intermittent flurries.

2   Q   What is your best estimate of the precise

3 time you fell?

4   A   I think between 8:00 and 8:15, somewhere

5 in that area.

6   Q   Could it have been between 8:15 and 8:30?

7   A   I don't think it was quite that late.  I

8 think I got there around 8:00.

9   Q   What time did you leave home?

10   A   I left home about 7:15.

11   Q   It usually takes you 40, 45 minutes to

12 drive?

13   A   Yeah, between 35 and 45 minutes.

14   Q   Did it take longer because of weather

15 conditions that day?

16   A   Yes.

17   Q   Do you recall looking at your watch at

18 any time during this time period?

19   A   I don't recall, offhand, to tell you the

20 truth.

21   Q   You didn't see any ice in the area where

22 you fell the second time; is that correct?

Page 132

1   A   That's correct.

2   Q   Have you ever had any communications with

3 any person you understand to be an employee of my

4 client, the Brickman Group?

5   A   No.

6   Q   In your contact after your accident with

7 various people with the Navy, did you seek any

8 information on your own about my client's role in

9 the snow and ice removal?

10   A   No.

11   Q   In your communications with your

12 co-workers at the Navy who were reviewed by

13 Ms. Whelihan in your initial disclosures --

14       MS. WHELIHAN:  Ten.

15       MR. DONOHUE:  Ten people?

16       MS. WHELIHAN:  Exhibit 10.

17       BY MR. DONOHUE:

18   Q   -- in Exhibit 10, did you tell any of

19 them that they should anticipate they may be

20 contacted by your counsel or any representative of

21 your lawyer?

22   A   I think I might have mentioned it if they

Page 133

1 had anything to add and I don't think anybody said

2 they did have anything to add.

3   Q   I want to make sure I understand.  Did

4 you ask that they contact your lawyer?

5   A   No, no.

6   Q   Did you tell them they may be contacted

7 by your lawyer?

8   A   No, not really.  I just asked them if

9 they, you know, had anything to add, as far as their

10 injuries or anything.

11   Q   Other than what you have already

12 testified to, did any of them add anything?

13   A   Not really.

14   Q   Have you ever seen a copy of any snow

15 removal contract involving either Defendant?

16   A   No.

17   Q   So sitting here today, do you have any

18 information from any entities or individuals, other

19 than your lawyers, about how much snow needs to fall

20 before either Brickman or Wackenhut needs to

21 respond?

22   A   No, no.

g45

## Page 134

1    Q  At the very beginning of your session, we
2 had a brief colloquy about workers' comp records.
3    A  Oh, yes.
4    Q  Are you confident you do have some
5 material involving your workers' comp claim in your
6 personal files at home?
7    A  I will check to make sure because he said
8 that these were the -- this is the only information
9 that you were able to obtain from the government.
10      MS. WHELIHAN: Thus far.
11      THE WITNESS: As of this date, right.
12      BY MR. DONOHUE:
13    Q  So I will say on the record, we are
14 interested in whatever else you may have. It may be
15 duplicative, it may not be. There is no way to know
16 without checking.
17    A  Right.
18    Q  So would you be kind enough to provide
19 that to your counsel so that we can make that
20 determination?
21    A  Okay.
22      MR. DONOHUE: That's all I have.

## Page 135

1      MS. WHELIHAN: Along with the e-mails, if
2 you have the copies of the e-mail.
3      MR. DONOHUE: That's all I have.
4      MR. SAMET: I have no questions.
5      (Whereupon, signature having
6      not been waived, at 4:24 p.m.
7      the deposition concluded.)

## Page 136

1     CERTIFICATE OF DEPONENT
2 I, _____, do hereby certify
3 that I have read the foregoing pages, _____
4 through _____, inclusive, which contain a
5 correct transcript of the answers given by me
6 to the questions propounded to me herein,
7 except for changes, if any, duly noted on the
8 enclosed errata sheet.

11     _____
    WITNESS

15    Sworn and subscribed to before me this ___ day
16    of _____, 2007.

18 My commission expires:     Notary Public:
19 _____     _____

## Page 137

1     ERRATA SHEET
2 Case: Philbin v. The Wackenhut Corp, et al.
3 Deposition of: Michael J. Philbin.
4 Taken on: March 6, 2007.
5 Page   Line   Reads    Should Read

21     _____
    Witness

Page 134 - Page 137     Misty Klapper & Associates (703) 780-9559

Page 138

1           CERTIFICATE OF NOTARY PUBLIC
2           I, Carolyn E, Friend, the Officer before
3   whom the foregoing Deposition was taken, do hereby
4   certify that the witness whose testimony appears in
5   the foregoing Deposition was duly sworn by me; that
6   the testimony of said witness was taken by me in
7   stenotypy and thereafter reduced to typewriting by
8   me; that the said Deposition is a true record of the
9   testimony given by said witness; that I am neither
10  counsel for, related to, nor employed by any of the
11  parties to this litigation; and further that I am
12  not a relative or an employee of any attorney or
13  counsel employed by the parties hereto, nor
14  financially or otherwise interested in the outcome
15  of this matter.
16
17  _____
    Notary Public in and for
18           the State of Maryland
19
    My Commission Expires:
20  October 1, 2008.
21
22