# EXHIBIT 12

THE BRICKMAN GROUP, LTD.
SNOW REMOVAL SITE VISIT REPORT

JOB SITE: NAC  
COST CODE: ES03500  
SUPERVISOR: ADAM BRASWICK  
DATE: 2/14/03  
STORM DAY: FRIDAY  1 OF 1

TYPE OF PRECIPITATION: —  
AMOUNT IN INCHES: —

**PLOWING/SPREADING**

START TIME: 4:30  
END TIME: 8:00PM

TOTAL HOURS: 3½ hrs.

# OF PLOWS: 1  
# OF SPREADERS: 1

SALT USED:  
BULK (Tons): 2 tons

BAGGED (50 lbs.):

MAGNESIUM USED:  
BAGGED (50 lbs.):

**BOBCAT LOADER**

# OF LOADERS:  
START TIME:  
END TIME:  
TOTAL HOURS:

**WALKBEHIND PLOW / SNOW THROWER**

# OF MACHINES:  
START TIME:  
END TIME:  
TOTAL HOURS:

**HAND LABOR**

START TIME:  
END TIME:  
TOTAL HOURS:

# OF LABORERS:  
SALT USED:  
BAGGED (50 lbs.):  
MAGNESIUM USED:  
BAGGED (50 lbs.):

COMMENTS: Pretreated interior/exterior roads and parking lots

THE BRICKMAN GROUP, LTD.
SNOW REMOVAL SITE VISIT REPORT

JOB SITE: NAC    COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/16/03    STORM DAY: SUNDAY 3 OF 1

TYPE OF PRECIPITATION: SNOW    AMOUNT IN INCHES: 20"

**PLOWING/SPREADING**

2/16/03
START TIME: 5:00 AM   END TIME: 12 AM   19
SUBS
1) 5:00 AM   12 AM   +19
   5:00 AM   12 AM   +19
BIG LOADER   3:15 PM   12 AM   + 9
TOTAL HOURS: 19   66 HRS

# OF PLOWS: 1
# OF SPREADERS:
SALT USED:
BULK (Tons): —
BAGGED (50 lbs.):
MAGNESIUM USED:
BAGGED (50 lbs.):

**BOBCAT LOADER**

# OF LOADERS: 1
2/16/03
START TIME: 7:00 A   END TIME: 12 A
TOTAL HOURS: 17

**WALKBEHIND PLOW / SNOW THROWER**

# OF MACHINES: 3
2/16/03
START TIME: 7:00 A   END TIME: 12 A   17 HRS.
TOTAL HOURS: 51

**HAND LABOR**

1/16/03
START TIME: 7:00 A   END TIME: 12 A
TOTAL HOURS: 17

# OF LABORERS: 1
SALT USED:
BAGGED (50 lbs.):
MAGNESIUM USED:
BAGGED (50 lbs.):

COMMENTS: Subs: 5am-12am 2 trucks BigLoader 3:15PM-12AM
DAVE/ERIC

Waiting for sub info to confirm

THE BRICKMAN GROUP, LTD.
SNOW REMOVAL SITE VISIT REPORT

JOB SITE: NAC                        COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/17/03                        STORM DAY (MONDAY): 4 OF 1

TYPE OF PRECIPITATION: SNOW          AMOUNT IN INCHES: 20"

**PLOWING/SPREADING**

2/17/03

| START TIME | END TIME |    |
|---|---|---|
| 12A | 5PM | 17 |
| SUBS |  | + |
| 12AM | 1PM | 13 |
| 12AM | 1PM | 13 |
| 12AM | 2:10AM | 2 |

31G LOADER

TOTAL HOURS: 17    45 HRS

# OF PLOWS: 1
# OF SPREADERS: ___
SALT USED:
BULK (Tons): ___
BAGGED (50 lbs.): ___
MAGNESIUM USED:
BAGGED (50 lbs.): ___

**BOBCAT LOADER**

# OF LOADERS: 1

2/17/03

| START TIME | END TIME |
|---|---|
| 12A | 4PM |

TOTAL HOURS: 16

**WALKBEHIND PLOW / SNOW THROWER**

# OF MACHINES: 3

| START TIME | END TIME |
|---|---|
| 12A | 4PM |

TOTAL HOURS: 48

**HAND LABOR**

2/17/03

| START TIME | END TIME |    |
|---|---|---|
| 12A | 12PM | 12 HRS |
| 5PM | 9PM | + 4 HRS |
|  |  | 16 HRS |

TOTAL HOURS: 16

# OF LABORERS: 1
SALT USED:
BAGGED (50 lbs.): ___
MAGNESIUM USED:
BAGGED (50 lbs.): ___

**COMMENTS:**
Subs: 12AM - 1pm 2 trucks Big Loader 12AM - 2:10 AM
DAVE/ERIC

Waiting for Sub-info to confirm

97 hrs.

THE BRICKMAN GROUP, LTD.
SNOW REMOVAL SITE VISIT REPORT

JOB SITE: NAC                              COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/18/03                              STORM DAY: TUESDAY   5 OF 1

TYPE OF PRECIPITATION: SNOW                AMOUNT IN INCHES: 20"

## PLOWING/SPREADING

| START TIME | END TIME |
|---|---|
| 8:00A | 9:00A |

TOTAL HOURS: 1

# OF PLOWS: 1
# OF SPREADERS:

SALT USED:
BULK (Tons): 1 1/2 tons

BAGGED (50 lbs.):

MAGNESIUM USED:
BAGGED (50 lbs.):

## BOBCAT LOADER   ADAM/FREDDY

# OF LOADERS: 2

| START TIME | END TIME |
|---|---|
| 5:30AM | 6:30PM |
| 7:00A | 5:00PM |

TOTAL HOURS: 22

## WALKBEHIND PLOW / SNOW THROWER

# OF MACHINES: 2

| START TIME | END TIME |
|---|---|
| 7:00A | 11:30A   4.5 HRS |

TOTAL HOURS: 9

## HAND LABOR

3 guys
7 guys

| START TIME | END TIME | |
|---|---|---|
| 11:30A | 1:00PM | 4.5 HRS. |
| 1:00 PM | 5:00 AM | +28 HRS |
| | | 32.5 HRS. |

TOTAL HOURS: 32.5

# OF LABORERS: 3 + 4

SALT USED:
BAGGED (50 lbs.):

MAGNESIUM USED:
BAGGED (50 lbs.):

COMMENTS:

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC                         COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/19/03                         STORM DAY: WED  6 OF 1

TYPE OF PRECIPITATION: —              AMOUNT IN INCHES: —

## PLOWING/SPREADING

| START TIME: | END TIME: |
|---|---|
| | |

# OF PLOWS:
# OF SPREADERS:

SALT USED:
BULK (Tons)

BAGGED (50 lbs.)

MAGNESIUM USED:
BAGGED (50 lbs.)

TOTAL HOURS:

## BOBCAT LOADER

# OF LOADERS: 1

| START TIME: | END TIME: |
|---|---|
| | |

TOTAL HOURS: 4½

## WALKBEHIND PLOW / SNOW THROWER

# OF MACHINES:

| START TIME: | END TIME: |
|---|---|
| | |

TOTAL HOURS:

## HAND LABOR

| START TIME: | END TIME: |
|---|---|
| | |

TOTAL HOURS:

# OF LABORERS:

SALT USED:
BAGGED (50 lbs.)

MAGNESIUM USED:
BAGGED (50 lbs.)

COMMENTS: CLEANED UP PARKING SPACES / OTHER AREAS STILL SOMEWHAT COVERED

THE BRICKMAN GROUP, LTD.
SNOW REMOVAL SITE VISIT REPORT

**JOB SITE:** NAC
**COST CODE:** ES03500
**SUPERVISOR:** ADAM GRASWICK
**DATE:** 2/23/03 SUNDAY
**STORM DAY:** ___ OF ___

**TYPE OF PRECIPITATION:** ___
**AMOUNT IN INCHES:** ___

### PLOWING/SPREADING

| START TIME: | END TIME: |
|---|---|
| | |

**TOTAL HOURS:** ___

# OF PLOWS: ___
# OF SPREADERS: ___

SALT USED:
BULK (Tons) ___

BAGGED (50 lbs.) ___

MAGNESIUM USED:
BAGGED (50 lbs.) ___

### ~~BOBCAT LOADER~~ RUBBER TIRE LOADER

**# OF LOADERS:** 1

| START TIME: | END TIME: |
|---|---|
| 8 AM | 4 PM |

**TOTAL HOURS:** 8

### WALKBEHIND PLOW / SNOW THROWER

**# OF MACHINES:** ___

| START TIME: | END TIME: |
|---|---|
| | |

**TOTAL HOURS:** ___

### HAND LABOR

| START TIME: | END TIME: |
|---|---|
| | |

**TOTAL HOURS:** ___

# OF LABORERS: ___

SALT USED:
BAGGED (50 lbs.) ___

MAGNESIUM USED:
BAGGED (50 lbs.) ___

**COMMENTS:** Moved snow piles from big parking lots