UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN,                    :
                                       :
     Plaintiff,                        :
                                       :
v.                                     :   C.A. No. 06-0242 (AK)
                                       :
THE WACKENHUT CORPORATION, et al.,     :
                                       :
     Defendants.                       :

## ORDER

Upon consideration of the Motion for Summary Judgment filed herein on behalf of The Brickman Group, Ltd., the grounds and authorities recited in support thereof, and after any oral argument thereon, it is this _____ day of _____, 2007,

ORDERED, that the Motion for Summary Judgment filed on behalf of the Defendant, The Brickman Group, Ltd., be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Plaintiff's claims against The Brickman Group, Ltd. be, and the same hereby are, dismissed with prejudice.

_____
JUDGE

Copies to:

Robert G. Samet, Esquire
Kelly E. Cook, Esquire
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, Maryland 20852
Attorneys for Plaintiff

Jerry D. Spitz, Esquire
2000 L Street, N.W., Suite 400
Washington, D.C.  20036
Attorney for Plaintiff

Deborah M. Whelihan, Esquire
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036
Attorney for Defendants
The Wackenhut Corporation and
Wackenhut Services, Inc.

H. Patrick Donohue, Esquire
ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED
204 Monroe Street, Suite 101
Rockville, Maryland 20850
Attorney for Defendant
The Brickman Group, Ltd.