UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-0242 (AK) |
| THE WACKENHUT CORPORATION, et al., | : |
| Defendants. | : |

REQUEST FOR HEARING

The Defendant, The Brickman Group, Ltd., through counsel, requests a hearing on its Motion for Summary Judgment herein.

ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED

  /s/ H. Patrick Donohue
H. Patrick Donohue     #279687
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
Attorney for Defendant,
The Brickman Group, Ltd.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing REQUEST FOR HEARING was electronically filed on this 30th day of March, 2007 and sent via e-mail to:

Robert G. Samet, Esquire
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, Maryland 20852
Attorney for Plaintiff

Jerry D. Spitz, Esquire
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
Attorney for Plaintiff

Deborah M. Whelihan, Esquire
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
Attorney for Defendants
The Wackenhut Corporation and
Wackenhut Services, Inc.

                                            /s/ H. Patrick Donohue
                                           H. Patrick Donohue    #279687