IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT WACKENHUT SERVICES, INCORPORATED'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Rules 7 and 56.1, the Defendant, Wackenhut Services, Incorporated, by and through its attorneys, Deborah Murrell Whelihan and JORDAN, COYNE & SAVITS, L.L.P., moves this Honorable Court to enter summary judgment in its favor against the Plaintiff because there are no genuine disputes of any material facts and because the Defendant, Wackenhut Services, Incorporated, is entitled to summary judgment as a matter of law. As grounds therefor, the Defendant, Wackenhut Services, Incorporated, states that the Plaintiff cannot prevail upon its negligence claim because (1) he cannot prove that the defendants were negligent, (2) because the Plaintiff's Contributory Negligence and Assumption of the Risk as a matter of law defeat his claim of negligence, and (3) because the Defendant, The Brickman Group, Ltd., was an independent contractor for which this Defendant cannot be liable as a matter of law.

As further grounds for this Motion, the Defendant, Wackenhut Services, Incorporated, refers this Honorable Court to the accompanying Statement of Undisputed Material Facts and Memorandum of Points and Authorities, which are incorporated as if fully set forth herein.

WHEREFORE, the Defendant, Wackenhut Services, Incorporated, respectfully requests that this Honorable Court enter summary judgment in its favor against the Plaintiff.  In addition, the Defendant, Wackenhut Services, Incorporated, requests that summary judgment be entered in its favor as to the cross-claim filed by the Defendant, The Brickman Group, Ltd., for contribution and/or indemnity.[1]

                                        Respectfully submitted,

                                        JORDAN, COYNE & SAVITS, L.L.P.

                                        By:  /s/ *DEBORAH MURRELL WHELIHAN*
                                           Deborah Murrell Whelihan, #412454
                                           1100 Connecticut Avenue, N.W.
                                           Suite 600
                                           Washington, D.C.  20036
                                           (202) 296-4747

                                           Attorneys for Defendant Wackenhut
                                           Services, Incorporated

## REQUEST FOR ORAL HEARING

The Defendant, Wackenhut Services, Incorporated, requests an oral hearing on its Motion for Summary Judgment.

                                            /s/   *DEBORAH MURRELL WHELIHAN*
                                            Deborah Murrell Whelihan

---

[1] If summary judgment is entered in favor of the Defendant, Wackenhut Services, Incorporated, as to the Plaintiff's Claim, the Defendant, Wackenhut Services, Incorporated, will voluntarily dismiss its Cross-Claim against the Defendant, The Brickman Group, Ltd.

**CERTIFICATE OF SERVICE**

 I hereby certify that a true copy of the foregoing Defendant Wackenhut Services, Incorporated's Motion for Summary Judgment, together with the accompanying Statement of Undisputed Material Facts, Memorandum of Points and Authorities, Notice of Filing of Exhibits, and Proposed Order were served electronically and were also mailed, postage pre-paid, on this 30th day of March, 2007, to:

> Robert G. Samet, Esquire
> Kelly E. Cook, Esquire
> Ashcraft & Gerel, LLP
> One Central Plaza
> Suite 1002
> 11300 Rockville Pike
> Rockville, MD 20852,
> Attorneys for Plaintiff;
>
> Jerry D. Spitz, Esquire
> Ashcraft & Gerel, LLP
> 2000 L Street, NW
> Suite 400
> Washington, DC 20036,
> Attorneys for Plaintiff; and
>
> H. Patrick Donohue, Esquire
> Armstrong, Donohue, Ceppos &
>  Vaughan, Chartered
> 204 Monroe Street
> Suite 101
> Rockville, MD 20850,
> Attorney for Defendant The Brickman Group, Ltd.
>
>  /s/ *DEBORAH MURRELL WHELIHAN*
>  Deborah Murrell Whelihan