IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant Wackenhut Services, Incorporated's Motion for Summary Judgment, any Opposition thereto, and the entire record, it is this _____ day of _____, 2007, by this Court hereby,

ORDERED, that Defendant Wackenhut Services, Incorporated's Motion for Summary Judgment is GRANTED; and it is further,

ORDERED, that judgment is entered in favor of the Defendant, Wackenhut Services, Incorporated, against the Plaintiff.

                                                                  Alan Kay
                                                                  United States Magistrate Judge

Copies to:

Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
Attorneys for Defendant Wackenhut Services, Incorporated

Robert G. Samet, Esquire
Kelly E. Cook, Esquire
Ashcraft & Gerel, LLP
One Central Plaza
Suite 1002
11300 Rockville Pike
Rockville, MD 20852
Attorneys for Plaintiff

Jerry D. Spitz, Esquire
Ashcraft & Gerel, LLP
2000 L Street, NW
Suite 400
Washington, DC  20036
Attorneys for Plaintiff

H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos &
  Vaughan, Chartered
204 Monroe Street
Suite 101
Rockville, MD 20850
Attorney for Defendant The Brickman Group, Ltd.