# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL J. PHILBIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-0242 (AK) |
| | ) | |
| THE WACKENHUT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT WACKENHUT SERVICES, INCORPORATED'S EXHIBIT LIST TO ITS MOTION FOR SUMMARY JUDGMENT

Exhibit A:     Affidavit of Jeremy L. Harman;

Exhibit A (1)  A true and accurate copy of excepts from the RFP dated September 4, 2001 by and between the Department of Navy and Wackenhut Services, Incorporated with respect to snow removal;

Exhibit A (2)  A copy of Jeremy L. Harman's cellular phone record for February 26, 2003;

Exhibit A (3)  A copy of the email from the Department of Navy to Jeremy L. Harman dated February 10, 2003;

Exhibit B:     Deposition transcript of Jeremy L. Harman dated March 9, 2007;

Exhibit C:     Excerpts from deposition transcript of Gregory Lewandowski dated March 9, 2007;

Exhibit D:     Deposition transcript of Adam A. Gresswick March 9, 2007; and

Exhibit E:     Deposition transcript of Michael J. Philbin dated March 6, 2007.