IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN, )
                                                  )
   Plaintiff, )
                                                  )
v. )  Civil Action No.: 06-0242 (AK)
                                                  )
THE WACKENHUT CORPORATION, et al., )
                                                  )
   Defendants. )
_____)

## AFFIDAVIT OF JEREMY L. HARMAN

I, Jeremy "Jay" L. Harman, do hereby state and declare, under penalty of perjury, that the following is true:

1. I have personal knowledge of the facts contained herein; I am over the age of eighteen (18) years; and I am otherwise being competent to testify in this matter.

2. I am presently a program manager for Wackenhut Services, Incorporated. In February of 2003, including February 26, 2003, I was the facilities manager for Wackenhut Services, Incorporated with the duty of overseeing the maintenance operations performed by Wackenhut Services, Incorporated for the Department of the Navy at the Nebraska Avenue Complex, Washington DC Naval District.

3. My office for Wackenhut Services, Incorporated was located at the Nebraska Avenue Complex in February of 2003. When the Department of Navy moved out of the Nebraska Avenue Complex in November of 2003, Wackenhut Services, Incorporated moved to Andrews Air Force Base where it is still located.

4. In 2003, including February of 2003, Wackenhut Services, Incorporated employed



The Brickman Group, Ltd. as an independent contractor to fulfill some of its contractual, maintenance work under the Department of Navy contract, N62477-00-D-0043, which contractual work included, among other things, responsibility for the snow and ice removal and treatment services for the Nebraska Avenue Complex, including the parking lots and roads and the rear parking lot near the back gate known as the "E" gate or "Echo" gate.

5. Wackenhut Services, Incorporated hired the Brickman Group, Ltd. to provide snow and ice removal and treatment services for the Nebraska Avenue Complex because of its experience and its special expertise in snow and ice removal and treatment. The Brickman Group, Ltd. provided all labor, equipment, materials, and supplies to perform its snow and ice removal and treatment services for the Nebraska Avenue Complex. Wackenhut Services, Incorporated did not exercise any control over how The Brickman Group, Ltd. performed its snow and ice removal and treatment services for the Nebraska Avenue Complex, except to act as the go-between the Department of Navy and The Brickman Group, Ltd. and except to, along with the Department of Navy facilities personnel, inspect the work performed by The Brickman Group, Ltd. after the work was completed.

6. In 2003, Wackenhut Services, Incorporated did not have the labor, equipment, materials, and supplies to perform snow and ice removal and treatment services for the Nebraska Avenue Complex and did not perform those services for the parking lots of the Nebraska Avenue Complex. The Brickman Group, Ltd. used its own snow removal personnel and brought its own snow removal equipment and materials to the Nebraska Avenue Complex. The role of Wackenhut Services, Incorporated with respect to snow and ice removal and treatment services was merely to assist the Department of Navy with respect to its maintenance of its property, and

the Department of Navy itself was involved in all aspects of the maintenance of its property.

7. Wackenhut Services, Incorporated delegated all its contractual obligations to provide snow and ice removal and treatment services for the Department of Navy to The Brickman Group, Inc. without retaining any independent obligations for snow and ice removal for the parking lots and roads at the Nebraska Avenue Complex. For example, under the contract between the Department of the Navy and Wackenhut Services, Incorporated, the parking lots at the Nebraska Avenue Complex were to be cleared of snow and ice within three (3) hours to an accumulation no greater than two (2) inches. Under the subcontract between the Department of the Navy and Wackenhut Services, Incorporated, snow and ice removal from the parking lots at the Nebraska Avenue Complex were to be cleared within three (3) hours to an accumulation no greater than two (2) inches. In fact, in the Fall of 2002, the Department of Navy facilities personnel met with me and with The Brickman Group, Ltd. personnel to discuss and review the Department of Navy's snow and ice removal plan. At that meeting in the Fall of 2002, the Department of the Navy communicated directly to The Brickman Group, Inc. its expectations about snow and ice removal and treatment at the Nebraska Avenue Complex. The Brickman Group, Ltd. was familiar with the Department of Navy's requirements and guidelines, and Wackenhut Services, Incorporated selected The Brickman Group, Ltd. because of its expertise in snow and ice removal and treatment services and its ability to meet and comply with the Department of Navy's expectations and requirements.

8. In 2002-2003, the Department of the Navy, through Wackenhut Services, Incorporated, had purchased at a flat fee a set number of hours of snow and ice removal and treatment services from The Brickman Group, Ltd. The Department of the Navy, through its

3

facilities manager, Dave Sears, would make the decision to use those hours without any input from Wackenhut Services, Incorporated. My role as the project manager was to notify The Brickman Group, Ltd. of the Department of Navy's decision to initiate snow and ice removal and treatment services and to request that its personnel report to Nebraska Avenue Complex, although the Department of Navy already required snow removal personnel to report within one (1) hour of snow starting without formal notification. A true and accurate copy of excerpts from the RFP dated September 4, 2001 by and between the Department of Navy and Wackenhut Services, Incorporated with respect to snow removal is attached to my Affidavit as Exhibit 1. The Department of Navy had the sole authority with respect to snow and ice removal and treatment services at the Nebraska Avenue Complex and dictated even the types of treatment materials to be used at that facility without any input from Wackenhut Services, Incorporated.

9. On February 26, 2003, I was contacted by Dave Sears on my cellular telephone at the Nebraska Avenue Complex at 6:38 a.m. to initiate the snow and ice removal and treatment services of The Brickman Group, Ltd. After my telephone call from Mr. Sears, I then contacted The Brickman Group, Ltd. by my cellular telephone at 6:40 a.m. to begin its snow and ice removal and treatment services at the Nebraska Avenue Complex. A true and accurate copy of my cellular phone records is attached to my Affidavit as Exhibit 2 (and is also Exhibit 12 to my deposition transcript dated March 9, 2007). In February of 2003, Wackenhut Services, Incorporated made no independent decision regarding the Department of the Navy's use of the hours purchased from The Brickman Group, Ltd. for snow and ice removal and treatment services, and any such decision regarding the use of the services of The Brickman Group, Ltd. for snow and ice removal and treatment services was made by the Department of Navy personnel

4

exclusively on behalf of the Department of Navy.

10. The Brickman Group, Ltd. was solely responsible for how snow and ice removal and treatment services were performed and for compliance with the Department of Navy requirements. In other words, The Brickman Group, Ltd. made all decisions regarding the labor, materials, and equipment for those snow and ice removal and treatment services, consistent with the Department of Navy guidelines. Wackenhut Services, Incorporated did not tell The Brickman Group, Ltd. what personnel to use or how many personnel to use. While the Department of Navy and Wackenhut Services, Incorporated would inspect the final work performed by The Brickman Group, Ltd., Wackenhut Services, Incorporated did not direct the work performed by The Brickman Group, Ltd. or supervise the personnel of The Brickman Group, Ltd. in the performance of the snow and ice removal and treatment services at any time, including on February 26, 2003. Wackenhut Services, Incorporated did not make any suggestions and recommendations to The Brickman Group, Ltd. in how it implemented its snow and ice removal and treatment services in 2003 at the Nebraska Avenue Complex, including on February 26, 2003.

11. In 2003, including prior to February 26, 2003 and thereafter, the Department of Navy had never expressed any complaints, concerns or criticisms about the snow and ice removal and treatment services provided by The Brickman Group, Ltd. Rather, the Department of Navy was very pleased with the snow and ice removal and treatment services provided by The Brickman Group, Ltd. for all of 2003. In fact, on February 7, 2003, the Department of Navy had communicated to Wackenhut Services, Incorporated that The Brickman Group, Ltd. snow removal services were "absolutely fantastic." A true and accurate copy of the email from the Department of Navy to me dated February 10, 2003 is attached to my Affidavit as Exhibit 3.

12. I learned that the plaintiff had fallen on February 26, 2003 at some time in the morning of February 26, 2003, but after the snow and ice removal plan had been initiated and after The Brickman Group, Ltd. was already in the process of supplying its snow and ice removal services. On February 26, 2003, it had started snowing before I received the telephone call from Dave Sears at 6:38 a.m., and it was still snowing when I made my telephone call to The Brickman Group, Ltd. a few minutes later and when I arrived at the Nebraska Avenue Complex that morning. By 8:00 a.m. on February 26, 2003, I saw that The Brickman Group, Ltd. was already working at the Nebraska Avenue Complex to remove the snow that was still falling and that had fallen in accordance with the Department of Navy's guidelines.

13. Prior to February 26, 2003, no one, to my knowledge, had complained to Wackenhut Services, Incorporated about the presence of ice, including black ice, in the parking lot near the "E" gate or "Echo" gate or near that gate. Had any complaints been made to Wackenhut Services, Incorporated, Wackenhut Services, Incorporated would have reported those complaints to the Department of Navy for it to make a decision as to how to address those complaints. The Department of Navy would then have made the decision about ice removal and whether to contact The Brickman Group, Ltd., without any input by me or Wackenhut Services, Incorporated about that decision.

14. Prior to 2003 and during all of 2003 until the Department of Navy moved, the experience that Wackenhut Services, Incorporated had had with The Brickman Group, Ltd. at the Nebraska Avenue Complex was entirely satisfactory and very positive. Wackenhut Services, Incorporated had found The Brickman Group, Ltd. to be highly competent, very reliable, and properly equipped with respect to snow and ice removal and treatment services provided to the

Nebraska Avenue Complex.

I affirm that this Affidavit is executed on this 30th day of March, 2007, under penalties of perjury, and that its contents are true and correct:

_____
Jeremy L. Harman

# A (1)


### 2.5.19 Snow Removal

Wackenhut Services, Inc. has selected The Brickman Group, Ltd. to perform this portion of the contract. Brickman will provide snow and ice removal as required to prevent accumulations on roads, all entrances, sidewalks, visitor parking and the top level of the parking garage.

To ensure passable navigations of entranceways, perimeter roads and parking lots we will break them up into four sections, one for each truck doing the roads. We will ensure the safety of NAC pedestrians providing up to four ground crews to remove snow and ice at all building entrances, around fire hydrants and sidewalks. The four ground crews will have up to six people performing shoveling, de-icing and power blade snow removal. No salt will be used. Magnesium chloride will only be used to remove ice on concrete surfaces.

**Figure 2.5.19 – 1 Snow Removal Resources**

| Resource Requirements | Snow Fall Inches | | | |
|---|---|---|---|---|
| | 1 – 4 | 5 – 8 | 9 – 11 | 12 + |
| 3-Shovelers, 1-De-Icer 2-Power Blade | X | X | | |
| 3-4 Shovelers, 3-4 De-Icers, 3-4 Power Blades | | | X | |
| 7-Shovelers, 4-De-Icers, 4-Power Blades | | | | X |
| 3-Plow/Spreader Trucks, 1-Bob Cat | X | | | |
| 4-Plow/Spreader Trucks, 1-Bob Cat | | X | X | X |
| 1-Backhoe | | | | X |

We will provide snow and ice removal services to all entrances, sidewalks, perimeter roads, visitor parking and the Quarters A.

All snow removal personnel are required to report to NAC within (1) hour of snow starting or being notified by the project manager. We will also have a plow package on a 4X4 as backup equipped with Snow Blades and Brooms ready to maintain sidewalks and entranceways in case of an emergency.

| Description | Unit of Work | Quantity | Frequency |
|---|---|---|---|
| 2.5.19 Snow Removal | Hour | 100 | Annual |

### 2.5.19.1 Industry Standard (Industry Standard used to Measure Work)

- All roads will be cleared within two (2) hours; no accumulation over three (3) inches.
- All parking lots and ramp garages will be cleared within three (3) hours, no accumulation over three (3) inches.
- All sidewalks, parking lot and building entrances will be cleared within two (2) hours, no accumulation over two (2) inches.

Use or disclosure of data contained on this sheet is subject to the restrictions on the title page of this proposal.

Page 174

# A (2)

Account name WACKENHUT SERVICES, INC
Account number 300691023
Statement date March 26, 2003
Billing period February 22 - March 21, 2003

Page 53

## NAC 1  (301) 674-9269  continued...
### Telecommunications Services Call Detail  (301) 674-9269

| Item # | Date | Time | Call To | Number Called | See Footnote | Min:Sec | Usage | Long Distance | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Feb 24 | 06:46 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 22 | Feb 24 | 07:03 AM | BETHESDA,MD | 301-648-0200 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 23 | Feb 24 | 07:05 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 24 | Feb 24 | 07:17 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 8:57 | 0.00 | 0.00 | 0.00 |
| 25 | Feb 24 | 07:32 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 26 | Feb 24 | 07:33 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:25 | 0.00 | 0.00 | 0.00 |
| 27 | Feb 24 | 08:45 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 28 | Feb 24 | 11:55 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 29 | Feb 24 | 04:33 PM | | Incoming | OP/PU | 1:25 | 0.00 | 0.00 | 0.00 |
| 30 | Feb 24 | 04:36 PM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 31 | Feb 24 | 05:05 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 32 | Feb 25 | 01:10 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 33 | Feb 25 | 01:31 PM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 34 | Feb 25 | 01:32 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:10 | 0.00 | 0.00 | 0.00 |
| 35 | Feb 26 | 06:38 AM | | Incoming | OP/PU | 1:36 | 0.00 | 0.00 | 0.00 |
| 36 | Feb 26 | 06:40 AM | FRANKLIN,WV | 301-674-9079 | OP/PU | 2:21 | 0.00 | 0.00 | 0.00 |
| 37 | Feb 26 | 07:07 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 38 | Feb 26 | 07:09 AM | BETHESDA,MD | 301-648-0200 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 39 | Feb 26 | 07:10 AM | SILVER SPG,MD | 240-603-5705 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 40 | Feb 26 | 07:28 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:56 | 0.00 | 0.00 | 0.00 |
| 41 | Feb 26 | 08:15 AM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 42 | Feb 26 | 08:23 AM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 43 | Feb 26 | 08:57 AM | WASHINGTON,DC | 202-359-9066 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 44 | Feb 26 | 09:17 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 45 | Feb 26 | 12:22 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:10 | 0.00 | 0.00 | 0.00 |
| 46 | Feb 26 | 01:26 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:18 | 0.00 | 0.00 | 0.00 |
| 47 | Feb 26 | 02:06 PM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 48 | Feb 26 | 03:58 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:00 | 0.00 | 0.00 | 0.00 |
| 49 | Feb 26 | 04:31 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 50 | Feb 27 | 06:00 AM | | Incoming | OP/PU | 2:12 | 0.00 | 0.00 | 0.00 |
| 51 | Feb 27 | 06:12 AM | | Incoming | OP/PU | 1:10 | 0.00 | 0.00 | 0.00 |
| 52 | Feb 27 | 06:14 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 4:52 | 0.00 | 0.00 | 0.00 |
| 53 | Feb 27 | 07:26 AM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 54 | Feb 27 | 07:51 AM | FRANKLIN,WV | 304-668-4007 | PP/PU | 5:11 | 0.00 | 0.00 | 0.00 |
| 55 | Feb 27 | 09:52 AM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:02 | 0.00 | 0.00 | 0.00 |
| 56 | Feb 27 | 10:18 AM | WASHINGTON,DC | 202-764-1455 | PP/PU | 3:06 | 0.00 | 0.00 | 0.00 |
| 57 | Feb 27 | 12:20 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 58 | Feb 27 | 01:42 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:02 | 0.00 | 0.00 | 0.00 |
| 59 | Feb 27 | 01:44 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 60 | Feb 27 | 03:00 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:31 | 0.00 | 0.00 | 0.00 |
| 61 | Feb 27 | 06:15 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 3:14 | 0.00 | 0.00 | 0.00 |
| 62 | Feb 27 | 06:44 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |

continued...

---

Account name WACKENHUT SERVICES, INC
Account number 300691023
Statement date March 26, 2003
Billing period February 22 - March 21, 2003

Page 54

## NAC 1  (301) 674-9269  continued...
### Telecommunications Services Call Detail  (301) 674-9269

| Item # | Date | Time | Call To | Number Called | See Footnote | Min:Sec | Usage | Long Distance | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 63 | Feb 27 | 07:24 PM | WASHINGTON,DC | 202-409-5937 | PP/PU | 2:17 | 0.00 | 0.00 | 0.00 |
| 64 | Feb 28 | 05:24 AM | | Incoming | OP/PU | 3:40 | 0.00 | 0.00 | 0.00 |
| 65 | Feb 28 | 06:03 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 66 | Feb 28 | 06:06 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 67 | Feb 28 | 06:07 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 68 | Feb 28 | 06:08 AM | WASHINGTON,DC | 202-764-0258 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 69 | Feb 28 | 06:09 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 70 | Feb 28 | 06:09 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 71 | Feb 28 | 06:10 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 72 | Feb 28 | 06:11 AM | BERWYN,MD | 301-303-0118 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 73 | Feb 28 | 06:11 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 74 | Feb 28 | 06:15 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 75 | Feb 28 | 06:16 AM | BETHESDA,MD | 301-674-9079 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 76 | Feb 28 | 07:38 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 2:44 | 0.00 | 0.00 | 0.00 |
| 77 | Feb 28 | 07:42 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 78 | Feb 28 | 11:19 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 79 | Feb 28 | 11:52 AM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 80 | Feb 28 | 12:43 PM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 81 | Feb 28 | 03:02 PM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:27 | 0.00 | 0.00 | 0.00 |
| 82 | Mar 01 | 09:04 AM | | Incoming | OP/PU | 1:04 | 0.00 | 0.00 | 0.00 |
| 83 | Mar 01 | 02:23 PM | FRANKLIN,WV | 304-668-4007 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 84 | Mar 03 | 06:20 AM | | Incoming | OP/PU | 2:02 | 0.00 | 0.00 | 0.00 |
| 85 | Mar 03 | 07:46 AM | | Incoming | OP/PU | 4:22 | 0.00 | 0.00 | 0.00 |
| 86 | Mar 03 | 01:15 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 87 | Mar 03 | 01:38 PM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:32 | 0.00 | 0.00 | 0.00 |
| 88 | Mar 03 | 07:32 PM | | Incoming | OP/PU | 1:46 | 0.00 | 0.00 | 0.00 |
| 89 | Mar 04 | 06:46 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 90 | Mar 04 | 09:12 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 91 | Mar 04 | 09:14 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 92 | Mar 04 | 09:17 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 93 | Mar 04 | 09:41 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 94 | Mar 04 | 09:43 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 95 | Mar 04 | 09:50 AM | | Incoming | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 96 | Mar 04 | 09:50 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 97 | Mar 04 | 09:51 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 98 | Mar 04 | 09:57 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 99 | Mar 04 | 10:01 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:16 | 0.00 | 0.00 | 0.00 |
| 100 | Mar 04 | 10:06 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 101 | Mar 04 | 10:12 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 102 | Mar 04 | 10:14 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 103 | Mar 04 | 10:44 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 104 | Mar 04 | 10:49 AM | FRANKLIN,WV | 304-668-4007 | PP/CF/PU | 1:00 | 0.00 | 0.00 | 0.00 |

continued...

# A (3)

### jharman1

**From:** Williams, Matthew NDW
**Sent:** Monday, February 10, 2003 6:42 PM
**To:** jharman1@wsidc.com
**Subject:** FW: Snow removal

Please pass along to everyone involved.

-----Original Message-----
**From:** Demedeiros, Al NDW
**Sent:** Monday, February 10, 2003 17:17
**To:** 'deibert.mark@pwcwash.navy.mil'
**Cc:** Sears, Dave D (412); Williams, Matthew NDW; Elliottjr, Gilbert NDW
**Subject:** FW: Snow removal

-----Original Message-----
**From:** Arnold, David CAPT(SEL) (NNSOC DET WASH)
**Sent:** Friday, February 07, 2003 12:34
**To:** Demedeiros, Al NDW
**Cc:** Pineda, Felixberto CMDMC (NNSOC DET WASH); Riddle, Thomas CIV (NNSOC DET WASH); Morris, John CAPT(NNSOC DET WASH)
**Subject:** Snow removal

Al, I just wanted to tell you, in case you are not getting lots of positive feedback, that your NDW/contractor team always does an absolutely fantastic job in snow removal -- parking lots, sidewalks, stairs, etc were all cleaned off/treated expeditiously this morning...great job!    R/Dave Arnold

CAPT (Sel) Dave Arnold
NAVNETSPAOPSCOM DET WASH DC
Assistant Officer-in-Charge
david.r.arnold@navy.mil
(202) 764-0466
DSN - 764   FAX - 0357

6/18/2004