1

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x

MICHAEL J. PHILBIN,                    :

            Plaintiff,                 :

vs.                                    : Case No.
                                         06-0242(AK)

THE WACKENHUT CORP.,                   :
ET AL.,

            Defendants.                :

- - - - - - - - - - - - - - - - - x
                        March 6, 2007

                    Rockville, Maryland

DEPOSITION OF:

            MICHAEL J. PHILBIN

    Was called for examination by counsel for the

Defendants, pursuant to notice, in the offices of,

Ashcraft & Gerel, 11300 Rockville Pike, Suite 1002,

Rockville, Maryland, commencing at 1:18 p.m., before

Carolyn Friend, a Notary Public in and for the State

of Maryland, when were present on behalf of the

respective parties:

DEFENDANT'S
EXHIBIT

tables

E

**Page 2**

1  APPEARANCES:

2        ROBERT SAMET, ATTORNEY-AT-LAW
         KELLY E. COOK, ATTORNEY-AT-LAW
3        Ashcraft & Gerel
         11300 Rockville Pike, Suite 1002
4        Rockville, Maryland 20852
         (301) 770-3737
5        COUNSEL FOR THE PLAINTIFF

6        DEBORAH MURRELL WHELIHAN,
         ATTORNEY-AT-LAW
7        Jordan, Coyne & Savits
         1100 Connecticut Avenue, N.W., Suite 600
8        Washington, D.C. 20036
         (202) 496-2810
9        COUNSEL FOR THE DEFENDANT, WACKENHUT

10       H. PATRICK DONOHUE, ATTORNEY-AT-LAW
         Armstrong, Donohue, Ceppos & Vaughan
11       204 Monroe Street
         Suite 101
12       Rockville, Maryland 20850
         (301) 251-0440
13       COUNSEL FOR THE BRICKMAN GROUP

14

15                    C O N T E N T S

16  WITNESS:        EXAMINATION BY:        PAGE:

17  Michael Philbin        Ms. Whelihan        4

18                         Mr. Donohue        108

19

20

21

22

**Page 3**

1                    E X H I B I T S

2   NO.:    DESCRIPTION:              PAGE:

3   1       doctor's note              30

4   2-7     photographs                48

5   8       map                        48

6   9       Interrogatories            75

7   10      disclosures                90

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Page 4**

1              P R O C E E D I N G S

2  Whereupon:

3            MICHAEL J. PHILBIN,

4     Was called for examination, and, after being

5     duly sworn, was examined and testified as

6     follows:

7                  EXAMINATION BY COUNSEL FOR

8                  DEFENDANT, WACKENHUT SERVICES,

9                  INC.

10        BY MS. WHELIHAN:

11     Q  Would you, please, tell us your full name

12  and address.

13     A  Michael Joseph Philbin, 13900 Congress

14  Drive, Rockville, Maryland 20853.

15     Q  Now, have you been deposed before?

16     A  No, I haven't.

17     Q  I'm sure your lawyers have covered this

18  with you, but just so we are all on the same page.

19  You can only answer verbally.  You cannot give us

20  nonverbal answers because the lovely Court Reporter

21  to my right can only write down what we actually say

22  verbally.  Nonverbal communication doesn't go on the

**Page 5**

1  record.

2            You also need to wait until I finish

3  talking even if you know what I'm going to say.  And

4  I talk a lot, so it will seem like I've almost

5  finished my question, but I will still be talking.

6  So you've got to wait until there is a pause before

7  you give your answer because our lovely Court

8  Reporter can only take down one of us at a time.

9            If I ask you a question that you don't

10  understand, ask me to rephrase it because the goal

11  for this examination is for you to testify

12  truthfully and accurately.  And you can't do that if

13  you don't understand the question.

14            Fair enough.

15     A  Okay.

16     Q  What did you do to prepare for today's

17  deposition, other than speak with your lawyers?

18     A  That's about it.  We discussed --

19        MR. SAMET:  No.

20        BY MS. WHELIHAN:

21     Q  Yes.  I don't want to know what you

22  discussed with your lawyers.  Did you review

## Page 10

1 to look at them.

2      THE WITNESS: I haven't actually seen

3 what you gave me today.

4      BY MS. WHELIHAN:

5    Q  Do you actually have any comp documents

6 yourself, any documents relating to your workers

7 comp claim?

8    A  Yeah, I have stuff at home, but --

9      MR. DONOHUE: I want to put on the record

10 at this point that these documents were the subject

11 of Defendant Brickman's formal discovery request

12 from the very beginning. And I have had numerous

13 contacts, at least 10, if not 15, in correspondence,

14 phone messages, e-mail messages requesting these

15 documents.

16      Mr. Samet, specifically last October, you

17 sent me an e-mail message reflecting that your

18 client's comp documents in your possession will be

19 produced.

20      MR. SAMET: And how do you know that what

21 he has we haven't already produced? I mean, he may

22 not --

## Page 11

1      MR. DONOHUE: I haven't received a

2 single --

3      MR. SAMET: Are you talking medical

4 records?

5      MR. DONOHUE: I have not received a

6 single document from you regarding comp, not a

7 single document. So that --

8      MR. SAMET: Well, I don't know that what

9 he has regards comp. It may be documents produced

10 in connection with the comp thing, it may be medical

11 records, it may be forms of the documents filled

12 out.

13      MR. DONOHUE: Whatever it is.

14      MR. SAMET: And I have given you what we

15 have. Okay? I am just telling you that I don't --

16 I mean, you have given me three inches of documents

17 here today for the first time that I haven't had a

18 chance to look through.

19      MS. WHELIHAN: Bob, I just got those

20 documents from the Department of Labor, I think it

21 was last Wednesday. And then I have been in

22 depositions since then, or I would have mailed them

## Page 12

1 out sooner.

2      But those are documents that we sent a

3 subpoena to the Department of Labor for. We have

4 not gotten a single comp document from your office

5 us, but --

6      MR. SAMET: I'm simply saying, I'm not

7 sure that you haven't. It could be that what he is

8 saying he has at home you already have. That's all

9 I'm saying.

10      MS. WHELIHAN: That's all we have in

11 medical records. That's all we got from your

12 office, so --

13      THE WITNESS: The only thing I have I

14 think is maybe a letter that says your case has been

15 accepted by the Department of Labor or something

16 like that.

17      MR. DONOHUE: That was the type of thing

18 we are interested in, for the record.

19      MS. WHELIHAN: And those are the

20 documents that we want. Those are the documents

21 that are not in the formal comp file. So, Bob, if

22 you can maybe get those to us lickety split.

## Page 13

1      MR. SAMET: Well, I doubt that those

2 documents are not in your -- did you preliminarily

3 just say that the claim has been accepted?

4      MS. WHELIHAN: There is not much

5 correspondence, and apparently, there is

6 correspondence that they are locating, but have not

7 been able to locate since the file was in storage.

8      So I don't know what he has versus what's

9 in that file, but I'd like to see what he has.

10      MR. SAMET: I don't have any problem with

11 that. I'm just simply challenging what you are

12 saying is not in here. I suspect it is, but I will

13 be glad to produce it.

14      MS. WHELIHAN: Well, I've gone through it

15 ad nauseam in detail. So all I can tell you is that

16 there is a lot of stuff that appears to be missing

17 from the comp file.

18      MR. SAMET: Such as?

19      MS. WHELIHAN: Such as medical records,

20 correspondence to him.

21      MR. SAMET: Why do you think that there

22 was correspondence to him?

Page 18

1 elongated.
2    MR. SAMET: It's not posturing. I don't
3 want to be starting to ask questions, getting into
4 things like, do you have any friends, who is your
5 best friend. That, to me, is going beyond the scope
6 of discovery. I granted --
7    MS. WHELIHAN: If you are not going to
8 instruct him not to answer, I am entitled to ask the
9 question.
10    MR. SAMET: I'm not at this point. If it
11 goes --
12    BY MS. WHELIHAN:
13    Q   Do you have a close friend that you've
14 had since 2003, besides your wife?
15    A   No.
16    Q   And from your Answers to Interrogatories
17 you graduated from CUC. In what year?
18    A   Sixty-nine.
19    Q   And then you obtained your master's?
20    A   Yes.
21    Q   Where did you get your master's?
22    A   George Washington.

Page 19

1    Q   When did you do that?
2    A   Seventy-seven.
3    Q   And then you took some classes at
4 American University?
5    A   Yes.
6    Q   And they were all in public
7 administration?
8    A   Yes.
9    Q   Do you remember the names of the courses
10 that you took?
11    A   Not off the top of my head, no. They
12 were in -- there's a master's program in public
13 administration, but it was a couple of the initial
14 courses.
15    Q   Do you remember what years you took those
16 classes?
17    A   I'd say '80, '81.
18    Q   Is that the extent of the education that
19 you have?
20    A   Formal, yes. I've taken Navy schools and
21 things like that.
22    Q   When did you do that?

Page 20

1    A   Let's see. Seventy-eight, naval
2 communications officer school.
3    Q   Have you ever been in the service?
4    A   Yes.
5    Q   When was that?
6    A   '70s, 1970 to '74, I was in the Navy.
7    Q   What was your rank when you left?
8    A   E5.
9    Q   At the time of the accident, though, you
10 were a civilian employee for the Navy?
11    A   Yes.
12    Q   And I take it you have not had any
13 education in meteorology?
14    A   No.
15    Q   And how about snow removal or snow
16 treatment? You've had no education in that?
17    A   No education.
18    Q   You have had no experience in commercial
19 snow removal or treatment?
20    A   No.
21    Q   And you've had the same job with the Navy
22 for 30 years; is that right?

Page 21

1    A   I've been in communications for 30 years.
2 I was there at the command -- I've moved up in
3 different levels.
4    Q   Did you have a GS rank?
5    A   I was a GS-13.
6    Q   How long were you a GS-13 before 2003?
7    A   Since '88.
8    Q   Your job title was telecommunications
9 specialist?
10    A   Yes.
11    Q   What did your duties as
12 telecommunications specialist involve?
13    A   We managed what they call the naval
14 telecommunications system, which is about 25 naval
15 radio stations around the world. We would talk with
16 the ships and things like that and set up
17 communication systems and things like that.
18    Q   Well, what specifically did you do on a
19 day to day basis?
20    A   I was involved with development of
21 defense method systems. I was involved in planning
22 the -- some planning and execution of the budget for

**Page 26**

1　A　Yes, behind the -- right behind the --
2　where the breaks were and around that ankle.
3　Q　Prior to the accident, were you ever in a
4　formal basketball league?
5　A　No.
6　Q　Approximately how many times in January
7　of 2003 did you play basketball?
8　A　I had -- I don't think I played any in
9　January. Since my mother came to live with us in
10　October of '01, my time was consumed quite a bit in
11　helping to take care of her, between my wife and I.
12　So I hadn't been able to get out as much
13　as I used to.
14　Q　Do you mow your own lawn?
15　A　Yes.
16　Q　What kind of lawnmower do you have?
17　A　Gas.
18　Q　Is it self-propelled?
19　A　Yes.
20　Q　How long does it take you to mow your
21　lawn?
22　A　About 45 minutes.

**Page 27**

1　Q　Have you hired anybody at your home to
2　perform household chores for you?
3　A　No.
4　Q　Now, the last snow we had, did you hire
5　somebody to clear the snow from your driveway?
6　A　No.
7　Q　Did you do that yourself?
8　A　Um-hmm.
9　Q　Yes?
10　A　Yes.
11　Q　You've got to answer verbally.
12　A　Sure.
13　Q　How big is your driveway?
14　A　Oh, gosh. Maybe 10 feet wide and maybe
15　15 feet in front of the car.
16　Q　Did you shovel your driveway for the last
17　couple of snows that we had?
18　A　Yes.
19　Q　Did anybody help you?
20　A　No.
21　Q　Do you have trees at your house?
22　A　Yes.

**Page 28**

1　Q　Do you rake the leaves?
2　A　Um-hmm, or blow them.
3　Q　Yes?
4　A　Sometimes rake, sometimes blow.
5　Q　How big is your property?
6　A　The front yard is, gosh, I don't know,
7　75 feet wide, maybe. I'm not sure.
8　Q　Does anybody help you with clearing the
9　leaves from your yard?
10　A　Yes. My wife and grandkids.
11　　MR. DONOHUE: Five-year-old?
12　　THE WITNESS: Yeah. He likes to. He
13　likes to build a pile with leaves and jump in it.
14　　BY MS. WHELIHAN:
15　Q　Is he helping you? I know my daughter
16　doesn't really help me when we are raking leaves.
17　A　That's questionable.
18　Q　In fact, now she is taking to starting to
19　shovel, but then going to a neighbor's house for
20　cash and leaving me to shovel the entire driveway by
21　myself.
22　A　That's a good idea.

**Page 29**

1　Q　She's totally mercenary. Other than
2　chasing after your five-year-old grandchild on the
3　bicycle, is there any other activity that you can't
4　do with your grandchild, grandsons?
5　A　Right now, no. They are still pretty
6　little.
7　Q　Is the only health care providers that
8　you saw for this accident Dr. Harris and Dr. Morris?
9　A　Um-hmm.
10　Q　You've got to say yes.
11　A　Yes. Well, other than Sibley Hospital.
12　Q　Right. Has either Dr. Harris or
13　Dr. Morris told you not to engage in any kind of
14　physical activities?
15　A　No.
16　Q　Am I correct that the last medical
17　treatment that you had from Dr. Harris was
18　February 2004?
19　A　That sounds right. I think it was.
20　Q　So you have not had any treatment from
21　Dr. Harris for over three years; is that right?
22　A　I don't think so. I went back to him for

Page 34

1 notes. This is the last page of the progress notes.
2      MR. SAMET: No, but you know what I do
3 remember seeing is -- well, that's interesting --
4 this is -- there is an FCE form filled out in the
5 documents you produced today. It could be that
6 that's what the above refers to.
7      MS. WHELIHAN: This comes out of a whole
8 series of progress notes. I think the "see above"
9 refers to the earlier progress note. All I'm trying
10 to find out from Deposition Exhibit Number 1 is, if
11 this is the last office visit because that's the
12 last office visit information that we have, we being
13 the Defendant.
14      MR. SAMET: Kelly tells me that he thinks
15 that's the last one we have.
16      MR. COOK: The last one we have.
17      BY MS. WHELIHAN:
18   Q  And you also saw Dr. Morris -- from your
19 medical records, it appears that the last time you
20 saw the podiatrist, Dr. Morris, would have been
21 August 6, 2003.
22   A  That sounds right.

Page 35

1   Q  Do you have a regular family doctor?
2   A  No.
3   Q  If you have a cold or flu, who do you
4 see?
5   A  I haven't gone to the doctor for a cold
6 or flu, that I can remember.
7   Q  Do you remember the last doctor that you
8 would have gone to for routine medical treatment?
9   A  No, because it --
10   Q  So prior to this accident, is there any
11 physician that you can recall having treatment from,
12 say, five years before and up to 2003?
13   A  No.
14   Q  Prior to this accident, had you any
15 problems with either of your ankles or your legs?
16   A  No problems. The only thing I had before
17 was when I was a teenager, I twisted my ankle
18 playing basketball. And my mother took me down to
19 the Navy medical clinic and they just looked at it
20 and said, it was just a twisted ankle.
21   Q  Which ankle?
22   A  I think it was -- I don't remember, to

Page 36

1 tell you the truth. It's been so long.
2   Q  But you have not had any prior problems
3 with either ankle, other than this accident?
4   A  No.
5   Q  And you have not had any prior problems
6 with either one of your legs?
7   A  No.
8   Q  Do you have any balance issues?
9   A  No.
10   Q  Is there any family history in your
11 family of joint or leg or feet problems?
12   A  Not that I'm aware of, no.
13   Q  What was the date of your accident; do
14 you remember?
15   A  February 26, 2003.
16   Q  Do you remember what hours you were
17 supposed to be working that day?
18   A  I was working 8 to 5:30.
19   Q  And how would you get to work?
20   A  I drove.
21   Q  Did you drive a stick shift or an
22 automatic car?

Page 37

1   A  Automatic car.
2   Q  How long would it take you from the time
3 you left your house to get to work?
4   A  Usually between 35 and 45 minutes.
5   Q  Do you remember what day of the week
6 February 26, 2003 was?
7   A  I think it was a Wednesday.
8      MR. DONOHUE: I'm sorry. Wednesday?
9      THE WITNESS: I think it was Wednesday.
10      BY MS. WHELIHAN:
11   Q  Now, when you would drive to work, did
12 you have an assigned parking spot?
13   A  No.
14   Q  So you just parked in whatever available
15 parking spot there was?
16   A  Usually, yeah.
17   Q  Do you remember what the weather was like
18 the day before February 26, 2003?
19   A  Not offhand. I know it was cold, but --
20      MR. SAMET: What day are we talking
21 about?
22      MS. WHELIHAN: The day before,

Philbin v. Wackenhut                                    Michael Philbin
3/6/06

## Page 42

1  Q  Did you drive by yourself to work?

2  A  Yes.

3  Q  Do you remember what your footwear

4  that day?

5  A  I picked out some walking shoes that I

6  thought would be good for the conditions we had that

7  had like a corrugated sole, rubber sole, Timberland.

8  Q  Do you still have those shoes?

9  A  Yes.

10  Q  Prior to the accident on February 26,

11  2003, do you remember when you had bought those

12  Timberland shoes?

13  A  No.  It hadn't been very long.  A few

14  months maybe.

15  Q  Do you still have them?

16  A  I have them on.

17  Q  Okay.  How often had you worn those shoes

18  prior to the accident on February 26, 2003?

19  A  I don't know.  Maybe once a week, maybe

20  once every two weeks, something like that.  I had a

21  couple of pairs of walking shoes that were pretty

22  good for the conditions.

## Page 43

1  Q  So would it be fair to say that you chose

2  these particular shoes to wear that day because of

3  the inclement weather conditions?

4  A  For the light snow.

5  Q  Did you have to use your windshield

6  wipers on the way to work?

7  A  Intermittently, I think.

8  Q  Did you have any difficulty driving to

9  work?

10  A  No difficulty.  I think the traffic was

11  moving slow.

12  Q  Did you see anybody else having any

13  difficulty as you drove to work?

14  A  I can't recall, to tell you the truth.  I

15  heard reports on the radio that there had been

16  problems with traffic.

17  Q  You anticipated my next question, which

18  was, did you hear on the radio on your way to work

19  that there had been accidents as a result of the

20  weather conditions?

21  A  Yes.

22  Q  Did it rain at all that day prior to you

## Page 44

1  arriving to work on February 26, 2003?

2  A  No, I don't think so.

3  Q  Do you remember it raining prior to

4  February 25th, the day before your accident?

5  A  I don't really recall.

6  Q  Do you remember what the condition of the

7  parking lot as the Navy complex was on the day

8  before, February 25, 2003?

9  A  The day before I think it was fairly

10  clear.

11  Q  Do you have a recollection of the parking

12  lot the day before?  Or are you guessing?  I don't

13  want you to guess.

14  A  I'm not guessing, but I don't remember it

15  being impaired by snow or anything like that the day

16  before.

17  Q  Okay.  Do you remember seeing any snow on

18  the parking lot at all the day before on

19  February 25, 2003?

20  A  Specifically, there were piles of snow

21  around the parking lot that I had been seeing for

22  the last, I would say, week or two.  I think they

## Page 45

1  had come from a snow fall that happened sometime in

2  mid-February.

3        But I don't know how big they were --

4  they lasted for a long time, but -- and specifically

5  where they were.  It's hard to remember exactly

6  where they were on February 25th.

7  Q  Were they framing the parking lot, or

8  were they actually inside the confines of the

9  parking lot?

10  A  Some were on the inside and some were

11  sometimes in places in the parking lot where they

12  weren't taking up parking spaces.

13  Q  Do you remember seeing anything on the

14  parking lot surface itself on the day before the

15  accident, February 25, 2003?

16  A  Usually, when I leave work, I would say

17  for the last few days a week, I'd see water

18  sometimes from the melting snow, from the piles.

19  That may be in places here and there.  But

20  otherwise, it was usually dry.

21  Q  Was there any salt or sand residue on the

22  parking lot that you observed?

Philbin v. Wackenhut                                             Michael Philbin
3/6/06

---

Page 50

1  Q  See, I thought that.
2  A  Yeah.
3  Q  And who took these photographs?
4  A  I don't recall.
5  Q  Your wife didn't take them?
6  A  No, no, no, no.
7  Q  Did your lawyers go with you?
8  A  Um-hmm.
9  Q  So it was one of them?
10  A  Yeah.  I don't remember which one.
11  Q  And Deposition Exhibit Number 3, which
12  has you in it, what is the building to the right?
13  A  That's the guard post right there.
14  Q  And the next picture, which is Deposition
15  Exhibit Number 3, what is that?
16  A  That's the parking lot from -- from the
17  far outside looking back towards that gate.
18  Q  In that Deposition Exhibit, which I
19  guess, actually is Number 4, can you see where you
20  parked the day before on February 25, 2003 from that
21  photograph?
22  A  I'm thinking either in that photograph or

---

Page 51

1  in Number 5, it was towards the end of this aisle
2  here, right here.
3  Q  You have to actually describe for us on
4  the record because the pointing thing doesn't work
5  for poor Carolyn.
6  A  I'd say in Number 5, may be closest --
7  the truck and -- closest to the photographer.
8  Q  Was it a big Ford truck near the lamp
9  post, is that where you think you might have parked
10  the day before your accident?
11  A  No.  There's no lamp post.  Right here.
12  Q  Okay.
13  A  That's at the end of the row.
14  Q  So you are looking at Deposition Exhibit
15  Number 5, which I had out of order?
16  A  Yes.  This is the far end of the -- the
17  gate is back over here, the entrance.  Yeah, this is
18  it.
19  Q  All right.  In Deposition Exhibit Number
20  6, is the truck the same truck, the Ford truck, or
21  is that a different truck?
22  A  No.  This is down here.

---

Page 52

1  Q  Oh, okay.  All right.  That makes it so
2  much easier for me.  So you think that the spot that
3  you parked in on the day before was depicted in --
4  A  I think it was --
5  Q  -- deposition Exhibit Number 5?
6  A  -- either this one or -- yeah, it was
7  right there or right below that, which would put it
8  in this area here.
9  Q  Well, when you say in this area here, you
10  are looking at the map?
11  A  On the map.
12  Q  Can you just put a little X -- can we
13  switch pens -- using Carolyn's pen, which is blue,
14  can you put a little X where you think you parked
15  the day before?
16  A  I think this is about the area.  I'm not
17  positive.  So it's right around this area here.
18  Q  Do a circle.
19  A  Okay.  I think it was around here.
20  Q  All right.
21  A  It's hard to tell that day because --
22     MR. SAMET:  Let's call that an oval.

---

Page 53

1     MS. WHELIHAN:  Okay.  Let's call that an
2  oval.
3     MR. SAMET:  Or a very sick circle.
4     BY MS. WHELIHAN:
5  Q  So I'm taking the pen that was Carolyn's
6  which I've now switched out, can you make a little
7  key next to where the exhibit sticker is and put the
8  oval as, you know, where I parked the day before or
9  just make a little equal sign that says February 25,
10  '03.
11  A  Okay.
12  Q  And then looking at the other -- just the
13  actual photograph, you think that the spot where you
14  might have parked the day before is shown on Exhibit
15  5 in the spot where the truck is?
16  A  I think so.  I think that sounds
17  reasonable.
18  Q  Okay.  How about the day of the accident,
19  when you parked before you fell, where do you think
20  you were parked on that day?
21  A  I think it was right around in that same
22  general area.

---

Philbin v. Wackenhut
3/6/06

Michael Philbin

Page 58

1    A    The first time, I think that --

2    Q    -- is where you put the X?

3    A    Yes.

4    Q    Is there any other photograph that
5    depicts the area where you fell the first time?

6    A    It may be from a long distance, somewhere
7    around here.

8        MR. DONOHUE: Number 5?

9        THE WITNESS: Number 5, maybe around
10    there.

11        BY MS. WHELIHAN:

12    Q    You drew a little squiggly line on 5
13    where you think you might have fallen the first
14    time?

15    A    That's -- it's hard to tell. And, again,
16    this was a ways back from the end, but --

17    Q    From when you left your car,
18    approximately how far were you from your car when
19    you fell the first time?

20    A    I would say maybe -- maybe 40 yards,
21    something like that.

22    Q    Taking Deposition Exhibit Number 8, can

Page 59

1    you mark with Carolyn's pen where you fell the first
2    time on the map?

3    A    Okay. I think it was right around this
4    area.

5    Q    Can you put a little number 1 next to
6    that?

7    A    Okay.

8    Q    And then, where did you fall the second
9    time?

10    A    The second time was just inside of the
11    guard post in this photograph here.

12    Q    Deposition Exhibit Number 3?

13    A    Right.

14    Q    Are you standing approximately where you
15    fell?

16    A    I'm standing -- you walk this way into
17    the gate. The guard is here. You show your badge
18    as you are walking by the guard. You go up here,
19    you see there's a slight ramp there that goes
20    around, handicap accessible.

21    Q    So does Deposition Exhibit Number 3 show
22    where -- can you see where you fell the second time?

Page 60

1    A    Right inside here, right there.

2    Q    So right by the chain linked fence?

3    A    Yes.

4    Q    And you put a little X where that is?

5    A    Um-hmm.

6    Q    Can you put a little 2 next to that?
7    Now --

8    A    Actually, when I turned to head this way,
9    up to the -- up to my office, the leg gave way. The
10    leg just collapsed.

11    Q    Okay. So you fell twice on February 26,
12    2003?

13    A    Yes.

14    Q    And did you -- strike that.

15        In which fall did you injure your left
16    ankle?

17    A    In the first fall. Again, I'm not a
18    doctor, but there were two bones broken, and I don't
19    know if they were both completely fractured in the
20    first fall or not.

21        I was able to -- I was able to get up and
22    make it to the guard station without -- trying not

Page 61

1    to put weight on my left leg as much as possible.
2    But then when I turned and I guess I did put weight
3    on it, turning left there, that's when it collapsed.

4        So it could have been a partial fracture
5    initially when -- I don't know. That's guessing.

6    Q    But when the first fall happened, you
7    were in the parking lot?

8    A    Yes.

9    Q    When you fell in the parking lot, did you
10    fall completely to the ground?

11    A    Yes.

12    Q    Did you slip first or just fall.

13    A    I was being careful walking across the
14    lot because it was snow covered, and I was aware
15    that in the last few days there had been ice on the
16    lot when I came in to work in the morning.

17        So I was trying to be careful, and
18    although I couldn't see what was under the snow, I
19    was sort of being cautious walking toward the gate.

20        And when I reached about that point, my
21    legs just went out from under me in a split second.
22    I think -- I think one leg just went out and I fell

Philbin v. Wackenhut                                            Michael Philbin
3/6/06

| Page 66 |
| --- |

1  Q  Where was your badge?
2  A  Around my neck on a chain.
3  Q  Under your coat?
4  A  I usually put it out -- on the outside
5  because I have to show it when I get to the gate.
6  Q  You were walking along, right?
7  A  Um-hmm.
8  Q  And then -- yes?
9  A  Yes.
10  Q  And then you fell, right?
11  A  Yes.
12  Q  And how did you get up?
13  A  I kind of -- I first pulled myself up in
14  a sitting position and turned over to where my hands
15  were on the ground.
16  Q  So you flipped over so that your back was
17  pointing up and your stomach pointing towards the
18  ground?
19  A  Yeah, and probably used -- I probably
20  used my briefcase to help brace myself standing up,
21  since I couldn't put a lot of weight on that left
22  leg.

| Page 67 |
| --- |

1  Q  And then did you pick up your briefcase?
2  A  Yes.  At that time, I didn't know I had
3  broken the leg.  I just thought it was a sprained
4  ankle.
5  Q  And you said you could see where the snow
6  had been brushed off.  Could you see your
7  footprints, or had they been obliterated by your
8  body and briefcase?
9  A  I think they had been obliterated.  I
10  don't remember anything like that.
11  Q  But at some point where the snow had been
12  brushed off, you saw ice?
13  A  Yes.
14  Q  What did that ice look like?
15  A  It looked shiny.
16  Q  Did it look like an ice cube or --
17  A  No, no, no.  Like I said before, it
18  was -- it was flat and thin.
19  Q  But you could see it was ice?
20  A  Yes.  It was shiny.  It wasn't a dull
21  surface of an asphalt parking lot.
22  Q  What was the dimensions of this ice?

| Page 68 |
| --- |

1  A  I could only see part of it.  It's hard
2  to tell.  It may have been six to twelve inches.  It
3  may have been longer, but I don't know how much was
4  covered up by the snow.
5  Q  Were there parts of the parking lot that
6  you could see where the snow had been brushed off
7  where there was no ice?
8  A  No.  The whole parking lot was pretty
9  much covered with the blanket of snow.
10  Q  Where you had fallen the first time in
11  the parking lot, did the snow appear higher where
12  you fell than the other snow areas?
13  A  No, no.  It was pretty much uniform.
14  Q  Then when you got to your feet, how far
15  do you estimate that you walked to the guardhouse?
16  A  I would say 20, 25 yards, something like
17  that.
18  Q  Before you got to your feet, did anybody
19  come to where you were to assist you?
20  A  No.
21  Q  Was there anybody near you when you fell
22  the first time?

| Page 69 |
| --- |

1  A  No.
2  Q  When you walked the rest of the distance
3  to the guardhouse, 20 to 25 yards, did you notice
4  anything about your left ankle when you were
5  walking?
6  A  Just that it -- there was pain there and
7  I couldn't put a lot of weight on it.
8  Q  Well, could you put any weight on it?
9  A  A little bit.  A little bit.
10  Q  Did you notice anything about your ankle
11  after you fell and got to your feet, after you fell
12  the first time and got to your feet, did you notice
13  anything?  I mean, was your ankle bleeding, were
14  your pants torn, anything that you noticed?
15  A  No, I didn't notice anything.
16  Q  And just so I'm clear.  You could put
17  some weight on your left ankle, or you couldn't put
18  any weight on it and you sort of had to hop to the
19  gate?
20  A  I could put a little weight, not very
21  much.
22  Q  Did you still have your briefcase in your

Page 74

1 second time, do you remember whether it was a
2 Wackenhut guard or a Navy guard?
3    A  I don't specifically recall, but
4 generally, the Wackenhut guards manned all the
5 posts.
6    Q  Now, the ice that you had noticed in the
7 parking lot the day before, had you complained to
8 anybody about that ice?
9    A  I don't think I had specifically
10 complained to anybody, but I think everybody saw it
11 when they were coming in and they were aware of it.
12 But I didn't lodge any complaint.
13    Q  Anytime prior to your accident on
14 February 26, 2003 had you complained to either the
15 Navy or Wackenhut or anyone else about the presence
16 of ice in the parking lot?
17    A  No.
18    Q  Do you remember having any kind of
19 conversation with the guard at the post when you
20 were showing the guard your badge?
21    A  No, I don't remember.
22    Q  Did you say anything to the guard when

Page 75

1 you showed the guard your badge about the fact that
2 you had fallen in the parking lot?
3    A  I honestly don't remember saying anything
4 to him. I think I was more concerned about getting
5 in.
6        (Whereupon, Deposition
7        Exhibit Number 9 was marked
8        for Identification.)
9    BY MS. WHELIHAN:
10    Q  I am showing you what has been marked as
11 Exhibit Number 9, which is your Answers to my
12 client, Wackenhut Services, Incorporated's,
13 Interrogatories. And if you would flip over to
14 Answer to Interrogatory Number 8, which -- we don't
15 actually have a page number -- but it is on the
16 fifth page of it.
17    A  Eight.
18    Q  Yes. I think you are on the right page.
19 There is an answer to Interrogatory Number 8 where
20 it says that, Plaintiff contends that the Defendants
21 failed to remedy, treat, or remove black ice from
22 the parking lot. Do you see where I'm reading?

Page 76

1    A  Um-hmm.
2    Q  From your personal knowledge, do you know
3 what either or any of the Defendants did with
4 respect to treating the parking lot prior to your
5 accident on February 26, 2003?
6    A  To the best of my knowledge, all I can
7 recall is the condition of the parking lot when I
8 came to work that morning. And I didn't -- I didn't
9 see any sand or salt or snow removal that had taken
10 place on the parking lot that morning.
11    Q  Had you seen workers in the parking lot
12 prior to February 26, 2003 engaged in snow removal
13 or snow treatment?
14    A  I honestly don't remember because I think
15 a lot of the snow removal had taken place on the
16 weekend because of the piles of snow that were
17 there.
18    Q  Well, in February of 2003, prior to
19 February 26, 2003, had you actually ever seen any
20 workers in the parking lot engaged in snow removal
21 or snow treatment?
22    A  I'm sure I had. I don't specifically

Page 77

1 remember the date when they were working there.
2    Q  Well, on the date that you would have
3 seen any workers in the parking lot engaged in snow
4 removal or snow treatment, do you remember what they
5 were wearing, in terms of uniforms or any kind of --
6    A  No.
7    Q  -- outfit?
8    A  No, I don't remember.
9    Q  You, yourself, had not complained to
10 anyone about the presence of ice in the parking lot
11 prior to your accident on February 26, 2003?
12    A  No, I hadn't.
13    Q  Had you ever complained about the
14 condition of the parking lot at the Navy complex
15 prior to February 26, 2003?
16    A  No, I don't think I had.
17    Q  Do you know whether anybody else had,
18 other than you, prior to February 26, 2003?
19    A  That, I'm not aware of.
20    Q  If you were to make a complaint about the
21 condition of the parking lot prior to February 26,
22 2003, to whom would you have made that complaint?

Page 82

1 removing snow from the parking lot. It was a
2 blanket of white.
3    Q   But prior to eight o'clock, you don't
4 know what efforts had been made to clear or treat
5 that snow on the parking lot, right?
6    A   Prior to eight o'clock?
7    Q   Yes. I mean, all you can say is that
8 there was snow on the parking lot?
9    A   Well, like I say, when I arrived at eight
10 o'clock, it hadn't been treated. So it wasn't -- I
11 don't know what happened after eight o'clock, but I
12 can say that before eight o'clock, there was no
13 evidence that it had been treated.
14   Q   But you don't know how long that
15 particular snow had been on the parking lot; is that
16 right?
17   A   How long --
18   Q   How long the blanket of snow that you saw
19 on the morning of February 26, 2003 had actually
20 been on the parking lot?
21   A   Well, it wasn't there the night before
22 when I left. So it was sometime between then and

Page 83

1 eight o'clock that morning, I guess.
2    Q   But it had been snowing off and on since
3 the night before, correct?
4    A   As far as I know.
5    Q   And if you had complained about the
6 condition of the parking lot, you would have gone to
7 somebody at the Navy, right?
8    A   Yes.
9    Q   So you did not go to my client, Wackenhut
10 Services, Incorporated, and complain about the
11 condition of the parking lot prior to February 26,
12 2003?
13   A   No. I didn't even know Wackenhut had a
14 contract there.
15   Q   Then would it also be fair that you don't
16 know if Wackenhut Services, Incorporated knew about
17 the condition of the parking lot prior to your
18 accident, right?
19   A   I don't know what they knew, to tell you
20 the truth.
21   Q   And you had worked -- if this accident
22 was on a Wednesday, you had worked the two days

Page 84

1 prior?
2    A   Yes.
3    Q   Did you work weekends?
4    A   No.
5       MS. WHELIHAN: Can we take a break?
6              (Thereupon, a brief recess was
7              taken.)
8       BY MS. WHELIHAN:
9    Q   From your perspective, on your second
10 fall, did you exacerbate your earlier injury or just
11 fall and not re-injure your left leg, or are you
12 unable to tell me?
13   A   From my perspective, it sort of just --
14 that leg just gave way. I couldn't tell what
15 exactly happened. I assume I exacerbated the
16 original injury.
17   Q   Did the left leg slip out from under you?
18   A   No. It just collapsed.
19   Q   At which part of your leg did it
20 collapse?
21   A   At the ankle.
22   Q   When you fell the second time, were you

Page 85

1 on the sidewalk or on the parking lot or both?
2    A   I was -- I was on the -- sort of on the
3 sidewalk. The thing is, the walkway crosses the
4 entrance driveway through that vehicle gate. So it
5 goes across there and picks up the sidewalk on the
6 other side.
7       So it was right -- right there inside of
8 the -- the vehicle gate and inside of the pedestrian
9 walkway. So it was sort of super --
10   Q   Well, were you in the entrance driveway?
11   A   Yes.
12   Q   As opposed to the actual just sidewalk
13 past the gate?
14   A   Yes.
15   Q   And was there snow on that entrance
16 driveway?
17   A   Yes. I was laying in the snow there for
18 about an hour and 15 minutes.
19   Q   Had you passed the guardhouse?
20   A   Yes, I had passed the guardhouse, and
21 that picture, Exhibit --
22      MR. SAMET: You have answered.

---

Page 90

1 the Navy guys helped carry me into the brick
2 building there next to the entrance, and I waited
3 for about another 45 minutes.
4      People that helped when I was laying in
5 the snow were D.C. firemen, who had a station on the
6 base, and they came over and helped to put a
7 temporary splint on my leg.
8    Q   Do you know who called them to come
9 render aid to you?
10    A   No, I don't.
11       (Whereupon, Deposition
12          Exhibit Number 10 was marked
13          for Identification.)
14    Q   I am showing you what has been marked as
15 Deposition Exhibit Number 10, which is your
16 26(a)(1) initial disclosures. Number 2, Byrd
17 Tripp --
18    A   That's the name I was trying to remember.
19 He's one of the other guys that I think I saw down
20 there.
21    Q   Mr. Tripp you saw after your accident?
22    A   At the -- when I was laying there in the

---

Page 91

1 snow.
2    Q   Do you know what Mr. Tripp knows, if
3 anything, about your accident?
4      MR. SAMET: Objection.
5      THE WITNESS: I don't know what he knows,
6 to tell you the truth.
7      BY MS. WHELIHAN:
8    Q   Well, do you recall what conversations,
9 if any, you had with him at the time of your
10 accident?
11    A   I really don't remember.
12    Q   Well, the information that's directly
13 under his name says that he may have information
14 about the condition of the subject area, the use of
15 the subject area, witnesses, and statements made at
16 the scene. Do you know what he knows about those
17 topics?
18    A   I don't know, offhand. He may have been
19 the command duty officer. He's a warrant officer,
20 and they usually had somebody on duty that gathered
21 information and things like that for the command or
22 the activity I worked for.

---

Page 92

1      I don't know if he was the command duty
2 officer that day or not or who was, for that matter.
3    Q   The next person is a Pamela Levine.
4    A   Yes.
5    Q   And she is identified as your co-worker
6 who might have information about the condition of
7 the subject area, the use of the subject area, and
8 witnesses and statements made at the scene. Do you
9 know what, if anything, Ms. Levine knows?
10    A   I don't know what she knows. I saw her
11 walking in when I was laying on the ground, and said
12 hi.
13    Q   Did you have any discussion with her,
14 other than just exchanging greetings?
15    A   At that time, no, other than she walked
16 in from the same parking lot.
17    Q   Have you spoken to either Mr. Tripp or
18 Ms. Levine since your accident about what, if
19 anything, they might have observed about your
20 accident?
21    A   Just briefly, that she said, yeah, I saw
22 you laying there. I thought that was you.

---

Page 93

1    Q   Okay. And then Nelson Cardona you have
2 already talked about, Chief Cardona?
3    A   Right.
4    Q   Do you know what he might know about the
5 condition of the subject area, the use of the
6 subject area, witnesses, and statements made at the
7 scene or your injury?
8    A   Just that I worked with him and he was
9 aware of my injuries and stuff and they all parked
10 in the same parking lot, so they were aware of the
11 conditions there.
12    Q   Have you discussed with him what his
13 observations about the parking lot were on February
14 26, 2003 after February 26, 2003?
15    A   No, I don't think we discussed the
16 conditions.
17    Q   Billie Wright? Who is Billie Wright.
18    A   She is another co-worker there.
19    Q   What job did she have?
20    A   She worked in a different department.
21 I've known her for a long time, but I'm not sure
22 exactly what her specific job was.

Page 98

1   Q   And you don't know where on the parking
2 lot she fell?
3   A   No. I think we answered that.
4   Q   And at least according to Deposition
5 Exhibit Number 8, there's more than one parking lot;
6 is that right?
7   A   Yes. For the whole base, right.
8   Q   So you don't know which parking lot it is
9 that she might have fallen on?
10   A   No, I don't specifically, but generally,
11 people in the -- that worked in our building all
12 parked in that back parking lot.  It was the
13 closest.
14   Q   And she did work in building 19?
15   A   She was in building 19.
16   Q   Maridon Dent, did she just tell you that
17 she understood that Ms. Wright had fallen?
18   A   Yeah, I think so, just basically.
19   Q   Did she tell you anything else?
20   A   No.
21   Q   And then you have Matt Ranson here, who
22 was mentioned before?

Page 99

1   A   Right.  He's the facilities manager.
2   Q   Did you have any discussions with
3 Mr. Ranson about your accident?
4   A   No, not specifically.  He knew that I had
5 fallen and --
6   Q   Did you have any discussions with
7 Mr. Ranson about Ms. Wright's accident?
8   A   No.  He knew that -- he knew that several
9 people had fallen that day.
10   Q   How do you know that he knew that?
11   A   I think he mentioned that, because he
12 knew I had.
13   Q   Do you recall when you had your
14 conversation with Mr. Ranson?
15   A   That -- no.  I think that was after I
16 retired.
17   Q   Do you know what year that might have
18 been?
19   A   It might have been two years ago, maybe
20 one ago.  I think it was in '06.
21   Q   Do you know what the circumstances were
22 of your meeting Mr. Ranson and having this

Page 100

1 discussion?
2   A   I was just calling about -- to get some
3 information about the base and stuff.
4   Q   Was that before you took the photographs?
5   A   It was when we were trying to set up a
6 visit, and I wanted to know who the security manager
7 was for the base so they could contact them to
8 arrange for us to come down and --
9   Q   Did he mention who else had fallen or
10 when they would have fallen on February 26, 2003?
11   A   I don't think he did.
12   Q   The next person on the list is a Robert
13 Gerhold.
14   A   Yes.
15   Q   Do you know what Robert Gerhold knows
16 about this?
17   A   He was -- he was Matt Ranson's boss and
18 he knew about facilities.
19   Q   You haven't spoken to Mr. Gerhold?
20   A   No.
21   Q   Has anybody told you what Mr. Gerhold
22 might know or might -- what information he might

Page 101

1 have about your accident?
2   A   No.
3   Q   Mr. Wiggins, David Wiggins.  Do you know
4 what Mr. Wiggins knows?
5   A   He was another co-worker of Matt Ranson's
6 and Gerhold's.
7   Q   But you have not spoken to him about your
8 accident?
9   A   No.
10   Q   Twanda --
11   A   Twanda Williams.
12   Q   -- Williams.  She also fell on the
13 subject premises?
14   A   Yes.
15   Q   How do you know that?
16   A   I talked to her -- I don't remember how
17 long ago.
18   Q   Before November 1, 2003?
19   A   No.  I think it was after that because --
20 I don't remember exactly when, though.
21   Q   Do you know what the circumstances were
22 of your discussions with Ms. Wiggins [sic]?

Page 106

1    A   Tokunaga, right.
2    Q   -- is listed.  How frequently do you see
3   your daughter?
4    A   Every day.
5    Q   Was that true in 2003?
6    A   Pretty much, because we were taking care
7   of her son, who was two years old then.
8    Q   The five-year-old?
9    A   He's the five-year-old now, right.
10    Q   James Tokunaga?
11    A   That's her husband.
12    Q   And would he pick up his son from you?
13    A   Either they'd pick him up or we'd drop
14   him off.  They were closer to us.
15    Q   And do you still take care of your
16   grandson, the five-year-old and you are also taking
17   care of your new grandson?
18    A   The 15-month old, yes.
19    Q   And I take it you don't have a criminal
20   record; is that right?
21    A   No.
22    Q   And any of these conversations you have

Page 107

1   had with people that we just discussed, have you
2   taken any notes of your conversations with them?
3    A   No.
4    Q   And the only e-mails that you might have
5   would be the e-mail that Timothy Fitzmaurice sent
6   and maybe an e-mail from Twanda Wiggins?
7    A   I will check my records and see.  Those
8   are the only ones I can recall.
9    Q   Do you have the same computer that you
10   would have had in 2003?
11    A   I might have.  I think I do.  I can't say
12   that for sure.  I may have upgraded since then.
13    Q   When you send e-mail, do you send it from
14   an outside server, or do you use an inside server
15   or --
16    A   From home, it's usually through Comcast.
17    Q   Does your e-mail show up on your hard
18   drive, e-mails that you send and e-mails that you
19   receive?
20    A   Yeah.
21    Q   Okay.
22    A   I don't think -- I'm trying to think.  I

Page 108

1   don't know for sure.  I'd better take that back.
2    Q   Do you know whether any of these persons
3   that we have discussed that were listed in your
4   26(a)(1) Statement, Deposition Exhibit Number 10, do
5   you know whether or not they ever complained to
6   anyone about the condition of the parking lot prior
7   to February 26, 2003?
8    A   I don't know.
9        MS. WHELIHAN:  I don't have any other
10   questions.  Your turn.
11        EXAMINATION BY COUNSEL FOR
12        DEFENDANT, BRICKMAN GROUP
13     BY MR. DONOHUE:
14    Q   How are you doing, Mr. Philbin?
15    A   Fine.
16    Q   Mr. Philbin, I'm not going to reinvent
17   the wheel by going over areas which have been
18   covered in detail, but I do have focused questions.
19   I'm going through pages of my notes to get those.
20        If you are not certain in your mind, in
21   the way I phrase my question, exactly what time
22   reference or subject matter I am asking about, let

Page 109

1   me know so that we continue to communicate
2   accurately.
3    A   Okay.
4    Q   When did you make the decision that you
5   were going to retire from the Navy in relationship
6   to hearing about your command's relocation to
7   Dahlgren?
8    A   It was -- I had probably been thinking
9   about it for a while because there had been rumors
10   and things like that of downsizing.  And it could
11   have been -- the initial rumors could have been
12   another year or two years there and then it got sort
13   of accelerated.
14        So I think when I found out the move to
15   Dahlgren was imminent, I think I pretty much decided
16   to go ahead and retire.
17    Q   When was that?
18    A   I think it was probably early summer '03
19   because we didn't get a lot of notice.
20    Q   So it would have been after your
21   accident?
22    A   Yes.

Page 114

1  Q  Do you know if a plow is even capable of
2  removing a slight layer of snow from the ground?
3  A  I think some are.  I mean, I've seen when
4  they plowed -- again, having been at that base for a
5  long time, the parking lot can get cleared pretty
6  good; not 100 percent.
7  Q  You have indicated, I think, that you
8  don't know when during the overnight between
9  February 25 and the date you went to work that it
10  began snowing; is that correct?
11  A  Right.
12  Q  Was it snowing when you woke up?
13  A  Yeah, I think it was, lightly.
14  Q  Snowing as you drove to work?
15  A  Yes.
16  Q  Snowing upon your arrival?
17  A  Lightly.
18  Q  Snowing still at the time you fell?
19  A  I think so.  I think it was sort of
20  intermittent flurries.
21  Q  Still having intermittent flurries as you
22  were on the sidewalk there after your second fall,

Page 115

1  correct?
2  A  Um-hmm.
3  Q  Is that yes?
4  A  Yes.
5  Q  As I understand the second fall, your leg
6  just collapsed on you, correct?
7  A  Yes.
8  Q  You are not making any contention in this
9  case that your second fall was attributable to any
10  icy or snowy condition of the walkway; is that fair
11  to say?
12  A  That's correct.
13  Q  So the second fall, from your
14  perspective, was entirely related to the condition
15  of your ankle from your first fall as opposed to any
16  condition of the area where the second fall
17  occurred?
18  A  That's correct.
19  Q  You told us earlier, I think, that the
20  weather, as best you could remember, the day before
21  the incident had dipped into the 20s perhaps,
22  overnight; it was 30s you thought the day before?

Page 116

1  A  I think so.
2  Q  The 20s overnight --
3  A  I think there had been kind of a pattern
4  of that because, I remember, again, seeing patches
5  of black ice on the parking lot coming into work in
6  the morning, it obviously had frozen overnight.
7  But then coming out of work in the
8  evening, I didn't see the patches of ice, but there
9  were wet places on the parking lot because the sun
10  had melted it during the day.
11  Q  I want to make sure I understand what
12  your observation was.  It would be Tuesday, as I
13  understand it, February 25?
14  A  Right, and perhaps Monday too.
15  Q  Monday the 24th.  Let's start with
16  Tuesday, the 25th.  As you were walking back out to
17  your car -- your vehicle -- it was a pickup truck --
18  A  Correct.
19  Q  -- you encountered no ice, whatsoever, as
20  I understand it, leaving work on the 25th?
21  A  Right.
22  Q  Do you have any estimate for -- did you

Page 117

1  see wet spots?
2  A  I saw wet spots.
3  Q  Was there standing water anywhere?
4  A  I don't remember.
5  Q  Are there drains in that parking lot?
6  A  There is one big drain that sort of
7  drains off, I think.
8  Q  What is your estimate, as best you can
9  recall, about where that drain is?
10  A  I think it's somewhere down in this area
11  over here.
12  Q  I'm going to ask you, as best you recall,
13  to put a D on Exhibit 8 in the parking lot area
14  where you recall the drain was.
15  A  Right around this area.
16  Q  You circled the D?
17  A  Um-hmm.
18  Q  And you helped us out above the sticker
19  by putting D, dash, drain --
20  A  Right.
21  Q  -- correct?
22  A  Right, that's correct.

Page 122

1 the length of time before the date you fell that the
2 temperatures had been in the 30s during the day and
3 dipping down into the 20s at night?
4    A    For a few days.  I can't say for sure
5 because I don't remember exactly what the weather
6 was back then.  But I think for a few days because
7 of the -- of seeing the ice in the morning when I
8 came to work.
9    Q    Do you recall the temperature getting
10 into the --
11                (Interruption by phone
12                ringing.)
13                (Thereupon, a brief recess was
14                taken.)
15    BY MR. DONOHUE:
16    Q    Let me just ask you.  Do you recall the
17 temperature getting up into the 40s and even in the
18 50s just two days before your accident?
19    A    I don't recall, to tell you the truth.
20    Q    Do you recall a heavy rain, a big rain
21 storm coming just two days or three days before the
22 accident.

Page 123

1    A    I don't remember, honestly.  I don't.
2    Q    Is it fair to say that -- I think you
3 told us before that you don't really know what the
4 source of the water was that counted for the ice
5 that you encountered on the morning of your
6 accident.
7    A    I can't say specifically, but I just know
8 that in some days before that, there had been large
9 piles of snow that had been -- melted and you could
10 see in the evening, when I was coming back to my
11 truck, where water had run down the parking lot from
12 the piles of snow.
13    Q    Was there any piles of snow still there
14 on the day of your accident?
15    A    I don't remember.  There were cars parked
16 around and stuff.
17    Q    Based on your observations and memory,
18 you can't say that there still was any pile of snow?
19    A    Specifically, no.
20    Q    When you pulled in the lot the morning of
21 the accident, did you head down to the area you
22 parked because that was your preferred parking area?

Page 124

1    A    Yeah.
2    Q    Okay.  Did you --
3    A    And there were a lot of cars parked in
4 here.
5    Q    Up near the gate?
6    A    Close to the gate, right.
7    Q    Understood.  Were there cars parked in
8 the immediate vicinity of where you parked your
9 truck?
10    A    There were some.
11    Q    Scattered around?
12    A    Scattered around, yes.
13    Q    Did you try to pick a spot where you
14 weren't immediately adjacent to other vehicles --
15    A    Um-hmm.
16    Q    -- to protect against dent damage?
17    A    Sure, um-hmm.
18    Q    Is that a practice you had?
19    A    Um-hmm.
20    Q    Is that yes?
21    A    Yes.
22    Q    Do you have any recollection of how many

Page 125

1 parked cars you walked past before you reached the
2 location of your first fall?
3    A    No, I don't.  I don't remember, to tell
4 you the truth.
5    Q    Are we talking half a dozen, 10, 20?
6    A    No.  Probably 10 or 20, I guess.
7    Q    Counting vehicles parked on both sides?
8    A    Yes.  As you got closer to the gate area,
9 they were parked closer together, because there was
10 a lot more there.
11    Q    You were parked in the farthest area from
12 the gate, correct?
13    A    Yeah.  There may have been 30 further --
14 between there and --
15    Q    You knew at the time of the accident that
16 the temperature was below freezing, correct?
17    A    Yes.
18    Q    So from your experience in this area with
19 snow and precipitation, is it fair to say that you
20 were aware of the potential of the slippery surface
21 because of the low temperature?
22    A    Yes.

Philbin v. Wackenhut
3/6/06

Michael Philbin

Page 130

1 side.

2    Q   Does Exhibit 2 depict the area you are
3 shown standing in Exhibit 3?

4    A   It's behind that guard shack right there.

5    Q   So it's on the other side?

6    A   It's this little -- this little guard
7 post right here --

8    Q   Yes, sir.

9    A   -- it's on the other side of that little
10 guardhouse.

11   Q   So you can't actually see in Exhibit 2
12 where you are standing in Exhibit 3?

13   A   No.  See, here's the guardhouse right
14 here.

15   Q   Thank you.  Bear with me for a moment.
16 It's taking a while to review my notes in an effort
17 to not duplicate what we've already covered.

18       You said there was snow in the area where
19 you fell the second time, correct?

20   A   Yes.

21   Q   Did it continue snowing while you were
22 there on the ground waiting for assistance?

Page 131

1    A   I think there were intermittent flurries.

2    Q   What is your best estimate of the precise
3 time you fell?

4    A   I think between 8:00 and 8:15, somewhere
5 in that area.

6    Q   Could it have been between 8:15 and 8:30?

7    A   I don't think it was quite that late.  I
8 think I got there around 8:00.

9    Q   What time did you leave home?

10   A   I left home about 7:15.

11   Q   It usually takes you 40, 45 minutes to
12 drive?

13   A   Yeah, between 35 and 45 minutes.

14   Q   Did it take longer because of weather
15 conditions that day?

16   A   Yes.

17   Q   Do you recall looking at your watch at
18 any time during this time period?

19   A   I don't recall, offhand, to tell you the
20 truth.

21   Q   You didn't see any ice in the area where
22 you fell the second time; is that correct?

Page 132

1    A   That's correct.

2    Q   Have you ever had any communications with
3 any person you understand to be an employee of my
4 client, the Brickman Group?

5    A   No.

6    Q   In your contact after your accident with
7 various people with the Navy, did you seek any
8 information on your own about my client's role in
9 the snow and ice removal?

10   A   No.

11   Q   In your communications with your
12 co-workers at the Navy who were reviewed by
13 Ms. Whelihan in your initial disclosures --

14       MS. WHELIHAN:  Ten.

15       MR. DONOHUE:  Ten people?

16       MS. WHELIHAN:  Exhibit 10.

17       BY MR. DONOHUE:

18   Q   -- in Exhibit 10, did you tell any of
19 them that they should anticipate they may be
20 contacted by your counsel or any representative of
21 your lawyer?

22   A   I think I might have mentioned it if they

Page 133

1 had anything to add and I don't think anybody said
2 they did have anything to add.

3    Q   I want to make sure I understand.  Did
4 you ask that they contact your lawyer?

5    A   No, no.

6    Q   Did you tell them they may be contacted
7 by your lawyer?

8    A   No, not really.  I just asked them if
9 they, you know, had anything to add, as far as their
10 injuries or anything.

11   Q   Other than what you have already
12 testified to, did any of them add anything?

13   A   Not really.

14   Q   Have you ever seen a copy of any snow
15 removal contract involving either Defendant?

16   A   No.

17   Q   So sitting here today, do you have any
18 information from any entities or individuals, other
19 than your lawyers, about how much snow needs to fall
20 before either Brickman or Wackenhut needs to
21 respond?

22   A   No, no.

Page 138

CERTIFICATE OF NOTARY PUBLIC

1

2          I, Carolyn E, Friend, the Officer before

3   whom the foregoing Deposition was taken, do hereby

4   certify that the witness whose testimony appears in

5   the foregoing Deposition was duly sworn by me; that

6   the testimony of said witness was taken by me in

7   stenotypy and thereafter reduced to typewriting by

8   me; that the said Deposition is a true record of the

9   testimony given by said witness; that I am neither

10  counsel for, related to, nor employed by any of the

11  parties to this litigation; and further that I am

12  not a relative or an employee of any attorney or

13  counsel employed by the parties hereto, nor

14  financially or otherwise interested in the outcome

15  of this matter.

16

17  _____
         Notary Public in and for

18                 the State of Maryland

19
    My Commission Expires:
20  October 1, 2008.

21

22

Case 1:06-cv-00242-AK    Document 27-8    Filed 03/30/2007    Page 20 of 26

Philbin v. Wackenhut
3/6/06

Multi-Page

& - adjacent
Michael Philbin

**-&-**

**&** [4]    .1:16    2:3
2:7    2:10

**-'-**

**'01** [1]    26:10
**'03** [6]    8:18    22:12
22:18    53:10    109:18
113:10
**'04** [2]    30:3    31:13
**'05** [1]    30:3
**'06** [2]    71:9    99:20
**'70s** [1]    20:6
**'74** [1]    20:6
**'80** [1]    19:17
**'81** [1]    19:17
**'88** [1]    21:7

**-0-**

**06-0242** [1]    1:6

**-1-**

**1** [12]    3:3    22:18
30:9    30:13    34:10
59:5    90:16    95:14
96:18    101:18    108:4
138:20
**10** [13]    3:7    10:13
27:14    65:10    86:6
90:12    90:15    108:4
125:5    125:6    128:19
132:16    132:18
**100** [1]    114:6
**1002** [2]    1:16    2:3
**101** [1]    2:11
**108** [1]    2:18
**1100** [1]    2:7
**11300** [2]    1:16    2:3
**13** [1]    104:4
**13900** [2]    4:13    7:6
**15** [4]    10:13    27:15
85:18    89:22
**15-month** [1]    106:18
**16** [4]    30:13    31:22
33:14    33:18
**16th** [1]    31:19
**19** [7]    78:3    94:6
98:14    98:15    103:16
103:17    103:18
**1970** [1]    20:6
**1984** [1]    7:8
**19th** [1]    33:7
**1:18** [1]    1:17
**1st** [1]    96:19

**-2-**

**2** [9]    48:11    48:16
49:7    57:1    60:6
90:16    128:21    130:2

130:11
**2-7** [1]    3:4
**2/25/03** [1] 38:20
**2/26/03** [1] 38:20
**20** [5]    41:22    68:16
69:3    125:5    125:6
**2000** [2]    16:9    17:16
**2003** [60]    9:5    9:5
16:5    17:2    18:14
21:6    26:7    33:11
33:15    34:21    35:12
36:15    37:6    37:18
38:1    38:7    38:13
39:2    39:14    40:15
42:11    42:18    44:1
44:8    44:19    45:15
47:6    48:7    50:20
56:19    60:12    70:11
70:16    71:12    72:9
74:14    76:5    76:12
76:18    76:19    77:11
77:15    77:18    77:22
81:5    81:6    81:17
82:19    83:12    88:8
93:14    93:14    95:13
95:15    96:17    100:10
101:18    106:5    107:10
108:7
**20036** [1]    2:8
**2004** [5]    29:18    30:14
31:22    33:14    33:18
**2007** [3]    1:10    136:16
137:4
**2008** [1]    138:20
**202** [1]    2:8
**204** [1]    2:11
**20850** [1]    2:12
**20852** [1]    2:4
**20853** [1]    4:14
**20s** [7]    38:8    38:10
39:12    41:14    115:21
116:2    122:3
**22** [3]    8:18    9:5
9:5
**22nd** [1]    8:20
**24th** [1]    116:15
**25** [15]    21:14    38:1
38:7    38:13    44:8
44:19    45:15    48:7
50:20    53:9    68:16
69:3    81:5    114:9
116:13
**251-0440** [1]    2:12
**25th** [4]    44:4    45:6
116:16    116:20
**26** [32]    36:15    37:6
37:18    39:2    40:15
42:10    42:18    44:1
47:5    56:19    60:11
71:11    72:8    74:14
76:5    76:12    76:19
77:11    77:15    77:18
77:21    81:5    81:17
82:19    83:11    88:8
90:16    93:14    93:14
100:10    108:4    108:7

**26th** [3]    8:19    55:11
126:3
**28** [1]    71:4
**2nd** [1]    31:18

**-3-**

**3** [9]    49:21    50:11
50:15    59:12    59:21
86:7    128:18    130:3
130:12
**30** [5]    3:3    20:22
21:1    41:22    125:13
**301** [2]    2:4    2:12
**30s** [3]    38:11    115:22
122:2
**35** [2]    37:4    131:13

**-4-**

**4** [3]    2:17    50:19
55:9
**40** [2]    58:20    131:11
**40s** [1]    122:17
**45** [8]    24:10    24:12
24:12    26:22    37:4
90:3    131:11    131:13
**48** [2]    3:4    3:5
**496-2810** [2]    2:8
**4:24** [1]    135:6

**-5-**

**5** [9]    51:1    51:6
51:15    52:5    53:15
55:15    58:8    58:9
58:12
**50s** [1]    122:18
**5:30** [4]    36:18    46:6
46:8    80:17

**-6-**

**6** [11]    1:10    33:15
34:21    51:20    55:18
57:4    57:9    95:1
126:20    127:14    137:4
**600** [1]    2:7

**-7-**

**7** [3]    48:16    55:21
57:2
**75** [2]    3:6    28:7
**770-3737** [1]    2:4
**7:15** [1]    131:10

**-8-**

**8** [13]    3:5    36:18
39:3    48:11    49:18
55:7    56:2    58:22
75:14    75:19    98:5
117:13    118:1
**80s** [1]    110:9
**8:00** [3]    81:16    131:4
131:8

**8:15** [2]    131:4    131:6
**8:30** [1]    131:6
**8th** [1]    8:19

**-9-**

**9** [4]    3:6    75:7
75:11    79:6
**90** [1]    3:7
**9th** [1]    8:20

**-A-**

**able** [6]    13:7    26:12
60:21    60:21    64:1
134:9
**above** [5]    33:17    33:19
34:6    34:8    117:18
**accelerated** [1]    109:13
**accepted** [2]    12:15
13:3
**accessible** [1]    59:20
**accident** [56]    7:21
8:4    20:9    22:19
25:19    26:3    29:8
35:10    35:14    36:3
36:13    38:14    42:10
42:18    44:4    45:15
46:3    46:14    46:18
47:5    48:2    51:10
53:18    54:11    55:11
71:11    71:19    74:13
76:5    77:11    80:2
83:18    83:21    88:13
89:6    90:21    91:3
91:10    92:18    92:20
96:14    99:3    99:7
101:1    101:8    104:12
105:8    109:21    118:13
122:18    122:22    123:6
123:14    123:21    125:15
132:6
**accidents** [2]    7:17
43:19
**accomplishing** [1]    15:14
**according** [2]    9:16
98:4
**accumulated** [1]    55:2
**accurate** [3]    32:2
32:19    121:14
**accurately** [2]    5:12
109:2
**activities** [5]    22:20
23:1    23:17    29:14
40:14
**activity** [2] 29:3    91:22
**actual** [2]    22:16    53:13
85:12
**ad** [1]    13:15
**add** [5]    102:4    133:1
133:2    133:9    133:12
**addition** [1]    104:13
**additional** [1]    9:8
**address** [3]    4:12
16:1    102:13
**adjacent** [2]    124:14

Philbin v. Wackenhut
3/6/06
Case 1:06-cv-00242-AK    Document 27-8    Filed 03/30/2007    Page 21 of 26
Multi-Page™
careful - days
Michael Philbin

**careful** [3]  61:13    61:17
120:22
**Carolyn** [3]    1:18
51:5    138:2
**Carolyn's** [4]    52:13
53:5    57:7    59:1
**carry** [2]  70:3    90:1
**carrying** [4]    65:6
65:7    65:14    65:16
**cars** [7]  56:9    56:12
119:4    123:15    124:3
124:7    125:1
**case** [7]  1:6    7:4
12:14    16:19    94:10
115:9    137:2
**cash** [1]  28:20
**catch** [1]  23:22
**cautious** [1]    61:19
**center** [1]  118:7
**Ceppos** [1] 2:10
**certain** [2] 22:20    108:20
**CERTIFICATE** [2]
136:1    138:1
**certify** [2] 136:2    138:4
**chain** [2]  60:2    66:2
**chain-link** [1]    86:6
**challenging** [1]    13:11
**chance** [2] 9:22    11:18
**change** [1] 72:4
**changes** [1]    136:7
**chasing** [1]    29:2
**check** [6]  31:6    70:18
89:18    104:16    107:7
134:7
**checking** [1]    134:16
**chief** [3]  89:8    93:2
104:8
**chiefs** [2]  88:10    89:11
**children** [1]    16:6
**chores** [1]  27:2
**chose** [1]  43:1
**circle** [2]  52:18    53:3
**circled** [1] 117:16
**circumstances** [2]  99:21
101:21
**civilian** [1] 20:10
**claim** [8]  7:12    7:15
7:20    8:9    10:7
13:3    105:15    134:5
**claims** [2]  7:12    8:1
**classes** [2] 19:3    19:16
**clear** [6]  27:5    44:10
69:16    72:16    81:17
82:4
**cleared** [2] 56:21    114:5
**clearing** [1]    28:8
**client** [4]  14:14    75:12
83:9    132:4
**client's** [2] 10:18    132:8
**clinic** [1]  35:19
**close** [10]  16:8    16:10

16:15    17:4    17:14
18:13    56:11    57:5
119:3    124:6
**closed** [2]  128:12    128:14
**closer** [4]  56:13    106:14
125:8    125:9
**closes** [1]  129:16
**closest** [5] 51:6    51:7
98:13    126:12    127:3
**cloudy** [2] 39:9    72:9
**co-worker** [3]    92:5
93:18    101:5
**co-workers** [7]    94:17
96:4    96:9    102:14
103:8    103:13    132:12
**coat** [1]  66:3
**cold** [5]  35:3    35:5
37:19    38:3    39:9
**collapse** [1]    84:20
**collapsed** [4]    60:10
61:3    84:18    115:6
**colloquy** [1]    134:2
**color** [2]  47:12    72:4
**COLUMBIA** [1]    1:2
**column** [1] 119:4
**Comcast** [1]    107:16
**coming** [6] 74:11    88:11
116:5    116:7    122:21
123:10
**command** [7]    21:2
22:1    49:5    78:2
78:18    91:19    91:21
92:1    103:15    110:2
110:6
**command's** [1]    109:6
**commander** [1]    104:11
**commands** [2]    22:2
78:7
**commencing** [1]    1:17
**commercial** [2]    20:18
113:19
**commission** [2]    136:18
138:20
**communicate** [1]    109:1
**communication** [2] 4:22
21:17
**communications** [4]
20:2    21:1    132:2
132:11
**comp** [25]  7:20    7:22
8:4    8:16    8:21
9:4    9:6    9:10
9:20    9:20    10:5
10:7    10:18    11:6
11:9    11:10    12:4
12:21    13:17    14:18
31:16    95:20    105:15
134:2    134:5
**complain** [1]    83:10
**complained** [7]    74:7
74:10    74:14    77:9
77:13    83:5    108:5
**complaint** [5]    6:10
74:12    77:20    77:22

78:15
**completely** [3]    17:21
60:19    61:10
**complex** [4]    39:2
44:7    77:14    81:14
**computer** [1]    107:9
**concerned** [1]    75:4
**concluded** [1]    135:7
**concussion** [1]    97:1
**condition** [15]    44:6
76:7    77:14    77:21
83:6    83:11    83:17
91:14    92:6    93:5
97:12    108:6    115:10
115:14    115:16
**conditions** [8]    42:6
42:22    43:3    43:20
93:11    93:16    128:10
131:15
**confident** [1]    134:4
**confines** [1]    45:8
**Congress** [2]    4:13
7:6
**Connecticut** [1]    2:7
**connection** [4]    8:4
11:10    31:15    111:20
**considerable** [1]    112:11
**consumed** [1]    26:10
**contact** [7] 78:5    78:6
95:19    100:7    103:9
132:6    133:4
**contacted** [4]    63:7
87:2    132:20    133:6
**contacts** [1]    10:13
**contain** [1] 136:4
**contends** [1]    75:20
79:7
**contention** [1]    115:8
**contest** [1] 8:9
**continually** [1]    40:7
**continue** [3]    24:20
109:1    130:21
**contract** [2]    83:14
133:15
**contracted** [1]    78:9
**contractor** [1]    73:16
**contracts** [1]    94:4
**control** [1] 14:18
**conversation** [2]    74:19
96:21    99:14
**conversations** [3]    91:8
106:22    107:2
**COOK** [5]  2:2    32:2
32:19    33:3    34:16
**coordinated** [1]    22:2
**copies** [1]  135:2
**copy** [1]  133:14
**Corp** [2]  1:7    137:2
**correct** [22]    14:5
22:22    29:16    80:13
83:3    114:10    115:1
115:6    115:12    115:18

116:18    117:21    117:22
120:8    121:2    125:12
125:16    127:10    130:19
131:22    132:1    136:5
**corresponded** [1]    126:3
**correspondence** [5]  10:13
13:5    13:6    13:20
13:22
**corrugated** [1]    42:7
**counsel** [10]    1:14
2:5    2:9    2:13
4:7    108:11    132:20
134:19    138:10    138:13
**counted** [1]    123:4
**counterbalanced** [1]
70:5
**Counting** [1]    125:7
**couple** [5]  19:13    27:17
42:21    64:12    89:10
**course** [4]  6:21    14:19
14:19    111:9
**courses** [2] 19:9    19:14
**Court** [3]  1:1    4:20
5:7
**covered** [10]    4:17
9:7    54:21    61:14
68:4    68:9    80:11
108:18    119:14    130:17
**covering** [1]    8:21
**Coyne** [1]  2:7
**criminal** [1]    106:19
**crosses** [1] 85:3
**crutch** [1]  112:17
**cube** [1]  67:16
**CUC** [1]  18:17

-D-

**D** [4]    4:1    117:13
117:16    117:19
**D.C** [4]    2:8    90:5
112:5    112:6
**Dahlgren** [9]    22:9
22:14    95:3    95:6
102:10    102:15    105:16
109:7    109:15
**daily** [1]  112:3
**damage** [1]    124:16
**dark** [1]  47:11
**dash** [1]  117:19
**date** [13]  8:3    8:11
22:16    30:2    31:18
36:13    71:11    77:1
77:2    94:10    114:9
122:1    134:11
**dated** [1]  31:12
**daughter** [4]    28:15
105:22    106:3    112:2
**Dave** [1]  78:21
**David** [1]  101:3
**days** [17]  8:5    8:8
45:17    46:15    61:15
79:9    79:14    79:21
83:22    112:9    122:4

Case 1:06-cv-00242-AK    Document 27-9    Filed 03/30/2007    Page 22 of 26

Philbin v. Wackenhut
3/6/06

Multi-Page

exacerbate - general
Michael Philbin

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

81:22    82:13    121:12

**exacerbate** [1]
84:10

**exacerbated** [1]
84:15

**exactly** [10]    8:7
33:12    45:5    46:19
84:15    93:22    101:20
108:21    122:5    126:3

**examination** [6]    1:14
2:16    4:4    4:7
5:11    108:11

**examined** [1]    4:5

**except** [2]    80:16    136:7

**exchanging** [1]    92:14

**excruciating** [1]    25:4

**execution** [1]    21:22

**exhibit** [43]    30:9
30:13    33:18    34:10
48:11    49:7    49:18
49:20    50:11    50:15
50:18    51:14    51:19
52:5    53:7    53:14
55:18    56:2    57:9
57:12    58:22    59:12
59:21    75:7    75:11
85:21    86:7    90:12
90:15    98:5    108:4
117:13    118:1    126:20
127:13    128:18    128:21
130:2    130:3    130:11
130:12    132:16    132:18

**Exhibits** [2]    48:16
57:1

**existed** [1]    80:15

**existence** [1]    81:10

**exited** [3]    62:4    62:11
120:1

**expect** [1]    15:5

**expedition** [2]    16:18
17:20

**experience** [4]    20:18
25:12    25:21    125:18

**experienced** [1]    138:20

**expires** [2]    136:18    138:20

**extent** [1]    19:18

**extra** [1]    113:5

**extremely** [2]    62:2
62:3

**eye** [1]    70:19

**eyes** [1]    71:2    121:12

**eyewitness** [1]    88:17

**-F-**

**face** [2]    102:9    102:9

**facilities** [4]    78:2
78:14    99:1    100:18

**fact** [3]    28:18    75:1
105:19

**factor** [2]    110:3    110:7

**factors** [1]    110:14

**failed** [1]    75:21

**fair** [19]    5:14    22:5
22:13    22:21    41:13
43:1    80:4    80:8

81:11    81:12    81:19
83:15    97:10    110:13
111:5    115:10    120:3
123:2    125:19

**fairly** [6]    17:19    41:11
44:9    118:6    118:16
119:2

**fall** [31]    45:1    59:8
60:15    60:17    60:20
61:6    61:10    61:12
62:7    62:10    62:14
70:8    79:14    84:10
84:11    88:13    114:22
115:5    115:9    115:13
115:15    115:16    120:8
125:2    126:2    126:13
127:4    127:17    127:19
128:5    133:19

**fallen** [24]    57:10    57:19
58:13    68:10    75:2
81:7    94:16    95:17
96:1    96:6    96:10
97:8    97:13    97:15
97:21    98:9    98:17
99:5    99:9    100:9
100:10    102:2    103:10
104:12

**falling** [1]    62:6

**falls** [2]    88:17    105:2

**family** [4]    35:1    36:10
36:11    111:1

**far** [13]    39:13    39:22
41:20    50:17    51:16
58:18    68:14    73:20
83:4    126:7    128:8
133:9    134:10

**farther** [1]    126:11

**farthest** [1]    125:13

**fast** [1]    62:2

**FCE** [1]    34:4

**February** [56]    8:19
29:18    30:13    31:19
31:22    33:14    33:18
36:15    37:6    37:18
38:1    38:7    38:9
38:13    39:2    40:15
42:10    42:18    44:1
44:4    44:8    44:19
45:6    45:15    47:5
48:7    50:20    53:9
55:11    56:19    60:11
70:16    71:11    72:8
74:14    76:5    76:12
76:18    76:19    77:11
77:15    77:18    77:21
81:5    81:5    81:16
82:19    83:11    88:8
93:13    93:14    100:10
108:7    114:9    116:13
126:2

**feet** [13]    27:14    27:15
28:7    36:11    41:22
63:19    63:20    64:1
64:13    64:14    68:18
69:11    69:12

**fell** [47]    53:19    57:3
57:21    57:22    58:5
58:19    59:1    59:15

59:22    60:11    61:9
61:22    62:12    64:15
66:10    68:12    68:21
69:11    69:11    73:22
80:6    80:14    80:22
84:22    86:4    94:9
97:2    97:5    98:2
101:12    102:16    102:17
102:19    103:3    104:1
104:2    114:18    118:14
119:10    119:16    120:2
120:6    121:19    122:1
130:19    131:3    131:22

**female** [2]    73:9    87:18

**fence** [5]    60:2    86:6
128:18    128:20    129:9

**few** [9]    8:5    25:9
42:13    45:17    61:15
79:8    79:14    122:4
122:6

**fifth** [1]    75:16

**file** [7]    9:15    12:21
13:7    13:9    13:17
14:2    31:16

**filed** [1]    8:3

**files** [1]    134:6

**filled** [2]    11:11    34:4

**financially** [1]    138:14

**fine** [2]    15:20    108:15

**finish** [1]    5:2

**finished** [1]    5:5

**firemen** [1]    90:5

**first** [34]    11:17    14:10
57:22    58:1    58:5
58:13    58:19    59:1
60:17    60:20    61:6
61:12    62:7    62:10
62:11    62:14    62:15
63:1    66:13    68:10
68:22    69:12    70:8
71:17    80:21    81:1
81:6    87:6    88:14
88:18    94:14    115:15
120:8    125:2

**fishing** [2]    16:18    17:20

**Fitz** [1]    104:7

**Fitzmaurice** [2]    104:5
107:5

**five** [2]    23:14    35:12

**five-year-old** [5]    28:11
29:2    106:8    106:9
106:16

**flat** [5]    67:18    118:3
118:5    118:6    118:10

**flexibility** [1]    112:22

**flip** [1]    75:13

**flipped** [1]    66:16

**flipping** [1]    79:5

**floor** [1]    94:7

**flu** [2]    35:3    35:6

**flurries** [3]    114:20    114:21
131:1

**flurrying** [1]    72:11

**focused** [1]    108:18

**fogged** [1]    72:18

**following** [1]    89:6

**follows** [1]    4:6

**foot** [2]    64:15    64:18

**footing** [1]    62:10

**footprints** [1]    67:7

**footwear** [1]    42:3

**Ford** [2]    51:8    51:20

**forecast** [1]    39:5
39:7

**foregoing** [3]    136:3
138:3    138:5

**forgiving** [1]    25:12

**form** [2]    31:13    31:14
34:4

**formal** [4]    10:11    12:21
19:20    26:4

**formed** [1]    80:9

**forms** [1]    11:11

**found** [3]    14:10    23:18
109:14

**four** [1]    8:8

**fracture** [1]    61:4

**fractured** [1]    60:19

**frame** [1]    120:10

**framing** [1]    45:7

**freezing** [1]    125:16

**frequently** [1]    106:2

**Friday** [4]    15:7    15:7
15:18    127:17

**friend** [5]    1:18    16:12
18:5    18:13    138:2

**friends** [4]    16:8    16:10
16:21    18:4

**front** [5]    27:15    28:6
41:21    104:9    113:21

**froze** [1]    79:20

**frozen** [1]    116:6

**full** [11]    4:11    8:17
8:18    9:14    30:21
110:12    110:22    111:6
112:19    128:4    128:7

**functional** [1]    33:20

**future** [1]    111:7

**-G-**

**G** [1]    4:1

**gage** [1]    39:15

**garage** [1]    40:17

**Gas** [1]    26:17

**gate** [26]    49:9    49:10
49:11    49:12    49:14
49:16    50:17    51:17
59:17    61:19    66:5
69:19    85:4    85:8
85:13    119:1    120:21
121:8    121:11    124:5
124:6    125:8    125:12
129:15    129:20    129:22

**gathered** [1]    91:20

**general** [7]    7:5    53:22

Philbin v. Wackenhut
3/6/06

Multi-Page

job - Michell
Michael Philbin

| 26:9 | 111:12 |  |
| **job** [7] | 20:21 | 21:8 |
| 22:5 | 22:7 | 93:19 |
| 93:22 | 110:5 |  |
| **jog** [2] | 23:21 | 23:22 |
| **joint** [3] | 36:11 | 112:12 |
| 112:13 |  |  |
| **Jordan** [1] | 2:7 |  |
| **Joseph** [1] | 4:13 |  |
| **jump** [1] | 28:13 |  |

**-K-**

| **Kelly** [2] | 2:2 | 34:14 |
| **key** [1] | 53:7 |  |
| **kind** [10] | 23:17 | 26:16 |
| 29:13 | 54:19 | 66:13 |
| 74:18 | 77:5 | 86:20 |
| 116:3 | 134:18 |  |
| **knew** [11] | 83:16 | 83:19 |
| 88:9 | 99:4 | 99:8 |
| 99:8 | 99:10 | 99:12 |
| 100:18 | 103:10 | 125:15 |
| **knowledge** [5] |  | 76:2 |
| 76:6 | 78:11 | 121:16 |
| 121:20 |  |  |
| **known** [1] | 93:21 |  |
| **knows** [9] | 91:2 | 91:5 |
| 91:16 | 92:9 | 92:10 |
| 100:15 | 101:4 | 105:7 |
| 105:7 |  |  |

**-L-**

| **Labor** [6] | 11:20 | 12:3 |
| 12:15 | 14:2 | 30:5 |
| 31:14 |  |  |
| **laid** [2] | 87:8 | 87:11 |
| **lamp** [4] | 51:8 | 51:11 |
| 126:9 | 126:14 |  |
| **land** [2] | 63:1 | 63:4 |
| **landed** [2] | 62:18 | 63:3 |
| **large** [3] | 119:16 | 123:8 |
| 126:10 |  |  |
| **last** [37] | 8:11 | 8:13 |
| 8:16 | 9:1 | 9:4 |
| 9:6 | 9:8 | 10:16 |
| 11:21 | 17:18 | 27:4 |
| 27:16 | 29:16 | 30:6 |
| 30:16 | 31:2 | 31:8 |
| 31:21 | 32:16 | 33:13 |
| 33:14 | 34:1 | 34:11 |
| 34:12 | 34:15 | 34:16 |
| 34:19 | 35:7 | 38:9 |
| 38:21 | 44:22 | 45:17 |
| 61:15 | 95:12 | 113:7 |
| 113:13 | 127:12 |  |
| **lasted** [1] | 45:4 |  |
| **late** [2] | 110:9 | 131:7 |
| **lawn** [2] | 26:14 | 26:21 |
| **lawnmower** [1] |  | 26:16 |
| **lawsuits** [1] |  | 7:10 |
| **lawyer** [3] | 132:21 | 133:4 |
| 133:7 |  |  |
| **lawyers** [5] |  | 4:17 |

| 5:17 | 5:22 | 50:7 |
| 133:19 |  |  |
| **lay** [1] | 86:22 |  |
| **layer** [1] | 114:2 |  |
| **laying** [11] | 85:17 | 86:15 |
| 86:17 | 87:8 | 88:7 |
| 89:19 | 89:21 | 90:4 |
| 90:22 | 92:11 | 92:22 |
| **lead** [1] | 16:19 |  |
| **league** [1] | 26:4 |  |
| **lean** [1] | 113:1 |  |
| **learned** [1] 96:3 |  |  |
| **least** [3] | 10:13 | 98:4 |
| 111:8 |  |  |
| **leave** [3] | 39:19 | 45:16 |
| 131:9 |  |  |
| **leaves** [4] | 28:1 | 28:9 |
| 28:13 | 28:16 |  |
| **leaving** [2] | 28:20 | 116:20 |
| **left** [42] | 20:7 | 24:3 |
| 37:3 | 39:4 | 39:11 |
| 40:1 | 40:4 | 40:14 |
| 40:20 | 41:14 | 41:18 |
| 41:21 | 49:5 | 55:3 |
| 56:19 | 58:17 | 60:15 |
| 61:1 | 61:3 | 63:11 |
| 64:9 | 64:13 | 64:14 |
| 64:15 | 65:3 | 65:16 |
| 66:21 | 69:4 | 69:17 |
| 70:1 | 70:4 | 70:4 |
| 82:22 | 84:11 | 84:17 |
| 112:12 | 112:21 | 113:8 |
| 119:6 | 120:6 | 129:8 |
| 131:10 |  |  |
| **leg** [28] | 23:6 | 23:22 |
| 24:5 | 36:11 | 60:9 |
| 60:10 | 61:1 | 61:22 |
| 63:11 | 63:11 | 63:12 |
| 63:19 | 64:10 | 64:18 |
| 66:22 | 67:3 | 84:11 |
| 84:14 | 84:17 | 84:19 |
| 87:1 | 87:3 | 90:7 |
| 112:21 | 113:4 | 113:12 |
| 115:5 | 121:4 |  |
| **legs** [4] | 35:15 | 36:6 |
| 61:21 | 62:14 |  |
| **length** [2] | 81:9 | 122:1 |
| **less** [1] | 40:9 |  |
| **letter** [1] | 12:14 |  |
| **level** [3] | 118:15 | 118:16 |
| 120:7 |  |  |
| **levels** [1] | 21:3 |  |
| **Levine** [3] | 92:3 | 92:9 |
| 92:18 |  |  |
| **lickety** [1] | 12:22 |  |
| **light** [6] | 38:16 | 39:9 |
| 40:2 | 41:11 | 43:4 |
| 46:22 |  |  |
| **lightly** [2] | 114:13 | 114:17 |
| **likes** [2] | 28:12 | 28:13 |
| **limitations** [1] |  | 33:19 |
| **limited** [2] | 22:21 | 23:2 |
| **limp** [2] | 112:15 | 112:18 |
| **line** [2] | 58:12 | 137:5 |

| **lines** [4] | 54:13 | 54:15 |
| 54:18 | 54:22 |  |
| **linked** [1] | 60:2 |  |
| **list** [1] | 100:12 |  |
| **listed** [3] | 89:12 | 106:2 |
| 108:3 |  |  |
| **listen** [1] | 39:5 |  |
| **listening** [1] |  | 39:18 |
| **litigation** [1] |  | 138:11 |
| **live** [4] | 25:16 | 26:9 |
| 95:10 | 110:8 |  |
| **lived** [3] | 7:6 | 16:6 |
| 95:8 |  |  |
| **lives** [2] | 15:22 | 95:6 |
| **living** [1] | 16:2 |  |
| **load** [1] | 113:5 |  |
| **locate** [1] | 13:7 |  |
| **Located** [1] |  | 71:3 |
| **locating** [1] |  | 13:6 |
| **location** [6] |  | 57:3 |
| 118:14 | 119:10 | 121:15 |
| 121:18 | 125:2 |  |
| **locks** [1] | 129:17 |  |
| **lodge** [1] | 74:12 |  |
| **lodged** [1] | 78:15 |  |
| **longer** [4] | 23:2 | 49:3 |
| 68:3 | 131:14 |  |
| **look** [6] | 6:10 | 10:1 |
| 11:18 | 67:14 | 67:16 |
| 126:16 |  |  |
| **looked** [4] | 35:19 | 67:15 |
| 73:7 | 87:14 |  |
| **looking** [8] 6:13 |  | 49:7 |
| 50:17 | 51:14 | 52:10 |
| 53:12 | 57:1 | 131:17 |
| **lovely** [2] | 4:20 | 5:7 |
| **low** [2] | 38:10 | 125:21 |
| **Lucas-Peyton** [1] |  | 105:14 |
| **lunch** [1] | 24:9 |  |

**-M-**

| **mailed** [1] | 11:22 |  |
| **maintaining** [1] |  | 62:9 |
| **maintenance** [1] |  | 78:6 |
| **makes** [1] | 52:1 |  |
| **male** [4] | 73:9 | 73:10 |
| 87:18 | 87:19 |  |
| **managed** [1] |  | 21:13 |
| **manager** [4] |  | 78:2 |
| 78:14 | 99:1 | 100:6 |
| **manned** [3] |  | 73:19 |
| 73:20 | 74:4 |  |
| **manning** [1] |  | 73:22 |
| **map** [7] | 3:5 | 49:15 |
| 49:17 | 52:10 | 52:11 |
| 56:2 | 59:2 |  |
| **March** [3] | 1:10 | 8:7 |
| 137:4 |  |  |
| **Maridon** [2] |  | 96:7 |
| 98:16 |  |  |
| **Marilyn** [1] |  | 105:17 |

| **mark** [2] | 57:7 | 59:1 |
| **marked** [8] |  | 30:9 |
| 30:12 | 48:12 | 48:15 |
| 75:7 | 75:10 | 90:12 |
| 90:14 |  |  |
| **Maryland** [7] |  | 1:11 |
| 1:17 | 1:19 | 2:4 |
| 2:12 | 4:14 | 138:18 |
| **master's** [3] |  | 18:19 |
| 18:21 | 19:12 |  |
| **material** [1] |  | 134:5 |
| **Matt** [4] | 78:17 | 98:21 |
| 100:17 | 101:5 |  |
| **matter** [4] | 92:2 | 105:19 |
| 108:22 | 138:15 |  |
| **may** [27] | 8:19 | 8:20 |
| 10:21 | 11:9 | 11:10 |
| 11:11 | 14:14 | 32:1 |
| 40:21 | 45:19 | 51:6 |
| 58:6 | 63:3 | 68:2 |
| 68:3 | 91:13 | 91:18 |
| 102:8 | 104:10 | 107:12 |
| 118:17 | 125:13 | 132:19 |
| 133:6 | 134:14 | 134:14 |
| 134:15 |  |  |
| **mean** [12] | 8:15 | 9:7 |
| 10:21 | 11:16 | 24:18 |
| 24:21 | 47:9 | 54:16 |
| 69:13 | 82:7 | 113:19 |
| 114:3 |  |  |
| **medical** [10] |  | 11:3 |
| 11:10 | 12:11 | 13:19 |
| 29:16 | 30:16 | 34:19 |
| 35:8 | 35:19 | 120:18 |
| **medication** [2] |  | 113:14 |
| 113:15 |  |  |
| **medications** [1] |  | 113:8 |
| **medicine** [1] |  | 113:12 |
| **meeting** [1] |  | 99:22 |
| **melted** [4] | 79:20 | 80:19 |
| 116:10 | 123:9 |  |
| **melting** [3] |  | 45:18 |
| 46:2 | 46:7 |  |
| **memory** [2] |  | 62:18 |
| 123:17 |  |  |
| **mention** [1] |  | 100:9 |
| **mentioned** [5] |  | 96:8 |
| 98:22 | 99:11 | 102:1 |
| 132:22 |  |  |
| **mentioning** [1] |  | 104:11 |
| **mercenary** [1] |  | 29:1 |
| **message** [1] |  | 10:17 |
| **messages** [2] |  | 10:14 |
| 10:14 |  |  |
| **met** [2] | 17:7 | 17:15 |
| **meteorology** [1] |  | 20:13 |
| **method** [2] 21:21 |  | 22:1 |
| **methods** [1] |  | 22:3 |
| **Michael** [6] |  | 1:4 |
| 1:13 | 2:17 | 4:13 |
| 4:13 | 137:3 |  |
| **Michell** [5] |  | 102:21 |
| 102:22 | 103:18 | 103:21 |
| 105:12 |  |  |

Philbin v. Wackenhut
3/6/06

Case 1:06-cv-00242-AK   Document 27-8   Filed 03/30/2007   Page 24 of 26

Multi-Page

outside - problem
Michael Philbin

**outside** [5] 39:16  50:17
66:4  72:5  107:14

**oval** [6]  52:22  53:2
53:8  56:5  56:6
57:15

**over-the-counter** [1]
113:15

**overnight** [4]  114:8
115:22  116:2  116:6

**own** [5]  26:14  78:10
121:12  121:16  132:8

-P-

**P** [1]  4:1

**p.m** [2]  1:17  135:6

**page** [9]  2:16  3:2
4:18  34:1  75:15
75:16  75:18  79:5
137:5

**pages** [2]  108:19  136:3

**pain** [20]  23:6  24:5
24:6  24:7  24:13
24:17  24:19  24:22
25:2  25:4  25:10
25:13  25:21  63:12
63:19  69:6  112:10
113:8  113:11  113:13

**painful** [1] 23:22

**pair** [3]  70:14  71:17
71:18

**pairs** [5]  42:21  71:10
71:13  71:14  71:20

**Pamela** [1] 92:3

**pants** [1] 69:14

**parked** [32]  37:14
41:20  48:6  48:8
50:20  51:9  52:3
52:14  53:8  53:14
53:19  53:20  54:7
55:10  55:19  55:22
56:4  56:7  56:10
93:9  98:12  118:3
119:4  123:15  123:22
124:3  124:7  124:8
125:1  125:7  125:9
125:11

**parking** [91]  37:12
37:15  44:7  44:11
44:18  44:21  45:7
45:9  45:11  45:12
45:14  45:22  46:3
46:13  47:1  47:7
48:2  48:9  50:16
54:13  54:15  54:20
54:21  54:22  55:2
55:6  56:12  56:14
56:18  56:20  61:7
61:9  63:16  65:3
67:21  68:5  68:8
68:11  72:19  74:7
74:16  75:2  75:22
76:4  76:7  76:10
76:11  76:20  77:3
77:10  77:14  77:21
80:18  81:7  81:13
81:18  81:21  81:22
82:1  82:5  82:8

**part** [8]  32:11  68:1
81:13  84:19  87:1
103:15  111:6  119:15

**partial** [1] 61:4

**particular** [3]  43:2
80:14  82:15

**particularly** [2]  16:15
17:14

**parties** [3]  1:20  138:11
138:13

**parts** [2]  63:6  68:5

**pass** [1] 118:14

**passed** [4]  16:3  85:19
85:20  111:12

**past** [5]  85:13  86:6
125:1  129:7  129:8

**Pat** [1]  17:17

**patch** [2]  47:13  119:9

**patches** [3] 63:22  116:4
116:8

**path** [1]  129:14

**PATRICK** [1]  2:10

**pattern** [1] 116:3

**pause** [1]  5:6

**pavement** [2]  47:4
126:4

**pay** [1]  9:7

**pedestrian** [1]
85:8

**pen** [4]  52:13  53:5
57:7  59:1

**pens** [2]  52:13

**people** [21] 17:14  56:15
65:1  78:6  88:11
88:12  89:5  89:18
90:4  94:16  95:17
96:1  96:6  96:10
98:11  99:9  104:13
107:1  127:20  132:7
132:15

**percent** [1] 114:6

**perceptions** [1]  121:17

**perfectly** [1]  118:10

**perform** [1]  27:2

**performing** [1]  86:19

**perhaps** [2]  115:21
116:14

**period** [3]  8:21  46:5
131:18

**periphery** [1]  46:22

**person** [10] 17:15  78:4
78:15  78:17  88:16
92:3  94:20  94:21
100:12  132:3

**personal** [4]  76:2

**personnel** [3]  94:16
95:19  104:9

**persons** [2]  88:7
102:2

**perspective** [3]  84:9
84:13  115:14

**Philbin** [13]  1:4
1:13  2:17  4:3
4:13  32:6  33:16
105:17  108:14  108:16
128:17  137:2  137:3

**Philbin's** [1]  14:17

**phone** [2]  10:14  122:11

**photo** [2]  49:8  127:13

**photograph** [8]  50:21
50:22  53:13  57:8
57:17  58:4  59:11
126:20

**photographer** [1]  51:7

**photographs** [9]  3:4
48:17  48:19  48:21
49:2  50:3  57:2
100:4  126:17

**phrase** [2] 108:21

**physical** [1]  29:14

**physician** [1]  35:11

**physician's** [1]
31:13

**pick** [4]  67:1  106:12
106:13  124:13

**pick-up** [1]  113:20

**picked** [1]  42:5

**picks** [1]  85:5

**pickup** [1] 116:17

**picture** [5] 49:20  50:14
57:2  85:21  118:11

**Pike** [1]  1:16  2:3
71:4

**pile** [3]  28:13  123:18
126:12

**piled** [2]  79:7  79:13

**piles** [10]  44:20  45:18
46:21  46:21  76:16
79:19  123:9  123:12
123:13  126:11

**place** [3]  76:10  76:15
79:16

**places** [2]  45:11  45:19
80:19  116:9

**Plaintiff** [5]  1:5
2:5  75:20  79:7
94:11

**Plaintiff's** [1]  79:9

**plan** [2]  111:14  120:17

**planning** [2]  21:21
21:22

**plans** [1]  111:5

**play** [2]  23:17  26:7

**played** [1]  26:8

**playing** [5] 23:7  23:9
35:18  110:7  110:14

**plow** [3]  113:17  113:21
114:1

**plowed** [2]  56:21  114:4

**plus** [1]  110:17

**podiatrist** [1]  34:20

**podiatry** [1]  33:15

**point** [10]  10:10  18:10
61:20  67:11  78:6
95:19  96:13  111:7
119:20  120:2

**pointing** [3]  51:4
66:17  66:17

**police** [1] 88:22

**poor** [1]  51:5

**position** [2]  15:16
66:14

**positive** [2]  52:17
73:11

**possession** [2]  10:18
14:17

**possible** [2]  61:1
64:10

**possibly** [1]  120:22

**post** [12]  50:13  51:9
51:11  59:11  73:19
73:20  73:22  74:19
89:17  126:9  126:15
130:7

**posts** [3]  46:22  74:5
129:6

**posture** [2] 15:10  15:15

**posturing** [4]  15:16
17:18  17:21  18:2

**potential** [3]  17:2
17:11  125:20

**pounds** [1] 65:10

**practice** [2]  124:18
126:8

**precipitation** [3]  38:13
38:21  125:19

**precise** [1] 131:2

**preferred** [1]  123:22

**preliminarily** [1]  13:2

**premises** [4]  49:3
94:10  101:13  103:4

**preparation** [1]  6:14

**prepare** [1]  5:16

**prescribed** [1] 113:13

**prescription** [1]  33:7
70:15

**presence** [2]  74:15
77:10

**present** [4] 1:19  16:5
17:2  111:13

**President's** [1]  127:21

**presumably** [1]  9:14

**pretty** [11]  17:12  29:5
42:21  54:12  57:4
68:8  68:13  106:6
109:15  114:5  118:5

**prevent** [1]  113:4

**primary** [1]  110:3

**problem** [3]  13:10
15:12  25:17

Case 1:06-cv-00242-AK    Document 27-8    Filed 03/30/2007    Page 25 of 26

Philbin v. Wackenhut
3/6/06

Multi-Page

rubber - spot
Michael Philbin

| | | |
|---|---|---|
| 55:16 | 55:16 | 119:4 |
| **rubber** [1] | 42:7 | |
| **rumors** [2] | 109:9 | 109:11 |
| **run** [1] | 123:11 | |

**-S-**

| | | |
|---|---|---|
| **S** [3] | 2:15 | 3:1 |
| 4:1 | | |
| **salt** [2] | 45:21 | 76:9 |
| **Samet** [52] | 2:2 | 5:19 |
| 9:13 | 9:22 | 10:16 |
| 10:20 | 11:3 | 11:8 |
| 11:14 | 12:6 | 13:1 |
| 13:10 | 13:18 | 13:21 |
| 14:3 | 14:6 | 14:12 |
| 14:19 | 15:2 | 15:8 |
| 15:13 | 15:20 | 16:17 |
| 17:6 | 17:10 | 18:2 |
| 18:10 | 30:22 | 31:10 |
| 32:1 | 32:9 | 32:15 |
| 32:18 | 32:22 | 33:5 |
| 33:12 | 33:16 | 34:2 |
| 34:14 | 37:20 | 52:22 |
| 53:3 | 54:1 | 54:6 |
| 57:11 | 85:22 | 91:4 |
| 97:18 | 121:5 | 129:10 |
| 129:14 | 135:4 | |
| **sand** [2] | 45:21 | 76:9 |
| **sat** [1] | 63:10 | |
| **Savits** [1] | 2:7 | |
| **saw** [22] | 29:8 | 30:6 |
| 31:2 | 33:8 | 34:18 |
| 34:20 | 47:4 | 67:12 |
| 74:10 | 80:21 | 81:6 |
| 82:18 | 88:11 | 88:19 |
| 89:9 | 89:11 | 90:19 |
| 90:21 | 92:10 | 92:21 |
| 104:10 | 117:2 | |
| **says** [10] | 12:14 | 31:19 |
| 33:17 | 53:9 | 75:20 |
| 79:6 | 79:19 | 91:13 |
| 94:9 | 103:3 | |
| **Scattered** [2] | | 124:11 |
| 124:12 | | |
| **scene** [3] | 91:16 | 92:8 |
| 93:7 | | |
| **school** [1] | 20:2 | |
| **schools** [1] | 19:20 | |
| **scoots** [1] | 23:21 | |
| **scope** [1] | 18:5 | |
| **scrape** [1] | 41:9 | |
| **Sears** [1] | 78:21 | |
| **second** [17] | 59:8 | 59:10 |
| 59:22 | 61:21 | 74:1 |
| 84:9 | 84:22 | 86:4 |
| 88:14 | 114:22 | 115:5 |
| 115:9 | 115:13 | 115:16 |
| 121:9 | 130:19 | 131:22 |
| **security** [3] | | 49:6 |
| 73:14 | 100:6 | |
| **sedentary** [1] | | 22:6 |
| **see** [57] | 13:9 | 14:13 |
| 15:4 | 20:1 | 32:7 |
| 33:17 | 33:19 | 34:8 |
| 35:4 | 43:12 | 45:17 |

| | | |
|---|---|---|
| 46:2 | 50:1 | 50:19 |
| 54:14 | 54:17 | 54:22 |
| 56:15 | 56:20 | 59:19 |
| 59:22 | 61:18 | 63:20 |
| 63:21 | 64:21 | 67:5 |
| 67:6 | 67:19 | 68:1 |
| 68:6 | 70:9 | 75:22 |
| 76:9 | 79:9 | 79:21 |
| 80:9 | 80:10 | 80:12 |
| 80:17 | 80:20 | 81:21 |
| 86:16 | 86:19 | 106:2 |
| 107:7 | 116:8 | 117:1 |
| 118:11 | 119:13 | 119:19 |
| 123:10 | 127:12 | 129:4 |
| 129:12 | 130:11 | 130:13 |
| 131:21 | | |
| **seeing** [8] | 34:3 | 44:17 |
| 44:21 | 45:13 | 46:5 |
| 116:4 | 122:7 | 126:14 |
| **seek** [2] | 120:18 | 132:7 |
| **seem** [1] | 5:4 | |
| **self-propelled** [1] | | 26:18 |
| **send** [2] | 107:13 | 107:13 |
| 107:18 | | |
| **sense** [1] | 121:17 | |
| **sent** [5] | 10:17 | 12:2 |
| 104:10 | 104:11 | 107:5 |
| **series** [2] | 34:8 | 48:17 |
| **server** [1] | 107:14 | 107:14 |
| **service** [1] | 20:3 | |
| **Services** [2] | | 4:8 |
| 75:12 | 83:10 | 83:16 |
| **session** [1] | 134:1 | |
| **set** [5] | 9:14 | 21:16 |
| 100:5 | | |
| **Seventy-eight** [1] | | 20:1 |
| **Seventy-seven** [1] | | 19:2 |
| **several** [3] | 46:15 | 79:20 |
| 99:8 | | |
| **shack** [1] | 130:4 | |
| **shape** [2] | 64:19 | 70:7 |
| **sharp** [1] | 24:22 | |
| **sheet** [2] | 136:8 | 137:1 |
| **shift** [1] | 36:21 | |
| **shiny** [5] | 47:12 | 47:19 |
| 63:22 | 67:15 | 67:20 |
| **ships** [1] | 21:16 | |
| **shoes** [6] | 42:5 | 42:8 |
| 42:12 | 42:17 | 42:21 |
| 43:2 | | |
| **shoulder** [2] | | 65:17 |
| 70:4 | | |
| **shovel** [4] | 27:16 | 28:19 |
| 28:20 | 40:10 | |
| **shoveled** [2] | | 86:13 |
| 112:7 | | |
| **shoveling** [1] | | 86:16 |
| **show** [8] | 48:15 | 55:9 |
| 55:18 | 55:21 | 59:17 |
| 59:21 | 66:5 | 107:17 |
| **showed** [4] | 64:12 | 72:21 |
| 73:7 | 75:1 | |
| **showing** [3] | | 74:20 |
| 75:10 | 90:14 | |

| | | |
|---|---|---|
| **shown** [3] | 30:12 | 53:14 |
| 130:3 | | |
| **Sibley** [1] | 29:11 | |
| **sick** [1] | 53:3 | |
| **side** [6] | 48:9 | 65:4 |
| 85:6 | 130:1 | 130:5 |
| 130:9 | | |
| **sides** [1] | 125:7 | |
| **sidewalk** [5] | | 85:1 |
| 85:3 | 85:5 | 85:12 |
| 114:22 | | |
| **sign** [1] | 53:9 | |
| **signature** [1] | | 135:5 |
| **signed** [1] | 31:18 | |
| **simple** [1] | 17:19 | |
| **simply** [2] | 12:6 | 13:11 |
| **single** [4] | 11:2 | 11:6 |
| 11:7 | 12:4 | |
| **sit** [2] | 24:14 | 120:13 |
| **site** [3] | 126:2 | 126:12 |
| 127:4 | | |
| **sitting** [4] | 66:14 | 87:4 |
| 87:5 | 133:17 | |
| **situation** [1] | | 120:20 |
| **six** [4] | 14:22 | 68:2 |
| 119:11 | 119:18 | |
| **Sixty-nine** [1] | | 18:18 |
| **Sixty-one** [1] | | 110:19 |
| **slants** [1] | 129:7 | |
| **slash** [1] | 64:16 | |
| **slick** [2] | 62:2 | 62:3 |
| **slide** [1] | 62:6 | |
| **slight** [7] | 59:19 | 112:16 |
| 112:17 | 114:2 | 118:7 |
| 118:9 | 118:11 | |
| **slip** [4] | 61:12 | 62:6 |
| 84:17 | 121:8 | |
| **slipped** [2] | 63:20 | 119:21 |
| **slippery** [2] | | 63:17 |
| 125:20 | | |
| **slow** [1] | 43:11 | |
| **slowly** [2] | 62:16 | 63:19 |
| **snow** [91] | 20:15 | 20:15 |
| 20:19 | 27:4 | 27:5 |
| 38:16 | 38:19 | 39:9 |
| 40:2 | 40:19 | 40:21 |
| 41:4 | 41:12 | 43:4 |
| 44:15 | 44:17 | 44:20 |
| 45:1 | 45:18 | 46:2 |
| 46:21 | 54:14 | 54:16 |
| 54:18 | 54:20 | 54:21 |
| 55:1 | 56:15 | 56:15 |
| 61:14 | 61:18 | 63:17 |
| 63:21 | 67:5 | 67:11 |
| 68:4 | 68:6 | 68:9 |
| 68:11 | 68:12 | 76:9 |
| 76:12 | 76:13 | 76:15 |
| 76:16 | 76:20 | 76:21 |
| 77:3 | 77:4 | 78:10 |
| 79:8 | 79:8 | 79:13 |
| 79:14 | 79:19 | 80:12 |
| 81:21 | 82:1 | 82:5 |
| 82:8 | 82:15 | 82:18 |
| 85:15 | 85:17 | 86:15 |

| | | |
|---|---|---|
| 86:17 | 86:20 | 86:22 |
| 87:9 | 88:8 | 89:20 |
| 89:21 | 90:5 | 91:1 |
| 112:7 | 113:17 | 114:2 |
| 119:14 | 119:15 | 123:9 |
| 123:12 | 123:13 | 123:18 |
| 125:19 | 126:7 | 127:13 |
| 128:1 | 130:18 | 132:9 |
| 133:14 | 133:19 | |
| **snowed** [4] | 40:5 | 40:6 |
| 40:7 | 41:3 | |
| **snowing** [10] | | 39:22 |
| 40:3 | 72:10 | 83:2 |
| 114:10 | 114:12 | 114:14 |
| 114:16 | 114:18 | 130:21 |
| **snows** [1] | 27:17 | |
| **snowy** [1] | 115:10 | |
| **sole** [2] | 42:7 | 42:7 |
| **someplace** [1] | | 95:9 |
| **sometime** [4] | | 45:1 |
| 82:22 | 96:17 | 96:19 |
| **sometimes** [6] | | 28:4 |
| 28:4 | 45:11 | 45:18 |
| 47:22 | 112:14 | |
| **somewhere** [7] | | 57:6 |
| 57:14 | 58:6 | 95:6 |
| 117:10 | 127:11 | 131:4 |
| **son** [2] | 106:7 | 106:12 |
| **sooner** [1] | 12:1 | |
| **sorry** [4] | 33:4 | 37:8 |
| 81:4 | 111:13 | |
| **sort** [15] | 23:22 | 46:20 |
| 47:11 | 47:12 | 61:19 |
| 63:12 | 69:18 | 84:13 |
| 85:2 | 85:9 | 109:12 |
| 111:16 | 114:19 | 117:6 |
| 118:9 | | |
| **sounds** [3] | 29:19 | 34:22 |
| 53:16 | | |
| **source** [2] | 17:11 | 123:4 |
| **space** [1] | 15:13 | |
| **spaces** [3] | 45:12 | 47:2 |
| 126:10 | | |
| **speak** [3] | 5:17 | 6:17 |
| 6:20 | | |
| **specialist** [2] | | 21:9 |
| 21:12 | | |
| **specific** [3] | 7:5 | 93:22 |
| 113:11 | | |
| **specifically** [17] | | 10:16 |
| 21:18 | 41:8 | 44:20 |
| 45:4 | 46:16 | 46:19 |
| 74:3 | 74:9 | 76:22 |
| 80:7 | 98:10 | 99:4 |
| 113:8 | 123:7 | 123:19 |
| 126:5 | | |
| **speeches** [1] | | 15:10 |
| **splint** [1] | 90:7 | |
| **split** [2] | 12:22 | 61:21 |
| **spoke** [7] | 88:7 | 88:10 |
| 89:5 | 94:20 | 95:12 |
| 96:4 | 96:13 | |
| **spoken** [3] | 92:17 | 100:19 |
| 101:7 | | |
| **spot** [8] | 37:12 | 37:15 |

Philbin v. Wackenhut
3/6/06
Multi-Page™
Page 26 of 26
twisting - x
Michael Philbin

**twisting** [1]   120:15

**two** [19]   16:3   23:12
  24:8   30:7   42:20
  44:22   60:18   71:13
  71:20   83:22   99:19
  106:7   109:12   111:1
  119:5   122:18   122:21
  127:20   128:1

**two-hour** [1]   110:4
**two-thirds** [1]   24:10
**type** [2]   12:17   73:12
**typewriting** [1]   138:7

-U-

**ultimately** [1]   22:8
**um-hmm** [21]   27:8
  28:2   29:9   46:9
  48:3   50:8   60:5
  62:20   66:7   73:1
  76:1   79:11   79:22
  86:8   102:22   115:2
  117:17   118:2   124:15
  124:17   124:19

**unable** [1]   84:12
**unaware** [1]   120:3
**under** [7]   61:18   61:21
  62:15   63:17   66:3
  84:17   91:13

**understand** [10]   5:10
  5:13   115:5   116:11
  116:13   116:20   119:8
  129:11   132:3   133:3

**understood** [2]   98:17
  124:7

**undertaken** [1]   111:2
**unfair** [1]   17:21
**uniform** [1]   68:13
**uniforms** [1]   77:5
**UNITED** [1]   1:1
**University** [1]   19:4
**unless** [1]   111:9

**up** [44]   15:13   15:16
  21:2   21:16   23:22
  35:12   45:12   47:1
  55:16   59:18   60:9
  60:9   60:21   63:10
  63:14   63:15   64:13
  66:12   66:13   66:17
  66:20   67:1   68:4
  72:18   85:5   87:4
  87:6   87:10   100:5
  106:12   106:13   107:17
  111:16   112:20   114:12
  120:11   120:12   120:19
  122:17   124:5   126:10
  126:11   126:22   129:7

**upgraded** [1]   107:12
**upper** [1]   127:9
**ups** [1]   118:9
**used** [9]   23:8   24:8
  25:15   25:15   25:16
  26:13   66:19   66:20
  126:22
**users** [1]   22:3

**using** [1]   52:13

**usually** [13]   24:9
  37:4   37:16   45:16
  45:20   46:20   47:3
  54:7   66:4   78:1
  91:20   107:16   131:11

-V-

**v** [1]   137:2
**valleys** [1]   118:17
**various** [1]   132:7
**Vasaukas** [1]   105:4
**Vaughan** [1]   2:10
**vehicle** [9]   55:3   56:20
  62:4   62:11   72:19
  85:4   85:8   113:20
  116:17

**vehicles** [2]   124:14
  125:7

**verbally** [3]   4:19
  4:22   27:11
**versus** [2]   13:8   73:13
**vicinity** [1]   124:8
**Virginia** [3]   22:9
  22:14   95:7

**visible** [2]   47:15   47:16
**visit** [7]   31:17   31:21
  33:6   33:15   34:11
  34:12   100:6
**vs** [1]   1:6

-W-

**Wackenhut** [17]   1:7
  2:9   4:8   73:13
  73:15   74:2   74:4
  74:15   75:12   83:9
  83:13   83:16   87:21
  87:22   105:1   133:20
  137:2

**wait** [4]   5:2   5:6
  15:4   30:22
**waited** [1]   90:2
**waiting** [1]   130:22
**waived** [1]   135:6
**walk** [13]   24:7   24:8
  24:11   24:16   25:1
  25:5   25:7   25:11
  25:15   25:16   40:10
  59:16   112:15
**walked** [8]   25:14   64:7
  68:15   69:2   80:20
  92:15   120:4   125:1
**walking** [15]   23:4
  24:21   42:5   42:21
  59:18   61:13   61:19
  62:16   66:6   69:5
  92:11   112:11   116:16
  118:22   119:3
**walks** [2]   23:4   24:4
**walkway** [4]   64:13
  64:17   85:3   85:9
  115:10   129:6
**wants** [1]   129:12

**warrant** [2]   89:11
  91:19
**Washington** [3]   2:8
  18:22   112:5
**watch** [1]   131:17
**water** [6]   45:17   46:2
  117:3   123:4   123:11
  126:4
**ways** [1]   58:16
**wear** [1]   43:2
**wearing** [9]   65:21
  70:10   70:11   70:13
  70:22   71:6   71:18
  71:21   77:5
**weather** [10]   37:17
  38:4   39:5   39:7
  39:19   43:3   43:20
  115:20   122:5   131:14
**Wednesday** [5]   11:21
  37:7   37:8   37:9
  83:22
**week** [6]   37:5   42:19
  44:22   45:17   128:1
  128:7
**weekend** [2]   76:16
  79:16
**weekends** [1]   84:3
**weeks** [2]   42:20   127:20
**weigh** [1]   65:9
**weight** [10]   61:1   61:2
  64:9   66:21   69:7
  69:8   69:17   69:18
  69:20   112:19
**wet** [6]   46:7   80:18
  116:9   117:1   117:2
  126:4
**whatsoever** [1]   116:19
**wheel** [1]   108:17
**wheels** [1]   23:21
**Whelihan** [60]   2:6
  2:17   4:10   5:20
  9:15   9:19   10:4
  11:19   12:10   12:19
  13:4   13:14   13:19
  14:1   14:5   14:7
  14:13   15:6   15:21
  16:22   17:8   17:13
  18:7   18:12   28:14
  30:11   31:1   31:7
  31:21   32:4   32:12
  32:16   33:2   33:10
  33:13   33:22   34:7
  34:17   37:10   37:22
  38:5   48:14   53:1
  53:4   54:5   54:9
  57:16   58:11   75:9
  84:5   84:8   86:2
  91:7   97:19   108:9
  132:13   132:14   132:16
  134:10   135:1
**whichever** [1]   41:21
**white** [2]   82:2   88:3
**whitish** [1]   47:20
**whole** [7]   24:21   34:7
  48:8   98:7
  118:18   119:14

**wide** [2]   27:14   28:7
**wife** [13]   6:20   6:21
  7:3   15:22   16:13
  16:14   18:14   26:11
  28:10   50:5   105:18
  110:10   110:22
**Wiggins** [6]   101:3
  101:3   101:4   101:22
  103:12   107:6
**Williams** [3]   101:11
  101:12   105:10
**windshield** [5]   40:20
  41:5   41:10   43:5
**wiped** [1]   41:5
**wipers** [2]   41:5   43:6
**without** [10]   23:5
  23:5   24:6   24:17
  25:2   57:11   60:22
  62:6   129:1   134:16
**witness** [20]   2:16
  10:2   12:13   28:12
  37:9   38:2   54:3
  54:7   57:13   58:9
  86:1   91:5   129:12
  129:16   134:11   136:11
  137:21   138:4   138:6
  138:9
**witnesses** [3]   91:15
  92:8   93:6
**woke** [1]   114:12
**wondering** [2]   32:6
  63:10
**words** [3]   24:6   24:19
  118:22
**worked** [11]   78:3
  78:18   83:21   83:22
  91:22   93:8   93:20
  94:1   98:11   104:8
  104:9
**workers** [4]   10:6
  76:11   76:20   77:3
**workers'** [8]   7:20
  8:4   9:10   9:20
  31:15   95:20   134:2
  134:5
**workforce** [2]   111:14
  111:21
**world** [1]   21:15
**worn** [1]   42:17
**worse** [1]   25:6
**Wright** [7]   93:17   93:17
  96:5   96:12   96:13
  97:11   98:17
**Wright's** [1]   99:7
**write** [1]   4:21
**writing** [1]   57:12

-X-

**x** [10]   1:3   1:9
  3:1   52:12   52:14
  56:3   58:2   60:4
  127:6   127:9

-Y-