IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 06-0242 (AK) |
| | ) |
| THE WACKENHUT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ERRATA NOTICE

On March 30, 2007, I filed Defendant Wackenhut Services, Incorporated's Motion For Summary Judgment and, as part of that electronic filing, attempted to attach the Statement of Undisputed Material Facts In Support of the Motion and the Memorandum of Points and Authorities, which I thought that I had accomplished. However, I was mistaken.

In reviewing the ECF notice on April 2, 2007, I discovered that neither document were included in the electronic filing. However, copies of both documents were mailed to counsel with the documents that were successfully electronically filed.

I have now filed this Errata Notice with the attached documents of the Statement of Undisputed Material Facts In Support of the Motion and the Memorandum of Points and

Authorities to correct my mistake.

Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P.


By: /s/ *DEBORAH MURRELL WHELIHAN*
   Deborah Murrell Whelihan, #412454
   1100 Connecticut Avenue, N.W.
   Suite 600
   Washington, D.C.  20036
   (202) 296-4747

   Attorneys for Defendant Wackenhut
   Services, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Errata Notice, together with the attached Statement of Undisputed Material Facts and Memorandum of Points and Authorities were served electronically on this 2nd day of April, 2007, to:

   Robert G. Samet, Esquire
   Kelly E. Cook, Esquire
   Ashcraft & Gerel, LLP
   One Central Plaza
   Suite 1002
   11300 Rockville Pike
   Rockville, MD 20852,
   Attorneys for Plaintiff;

   Jerry D. Spitz, Esquire
   Ashcraft & Gerel, LLP
   2000 L Street, NW
   Suite 400
   Washington, DC  20036,
   Attorneys for Plaintiff; and

        H. Patrick Donohue, Esquire
Armstrong, Donohue, Ceppos &
 Vaughan, Chartered
204 Monroe Street
Suite 101
Rockville, MD 20850,
Attorney for Defendant The Brickman Group, Ltd.

    /s/   *DEBORAH MURRELL WHELIHAN*
Deborah Murrell Whelihan