IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL J. PHILBIN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil Action No. 06-0242(AK) |
| | * | |
| THE WACKENHUT CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

*****************************************

## ORDER

It having come before me by way of the Defendant Brickman Group, Ltd.'s Motion for Summary Judgment, having read and considered the Motion, Answer and Memoranda in support thereof it is this _____ day of _____, 2007

ORDERED that the Defendant's Motion be, and the same hereby is, DENIED.

_____
United States Magistrate Judge Kay