# EXHIBIT B

### 2.5.19 Snow Removal

Wackenhut Services, Inc. has selected The Brickman Group, Ltd. to perform this portion of the contract. Brickman will provide snow and ice removal as required to prevent accumulations on roads, all entrances, sidewalks, visitor parking and the top level of the parking garage.

To ensure passable navigations of entranceways, perimeter roads and parking lots we will break them up into four sections, one for each truck doing the roads. We will ensure the safety of NAC pedestrians providing up to four ground crews to remove snow and ice at all building entrances, around fire hydrants and sidewalks. The four ground crews will have up to six people performing shoveling, de-icing and power blade snow removal. No salt will be used. Magnesium chloride will only be used to remove ice on concrete surfaces.

#### Figure 2.5.19 – 1 Snow Removal Resources

| Resource Requirements | Snow Fall Inches | | | |
|---|---|---|---|---|
| | 1 – 4 | 5 – 8 | 9 – 11 | 12 + |
| 3-Shovelers, 1-De-Icer 2-Power Blade | X | X | | |
| 3-4 Shovelers, 3-4 De-Icers, 3-4 Power Blades | | | X | |
| 7-Shovelers, 4-De-Icers, 4-Power Blades | | | | X |
| 3-Plow/Spreader Trucks, 1-Bob Cat | X | | | |
| 4-Plow/Spreader Trucks, 1-Bob Cat | | X | X | X |
| 1-Backhoe | | | | X |

We will provide snow and ice removal services to all entrances, sidewalks, perimeter roads, visitor parking and the Quarters A.

All snow removal personnel are required to report to NAC within (1) hour of snow starting or being notified by the project manager. We will also have a plow package on a 4X4 as backup equipped with Snow Blades and Brooms ready to maintain sidewalks and entranceways in case of an emergency.

| Description | Unit of Work | Quantity | Frequency |
|---|---|---|---|
| 2.5.19 Snow Removal | Hour | 100 | Annual |

### 2.5.19.1 Industry Standard (Industry Standard used to Measure Work)

- All roads will be cleared within two (2) hours; no accumulation over three (3) inches.
- All parking lots and ramp garages will be cleared within three (3) hours, no accumulation over three (3) inches.
- All sidewalks, parking lot and building entrances will be cleared within two (2) hours, no accumulation over two (2) inches.

Use or disclosure of data contained on this sheet is subject to the restrictions on the title page of this proposal.