# EXHIBIT D

# WACKENHUT
### SECURITY SYSTEMS AND SERVICES THROUGHOUT THE WORLD

WACKENHUT SERVICES INCORPORATED
4200 WACKENHUT DRIVE #100
PALM BEACH GARDENS, FL 33410-4243

TELEPHONE: (561) 622-5656
FAX: (561) 691-6782

April 1, 2002

Mr. Greg Lewandowski
Branch Manager
The Brickman Group, Ltd.
Landscape Architects/Contractors/Horticultural Services
2630 Spencerville Road
Burtonsville, MD 20866



Dear Mr. Lewandowski:

Attached is your executed copy of the Subcontract to provide Grounds Maintenance, Pavement Sweeping and Snow Removal Services to the NAC and NMIC facilities. Your points of contact and persons responsible for surveillance of your performance are Dale Williams at NMIC and Jim Whidden at NAC or their designees. Please note that attached to your Subcontract is the DOL area Wage Determination applicable to the NAC facility.

Thanks for becoming a member of the Wackenhut Team.

Sincerely yours,

Jack C. Faulkner
Executive Vice President

Attachment

*Professionalism With Integrity*

# SUBCONTRACT
# BETWEEN
# WACKENHUT SERVICES, INC.
# AND
# THE BRICKMAN GROUP, LTD.

THIS SUBCONTRACT is entered into as of March 25, 2002, between Wackenhut Services, Inc. (WSI) (hereinafter referred to as the "Contractor") and The Brickman Group, Ltd. (hereinafter referred to as the "Subcontractor").

## WITNESETH:

WHEREAS, on January 31, 2002, the Contractor was awarded a contract, N62477-00-D-0043, from the Department of Navy for Regional Base Operating Services, National Maritime Intelligence Center, Suitland, Maryland, and Nebraska Avenue Complex, Washington DC Naval District, Washington;

WHEREAS, in accordance with this subcontract, the parties desire to set forth the work to be performed by the Subcontractor, the remuneration therefore and other matters required to perform the Contract;

NOW, THEREFORE, in consideration of these premises and good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties agree as follows:

## ARTICLE I

## DEFINITIONS

In addition to the terms previously defined in the above recitals, the following terms are defined as follows:

Contract Work: "Contract Work" shall mean all of the planning, management, supervision and physical services to be performed by the Subcontractor under the Statement of Work and this subcontract.

Dispute: "Dispute" shall mean any disagreement or difference of opinion between the parties hereto relating to any element of this Subcontract or alleged breach hereof.

Essential Changes: "Essential Changes" shall mean changes in the Contract Work required because of an action of the Department of Navy and/or the Contractor including, but not limited to, defective specifications furnished by the Department of Navy and/or the Contractor.

Federal Regulations: "Federal Regulations" shall mean all of the regulations of the United States Government and the Department of Navy governing the acquisition of

1

Case 1:06-cv-00242-AK    Document 29-6    Filed 04/13/2007    Page 4 of 15
Case 1:06-cv-00242-AK    Document 25-3    Filed 03/30/2007    Page 4 of 15
WSI-N62477-00D-0043-BRI

goods or services by the United States Government as such regulations are recited or incorporated by reference in the Contract.

**Basic Services/Option Periods:** "Basic Services/Option Periods" shall mean a base period of twelve months commencing April 1, 2002, with total base and option periods not to exceed seven (7) years.

**Non-essential Change:** "Non-essential Change" shall mean any change in the Contract Work which is not an Essential Change.

**Services:** Services includes services performed, workmanship, and material furnished or utilized in the performance of services.

**Statement of Work:** "Statement of Work" shall mean the statement of work attached to this Subcontract as Appendix A hereto, as may be amended from time to time.

**Subcontract Price:** Subcontract Price shall mean the total consideration set forth in Article II for the Contract Work, including any options which may be exercised by the Contractor to the Subcontractor.

**Additional Services:** "Additional Services" are additional services ordered by the Government to satisfy the Government's short term nonrecurring needs for services that are in addition to services specified for basic services and which are ordered by Contractor to Subcontractor.

**Adjustments to Basic Services:** "Adjustments to Basic Services" are adjustments ordered by the Government (Essential Changes) by which fixed price hourly rates or other stipulated or agreed to pricing is used to increase or decrease the price of basic services.

## ARTICLE II

## GENERAL STATEMENT OF WORK, CONTRACT PRICE AND OPTIONS

The Subcontractor shall perform Grounds Maintenance, Pavement Sweeping and Snow Removal services in accordance with Prime Contract No. N62477-00-D-0043, Sections J.4.5.12, J.4.5.14, and J.4.5.15 at the National Maritime Intelligence Center (NMIC), and Sections J.5.5.4, J.5.5.14, and J.5.5.15 at the Nebraska Avenue complex (NEC).

**Grounds:**

The Subcontractor shall provide all labor, materials, supplies and equipment to maintain grounds areas and vegetation in a superior manner. The Subcontract work shall include but is not limited to grass cutting, edging, weed control, herbicide management, tree and shrub pruning, cultivation of existing flower beds, mulching, seeding and fertilization,

exterior pest control, debris collection and disposal and trimming and edging of fence lines.

Subcontractor will provide an experienced grounds supervisor responsible for all site work. Grounds personnel will wear clean company uniforms with the supervisor's uniform being distinguishable from those of other personnel. Grounds personnel will be properly trained in horticulture and mechanical procedures to safely and effectively perform all grounds maintenance functions. Grounds maintenance personnel will conduct themselves in a safe, courteous and professional manner at all times.

Turf density, color and uniformity will be maintained to ensure all turf areas are maintained in a premium condition. Mowing and trimming will be conducted to a height of 2.5 to 3.5 inches, as conditions dictate, using a rotary-type mower. Mower blades will be balanced and sharp at all times. Weather permitting, mowing will be performed frequently enough so that no more than one third of the grass blade is removed per cutting. Mowing and trimming will be performed a total of 34 times per contract year at NMIC and a minimum of 28 times per contract year at NAC.

Clippings and debris caused by mowing will be removed form all paved or mulched surfaces after each mowing. The use of hand labor or mechanical trimming devices will be used to provide a neat and trim appearance around trees, shrubs, signs and foundations.

Turf fertilization and weed control will be accomplished four (4) times per year in accordance with a Turf Fertilization and Weed Control Schedule.

Concrete walks and all accessible (non-parking) curbing will be edged with a mechanical edger 17 time per season at NMIC and a minimum of 14 times per season at NAC. Curbs that cannot be edged with a mechanical fixed blade edger will be edged with a mechanical string line trimmer. All debris resulting from odging operations will be removed immediately.

Subcontractor will prune all shrubs and hedges as needed to enhance and maintain their natural form, and will include the removal of dead, infested or diseased wood.

Subcontractor will maintain a fertilization program for ornamental shrubs and beds that will provide the equivalent of .82 pounds of nitrogen per 1000 square feet. All fertilizer will distributed by hand or hand-held spreader. Only a professional grade, balanced, slow release fertilizer will be used.

A non-selective, post emergent weed control labeled for broadleaf and grassy weeds will be applied as necessary to ornamental beds. A non-selective herbicide will also be used to control weeds and grasses growing in sidewalk cracks, curbs and parking areas.

Landscape and Ornamental Trees will be pruned throughout the season to remove over-extended, dead, dangerous broken, low-hanging crossed or otherwise unsightly branches.

3

WSI-N62477-06-D-0043-BRI

Landscape and ornamental tree pruning will be limited to work that can be reached from the ground with hand pruners, pole saws or pole clips.

A dedicated crew will be assigned to perform spring cleanup work in February or March. This work will include leaf removal and policing the grounds to remove trash and other wintering debris.

Only top grade, double shredded hardwood bark will be used for mulch. Mulch will be applied annually to all previously mulched tree rings and ornamental beds to a depth of two (2) inches. Excess soil and/or old mulch will be removed prior to mulching.

Edging of tree rings and ornamental beds will be performed annually, creating a definite edge between turf, ornamental beds and tree rings. There should be no encroachment of turf into mulched areas and no spillover of mulch into turf areas.

Subcontractor will completely remove all leaves from lawn areas, walkways, ornamental beds and tree rings three (3) times in the fall. Prior to spring mulching, leaves will be removed from ornamental beds and tree rings. Removed leaves and debris will be disposed of at the conclusion of each day's leaf removal operation.

Planting areas to receive summer annuals will be coordinated through the Contractor and the Contracting Officer's Technical Representative (COTR). All flowerbeds receiving plants will be prepared by incorporating organic matter into the soil using a mechanical tiller. A slow release, balanced fertilizer will be applied to the soil prior to planting annual flowers. Plants will provided in 4" pots and planted 2.5 per square foot. New plants will be show vigorous and healthy growth with blossoms showing. They will be watered thoroughly after installation. Additional watering will be done on a work order basis.

Subcontractor will be responsible for the proper operation and maintenance of the irrigation systems. During startup, water will be turned on and the systems checked for leaks. Timers will be set to the proper watering schedule. All heads will be tested for proper coverage and adjusted as needed. Monthly inspections will be performed starting in May and ending in September by individual zones. Timers and heads will be adjusted as necessary to ensure proper coverage and to adjust for seasonal conditions. Any authorized repairs will be made on a time and material basis. Irrigation system winterization procedures will include using a high volume air compressor to remove water from the lines. Exterior back flows that have unions will be removed from the water service.

Subcontractor will cut back brush and pick up debris around the pond shoreline once each year.

Subcontractor will perform random soil tests each year. A professional laboratory will analyze soil samples and provide the results to the Contractor in writing, to include the

4

WSI-N62477-00-D-0043-BRI

laboratory analysis and any recommendations. Any additional work required under this Subcontract will be separately authorized and performed on an IDQ basis.

Subcontractor will report to Contractor any evidence of disease or insect infestation affecting turf, trees, shrubs, hedges and/or flowerbeds maintained under this Subcontract. Subcontractor may be requested to provide recommendations and a cost estimate to treat such problems. Any additional work required under this Subcontract will be separately authorized and performed on and IDQ basis.

All landscape work will be done in accordance with the Maryland Board of Examiners of Landscape Architects, Maryland Department of Labor Licensing and Regulations. Mowing and trimming will be performed in accordance with Associated Landscape Contractor's of America (ALCA) Landscaping Maintenance Specifications. Tree care practice will be performed in accordance with the National Arborist Association Standards.

**Pavement Sweeping:**

NMIC: The Subcontractor shall provide all labor, materials, supplies and equipment to perform monthly pavement sweeping services for the parking garage, roads and parking areas inside the perimeter fence. Sweeping shall remove all loose debris from paved surfaces. Pavement sweeping services shall be provided once per month after normal working hours to insure all areas are swept.

Monthly sweeping of all NMIC roads and parking areas will be accomplished utilizing a Mobile Broom Sweeper with a 4 cubic yard high dump. Monthly garage sweeping will be accomplished utilizing a Power Boss Ride on Broom Sweeper.

NAC: The Subcontractor shall provide all labor, materials supplies and equipment to perform pavement sweeping services for the roads and parking areas inside the perimeter fence four times per year at times determined by the government, using a Mobile Broom Sweeper with a 4 cubic yard high dump.

**Snow Removal:**

The Subcontractor shall provide all labor, materials, supplies and equipment to perform snow and ice removal services to keep entrances and perimeter roads, parking areas, and sidewalks passable and safe to navigate. Personnel and visitors must be able to enter, exit and park. All fire hydrants must also be accessible.

To ensure passable navigation of entranceways, perimeter roads and parking lots, areas to be plowed will be broken down into sections, in accordance with the Snow Removal Plans and the number of trucks available a each site.

At NMIC, the top level of the parking garage must be kept clear during a snowstorm and snow not be allowed to accumulate. A Bobcat will be utilized on the top level of the

Case 1:06-cv-00242-AK   Document 29-6   Filed 04/13/2007   Page 8 of 15
Case 1:06-cv-00242-AK   Document 25-3   Filed 03/30/2007   Page 8 of 15
WSI-N62477-05-D-0043-BRJ

garage to remove snow. During heavy snowfalls, additional personnel and heavy equipment, such as a front end loader, will be brought in to assist in snow removal.

Snow removal personnel shall report for work within one hour of notification. Four ground crews with up to six persons per crew will be established at NMIC and NAC to perform shoveling, de-icing and power blade snow removal. No salt will be used at Quarters A of NAC or on sidewalks and parking decks at both facilities. Magnesium chloride will be used to remove ice on concrete surfaces.

Snow and ice removal will be accomplished in accordance with the following industry standards:

- All roads will be cleared within two (2) hours; no accumulation over three (3) inches.
- All parking lots and ramps will be cleared within three (3) hours; no accumulation over three (3) inches.
- All sidewalks, parking lot and building entrances will be cleared within two (2) hours; no accumulation over two (2) inches.

**Contract Base Price and Options:**

The Subcontractor shall at its own risk and expense furnish the services contracted for at the following fixed annual prices to the Contractor during the base and any option periods exercised:

6

WSI-N62477-00-D-0043-BRJ

| Performance Period | Firm Fixed Price | | | |
|---|---|---|---|---|
| | Grounds | Pavement Sweeping | Snow Removal | Total |
| Base Period – NMIC | 88,760.00 | 16,800.00 | 35,400.00 | 138,960.00 |
| Base Period – NAC, incl Quarters "A" | 57,420.00 | 6,000.00 | 42,480.00 | 105,900.00 |
| Total Base Period (4/1/02-3/31/03) | 144,180.00 | 22,800.00 | 77,880.00 | 244,860.00 |
| Option Period 1 – NMIC | 88,760.00 | 16,800.00 | 35,400.00 | 138,960.00 |
| Option Period 1 – NAC, incl Quarters "A" | 57,420.00 | 6,000.00 | 42,480.00 | 105,900.00 |
| Total Option Period 1 (4/1/03-3-31/04) | 144,180.00 | 22,800.00 | 77,880.00 | 244,860.00 |
| Option Period 2 – NMIC, incl Quarters "A" | 88,692.00 | 17,136.00 | 36,204.00 | 142,032.00 |
| Option Period 2 – NAC | 58,572.00 | 6,120.00 | 43,440.00 | 108,132.00 |
| Total Option Period 2 (4/1/04-3/31/05) | 147,264.00 | 23,256.00 | 79,644.00 | 250,164.00 |
| Option Period 3 – NMIC | 90,468.00 | 17,484.00 | 36,996.00 | 144,948.00 |
| Option Period 3 – NAC, incl Quarters "A" | 59,748.00 | 6,252.00 | 44,400.00 | 110,400.00 |
| Total Option Period 3 (4/1/05-3/31/06) | 150,216.00 | 23,736.00 | 81,396.00 | 255,348.00 |
| Option Period 4 – NMIC | 92,280.00 | 17,832.00 | 37,800.00 | 147,912.00 |
| Option Period 4 – NAC, incl Quarters "A" | 60,948.00 | 6,372.00 | 45,360.00 | 112,680.00 |
| Total Option Period 4 (4/1/06-3/31/07) | 153,228.00 | 24,204.00 | 83,160.00 | 260,592.00 |
| Option Period 5 – NMIC | 94,128.00 | 18,192.00 | 38,604.00 | 150,924.00 |
| Option Period 5 – NAC, incl Quarters "A" | 62,172.00 | 6,504.00 | 46,320.00 | 114,996.00 |
| Total Option Period 5 (4/1/07-3/31/08) | 156,300.00 | 24,696.00 | 84,924.00 | 265,920.00 |
| Option Period 6 – NMIC | 96,000.00 | 18,552.00 | 39,400.00 | 153,952.00 |
| Option Period 6 – NAC, incl Quarters "A" | 63,420.00 | 6,624.00 | 47,280.00 | 117,324.00 |
| Total Option Period 6 (4/1/08-3/31/09) | 159,420.00 | 25,176.00 | 86,680.00 | 271,276.00 |
| Total Contract Value – NMIC | 635,088.00 | 122,796.00 | 259,804.00 | 1,017,688.00 |
| Total Contract Value – NAC, incl Quarters "A" | 419,700.00 | 43,872.00 | 311,760.00 | 775,332.00 |
| Total Contract Value | 1,054,788.00 | 166,668.00 | 571,564.00 | 1,793,020.00 |

| | Monthly Billing Amount | | | |
|---|---|---|---|---|
| | Grounds | Pavement Sweeping | Snow Removal | Total |
| Base Period | 12,015.00 | 1,900.00 | 6,490.00 | 20,405.00 |
| Option 1 | 12,015.00 | 1,900.00 | 6,490.00 | 20,405.00 |
| Option 2 | 12,272.00 | 1,938.00 | 6,637.00 | 20,847.00 |
| Option 3 | 12,518.00 | 1,978.00 | 6,783.00 | 21,279.00 |
| Option 4 | 12,769.00 | 2,017.00 | 6,930.00 | 21,716.00 |
| Option 5 | 13,025.00 | 2,058.00 | 7,077.00 | 22,160.00 |
| Option 6 | 13,285.00 | 2,098.00 | 7,223.00 | 22,606.00 |

## ARTICLE III

### Payment of Contract Price – Method of Payment

The Subcontractor shall invoice the Contractor for services performed on a monthly basis with any required backup information. The Subcontractor will be paid by the Contractor within five (5) working days after the Contractor receives payment from the Department of the Navy. In no event will payment to the Subcontractor on acceptable invoices for contracted services be withheld for more than sixty (60) days.

7

## ARTICLE IV

### Inspection and Acceptance

The performance and quality of work delivered by the Subcontractor, including services rendered and any documentation or written material compiled shall be subject to inspection, review and acceptance by the Contractor. Work performed under this subcontract is also subject to inspection by State and Federal Government Regulatory agencies.

Permission has been granted by the Navy permitting Federal and State occupational health and safety officials to enter Navy shore installations, without delay and at reasonable times, to conduct routine safety and health investigations. Permission also extends to safety and health investigations based upon reports of unsafe conditions. Occupational Health and Safety Administration (OSHA) officials may also investigate accidents or illnesses involving Contractor and Subcontractor employees. Inspections may also be carried out by the Department of Labor to inspect for compliance with labor laws.

Subcontractor shall cooperate with regulatory agencies and shall provide personnel to accompany agency inspection teams. Subcontractor personnel shall be knowlegeable concerning the work to be inspected and participate in responding to requests for information, inspection or review findings by regulatory agencies.

Subcontractor shall provide and maintain an inspection system acceptable to Contractor covering the services under this subcontract. Complete records of all inspection work performed shall be maintained and made available to Contractor during contract performance and for as long after as the subcontract requires.

Contractor has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Contractor shall perform inspections and tests in a manner that will not unduly delay the work.

If Contractor or the Government performs inspections or tests on the premises of Subcontractor, the Subcontractor shall furnish, at no increase in cost in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

If any of the services do not conform to the contract requirements, Contractor may require Subcontractor to perform the services again in conformity with contract requirements, at no increase in the contract amount. When defects in services cannot be corrected by re-performance, Contractor may (1) require Subcontractor to take necessary action to ensure that future performance conforms to the contract requirements, and (2) reduce the contract price to reflect the reduced value of the services performed.

8

If Subcontractor fails to promptly perform the services again, or take the necessary action to ensure future performance in conformity with contract requirements, Contractor may (1) by contract or otherwise, perform the services and charge Subcontractor any costs incurred by Contractor that is directly related to the performance of such services, or (2) terminate the Subcontract for default.

## Article V

### Coordination with Contractor and Contracting Officer Authority

Within 30 days of Subcontract award, and prior to commencement of work, Subcontractor will meet in conference with representatives of Contractor, at a time to be determined by Contractor, to discuss and develop a mutual understanding relative to scheduling and administering subcontract work.

During the subcontract period of performance, Subcontractor shall meet with Contractor's representatives as often as necessary at the discretion of Contractor and a mutual effort made to resolve all problems identified. Written minutes of these meetings shall be prepared by Contractor and signed by a Contractor and Subcontractor representative. Should the Subcontractor not concur with the minutes, Subcontractor shall state, in writing to Contractor, any areas of disagreement within two (2) working days.

In no event shall any understanding or agreement between Subcontractor and any Government or Contractor employee be made relating to this Subcontract other than with the Contractor's duly appointed Contracting Officer. Any such actions, to include contract modifications, change orders, letters or verbal direction to Subcontractor, must be formalized by a proper contractual document executed by the Contracting Officer. Subcontractor is hereby put on notice that in the event a Government or Contractor employee, other than the Contracting Officer, directs a change in the work or scope of work to be performed, it is the Subcontractor's responsibility to make inquiry of the Contracting Officer before making a deviation. Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Contractor.

A Contractor's Representative may be designated by the Contractor as an authorized representative of the Contractor. The Contractor's Representative is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions of a technical nature. Although technical direction may be provided by the Contractor's Representative regarding matters within the scope of the Subcontract, the Contracting Officer must authorize any direction which changes the scope or otherwise modifies or changes the cost or any other subcontract terms or conditions.

## ARTICLE VI

### Future Work

The Contractor agrees that in the event that there should be additional work awarded to the Contractor which is related to the Department of Navy, Suitland, Maryland, and/or Washington, DC, the Contractor will give the Subcontractor the right of first refusal to propose on any work connected with such new work. In the event that the Subcontractor shall decide to bid on such new work, the parties agree that the division of the tasking will be similar to that created in the Contract and this Subcontract.

## ARTICLE VII

### Subcontractor to Receive and Care for Items Furnished by Contractor and the Department of the Navy

The Subcontractor shall, at its own expense and risk, receive, inspect, store and protect all items required by the Contract's Statement of Work that is furnished to the Subcontractor by the Contractor. The Subcontractor shall be liable to the Contractor for any damage caused by the Subcontractor to or loss by the Subcontractor of the items furnished by the Contractor occurring during the Subcontractor's custody.

## ARTICLE VIII

### Independent Contractor

The individuals used to perform services in accordance with the attached Statement of Work shall be employees of Subcontractor, an independent contractor. The Subcontractor shall pay all federal and state payroll taxes applicable to its payroll under this Subcontract.

## ARTICLE IX

### Termination for Convenience

In the event the Government terminates the Contract for the government's convenience in whole or in part, this Subcontract may be terminated for the convenience of the Contractor, provided that such partial termination relates to the work to be performed by the Subcontractor, or in the event such action is formally recommended to the Contractor by the Government.

Case 1:06-cv-00242-AK     Document 29-6     Filed 04/13/2007     Page 13 of 15
Case 1:06-cv-00242-AK     Document 25-3     Filed 03/30/2007     Page 13 of 15
WSI-N62477-00-D-0043-BRI

## ARTICLE X

### Subcontractor to Comply with all Laws and Regulations

The Subcontractor shall comply with all laws, rules, regulations and requirements of the departments or agencies of the United States affecting its services for the Department of the Navy, and shall procure at its own expense such permits from the United States, state and local authorities, as may be necessary in connection with beginning or carrying on to completion the contract work, and shall at all times comply with all United States, state and local laws in any way affecting the contract work.

## ARTICLE XI

### Disputes

Any dispute which is not disposed of by agreement between the parties shall be decided by arbitration in Washington, DC or other mutually agreeable location. Such arbitration shall be conducted before three (3) independent arbitrators, one of whom shall be appointed by each party to the dispute and one of whom shall be selected by the other two appointed arbitrators. In the event that the two arbitrators thus chosen shall not agree on a third arbitrator, the American Arbitration Association shall be requested to appoint the third arbitrator. The costs and expenses of arbitration paid to third parties shall be evenly divided between the parties. The decision of a majority of the arbitrators shall be final and binding and in writing. Judgement upon any award rendered by such majority may be entered in any court of competent jurisdiction. The arbitrators shall conduct the arbitration in accordance with all laws and the rules of the American Arbitration Association.

## Article XII

### Insurance

The Subcontractor will maintain, throughout the period of this Subcontract, Comprehensive General Liability Insurance, Comprehensive Automobile Liability Insurance, and Workers' Compensation Insurance to satisfy applicable statutory requirements, Employers' Liability Insurance and coverage for legal liability for loss or damage to property entrusted to Subcontractor arising from negligence of Subcontractor's employees. It is agreed and understood that Subcontractor is not an insurer of property or persons employed or serviced under this Contract. In case a claim is made by any person, entity, or corporation, including Contractor against Subcontractor, Contractor shall not be entitled to retain the amount of any such claim out of monies due or owing Subcontractor hereunder.

Within fifteen (15) days after the award of this subcontract, the Subcontractor shall furnish the Contractor a certificate of insurance as evidence of the existence of the

Case 1:06-cv-00242-AK   Document 29-6   Filed 04/13/2007   Page 14 of 15
Case 1:06-cv-00242-AK   Document 25-3   Filed 03/30/2007   Page 14 of 15
WSI-N62477-00-D-0043-BRI

following insurance coverage in amounts not less than the amounts specified below in accordance with the "INSURANCE – WORK ON A GOVERNMENT INSTALLATION" clause, referenced in Applicable Clauses From Section L. Coverage shall include: Comprehensive General Liability: $500,000 per occurrence; Automobile Liability: $200,000 per person; $500,000 per occurrence for bodily injury; $20,000 per occurrence for property damage; Employer's Liability Coverage: $100,000, except in states where workers' compensation may not be written by private carriers.

The above insurance coverage's are to extend to Subcontractor personnel operating Government owned equipment and vehicles.

The certificate of insurance shall provide for thirty (30) days written notice to the Contractor by the insurance company prior to cancellation or material change in policy coverage. Other requirements and information are contained in the aforementioned "Insurance" clause.

## ARTICLE XIII

### Applicable Law

This Subcontract shall be governed by the federal procurement laws of the United States and the State of Florida.

## ARTICLE XIV

### Incorporation of Documents, Federal Regulations and Integration

The following extracted from Contract # N62477-00-D-0043 in whole or in part are attached to this Subcontract and are incorporated herein by reference as though they were fully set forth herein:

1. Applicable Clauses from Section I, Contract Clauses
2. Section J.4.5.12 - Grounds (NMIC)
3. Section J.4.5.14 - Pavement Sweeping (NMIC)
4. Section J.4.5.15 - Snow Removal (NMIC)
5. Section J.5.5.4 - Grounds (NAC)
6. Section J.5.5.14 - Snow Removal (NAC)
7. Section J.5.5.15 - Pavement Sweeping (NAC)
8. Extension of the Janitorial and Groundskeeping Collective Bargaining Agreement with the International Union of Operating Engineers, Local 99-99A, AFL-CIO, dated 5/17/01.
9. Collective Bargaining Agreement with the International Union of Operating Engineers, Local 99-99A, AFL-CIO, October 1, 1998 Through September 30, 2001
10. Wage Determination No 1994-2106   3/30/2001 (NAC)

12

WSI-N62477-00-D-0043-BRI

The Contractor and Subcontractor acknowledge that certain portions of the Federal Regulations contain language to the effect that "every subcontract entered into shall contain the provisions" of the specific Federal Regulations. In lieu of repeating numerous provisions of the Federal Regulations, the Subcontractor warrants and represents that it is familiar with Contract N62477-00-D-0043, with each and every provision of the Federal Regulations incorporated into the contract, and will comply with applicable Federal Regulations and Department of Navy Regulations as though they were set out in full herein.

The Subcontractor further agrees that it will comply with all applicable provisions of the Federal Regulations as though it were in direct privy to Contract N62477-00-D-0043, provided however, that unless otherwise provided in this Subcontract, the Subcontractor shall not deal directly with the Department of Navy on matters covered by the Federal Regulations, but shall instead treat the Contractor as though it is the government for reporting or providing information required by the Federal Regulations.

This Subcontract contains all of the terms of the agreement between the parties and supercedes all prior agreements between the parties.

IN WITNESS HEREOF, the Contractor and the Subcontractor have caused this Subcontract to be executed by their authorized representatives, in multiple counterparts, as of the day and year above first written.

The Brickman Group, Ltd.

BY: *[signature] Gregory Lewandowski*  3/24/02
Branch Manager

Wackenhut Services, Inc.

BY:
Jack C. Faulkner
Executive Vice President

*[signature]*
EVP

13