# EXHIBIT I

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x

MICHAEL J. PHILBIN,                    :

        Plaintiff,                     :

vs.                                    : Case No.
                                         06-0242(AK)
THE WACKENHUT CORP.,                   :
ET AL.,

        Defendants.                    :

- - - - - - - - - - - - - - - - x

                    March 6, 2007

                Rockville, Maryland

DEPOSITION OF:

            MICHAEL J. PHILBIN

    Was called for examination by counsel for the

Defendants, pursuant to notice, in the offices of,

Ashcraft & Gerel, 11300 Rockville Pike, Suite 1002,

Rockville, Maryland, commencing at 1:18 p.m., before

Carolyn Friend, a Notary Public in and for the State

of Maryland, when were present on behalf of the

respective parties:

Page 18

1  elongated.
2        MR. SAMET:  It's not posturing.  I don't
3  want to be starting to ask questions, getting into
4  things like, do you have any friends, who is your
5  best friend.  That, to me, is going beyond the scope
6  of discovery.  I granted --
7        MS. WHELIHAN:  If you are not going to
8  instruct him not to answer, I am entitled to ask the
9  question.
10       MR. SAMET:  I'm not at this point.  If it
11 goes --
12       BY MS. WHELIHAN:
13    Q    Do you have a close friend that you've
14 had since 2003, besides your wife?
15    A    No.
16    Q    And from your Answers to Interrogatories
17 you graduated from CUC.  In what year?
18    A    Sixty-nine.
19    Q    And then you obtained your master's?
20    A    Yes.
21    Q    Where did you get your master's?
22    A    George Washington.

Page 19

1     Q    When did you do that?
2     A    Seventy-seven.
3     Q    And then you took some classes at
4  American University?
5     A    Yes.
6     Q    And they were all in public
7  administration?
8     A    Yes.
9     Q    Do you remember the names of the courses
10 that you took?
11    A    Not off the top of my head, no.  They
12 were in -- there's a master's program in public
13 administration, but it was a couple of the initial
14 courses.
15    Q    Do you remember what years you took those
16 classes?
17    A    I'd say '80, '81.
18    Q    Is that the extent of the education that
19 you have?
20    A    Formal, yes.  I've taken Navy schools and
21 things like that.
22    Q    When did you do that?

Page 20

1     A    Let's see.  Seventy-eight, naval
2  communications officer school.
3     Q    Have you ever been in the service?
4     A    Yes.
5     Q    When was that?
6     A    '70s, 1970 to '74, I was in the Navy.
7     Q    What was your rank when you left?
8     A    E5.
9     Q    At the time of the accident, though, you
10 were a civilian employee for the Navy?
11    A    Yes.
12    Q    And I take it you have not had any
13 education in meteorology?
14    A    No.
15    Q    And how about snow removal or snow
16 treatment?  You've had no education in that?
17    A    No education.
18    Q    You have had no experience in commercial
19 snow removal or treatment?
20    A    No.
21    Q    And you've had the same job with the Navy
22 for 30 years; is that right?

Page 21

1     A    I've been in communications for 30 years.
2  I was there at the command -- I've moved up in
3  different levels.
4     Q    Did you have a GS rank?
5     A    I was a GS-13.
6     Q    How long were you a GS-13 before 2003?
7     A    Since '88.
8     Q    Your job title was telecommunications
9  specialist?
10    A    Yes.
11    Q    What did your duties as
12 telecommunications specialist involve?
13    A    We managed what they call the naval
14 telecommunications system, which is about 25 naval
15 radio stations around the world.  We would talk with
16 the ships and things like that and set up
17 communication systems and things like that.
18    Q    Well, what specifically did you do on a
19 day to day basis?
20    A    I was involved with development of
21 defense method systems.  I was involved in planning
22 the -- some planning and execution of the budget for

Page 22

1  the defense method systems for our command,
2  coordinated with a lot of other Navy commands and
3  users and staff on implementing the defense methods
4  system.
5    Q    So would it be fair to say that your job
6  would be sedentary?
7    A    Basically, it was a desk job, yes.
8    Q    And ultimately, your division of the
9  Department of Navy relocated to Dahlgren, Virginia?
10   A    That's right.
11   Q    When was that?
12   A    In November of '03.
13   Q    Would it be fair to say that rather than
14  move to Dahlgren, Virginia, you decided to retire?
15   A    Yes.
16   Q    What was your actual date of retirement;
17  do you remember?
18   A    I believe it was November 1, '03.
19   Q    And as a result of this accident, there
20  are certain activities that you cannot do or that
21  are limited; is that fair?
22   A    That's correct.

Page 23

1    Q    What would those activities be that you
2  can no longer do or that are limited?  And let's
3  start with that you cannot do.
4    A    I guess long walks for one thing, walking
5  long distances or a long time without -- without
6  developing pain in my leg.  Other things, I haven't
7  tried, playing basketball and things like that, very
8  much.  I used to do that for recreation and for
9  health reasons.  Playing with the grandkids and
10  things like that.
11   Q    How many grandchildren do you have?
12   A    Two.
13   Q    And what are their ages?
14   A    One is five and one is one-and-a-half.
15   Q    Girl or boy?
16   A    Both boys.
17   Q    What kind of play activities with your
18  grandchildren have you found that you cannot do?
19   A    Well, one thing I noticed is when taking
20  one of them around on a little bicycle with training
21  wheels and he scoots out ahead and I try to jog and
22  catch up.  It's sort of painful to jog on my leg

Page 24

1  with this ankle.
2    Q    Which ankle is that?
3    A    The left.
4    Q    And the long walks that you find that
5  develop pain in your leg, how long is it before you
6  develop the pain?  In other words, how long can you
7  walk without pain?
8    A    I used to walk for two to three miles
9  usually over lunch hour.  And I would say about
10  maybe two-thirds of a distance, maybe 45 minutes.
11   Q    So you can walk --
12   A    Half hour, 45 minutes.  I think maybe 45
13  minutes is a stretch, but then pain develops in
14  the -- actually, in the calf and I have to sit down
15  for a minute.
16   Q    So you can walk about half an hour
17  without pain developing?
18   A    Yes.  I can feel it, though.  I mean,
19  pain where you -- it's disabling, in other words,
20  where you can't -- you don't want to continue
21  walking.  I mean, you can feel it the whole time.
22  You can feel the pain, but it's not real sharp.

Page 25

1    Q    So is there any distance you can walk
2  without any pain?
3    A    Just generally.  It's not always
4  excruciating pain.  It's discomfort or -- but if I
5  walk for a long time or a long distance, it gets
6  worse.
7    Q    Do you walk for recreation at all any
8  more?
9    A    Not since I retired.  I tried it a few
10  times after that, but I ran into the pain.
11   Q    If you walk on a surface that is more
12  forgiving, like, say, the canal, do you experience
13  pain?
14   A    I haven't walked on the canal in a long
15  time.  I used to walk that a lot, because I used to
16  live down in that area.  So we used to walk from
17  around Glen Echo down to Georgetown with no problem.
18   Q    But you haven't tried that since the
19  accident?
20   A    I haven't been down there since then.
21   Q    And the pain that you experience develops
22  in your calf?

Page 34

1  notes. This is the last page of the progress notes.
2       MR. SAMET: No, but you know what I do
3  remember seeing is -- well, that's interesting --
4  this is -- there is an FCE form filled out in the
5  documents you produced today. It could be that
6  that's what the above refers to.
7       MS. WHELIHAN: This comes out of a whole
8  series of progress notes. I think the "see above"
9  refers to the earlier progress note. All I'm trying
10 to find out from Deposition Exhibit Number 1 is, if
11 this is the last office visit because that's the
12 last office visit information that we have, we being
13 the Defendant.
14      MR. SAMET: Kelly tells me that he thinks
15 that's the last one we have.
16      MR. COOK: The last one we have.
17      BY MS. WHELIHAN:
18 Q    And you also saw Dr. Morris -- from your
19 medical records, it appears that the last time you
20 saw the podiatrist, Dr. Morris, would have been
21 August 6, 2003.
22 A    That sounds right.

Page 35

1  Q    Do you have a regular family doctor?
2  A    No.
3  Q    If you have a cold or flu, who do you
4  see?
5  A    I haven't gone to the doctor for a cold
6  or flu, that I can remember.
7  Q    Do you remember the last doctor that you
8  would have gone to for routine medical treatment?
9  A    No, because it --
10 Q    So prior to this accident, is there any
11 physician that you can recall having treatment from,
12 say, five years before and up to 2003?
13 A    No.
14 Q    Prior to this accident, had you any
15 problems with either of your ankles or your legs?
16 A    No problems. The only thing I had before
17 was when I was a teenager, I twisted my ankle
18 playing basketball. And my mother took me down to
19 the Navy medical clinic and they just looked at it
20 and said, it was just a twisted ankle.
21 Q    Which ankle?
22 A    I think it was -- I don't remember, to

Page 36

1  tell you the truth. It's been so long.
2  Q    But you have not had any prior problems
3  with either ankle, other than this accident?
4  A    No.
5  Q    And you have not had any prior problems
6  with either one of your legs?
7  A    No.
8  Q    Do you have any balance issues?
9  A    No.
10 Q    Is there any family history in your
11 family of joint or leg or feet problems?
12 A    Not that I'm aware of, no.
13 Q    What was the date of your accident; do
14 you remember?
15 A    February 26, 2003.
16 Q    Do you remember what hours you were
17 supposed to be working that day?
18 A    I was working 8 to 5:30.
19 Q    And how would you get to work?
20 A    I drove.
21 Q    Did you drive a stick shift or an
22 automatic car?

Page 37

1  A    Automatic car.
2  Q    How long would it take you from the time
3  you left your house to get to work?
4  A    Usually between 35 and 45 minutes.
5  Q    Do you remember what day of the week
6  February 26, 2003 was?
7  A    I think it was a Wednesday.
8       MR. DONOHUE: I'm sorry. Wednesday?
9       THE WITNESS: I think it was Wednesday.
10      BY MS. WHELIHAN:
11 Q    Now, when you would drive to work, did
12 you have an assigned parking spot?
13 A    No.
14 Q    So you just parked in whatever available
15 parking spot there was?
16 A    Usually, yeah.
17 Q    Do you remember what the weather was like
18 the day before February 26, 2003?
19 A    Not offhand. I know it was cold, but --
20      MR. SAMET: What day are we talking
21 about?
22      MS. WHELIHAN: The day before,

Page 38

1  February 25, 2003.
2       THE WITNESS: The day before. It had
3  been cold at night. I don't know what the day was
4  like. I don't recall what the weather was.
5       BY MS. WHELIHAN:
6    Q   Do you remember what the temperature had
7  been at night on February 25, 2003?
8    A   I think it was in the 20s. I think it
9  had been like the last stretch of February we had,
10 when it was the 20s at night and maybe in the low to
11 mid 30s in the day.
12   Q   Do you remember if there had been any
13 precipitation on February 25, 2003, the day before
14 you had your accident?
15   A   I don't remember anything the day before,
16 to tell you the truth. There was a light snow
17 during the night. I don't know when it started,
18 whether it started before midnight or not.
19   Q   Before the snow started, either on
20 2/25/03 at night or 2/26/03, do you remember when
21 there was last precipitation?
22   A   No, I don't.

Page 39

1    Q   What time did you arrive at the naval
2  complex on February 26, 2003?
3    A   I think it was around 8 o'clock.
4    Q   Before you left for work that day, did
5  you listen to the weather forecast?
6    A   Yes.
7    Q   Do you remember what the weather forecast
8  was supposed to be?
9    A   Light snow. It was cold, cloudy.
10   Q   Do you remember what the temperature was
11 when you left your house?
12   A   It was -- I think it was in the 20s, as
13 far as I know.
14   Q   Did your car in 2003 have a temperature
15 gage that would tell you what the temperature was
16 outside?
17   A   No.
18   Q   Did you have a routine of listening to
19 the news for the weather before you would leave for
20 work?
21   A   Yes.
22   Q   And it was, as far as you recall, snowing

Page 40

1  when you left for work?
2    A   Yes, a light snow.
3    Q   And it had been snowing for how long when
4  you left for work?
5    A   That, I don't know, but it had snowed
6  some during the night. Whether it snowed off and on
7  or snowed continually, I don't know because I was
8  asleep. But it was just a -- I would say an inch or
9  less on the ground.
10   Q   Did you have to shovel either your walk
11 or your driveway?
12   A   No.
13   Q   And I take it you did not do either one
14 of those activities before you left for work on
15 February 26, 2003?
16   A   No.
17   Q   Was your car in a garage?
18   A   No.
19   Q   Did you have to take snow off of the
20 windshield before you left for work?
21   A   I may have brushed the snow off,
22 probably.

Page 41

1    Q   Are you guessing?
2    A   Yes, I am because I haven't -- it's been
3  a long time. I'm sure that if it snowed during the
4  night I brushed the snow off, either that or my
5  windshield wipers wiped it off.
6    Q   But you don't remember what you did that
7  morning?
8    A   Not specifically.
9    Q   Do you remember whether you had to scrape
10 the windshield?
11   A   I don't think so. It was a fairly light
12 snow.
13   Q   Would it be fair to say that it was
14 around some temperature in the 20s when you left to
15 go to work?
16   A   Yes.
17   Q   Did you have any trouble getting to your
18 car when you left your house?
19   A   No.
20   Q   How far was your car parked from your
21 front door or back door, whichever way you left?
22   A   I would say 20 feet, maybe 30.

11 (Pages 38 to 41)

Page 42

1    Q    Did you drive by yourself to work?

2    A    Yes.

3    Q    Do you remember what your footwear was

4  that day?

5    A    I picked out some walking shoes that I

6  thought would be good for the conditions we had that

7  had like a corrugated sole, rubber sole, Timberland.

8    Q    Do you still have those shoes?

9    A    Yes.

10    Q    Prior to the accident on February 26,

11  2003, do you remember when you had bought those

12  Timberland shoes?

13    A    No. It hadn't been very long. A few

14  months maybe.

15    Q    Do you still have them?

16    A    I have them on.

17    Q    Okay. How often had you worn those shoes

18  prior to the accident on February 26, 2003?

19    A    I don't know. Maybe once a week, maybe

20  once every two weeks, something like that. I had a

21  couple of pairs of walking shoes that were pretty

22  good for the conditions.

Page 43

1    Q    So would it be fair to say that you chose

2  these particular shoes to wear that day because of

3  the inclement weather conditions?

4    A    For the light snow.

5    Q    Did you have to use your windshield

6  wipers on the way to work?

7    A    Intermittently, I think.

8    Q    Did you have any difficulty driving to

9  work?

10    A    No difficulty. I think the traffic was

11  moving slow.

12    Q    Did you see anybody else having any

13  difficulty as you drove to work?

14    A    I can't recall, to tell you the truth. I

15  heard reports on the radio that there had been

16  problems with traffic.

17    Q    You anticipated my next question, which

18  was, did you hear on the radio on your way to work

19  that there had been accidents as a result of the

20  weather conditions?

21    A    Yes.

22    Q    Did it rain at all that day prior to you

Page 44

1  arriving to work on February 26, 2003?

2    A    No, I don't think so.

3    Q    Do you remember it raining prior to

4  February 25th, the day before your accident?

5    A    I don't really recall.

6    Q    Do you remember what the condition of the

7  parking lot as the Navy complex was on the day

8  before, February 25, 2003?

9    A    The day before I think it was fairly

10  clear.

11    Q    Do you have a recollection of the parking

12  lot the day before? Or are you guessing? I don't

13  want you to guess.

14    A    I'm not guessing, but I don't remember it

15  being impaired by snow or anything like that the day

16  before.

17    Q    Okay. Do you remember seeing any snow on

18  the parking lot at all the day before on

19  February 25, 2003?

20    A    Specifically, there were piles of snow

21  around the parking lot that I had been seeing for

22  the last, I would say, week or two. I think they

Page 45

1  had come from a snow fall that happened sometime in

2  mid-February.

3        But I don't know how big they were --

4  they lasted for a long time, but -- and specifically

5  where they were. It's hard to remember exactly

6  where they were on February 25th.

7    Q    Were they framing the parking lot, or

8  were they actually inside the confines of the

9  parking lot?

10    A    Some were on the inside and some were

11  sometimes in places in the parking lot where they

12  weren't taking up parking spaces.

13    Q    Do you remember seeing anything on the

14  parking lot surface itself on the day before the

15  accident, February 25, 2003?

16    A    Usually, when I leave work, I would say

17  for the last few days a week, I'd see water

18  sometimes from the melting snow, from the piles.

19  That may be in places here and there. But

20  otherwise, it was usually dry.

21    Q    Was there any salt or sand residue on the

22  parking lot that you observed?

Page 46

1    A    I just don't remember.
2    Q    Did you see water from melting snow on
3    the parking lot the day before your accident?
4    A    I believe I did because I remember for --
5    during that period, seeing ice in the morning when I
6    got to work, and when I got off of work at 5:30, it
7    was often wet, but -- from melting during the day.
8    Q    And that would have been around 5:30?
9    A    Um-hmm.
10   Q    Yes?
11   A    Yes.
12   Q    And do you remember how often you had
13   seen ice in the parking lot in the mornings that you
14   had gone to work prior to the accident?
15   A    For several days.  I don't remember
16   specifically how many.
17   Q    Do you remember where you had seen that
18   ice in the morning prior to your accident?
19   A    Specifically, not exactly where.  I know
20   it was sort of down from -- usually were down from
21   where the piles were and piles of snow were often
22   on -- even on the periphery or near light posts or

Page 47

1    near areas where they weren't taking up parking
2    spaces themselves.
3         So usually, I tried to the avoid the --
4    when I saw the black ice on the pavement.
5    Q    Prior to your accident on February 26,
6    2003, had you actually seen what you just described
7    as black ice before in the parking lot?
8    A    Yes.
9    Q    When you say black ice, what do you mean
10   by that?
11   A    The asphalt itself was sort of a dark
12   color and it was like a shiny, sort of like glass
13   stream or patch of ice on top of that; not real
14   thick, very thin.
15   Q    Was this ice visible?
16   A    It was visible in the sunlight in the
17   morning, yes, and that's why I know it was there and
18   avoided it.
19   Q    When you say it was shiny like glass, was
20   it whitish?
21   A    Transparent, I would say, but it
22   reflected sunlight sometimes.

Page 48

1    Q    And you had avoided this ice in the
2    parking lot prior to your accident?
3    A    Um-hmm.
4    Q    Yes?
5    A    Yes.
6    Q    Do you remember where you parked on
7    February 25, 2003?
8    A    Parked near the end of a row toward the
9    right side as you go into the parking lot.
10             (Whereupon, Deposition
11             Exhibit Numbers 2 through 8
12             were marked for
13             Identification.)
14       BY MS. WHELIHAN:
15   Q    Let me show you what's been marked as
16   your Deposition Exhibits 2 through 7, which are a
17   series of photographs that you produced with your
18   document responses to the Defendant.  Have you seen
19   these photographs before?
20   A    Yes, I have.
21   Q    Do you know when these photographs were
22   taken?

Page 49

1    A    I think it was about a year ago.
2    Q    When these photographs were taken, the
3    Navy was no longer at the premises?
4    A    No.  That's one of the reasons why the
5    command left because we -- our building was taken
6    over by the Department of Homeland Security.
7    Q    Looking at Deposition Exhibit Number 2,
8    what does that photo depict?
9    A    That's the back gate that I think the
10   guard referred to as E gate.
11   Q    Did that gate have another name?  Is it
12   the Echo Gate, or do you know?
13   A    That's what the E stands for.
14   Q    And would this be the rear gate?
15   A    Yes.  On the map there, it's referred to
16   as the rear gate.
17   Q    And the map you are talking about is
18   Deposition Exhibit Number 8?
19   A    Yes.
20   Q    And the picture, Deposition Exhibit
21   Number 3, is that you?
22   A    Yes, it is.

Page 54

1    MR. SAMET: What was the earlier
2 question?
3    THE WITNESS: I thought that was what you
4 were talking about.
5    MS. WHELIHAN: The day before.
6    MR. SAMET: Okay.
7    THE WITNESS: I usually parked in the
8 same general area.
9    BY MS. WHELIHAN:
10    Q    Do you remember on the day of the
11 accident if you were on the end spot?
12    A    I'm pretty sure I was. It's hard to tell
13 because the parking lot lines were obliterated by
14 the snow, so you couldn't really see.
15    Q    When you say the parking lot lines were
16 obliterated by the snow, what do you mean by that?
17    A    You couldn't see them.
18    Q    But was there actually snow on the lines,
19 or was it some kind --
20    A    There was snow on the whole parking lot.
21 The parking lot was covered with snow, and you
22 couldn't see where the parking lot lines were.

Page 55

1    Q    Do you know approximately how much snow
2 had accumulated on the parking lot at the time you
3 left your vehicle?
4    A    I think it was -- I don't know -- an
5 inch, give or take some.
6    Q    And you think you arrived at the parking
7 lot around 8 o'clock?
8    A    Yes.
9    Q    All right. Number 4, does that show
10 where you might have parked on the day of your
11 accident, February 26th?
12    A    It was either that or that other one
13 because that one is, I think, a little bit ahead of
14 that.
15    Q    The other one is Number 5.
16    A    It's either this row or this row up here.
17    Q    Which we have already talked about. How
18 about Deposition Exhibit Number 6, does that show
19 where you parked?
20    A    No.
21    Q    How about Number 7, does that show where
22 you parked?

Page 56

1    A    No.
2    Q    On the map, Deposition Exhibit Number 8,
3 can you put a little X where you think you might
4 have parked, or is that the same --
5    A    That's what the oval is.
6    Q    The oval is -- and that's the same where
7 you would have parked the day before too?
8    A    Yes, same general area.
9    Q    Do you remember there being any cars near
10 your car where you had parked?
11    A    I don't think there were any real close
12 to me, no. There were cars in the parking lot.
13 There were a -- a lot of them were closer in.
14    Q    When you drove into the parking lot, did
15 you see any people involved in snow removal or snow
16 treatment?
17    A    No, I didn't.
18    Q    When you arrived at the parking lot on
19 February 26, 2003, before you actually left your
20 vehicle, did you see any evidence that the parking
21 lot had been plowed or cleared before you got there?
22    A    No.

Page 57

1    Q    Looking at Deposition Exhibits 2 through
2 7, the photographs, is there any picture that
3 depicts the location where you fell?
4    A    Number 6, I think is -- would be pretty
5 close to the area, I think. I think it was in this
6 general area, probably somewhere over here.
7    Q    Can you borrow Carolyn's pen and mark
8 where you think it was on that photograph,
9 Deposition Exhibit Number 6, where you think you
10 might have fallen?
11    MR. SAMET: If you can do it without
12 writing on the exhibit sticker.
13    THE WITNESS: I think it was more towards
14 down here somewhere, around that -- I guess I should
15 have made an oval.
16    BY MS. WHELIHAN:
17    Q    Is there any other photograph that
18 reflects the area where you think you might have
19 fallen?
20    A    That was -- again, that was -- I actually
21 fell twice.
22    Q    Well, the first time you fell --

Page 58

1    A    The first time, I think that --

2    Q    -- is where you put the X?

3    A    Yes.

4    Q    Is there any other photograph that

5  depicts the area where you fell the first time?

6    A    It may be from a long distance, somewhere

7  around here.

8        MR. DONOHUE:  Number 5?

9        THE WITNESS:  Number 5, maybe around

10 there.

11       BY MS. WHELIHAN:

12   Q    You drew a little squiggly line on 5

13 where you think you might have fallen the first

14 time?

15   A    That's -- it's hard to tell.  And, again,

16 this was a ways back from the end, but --

17   Q    From when you left your car,

18 approximately how far were you from your car when

19 you fell the first time?

20   A    I would say maybe -- maybe 40 yards,

21 something like that.

22   Q    Taking Deposition Exhibit Number 8, can

Page 59

1  you mark with Carolyn's pen where you fell the first

2  time on the map?

3    A    Okay.  I think it was right around this

4  area.

5    Q    Can you put a little number 1 next to

6  that?

7    A    Okay.

8    Q    And then, where did you fall the second

9  time?

10   A    The second time was just inside of the

11 guard post in this photograph here.

12   Q    Deposition Exhibit Number 3?

13   A    Right.

14   Q    Are you standing approximately where you

15 fell?

16   A    I'm standing -- you walk this way into

17 the gate.  The guard is here.  You show your badge

18 as you are walking by the guard.  You go up here,

19 you see there's a slight ramp there that goes

20 around, handicap accessible.

21   Q    So does Deposition Exhibit Number 3 show

22 where -- can you see where you fell the second time?

Page 60

1    A    Right inside here, right there.

2    Q    So right by the chain linked fence?

3    A    Yes.

4    Q    And you put a little X where that is?

5    A    Um-hmm.

6    Q    Can you put a little 2 next to that?

7  Now --

8    A    Actually, when I turned to head this way,

9  up to the -- up to my office, the leg gave way.  The

10 leg just collapsed.

11   Q    Okay.  So you fell twice on February 26,

12 2003?

13   A    Yes.

14   Q    And did you -- strike that.

15       In which fall did you injure your left

16 ankle?

17   A    In the first fall.  Again, I'm not a

18 doctor, but there were two bones broken, and I don't

19 know if they were both completely fractured in the

20 first fall or not.

21       I was able to -- I was able to get up and

22 make it to the guard station without -- trying not

Page 61

1  to put weight on my left leg as much as possible.

2  But then when I turned and I guess I did put weight

3  on it, turning left there, that's when it collapsed.

4        So it could have been a partial fracture

5  initially when -- I don't know.  That's guessing.

6    Q    But when the first fall happened, you

7  were in the parking lot?

8    A    Yes.

9    Q    When you fell in the parking lot, did you

10 fall completely to the ground?

11   A    Yes.

12   Q    Did you slip first or just fall.

13   A    I was being careful walking across the

14 lot because it was snow covered, and I was aware

15 that in the last few days there had been ice on the

16 lot when I came in to work in the morning.

17       So I was trying to be careful, and

18 although I couldn't see what was under the snow, I

19 was sort of being cautious walking toward the gate.

20       And when I reached about that point, my

21 legs just went out from under me in a split second.

22 I think -- I think one leg just went out and I fell

Page 62

1  on the other. It's hard to say. It happened so
2  fast. It was extremely slick.
3      Q    Had you noticed it was extremely slick
4  immediately after you had exited your vehicle?
5      A    No.
6      Q    Did you slip or slide without falling
7  before you had your first fall?
8      A    No.
9      Q    Did you have any difficulty maintaining
10 your footing before you had your first fall from the
11 time you exited your vehicle to the time you first
12 fell?
13     A    No.
14     Q    When you had your first fall, both legs
15 went from -- out from under you?
16     A    Yes. I was walking along slowly, and all
17 of a sudden I was on my back and --
18     Q    So your first memory is that you landed
19 on your back?
20     A    Um-hmm.
21     Q    Yes?
22     A    Yes.

Page 63

1      Q    So you didn't land on your bottom first,
2  right?
3      A    When I say back, I may have landed on my
4  backside, then my back. I didn't land on my head.
5  I didn't sustain a head injury.
6      Q    Do you remember what parts of your body
7  contacted the ground and in what order?
8      A    Probably my butt and then my back.
9      Q    And then what did you do?
10     A    I sat up, wondering what happened. My
11 leg -- my left leg hurt and it was hard to say. It
12 was a lot of pain and sort of stiffness in the leg.
13 But other than that, I didn't have any head injuries
14 or other -- I tried to get up.
15         I tried to push myself up a little bit,
16 and in pushing against the parking lot, I could feel
17 slippery ice under the snow there.
18         I started to turn over to come to my
19 feet, just slowly because the pain in the leg -- I
20 could see an area where my feet had slipped. You
21 could see ice where the snow had been brushed off,
22 just patches of ice, shiny and thin.

Page 64

1          I was able to get to my feet. And I
2  thought -- I didn't know -- I didn't know it had
3  broken anything. I thought maybe it was a sprain, a
4  twisted ankle or something like that.
5          And I thought I could hopefully make it
6  into my office and rest for a while and it would be
7  okay. I then walked the rest of the distance to the
8  guard station, just trying to -- trying not to
9  put -- or trying to put as little weight on my left
10 leg as possible.
11         I went through the guard's station,
12 showed my badge to the guard, proceeded a couple of
13 feet more, turned to the left to go up the walkway
14 to the -- my office, and just after I turned left
15 and took a step, I guess, the left foot gave way and
16 I fell right there in the -- in the driveway, slash,
17 walkway.
18         And I couldn't -- my leg -- my foot or
19 ankle was twisted in an odd shape. It was
20 definitely broken then.
21         Guards, I think, came over to see how I
22 was doing and some Navy guys that were there. There

Page 65

1  were people --
2      Q    Before we get to that. When you were in
3  the parking lot before you left your car -- you got
4  out on your driver's side, right?
5      A    Right.
6      Q    Were you carrying anything?
7      A    I was carrying a briefcase.
8      Q    How much, best estimate, did your
9  briefcase weigh?
10     A    I'm not sure. It could be 10 pounds.
11 That's just an estimate.
12     Q    You are right-handed?
13     A    Yes.
14     Q    So would you have been carrying your
15 briefcase in your right hand?
16     A    No. I was carrying it over my left
17 shoulder. It had a strap on it.
18     Q    Did you have anything other than your
19 briefcase?
20     A    No.
21     Q    Were you wearing gloves?
22     A    Yes.

17 (Pages 62 to 65)

Page 66

1    Q    Where was your badge?

2    A    Around my neck on a chain.

3    Q    Under your coat?

4    A    I usually put it out -- on the outside

5    because I have to show it when I get to the gate.

6    Q    You were walking along, right?

7    A    Um-hmm.

8    Q    And then -- yes?

9    A    Yes.

10    Q    And then you fell, right?

11    A    Yes.

12    Q    And how did you get up?

13    A    I kind of -- I first pulled myself up in

14    a sitting position and turned over to where my hands

15    were on the ground.

16    Q    So you flipped over so that your back was

17    pointing up and your stomach pointing towards the

18    ground?

19    A    Yeah, and probably used -- I probably

20    used my briefcase to help brace myself standing up,

21    since I couldn't put a lot of weight on that left

22    leg.

Page 67

1    Q    And then did you pick up your briefcase?

2    A    Yes. At that time, I didn't know I had

3    broken the leg. I just thought it was a sprained

4    ankle.

5    Q    And you said you could see where the snow

6    had been brushed off. Could you see your

7    footprints, or had they been obliterated by your

8    body and briefcase?

9    A    I think they had been obliterated. I

10    don't remember anything like that.

11    Q    But at some point where the snow had been

12    brushed off, you saw ice?

13    A    Yes.

14    Q    What did that ice look like?

15    A    It looked shiny.

16    Q    Did it look like an ice cube or --

17    A    No, no, no. Like I said before, it

18    was -- it was flat and thin.

19    Q    But you could see it was ice?

20    A    Yes. It was shiny. It wasn't a dull

21    surface of an asphalt parking lot.

22    Q    What was the dimensions of this ice?

Page 68

1    A    I could only see part of it. It's hard

2    to tell. It may have been six to twelve inches. It

3    may have been longer, but I don't know how much was

4    covered up by the snow.

5    Q    Were there parts of the parking lot that

6    you could see where the snow had been brushed off

7    where there was no ice?

8    A    No. The whole parking lot was pretty

9    much covered with the blanket of snow.

10    Q    Where you had fallen the first time in

11    the parking lot, did the snow appear higher where

12    you fell than the other snow areas?

13    A    No, no. It was pretty much uniform.

14    Q    Then when you got to your feet, how far

15    do you estimate that you walked to the guardhouse?

16    A    I would say 20, 25 yards, something like

17    that.

18    Q    Before you got to your feet, did anybody

19    come to where you were to assist you?

20    A    No.

21    Q    Was there anybody near you when you fell

22    the first time?

Page 69

1    A    No.

2    Q    When you walked the rest of the distance

3    to the guardhouse, 20 to 25 yards, did you notice

4    anything about your left ankle when you were

5    walking?

6    A    Just that it -- there was pain there and

7    I couldn't put a lot of weight on it.

8    Q    Well, could you put any weight on it?

9    A    A little bit. A little bit.

10    Q    Did you notice anything about your ankle

11    after you fell and got to your feet, after you fell

12    the first time and got to your feet, did you notice

13    anything? I mean, was your ankle bleeding, were

14    your pants torn, anything that you noticed?

15    A    No, I didn't notice anything.

16    Q    And just so I'm clear. You could put

17    some weight on your left ankle, or you couldn't put

18    any weight on it and you sort of had to hop to the

19    gate?

20    A    I could put a little weight, not very

21    much.

22    Q    Did you still have your briefcase in your

Page 70

1  left hand?
2      A    I think I had it in my right at that time
3  because I didn't want to -- I couldn't carry stuff
4  in my left -- on my left shoulder and hand.  I
5  transferred it.  I think that counterbalanced it a
6  little bit.
7      Q    Did you notice anything about the shape
8  of your ankle after the first fall?
9      A    I couldn't see, no.  I couldn't tell.
10     Q    You are wearing glasses today.  Were you
11 wearing glasses back in 2003?
12     A    Yes.
13     Q    Were you wearing the same glasses?
14     A    No.  An earlier pair of glasses.
15     Q    Do you know what your glass prescription
16 was back in February 2003?
17     A    I don't recall, offhand.  That's easy to
18 check, I guess.
19     Q    Do you have a regular eye doctor?
20     A    No.
21     Q    Where did you get the glasses that you
22 are wearing today?

Page 71

1      A    The ones I got today were -- I'm trying
2  to think.  Hour Eyes, I think.
3      Q    Located where?
4      A    On Rockville Pike near 28, I guess.
5      Q    Do you remember when you got those
6  glasses that you are wearing today?
7      A    These?
8      Q    Yes.
9      A    November '06.
10     Q    Do you remember how many pairs of glasses
11 you had from the date of the accident, February 26,
12 2003, to the time you got these?
13     A    Two pairs.
14     Q    Where did you get those other pairs of
15 glasses?
16     A    I think I got those at America's Best.
17     Q    And the first pair that you got from
18 America's Best was the pair that you were wearing on
19 the day of the accident; is that right?
20     A    Yeah.  I got two pairs at the same time,
21 and I was wearing one on that day.
22     Q    And they were not sunglasses, right?

Page 72

1      A    No, they were not.  They were
2  transitions.
3      Q    Since I just need glasses, the transition
4  glasses, do they do anything?  Do they change color
5  when you are outside?
6      A    When it's sunny, when the sun is out.
7  Transition or -- I guess that's what they call them.
8      Q    And your recollection of February 26,
9  2003 is that it was cloudy?
10     A    Yes.  It had been snowing.  It was still
11 flurrying on the way in.
12     Q    Was there any sunlight?
13     A    No.
14     Q    Had your glasses transitioned?
15     A    No.
16     Q    So they were clear?
17     A    Yes.
18     Q    And they hadn't fogged up when you got
19 from your vehicle to the parking lot?
20     A    No.
21     Q    So then you got to the guard, you showed
22 the guard your badge?

Page 73

1      A    Um-hmm.
2      Q    Was there more than one guard or just one
3  guard?
4      A    I don't really recall whether there was
5  one or not.
6      Q    Do you remember what the guard to whom
7  you showed your badge looked like?
8      A    No.
9      Q    Male or female?
10     A    I think it was a male, but I'm not
11 positive.
12     Q    Do you know what type of guard it was,
13 whether it was a Navy guard versus Wackenhut
14 security?
15     A    I think it was probably a Wackenhut
16 contractor guard.
17     Q    Are you guessing?
18     A    I'm just saying they were the ones that
19 generally manned that post.  The Navy guards weren't
20 any that manned that post, as far as I know.
21     Q    But do you remember what guard was on
22 duty that day manning that post where you fell the

Page 118

1   Q    Again, this is on Exhibit 8.
2   A    Um-hmm.
3   Q    The area where you parked, is that flat
4   down there?
5   A    It's pretty flat.  I think most of the
6   surface of the parking lot is fairly flat, but there
7   is a slight grade that -- towards the center.  And
8   so it would go down towards that.
9       It's sort of slight -- there's ups and
10  downs too.  It's not -- it's not perfectly flat, but
11  just a slight grade.  You can see in this picture.
12  Q    Let me ask this:  On the way -- on your
13  way -- on the morning of the accident to the
14  location where you initially fell, did you pass
15  over, generally, level asphalt?
16  A    Yes, fairly level.  It's hard to say
17  again.  There may be valleys and stuff like that
18  throughout the whole thing.
19  Q    Did you take a direct route, as best you
20  could?
21  A    Yes.
22  Q    In other words, were you walking straight

Page 119

1   toward the gate?
2   A    Fairly straight.  I was trying to
3   avoid -- I was walking close to the -- the right
4   edge of the column or this row of parked cars and
5   stuff because I think in the day or two before, when
6   I had seen the ice, it had been further to the left,
7   I think, of that -- of that driveway or --
8   Q    Let me make sure I understand something.
9   You told us earlier, I think, that the patch of ice
10  in the location where you fell was, as best you can
11  recall, something like six inches to twelve inches
12  in dimension?
13  A    I believe that's all I could see, because
14  there was -- the whole area was covered with snow
15  and part of it, the snow had been brushed off when I
16  fell.  So I'm not really sure how large it was.
17  Q    But all you know about, from your
18  observations, was six inches to twelve inches?
19  A    That's all I could see.
20  Q    Until you got to that point, had you
21  slipped?
22  A    No.

Page 120

1   Q    Between the time, then, when you exited
2   your truck and reached the point where you fell, is
3   it fair to say that you were unaware that there was
4   any ice that you had walked over?
5   A    I hadn't experienced any -- any from the
6   time I left my truck until I fell.
7   Q    Now, I take it you were in some level of
8   discomfort as a result of your first fall, correct?
9   A    Yes.
10  Q    What was your frame of mind as you were
11  approaching the gate after you had gotten up?
12  A    I was just trying to make it in -- up to
13  my office to sit down and rest my ankle.  At that
14  time, I was thinking, hoping, maybe it was just a
15  sprain, you know, from twisting my ankle or
16  something and that it was okay.
17  Q    You didn't have any immediate plan to
18  seek medical assistance, I take it?
19  A    At that time I just wanted to get up to
20  the office and assess the situation further.
21  Q    You were in discomfort though, and I take
22  it you were being careful as you possibly could --

Page 121

1   A    Yes.
2   Q    -- correct?
3   A    Right.  I never had really had a broken
4   leg before so I didn't know what --
5       MR. SAMET:  The question has been asked
6   and answered.
7       BY MR. DONOHUE:
8   Q    As you approached the gate, did you slip
9   on any second occasion?
10  A    No.
11  Q    As you approached the gate, did you
12  observe with your own eyes any evidence of ice?
13  A    No.
14  Q    Is it accurate to say that the only
15  location of ice in the parking lot of which you know
16  of your own personal knowledge, based on your
17  perceptions, your observations, every sense
18  available to you, was in the immediate location of
19  where you fell?
20  A    To the best of my knowledge, that day,
21  that's the only area that I know of.
22  Q    Okay.  What is your recollection as to

Page 122

1 the length of time before the date you fell that the
2 temperatures had been in the 30s during the day and
3 dipping down into the 20s at night?
4    A    For a few days. I can't say for sure
5 because I don't remember exactly what the weather
6 was back then. But I think for a few days because
7 of the -- of seeing the ice in the morning when I
8 came to work.
9    Q    Do you recall the temperature getting
10 into the --
11                (Interruption by phone
12                ringing.)
13                (Thereupon, a brief recess was
14                taken.)
15        BY MR. DONOHUE:
16    Q    Let me just ask you. Do you recall the
17 temperature getting up into the 40s and even in the
18 50s just two days before your accident?
19    A    I don't recall, to tell you the truth.
20    Q    Do you recall a heavy rain, a big rain
21 storm coming just two days or three days before the
22 accident.

Page 123

1    A    I don't remember, honestly. I don't.
2    Q    Is it fair to say that -- I think you
3 told us before that you don't really know what the
4 source of the water was that counted for the ice
5 that you encountered on the morning of your
6 accident.
7    A    I can't say specifically, but I just know
8 that in some days before that, there had been large
9 piles of snow that had been -- melted and you could
10 see in the evening, when I was coming back to my
11 truck, where water had run down the parking lot from
12 the piles of snow.
13    Q    Was there any piles of snow still there
14 on the day of your accident?
15    A    I don't remember. There were cars parked
16 around and stuff.
17    Q    Based on your observations and memory,
18 you can't say that there still was any pile of snow?
19    A    Specifically, no.
20    Q    When you pulled in the lot the morning of
21 the accident, did you head down to the area you
22 parked because that was your preferred parking area?

Page 124

1    A    Yeah.
2    Q    Okay. Did you --
3    A    And there were a lot of cars parked in
4 here.
5    Q    Up near the gate?
6    A    Close to the gate, right.
7    Q    Understood. Were there cars parked in
8 the immediate vicinity of where you parked your
9 truck?
10    A    There were some.
11    Q    Scattered around?
12    A    Scattered around, yes.
13    Q    Did you try to pick a spot where you
14 weren't immediately adjacent to other vehicles --
15    A    Um-hmm.
16    Q    -- to protect against dent damage?
17    A    Sure, um-hmm.
18    Q    Is that a practice you had?
19    A    Um-hmm.
20    Q    Is that yes?
21    A    Yes.
22    Q    Do you have any recollection of how many

Page 125

1 parked cars you walked past before you reached the
2 location of your first fall?
3    A    No, I don't. I don't remember, to tell
4 you the truth.
5    Q    Are we talking half a dozen, 10, 20?
6    A    No. Probably 10 or 20, I guess.
7    Q    Counting vehicles parked on both sides?
8    A    Yes. As you got closer to the gate area,
9 they were parked closer together, because there was
10 a lot more there.
11    Q    You were parked in the farthest area from
12 the gate, correct?
13    A    Yeah. There may have been 30 further --
14 between there and --
15    Q    You knew at the time of the accident that
16 the temperature was below freezing, correct?
17    A    Yes.
18    Q    So from your experience in this area with
19 snow and precipitation, is it fair to say that you
20 were aware of the potential of the slippery surface
21 because of the low temperature?
22    A    Yes.

Page 126

1    Q    Can you say one way or the other whether
2  the site of your fall on the morning of February
3  26th corresponded exactly to where you had noticed
4  water the night before or the wet pavement?
5    A    I can't say specifically, but I know that
6  it was in the area of where I had seen mounds of
7  snow before. It was not -- not too far from it
8  because generally, the practice was to put it near a
9  lamp post or things like that where it wouldn't be
10  taking up parking spaces. So there had been large
11  piles a little farther up.
12    Q    What was the closest pile to the site of
13  your fall that you recall having seen?
14    A    I think I remember seeing one near a lamp
15  post that was in that area.
16    Q    Let me invite you to look at the
17  photographs. We will go with the official one here.
18    A    Okay. Yeah, I think this was the --
19    Q    You are referring, for the record, to
20  photograph Exhibit 6?
21    A    Yes, areas like this where they didn't
22  take up a parking spot were used.

Page 127

1    Q    Diagonally striped areas?
2    A    Yes. There was no parking in that area.
3    Q    What was the closest one of those
4  diagonally striped areas to the site of your fall?
5    A    This is --
6    Q    The X you have drawn --
7    A    This is the general, whether it was here
8  or here, you know.
9    Q    You have drawn another X to the upper
10  right of the sticker, correct?
11    A    Right, somewhere in the general area.
12    Q    And when did you last see any mound of
13  snow on the diagonally striped area in photo Exhibit
14  6?
15    A    That, I just don't recall.
16    Q    You don't recall whether it was Monday or
17  the Friday before your fall?
18    A    No, I don't remember.
19    Q    Do you recall that your fall occurred
20  about roughly two weeks after what many people in
21  the -- remember as the President's Day blizzard?
22    A    I heard that, yes. I know we had a lot

Page 128

1  of snow a week or two before, yeah.
2    Q    Were you in town throughout the blizzard?
3    A    Yeah.
4    Q    And did you work full time on Monday and
5  Tuesday before your fall?
6    A    Yes.
7    Q    Full time during the entire week prior?
8    A    As far as I can remember.
9    Q    Did you take any time off because of the
10  blizzard conditions?
11    A    I don't remember, other than when the
12  government was closed.
13    Q    Do you know how many days the government
14  was closed?
15    A    That I don't remember. It's easy to find
16  out, I guess.
17    Q    Mr. Philbin, directing your attention to
18  Exhibit 3. The fence that you are standing
19  immediately adjacent to with the numeral 10 on the
20  little square there, is that fence observable
21  anywhere in Exhibit 2?
22    A    Yes.

Page 129

1    Q    Without drawing on it, can you tell us
2  where?
3    A    This is the little guardhouse right here.
4  See that roof?
5    Q    Yes.
6    A    Between these posts, this walkway here,
7  where it slants up and you go past that guardhouse,
8  and right past that guardhouse, you hang a left,
9  there is the fence here.
10    MR. SAMET:  What is the narrative?  I
11  don't understand.
12    THE WITNESS:  He wants to see where
13  this --
14    MR. SAMET:  But you are tracing a path.
15  Is that a swinging gate?
16    THE WITNESS:  Yeah, that closes, that
17  locks the --
18    BY MR. DONOHUE:
19    Q    Can you identify this square with the
20  numeral on the gate?
21    A    I think it's obscured by the guardhouse
22  right here. There is another gate on the other