# EXHIBIT K

## THE BRICKMAN GROUP, LTD.
## SNOW REMOVAL SITE VISIT REPORT

JOB SITE: NAC   COST CODE: ES03500

SUPERVISOR: ADAM BRASWICK

DATE: 2/14/03   STORM DAY: FRIDAY   1 of 1

TYPE OF PRECIPITATION: —   AMOUNT IN INCHES: —

**PLOWING/SPREADING**

START TIME: 4:30   END TIME: 8:00PM

TOTAL HOURS: 3½ hrs.

# OF PLOWS: 1
# OF SPREADERS: 1

SALT USED:
BULK (Tons): 2 tons

BAGGED (50 lbs.):

MAGNESIUM USED:
BAGGED (50 lbs.):

**BOBCAT LOADER**

# OF LOADERS:

START TIME:   END TIME:

TOTAL HOURS:

**WALKBEHIND PLOW / SNOW THROWER**

# OF MACHINES:

START TIME:   END TIME:

TOTAL HOURS:

**HAND LABOR**

START TIME:   END TIME:

TOTAL HOURS:

# OF LABORERS:

SALT USED:
BAGGED (50 lbs.):

MAGNESIUM USED:
BAGGED (50 lbs.):

COMMENTS: Pretreated interior/exterior roads and parking lots

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC                               COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/16/03                               STORM DAY: SUNDAY 3 OF 1

TYPE OF PRECIPITATION: SNOW                 AMOUNT IN INCHES: 20"

### PLOWING/SPREADING

2/16/03
START TIME: 5:00AM    END TIME: 12AM    19
SUBS
1) 5:00AM    12AM    +19
   5:00AM    12AM    +19
BIG LOADER  3:15PM   12AM    + 9
TOTAL HOURS: 19      66 HRS

# OF PLOWS: 1
# OF SPREADERS: 1
SALT USED: BULK (Tons) —
BAGGED (50 lbs.):
MAGNESIUM USED: BAGGED (50 lbs.):

### BOBCAT LOADER
# OF LOADERS: 1
2/16/03
START TIME: 7:00A    END TIME: 12A
TOTAL HOURS: 17

### WALKBEHIND PLOW / SNOW THROWER
# OF MACHINES: 3
2/16/03
START TIME: 7:00A    END TIME: 12A    17 HRS.
TOTAL HOURS: 51

### HAND LABOR
2/16/03
START TIME: 7:00A    END TIME: 12A
TOTAL HOURS: 17

# OF LABORERS: 1
SALT USED: BAGGED (50 lbs.):
MAGNESIUM USED: BAGGED (50 lbs.):

COMMENTS: Subs: 5AM-12AM 2 trucks  Big Loader 3:15PM-12AM
DAVE/ERIC
Waiting for sub info to confirm

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC                    COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/17/03                    STORM DAY (MONDAY): 4 OF 1

TYPE OF PRECIPITATION: SNOW      AMOUNT IN INCHES: 20"

**PLOWING/SPREADING**

2/17/03
| START TIME | END TIME |    |
|---|---|---|
| 12A | 5PM | 17 |
| SUBS |   |   |
| 12AM | 1PM | 13 |
| 12AM | 1PM | 13 |
| 12AM | 2:10AM | 2 |

316 LOADER

TOTAL HOURS: 17    45 HRS

# OF PLOWS: 1
# OF SPREADERS:
SALT USED: BULK (Tons)
BAGGED (50 lbs.)
MAGNESIUM USED: BAGGED (50 lbs.)

**BOBCAT LOADER**
# OF LOADERS: 1

2/17/03
| START TIME | END TIME |
|---|---|
| 12A | 4PM |

TOTAL HOURS: 16

**WALKBEHIND PLOW / SNOW THROWER**
# OF MACHINES: 3

| START TIME | END TIME |
|---|---|
| 12A | 4PM |

TOTAL HOURS: 48

**HAND LABOR**

2/17/03
| START TIME | END TIME |     |
|---|---|---|
| 12A | 12PM | 12 HRS |
| 5PM | 9PM | 4 HRS |
|   |   | 16 HRS |

TOTAL HOURS: 16

# OF LABORERS: 1
SALT USED: BAGGED (50 lbs.)
MAGNESIUM USED: BAGGED (50 lbs.)

COMMENTS: Subs: 12AM - 1pm 2 trucks Big Loader 12am - 2:10 AM
DAVE/ERIC

Waiting for Sub-info to confirm

97 hrs.

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC  COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/18/03   STORM DAY: TUESDAY   5 OF 1
TYPE OF PRECIPITATION: SNOW   AMOUNT IN INCHES: 20"

### PLOWING/SPREADING

| START TIME | END TIME |
|---|---|
| 8:00A | 9:00A |

TOTAL HOURS: 1

# OF PLOWS: 1
# OF SPREADERS: 1
SALT USED:
BULK (Tons): 1 1/2 tons
BAGGED (50 lbs.):
MAGNESIUM USED:
BAGGED (50 lbs.):

### BOBCAT LOADER
ADAM/FREDDY
# OF LOADERS: 2

| START TIME | END TIME |
|---|---|
| 5:30AM | 6:30PM |
| 7:00A | 5:00PM |

TOTAL HOURS: 22

### WALKBEHIND PLOW / SNOW THROWER
# OF MACHINES: 2

| START TIME | END TIME | |
|---|---|---|
| 7:00A | 11:30A | 4.5 HRS |

TOTAL HOURS: 9

### HAND LABOR

3 guys  
7 guys

| START TIME | END TIME | |
|---|---|---|
| 11:30A | 7:00PM | 7.5 HRS |
| 1:00PM | 5:00 AM | +28 HRS |
| | | 32.5 HRS |

TOTAL HOURS: 32.5

# OF LABORERS: 3 + 4
SALT USED:
BAGGED (50 lbs.):
MAGNESIUM USED:
BAGGED (50 lbs.):

COMMENTS:

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC  COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/19/03    WED
STORM DAY: 6 OF /

TYPE OF PRECIPITATION: ———   AMOUNT IN INCHES: ———

**PLOWING/SPREADING**

| START TIME: | END TIME: |
|---|---|
| | |

# OF PLOWS:
# OF SPREADERS:
SALT USED:
BULK (Tons)
BAGGED (50 lbs.)
MAGNESIUM USED:
BAGGED (50 lbs.)

TOTAL HOURS:

**BOBCAT LOADER**

# OF LOADERS: 1

| START TIME: | END TIME: |
|---|---|

TOTAL HOURS: 4½

**WALKBEHIND PLOW / SNOW THROWER**

# OF MACHINES:

| START TIME: | END TIME: |
|---|---|

TOTAL HOURS:

**HAND LABOR**

| START TIME: | END TIME: |
|---|---|

TOTAL HOURS:

# OF LABORERS:
SALT USED:
BAGGED (50 lbs.)
MAGNESIUM USED:
BAGGED (50 lbs.)

COMMENTS: CLEANED UP PARKING SPACES / OTHER AREAS STILL SOMEWHAT COVERED

# THE BRICKMAN GROUP, LTD.
## SNOW REMOVAL SITE VISIT REPORT

JOB SITE: NAC  
SUPERVISOR: ADAM GRASWICK  
DATE: 2/23/03 SUNDAY  

COST CODE: ES03500  
STORM DAY: ___ OF ___

TYPE OF PRECIPITATION: ___  
AMOUNT IN INCHES: ___

### PLOWING/SPREADING

START TIME: ___   END TIME: ___  
TOTAL HOURS: ___

# OF PLOWS: ___  
# OF SPREADERS: ___  
SALT USED:  
BULK (Tons): ___  
BAGGED (50 lbs.): ___  
MAGNESIUM USED:  
BAGGED (50 lbs.): ___

### ~~BOBCAT LOADER~~ RUBBER TIRE LOADER

# OF LOADERS: 1  
START TIME: 8 AM   END TIME: 4 PM  
TOTAL HOURS: 8

### WALKBEHIND PLOW / SNOW THROWER

# OF MACHINES: ___  
START TIME: ___   END TIME: ___  
TOTAL HOURS: ___

### HAND LABOR

START TIME: ___   END TIME: ___  
TOTAL HOURS: ___

# OF LABORERS: ___  
SALT USED:  
BAGGED (50 lbs.): ___  
MAGNESIUM USED:  
BAGGED (50 lbs.): ___

COMMENTS: Moved snow piles from big parking lots