# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. PHILBIN,

Plaintiff,

v.                                    :    C.A. No. 06-0242 (AK)

THE WACKENHUT CORPORATION, et al.,

Defendants.

## ANSWERS TO INTERROGATORIES

TO   :   WACKENHUT SERVICES INC., Defendant, c/o Deborah M. Whelihan, Esq.

FROM :   MICHAEL J. PHILBIN, Plaintiff, c/o Robert G. Samet, Esq.

These Answers to Interrogatories have been prepared in accordance with the provisions of the Federal Rules of Civil Procedure which require the disclosure of information which is relevant to the subject matter involved in the pending action or may lead to discovery of admissible evidence. The party answering these Interrogatories, by providing the information requested, does not waive his or her right to object to its admission into evidence on grounds of relevancy or materiality or on other proper grounds of objection.

The information supplied in these Answers is not based solely on the knowledge of the answering party, but includes knowledge of the party, his or her agents, representatives, members of his or her family and attorney, unless privileged. Moreover, these Answers have been prepared with the assistance of counsel. Therefore, the word usage, sentence structure, language, phraseology, syntax and format does not necessarily purport to be that of the person answering these Interrogatories.

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

PRESENT DURING SUCH COMMUNICATION;

B. THE DATE, AND, IF ORAL, PLACE, OF EACH SUCH COMMUNICATION;

C. THE MANNER OF EACH SUCH COMMUNICATION;

D. THE SUBSTANCE OF EACH SUCH COMMUNICATION; AND

E. ALL DOCUMENTS WHICH REFER, RELATE OR PERTAIN TO EACH SUCH COMMUNICATION.

**Answer:** Objection. The Interrogatory is overly broad and burdensome as it would require the Plaintiff to recall and identify every conversation with every medical provider for every visit and every conversation with any family member, friend or co-worker who even casually asked about his condition.

8. IF YOU CONTEND THAT YOU SUFFERED ANY INJURIES OR DAMAGES AS A RESULT OF ANY ACT, ERROR, OR OMISSION OF ANY OF THE DEFENDANTS, IDENTIFY EACH SPECIFIC ACT, ERROR OR OMISSION OF EACH DEFENDANT AND THE BASIS OF YOUR CONTENTION THAT YOU WERE INJURED OR DAMAGED AS A RESULT OF THAT ACT, ERROR, OR OMISSION.

**Answer:** Plaintiff contends that the Defendants failed to remedy, treat or remove black ice from the parking lot, and allowed snow to accumulate and conceal the black ice. Plaintiff slipped on the untreated ice and fractured his leg.

9. IF YOU CLAIM THAT ANY OF THE DEFENDANTS KNEW THAT THE AREA WAS NEGLIGENTLY MAINTAINED OR SHOULD HAVE KNOWN THAT THE AREA CONTAINED ICE CONCEALED BY A LIGHT DUSTING OF SNOW, IDENTIFY ALL FACTS UPON WHICH YOU BASE YOUR CONTENTION, ALL DOCUMENTS WHICH REFER, RELATE, OR PERTAIN TO SUCH FACTS, AND ALL PERSONS WHO HAVE PERSONAL KNOWLEDGE OF SUCH FACTS.

LAW OFFICES
HCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261