# EXHIBIT A

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MICHAEL J. PHILBIN, </br></br> Plaintiff, </br> v. </br></br> THE WACKENHUT CORPORATION, </br> 4200 Wackenhut Drive, #100 </br> Palm Beach Gardens, Florida 33410; </br></br> and </br></br> WACKENHUT SERVICES, INCORPORATED, </br> 7121 Fairway Drive, Suite #301 </br> Palm Beach Gardens, Florida 33418; </br></br> and </br></br> THE BRICKMAN GROUP, LTD., </br> 375 S. Flowers Mill Road </br> Langhorne, PA 19047; </br></br> Defendants. | Civil Action No.: 06-CA 000214 B </br> Calendar #8, Judge Russell F. Canan </br> Next Event: Initial Conference </br> 04/14/06 at 9:30 a.m. |

### ANSWER OF DEFENDANTS WACKENHUT SERVICES, INCORPORATED AND THE WACKENHUT CORPORATION TO PLAINTIFF'S COMPLAINT

The defendants, Wackenhut Services, Incorporated and The Wackenhut Corporation[1] ("the Wackenhut defendants"), by and through their attorneys, JORDAN, COYNE & SAVITS, L.L.P. and Deborah Murrell Whelihan, answer the plaintiff's Complaint and state as follows:

---

[1] The defendant, The Wackenhut Corporation, is the parent corporation of the defendant, Wackenhut Services, Incorporated. The defendant, The Wackenhut Corporation, is an improper party to this action and was not responsible for any property management services provided to the Naval Security Station, Northwest Complex on February 26, 2003.

## FIRST DEFENSE

The Wackenhut defendants aver that any and all allegations not affirmatively admitted herein are denied. Answering the enumerated paragraphs of the Complaint, the Wackenhut defendants state as follows:

(Count I)

1. As to paragraph 1, the Wackenhut defendants are not required to answer the averment of that paragraph as that paragraph contains a legal conclusion regarding jurisdiction which requires no answer from the Wackenhut defendants.

2. As to paragraph 2, the Wackenhut defendants deny that the defendant, The Wackenhut Corporation, was the property manager of the Naval Security Station, Northwest Complex, located at Massachusetts and Nebraska Avenues in Northwest Washington, D.C. ("The Naval Security Station"). The Wackenhut defendants admit that the defendant, Wackenhut Services, Incorporated, had a contractual relationship with the Naval Security Station to perform certain property management services for the Naval Security Station. The Wackenhut defendants are without knowledge or information sufficient to form a belief as to the truth of the averment of that paragraph that the defendant, The Brickman Group, Ltd. ("the Brickman defendant"), had a separate contract with the Federal Government at the Naval Security Station or as to the truth of the averment of that paragraph that the Brickman defendant had been the property manager of the Naval Security Station. The Wackenhut defendants do admit that the Brickman defendant was an independent contractor with certain snow and ice removal duties for the Naval Security Station.

3. As to paragraph 3, the Wackenhut defendants are without knowledge or