EXHIBIT F

## Capital Reporting Company

Page 1

1        IN THE UNITED STATES DISTRICT COURT FOR THE

2                    DISTRICT OF COLUMBIA

3    --------------------------------:    ORIGINAL

4    MICHAEL J. PHILBIN                :

5                    Plaintiff        : At Law No.

6            v.                       : CL05-1389

7    THE WACKENHUT CORPORATION, ET AL :

8                    DEFENDANTS       :

9    --------------------------------:

10                                Washington, D.C.

11                            Friday, March 9, 2007

12   Deposition of:

13              ADAM A. GRASSWICK,

14   called for oral examination by counsel for

15   Plaintiff, pursuant to notice, at the law Office

16   of Jordan, Coyne & Savits, 1100 Connecticut

17   Avenue, N.W., Suite 600, Washington, D.C., before

18   Sheri C. Stewart, Registered Professional

19   Reporter and Notary Public in and for the

20   District of Columbia, beginning at 12:58 p.m.,

21   when were present on behalf of the respective

22   parties:

**Capital Reporting Company**

Page 7

1      A     Yes.

2      Q     All right.  You have an office at the

3  Nebraska Avenue complex?

4      A     No.

5      Q     Were you the highest Brickman person

6  located at the Nebraska Avenue complex?

7      A     Yes.

8      Q     Were you the supervisor, superintendent

9  or snow captain for any other Brickman projects at

10  the time besides the Nebraska Avenue complex?

11      A     No.

12          MR. SAMET:  Counsel, we have an

13          agreement to do in this deposition just what

14          we did with Mr. Lewandowski, which is to

15          incorporate all of the previously marked

16          exhibits and adopt them for this deposition

17          also?

18          MR. DONOHUE:  Yes.

19          MR. SAMET:  Deb?

20          MS. WHELIHAN:  Yes.

21          MR. SAMET:  All right.

22

**Capital Reporting Company**

Page 8

```
 1   BY MR. SAMET:

 2        Q     I call your attention to February 26,

 3   2003.  Do you recall finding out or learning that

 4   Mr. Philbin, the plaintiff in this case, had been

 5   injured?

 6        A     Yes.

 7        Q     Okay.  How did you find out, by the

 8   way?

 9        A     I got a call from Jay Harman.

10        Q     And do you remember when he called you?

11        A     I'd say probably about quarter to nine,

12   maybe.

13        Q     Okay.  And what did he tell you?

14        A     That someone had fallen and broken

15   their leg.

16        Q     Okay.  And he didn't give a name of

17   anybody at that time?

18        A     No, no.

19        Q     Did he ask you to go over and see what

20   was going on?

21        A     He asked me to go over and check things

22   again.
```

**Capital Reporting Company**

1      Q    Okay.  "Check things," meaning check

2  the parking lot, check the gate, check what?

3      A    Check the gate area.

4      Q    Okay.  He told you that Mr. Philbin had

5  been hurt in the gate area?

6      A    Yes.

7      Q    Okay.  Did you do that?

8      A    Yes.

9      Q    All right.  What time did you arrive on

10  February 26th on the project there?

11      A    On the project?

12      Q    Yeah.

13      A    Around 7 o'clock.

14      Q    7 o'clock at the Nebraska Avenue

15  complex?

16      A    Around that, yes.

17      Q    Okay.  You actually remember that, or

18  is it an estimate?

19      A    I'd say that's a reasonable certainty.

20      Q    Okay.  Mr. Harman's phone log shows

21  that he called you at 20 of seven, 6:40.

22      A    Um-hum.

## Capital Reporting Company

1      Q      Would that indicate to you that you

2  were there by seven if he called for the first

3  time at 6:40, or would it have taken somewhat

4  longer to get there?

5      A      If I was at my office, it would take

6  longer.  But based on experience and the fact it

7  started snowing, we were on our way down.

8      Q      So you --

9      A      Knowing that they would call and if

10 they didn't, then it would be a little bit of a

11 waste of a trip, but we would beat the traffic.

12     Q      So where were you when he called you,

13 do you remember?

14     A      In my Brickman truck.

15     Q      I deserve that.

16            Do you remember where you were in your

17 truck when you --

18     A      No.

19     Q      Okay.  Had you plowed the parking lot

20 that morning?

21     A      I don't believe so, no.

22     Q      Okay.  Had you sanded or salted the

**Capital Reporting Company**

1    parking lot that morning?

2        A    Yes.

3        Q    The back parking lot?

4        A    The entire parking lot?

5        Q    Yeah.

6        A    It's possible, yes.

7        Q    It's possible, meaning you don't really

8    remember whether you had or hadn't that morning?

9        A    What I mean is the entire -- the entire

10   complex I may or may not have, you know, it takes

11   time so --

12            MR. DONOHUE:  Could we have a

13        clarification as to what time your question

14        is directed to?  He can tell you what he did,

15        but we don't know without a time reference.

16   BY MR. SAMET:

17       Q    Did you sand and salt any of the

18   parking lots at any time on the morning of the

19   26th of February 2003?

20       A    Yes.

21       Q    And what did you use to sand or salt

22   the parking lots?

**Capital Reporting Company**

Page 12

1       A       My Brickman truck with my spreader.

2       Q       Okay.  And can you show me where on the

3    snow removal site visit report for February 26,

4    2003, that's marked as Exhibit 13, part of Exhibit

5    13, can you show me where it shows that a spreader

6    was used on the morning of February 26, 2003?

7       A       Plowing and spreading, 7 a.m. to 12.

8               MR. DONOHUE:  Keep your voice up.

9       A       Plowing and spreading, 7 a.m.

10   BY MR. SAMET:

11      Q       Okay.  Now, where does it -- under --

12   what is the space next to "number of spreaders"?

13      A       It's not marked.

14      Q       Do you know why that would not be

15   marked?

16      A       An oversight on my part, I'm sure.

17      Q       Okay.  What time did you plow -- first

18   off, is there a priority for what areas are

19   treated when you go out to the Nebraska Avenue

20   complex?

21      A       Yes.

22      Q       And what is it supposed to be, what is

**Capital Reporting Company**

1    the priority, what comes first, what comes second?

2        A    Generally the entrances are first,

3    access roads.

4        Q    What do you mean by entrances?

5        A    There's a Nebraska Avenue entrance, and

6    there's a, whatever, the back entrance.

7        Q    When you say "the entrance," do you

8    mean the entrance for doors entering the complex,

9    or do you mean the gate for foot traffic to enter

10   within the --

11       A    Both.

12       Q    Fence.

13       A    There's -- I don't know what's the name

14   of the gate's called on Nebraska Avenue, but

15   that's one priority.

16            And the back gate and the access roads

17   leading from Massachusetts and Nebraska Avenue,

18   those are high priority to get traffic into

19   parking lots.

20       Q    So you start at the entrances, and that

21   would be first with the vehicle entrances to the

22   complex?

**Capital Reporting Company**

Page 14

1      A      Um-hum.

2             MR. DONOHUE:  Is that "yes"?

3    BY MR. SAMET:

4      Q      You have to say "yes."

5      A      Yes.

6      Q      And then you moved from there to the

7    access roads to the parking lots themselves,

8    correct?

9      A      Based on where the salt's located, it

10   would be leaving the back gate going towards the

11   actual entrance.  Our material was inside the

12   compound.

13            MR. DONOHUE:  Off the record.

14            (Whereupon, there were discussions off

15   the record.)

16   BY MR. SAMET:

17     Q      Where is the first place you did any

18   work on the morning February 26, 2003, if you

19   know?

20     A      It would be leaving the back gate going

21   towards the exit, so to speak, or exit slash

22   entrance.

**Capital Reporting Company**

Page 15

1         MR. DONOHUE:  We're going to get

2     garbled up with words.

3  BY MR. SAMET:

4     Q     I haven't the foggiest idea what you

5  mean when you say "leaving the back gate."

6     A     I don't know what the back gate is

7  called.

8     Q     Let me ask you this question.  Does

9  Echo Gate sound familiar to you?

10     A     Yes.

11         MR. DONOHUE:  Let's get a plat -- let's

12     go off the record.

13         (Whereupon, there were discussions off

14  the record.)

15         (Whereupon, Exhibit No. 14 was marked

16  for identification.)

17  BY MR. SAMET:

18     Q     Mr. Grasswick, could you please

19  identify what's been marked as Exhibit 14?

20     A     It's a site plan of the complex.

21     Q     Can you show me what area was first

22  treated by Brickman on the morning of

**Capital Reporting Company**

1    February 26th?

2         A      Yes.   Our material's located just

3    inside the complex in the rear gate.

4         Q      Why don't you put an M where your

5    materials are located.   Okay.

6         A      And I would leave the rear gate, follow

7    the access road down and around to the

8    Massachusetts Avenue entrance.

9         Q      Well, hold on, hold on.   Can we

10   backtrack just a minute?

11              Where did you enter the complex?

12        A      From Massachusetts Avenue or the

13   Nebraska.

14        Q      You don't remember where you entered on

15   the morning of February 26th?

16        A      I don't recall, no.

17        Q      Okay.   And so you would have initially

18   gone directly to the place where salt and sand

19   were stored?

20        A      Yes.

21        Q      Was anything else stored there?

22        A      In a building, 98, we had just some

**Capital Reporting Company**

Page 17

1    shovels and some miscellaneous equipment for our

2    members.

3        Q        On the morning of February 26, you

4    recall going first to this area for doing any

5    treatment at all?

6        A        Yes.

7        Q        Okay.  And after you -- you loaded up

8    sand or salt or both?

9        A        Salt.

10        Q        Okay.  And got some shovels?

11        A        My leg workers did, yes.

12        Q        Had some shovels?

13        A        Um-hum.

14        Q        You then proceeded to -- could you

15    maybe draw a line showing your route from the M?

16        A        Sure.

17        Q        Draw a blue line showing where you

18    went.

19        A        Out the rear gate through what I call

20    the access road (indicating).

21        Q        Okay.  To Massachusetts Avenue?

22        A        Which is one of the entrances.

**Capital Reporting Company**

1      Q      All right.  So then would you have

2      proceeded to work in that area?

3      A      I would have come through here

4      (indicating) and then gone into --

5      Q      So you didn't do any work at the

6      Massachusetts Avenue entrance at that time?

7      A      Salting.  As you're driving, you're

8      salting.

9      Q      I see.  So you're spreading salt along

10     the road where you have just drawn a blue line?

11     A      Correct.

12     Q      All the way up to the Massachusetts

13     Avenue?

14     A      Correct.

15     Q      Okay.  And then you would have gone --

16     A      I would have gone to what would be

17     called the main gate area.

18     Q      Could you draw a blue line where you

19     went -- were you dropping salt as you went?

20     A      No, no.  This is District of Columbia

21     Road.

22     Q      Okay.

**Capital Reporting Company**

Page 19

```
 1       A      So I only drop what's --

 2       Q      You drive long Massachusetts Avenue,

 3    correct?

 4       A      Yes.

 5       Q      Draw a blue line, please, on

 6    Massachusetts to where you went next.

 7       A      Ford Circle, beared right onto Nebraska

 8    Avenue, and into Nebraska Avenue entrance at the

 9    main gate (indicating).

10       Q      Okay.  And then what did you do when

11    you got to the Nebraska Avenue entrance of the

12    Nebraska Avenue complex?

13       A      Salted the main gate area.

14       Q      Okay.  All right.  And any shoveling or

15    plowing or anything in that area?

16       A      No plowing.

17       Q      No plowing because?

18       A      Not that I remember.

19       Q      Not enough?

20       A      Correct.

21       Q      How long do you wait before you do any

22    plowing?
```

**Capital Reporting Company**

Page 20

```
1        A      Has to be a minimum of an inch.

2        Q      So at this point -- actually, the

3    entire snowfall that morning was only an inch; am

4    I correct?

5        A      That's reasonable.

6        Q      So you wouldn't have done any plowing

7    until later in the morning towards the end of your

8    stay out at the Nebraska Avenue complex?

9        A      Yes.

10       Q      So you were out of the Nebraska Avenue

11   complex for what hours that morning?  Where is the

12   exhibit?

13           MR. DONOHUE:  I can show him the

14       original.

15           MR. SAMET:  Why don't you get the

16       exhibit?

17           MS. WHELIHAN:  Seven to 11:30.

18   BY MR. SAMET:

19       Q      Here you go.  You were out to -- at the

20   Nebraska complex on the morning of February 26th

21   about how long, what time did you leave there?

22       A      About 12 o'clock.
```

# Capital Reporting Company

Page 21

1      Q      So the plowing would have actually been

2   done in what time frame, approximately?

3      A      I didn't plow.

4      Q      Oh, you didn't do any plowing on the

5   morning of February 26th?

6      A      Not that I recall.

7      Q      Okay.  All right.  So after you went to

8   the -- after you went with the -- after you went

9   to the entrance of the Nebraska Avenue complex,

10  you salted or sanded, salted --

11     A      Um-hum.

12     Q      -- the entrance area?

13     A      Yes.

14     Q      Okay.  And did nothing else, there was

15  no shoveling that went on there?

16            MR. DONOHUE:  By him?

17     A      By me, no.

18  BY MR. SAMET:

19     Q      By you or your crew.

20     A      My crew, yes.

21            MR. DONOHUE:  At what point?  You're

22     following chronology if you're asking --

**Capital Reporting Company**

Page 22

1          MR. SAMET:  We're at the entrance of

2     Nebraska Avenue.

3          MR. DONOHUE:  When he's there with his

4     truck.

5  BY MR. SAMET:

6     Q     Tell me when, was there shoveling going

7  on by your crew?

8     A     They have similar priorities listed by

9  the Navy or Wackenhut and they would -- the two

10 entrances are the first priorities.

11    Q     So they would have been shoveling?

12    A     Since the shovels are located near the

13 material at the back gate area, they would hit the

14 rear gate entrance first, then go to the main gate

15 entrance area.

16    Q     And they're marked, they're marked on

17 Exhibit 14 as "rear gate" and the "main gate,"

18 correct?

19    A     Yes.

20    Q     Okay.  So they were first to the rear

21 gate shoveling around the rear gate?

22    A     Um-hum.

**Capital Reporting Company**

Page 23

1    Q    You have to say "yes."

2    A    Yes.

3    Q    Then they would proceed over to the

4    main gate with your shoveling?

5    A    Yes.

6    Q    Meantime, you would travel along this

7    blue line that's shown in Exhibit 14 spreading

8    salt, correct?

9    A    Yes.

10   Q    Until you hit the public road, which

11   was Massachusetts Avenue, and then Nebraska

12   Avenue, you wouldn't salt along Massachusetts and

13   Nebraska?

14   A    Correct.

15   Q    Would you proceed with your truck --

16   A    Yes.

17   Q    -- to the main gate area and do salting

18   in the main gate area, correct?

19   A    Yes.

20   Q    Were you driving that truck?

21   A    Yes.

22   Q    Was there anybody supervising your men

**Capital Reporting Company**

Page 24

1    when they were doing their shoveling?

2        A    No.

3        Q    Okay.  After you finished salting the

4    main gate area, where did you then proceed?

5        A    Backtracked around to the back.

6        Q    Okay.  Could you show -- what time

7    would that have been, do you know, approximately?

8    I mean, when would you have left the main gate

9    area after having salted it?

10            MR. DONOHUE:  Are you asking him

11        specifically that morning, or are you asking

12        him --

13            MR. SAMET:  I asked the question.  Why

14        can't you just let him answer?  If you want

15        to object, you can object, I don't need you

16        to be making speaking objections.

17            MR. DONOHUE:  Objection, lack of

18        foundation.

19    BY MR. SAMET:

20        Q    Approximately what time would you have

21    left the main gate area after having salted it on

22    February 26, 2003?

**Capital Reporting Company**

Page 25

```
 1        A      This initial little run might take 15

 2    minutes or so.

 3        Q      Approximately total time, total time to

 4    make the run and salt the main gate area, would

 5    you have -- what time -- so what time would it

 6    have been that you would have finished salting the

 7    main gate area, approximately?

 8               MR. DONOHUE:  Objection, foundation.

 9        A      Approximately?

10    BY MR. SAMET:

11        Q      Um-hum.

12        A      7:30-ish.

13        Q      So how long did it take you to load up

14    your truck with salt and you first got there and

15    went to Building 89, was it?

16        A      That's 98.

17        Q      Ninety-eight.  The area where the salt

18    was stored.  How long does that take?

19        A      Approximately five minutes to load up.

20        Q      And so you're talking a total time of

21    another ten minutes to get around up onto

22    Massachusetts Avenue, onto Nebraska Avenue, get to
```

**Capital Reporting Company**

1    the main gate and salt -- and finish salting the

2    main gate area, total time of 15 minutes from the

3    time you arrived at the Nebraska Avenue complex;

4    is that correct?

5            MR. DONOHUE:  Objection.  Go ahead.

6        A     That sounds reasonable.

7    BY MR. SAMET:

8        Q     Okay.  And then you proceeded from the

9    main gate back around the perimeter of the

10   complex?

11       A     Yes.

12       Q     Okay.  Same route that you would have

13   taken to get there, correct?

14       A     I would have backtracked more than

15   likely.

16       Q     Could you draw maybe a blue line

17   parallel to the one you drew before so we can show

18   you backtracking from the main gate area?

19       A     How about a dotted line?

20       Q     Dotted is great.

21           MS. WHELIHAN:  There's a reason he's

22       the snow captain.

**Capital Reporting Company**

Page 27

1    BY MR. SAMET:

2        Q    I see that you -- okay, all right.

3            Your dotted line now goes -- instead of

4    going back completely the way you would come, you

5    entered the complex through what, what is that

6    called?

7        A    Secondary entrance, I suppose.

8        Q    Okay.  So you -- that morning you went

9    back through there?

10           MR. DONOHUE:  Is that "yes"?

11       A    Yes.

12    BY MR. SAMET:

13       Q    After you entered, you were dropping

14    salt?

15       A    After I entered, I would have dropped

16    salt.

17       Q    Spreading salt along the -- spreading

18    salt along the roadway, correct?

19       A    Yes.

20       Q    Your men would have, at about that time

21    would have been where?  Still back at the rear,

22    rear gate areas, shoveling?

**Capital Reporting Company**

1       A       No.

2       Q       So they in the same time frame would

3    have gotten up to the main gate area with their

4    shovels?

5       A       Yes.

6       Q       And they wouldn't be doing any

7    sidewalks -- interior sidewalks or steps or

8    anything; is that correct?

9       A       If they were done with the rear gate

10   area and the main gate area, then, yes.

11      Q       So they wouldn't do any sidewalks or

12   steps until they finished those two gate areas; is

13   that correct?

14      A       Correct, those are higher priorities.

15      Q       Okay.  All right.  Now, when you

16   backtracked and then entered, where did you

17   proceed to with your spreader?

18      A       More than likely the access road which

19   kind of runs the perimeter.

20      Q       What parking lot is that, that you're

21   running along there, what's that called?

22      A       I don't recall.

## Capital Reporting Company

Page 29

1      Q      The parking lot near Echo Gate is

2   called the what, back parking lot?

3      A      I suppose.

4      Q      Okay.  And you don't know what this

5   other parking area was called?

6      A      I don't recall.

7      Q      Okay.

8      A      A little fire station in the back

9   corner.

10      Q      Okay.  Put that in, where the fire

11   station is, so we know where you were talking

12   about.  If you could finish your dotted line, show

13   me where you went.

14          So you went around this parking lot

15   near the fire station that's marked by F, you went

16   around the perimeter road of it?

17      A      Yes.

18      Q      All right.  And that's because you were

19   salting the access roads for vehicular traffic?

20      A      Yes.

21      Q      Okay.  And then where did you proceed?

22   That would have been about what time that you

**Capital Reporting Company**

1   would have finished doing that?

2       A      That might be another ten minutes,

3   possibly.

4       Q      Okay.  And then where did you proceed?

5       A      Backtracked.

6       Q      Okay.  And then where did you go?

7   You're showing your dotted line going around the

8   perimeter of the rear parking lot?

9       A      Yes.

10      Q      And is that because that morning you

11  salted the perimeter of the rear parking lot?

12      A      Yes.

13      Q      Okay.  And then where did you go after

14  you finished that?

15      A      I would have probably gone back inside.

16      Q      Back into the interior of the complex?

17      A      Correct.

18      Q      Let's keep the dotted line going, show

19  me where you went.  And where would you have gone

20  then?

21      A      I probably would have gone first down

22  the slope.

**Capital Reporting Company**

Page 31

1      Q      Okay.  What is that slope that you're

2    on now?

3      A      This is next to the barracks.

4      Q      Okay.  Could you put an S next to that

5    slope road that you were driving along?

6      A      (Witness complies.)

7      Q      Okay.  And would you have been salting

8    that slope?

9      A      Yes.

10      Q      Is that asphalt or concrete?

11      A      Asphalt.

12      Q      Okay.  Let's keep going.  I'm just

13    seeing where your spreader was.  All right.  Go

14    ahead, go ahead.  I want to see where you're

15    going.  Where are you going now?

16      A      This is the main cross roads, and then

17    more than likely I would have --

18            MR. DONOHUE:  Keep your voice up.

19      A      -- gone in front of -- toward the main

20    gate area.

21    BY MR. SAMET:

22      Q      You're back up to the main gate?

**Capital Reporting Company**

1       A       Inside the compound, though.

2       Q       But inside the compound.  Are those

3   roads?

4       A       Yes.

5       Q       These are interior roads, actually,

6   asphalt roads, correct?

7       A       Yes.

8       Q       All right.  And so let's take the

9   interior road, your dotted line on it, that runs

10  adjacent to the main gate where you're back to.

11              About what time would this have been?

12      A       Probably about a half an hour or so

13  into it.

14      Q       So we're now at only 7:30 at this

15  point?

16      A       Sounds reasonable.

17      Q       Okay.  And then where did you go?

18      A       A dead end here with a fence that

19  separates the chapel from here (indicating).  So I

20  would have turned back around and then continued

21  to salt more areas.

22      Q       Retraced your path?

**Capital Reporting Company**

Page 33

1      A      Right, would have backtracked and would

2   have hit everything in sight.

3      Q      All of the interior roads?

4      A      Right.

5      Q      Okay.

6      A      I wouldn't be able to recall whether I

7   went right or left first.

8      Q      And this would have been -- all right.

9   So where did you end up?

10          So you would have gotten all of the

11   interior roads at that point, correct?

12      A      The actual roads, yes.

13      Q      How long would it take you to do all of

14   the actual interior roads in the complex, about

15   what time, approximately?

16      A      Might take 20 minutes.

17      Q      So what time, approximately, would you

18   have finished doing all of the interior roads at

19   the Nebraska Avenue complex?

20      A      Maybe quarter to eight.

21      Q      Okay.  And then where would you -- what

22   would you have done after you did all the interior

**Capital Reporting Company**

Page 34

1    roads?

2         A       I would have come back out -- well, I

3    would have checked my salt hopper, make sure I

4    actually had material.

5         Q       By this time you think you might have

6    actually run out or --

7         A       Not necessarily.

8         Q       But you would have checked to see?

9         A       If I had large parking lots and other

10   areas to do, I don't want to go outside, run out

11   and then have to come back in.

12        Q       Okay.

13        A       So I would have got out of the truck

14   and checked the hopper, see what's in it and if I

15   needed to put more in, I would put more in.

16        Q       Back in 89 (sic) or the M?

17        A       If I need more.

18        Q       Okay.  Then what would you have done?

19        A       Then I would have continued on and

20   finished salting the property.

21        Q       Okay.  That would have been -- well,

22   what do you mean by "finish salting the property"?

## Capital Reporting Company

Page 35

1      A      The areas that I hadn't salted yet.

2      Q      Which would have been what?

3      A      Which would have been the small parking

4   lot, the large parking lot.

5      Q      First the small one?  We didn't mark

6   that.  Can you mark that small parking lot with an

7   S?

8              MR. DONOHUE:  Can we use SP, since we

9          have an S already?

10              MR. SAMET:  That's fine, that's a good

11          idea.

12      A      How about just small lot?

13   BY MR. SAMET:

14      Q      Good.  So you would have done the small

15   lot, correct?

16      A      Yeah.

17      Q      Okay.  And then after the small lot,

18   were there any smaller lots -- interior smaller

19   lots that you would have had to get?

20      A      There's a little loading dock area back

21   into here (indicating).  I may or may not have

22   done that.

**Capital Reporting Company**

Page 36

1       Q       Okay.

2       A       Back the truck up and done that.

3       Q       Put loading -- put LD for loading dock.

4       A       (Witness complies.)

5       Q       Okay.

6       A       There's a very tiny five- or six-space

7    lot here (indicating).

8       Q       Along Nebraska?

9       A       Right, as soon as you come in the

10   entrance, as soon as you make the left, it's right

11   there.

12      Q       You might have then salted that one?

13      A       Yes.

14      Q       Okay.  So this takes us up to about

15   what time, approximately?

16      A       I don't --

17      Q       I mean, you were using the spreader a

18   total of five and a half hours out there?

19      A       Yes.

20      Q       And that would put you to 12:30,

21   approximately, is that right, 7 to 12:30, 12,

22   seven to 12?

**Capital Reporting Company**

Page 37

1    A    Yes.

2    Q    Actually, your addition is a little bit

3 off here, isn't -- 7 to 12 would be five hours,

4 not five and a half.

5    A    Correct.

6         MR. DONOHUE:  Is he allowed to load?

7         MR. SAMET:  Listen, that's not my

8         concern.  Yeah, but I think he's allowed to

9         bill for loading time.  All right.

10 BY MR. SAMET:

11    Q    You're now up to the small parking --

12 small interior parking lot, and then even smaller

13 interior lots, and using this five hours total

14 time or five and a half hours total time as a

15 gauge, about what time would that put us to that

16 you were still spreading at this point?

17    A    I mean, the first -- the whole thing

18 told takes about an hour or so.

19    Q    Oh, you didn't use the spreader for

20 five hours?

21    A    Yes, yes, but to salt an initial run is

22 about an hour, so there's checking and you're

## Capital Reporting Company

Page 38

1    driving around and checking different areas,

2    that's part of -- that's part of the whole truck

3    process.

4         Q    Four hours of checking with the

5    spreader?

6         A    Yeah.

7         Q    You do the salting for one hour, and

8    then you just spend the next four hours checking

9    it?  I'm trying to understand what takes five

10   hours.

11             MR. DONOHUE:  He's asking what you did

12        during the five-hour period; is that fair?

13             MR. SAMET:  Yes.

14             MR. DONOHUE:  That's what he's asking.

15   BY MR. SAMET:

16        Q    With the spreader.

17        A    You salt, and then you're driving

18   around, you're spot checking, you're driving up,

19   you see your hand laborers, say hey, how you

20   making out.

21             Hey, if Jay had called and said -- this

22   is just an example, if Jay had called and said

**Capital Reporting Company**

Page 39

```
 1   hey, we need to take care of sidewalk X, have you

 2   taken care of that yet, no.

 3            Okay, as soon as you're done with this,

 4   go over and take care of that.  And then I'd drive

 5   further to see their progress and to check on my

 6   roads, et cetera, et cetera.

 7       Q    Where had you gotten to on the morning

 8   of February 26th by the time you got the call from

 9   Jay about Mr. Philbin being injured?

10       A    I would have been finished with the

11   first run.

12       Q    What do you mean you would have been?

13   How do you -- what time did you get the call?

14       A    He called me -- which call?  About

15   Mr. Philbin?

16       Q    Yeah.

17       A    If I recall correctly, he called about

18   quarter to nine.

19       Q    You remember what time he called you?

20       A    I said if I recall correctly.

21       Q    Well, do you remember?

22       A    That sounds reasonable to me.
```

## Capital Reporting Company

1    sidewalk areas again to make sure that everything

2    was okay.

3        Q    Okay.  And you did that, found a film

4    of snow, and you treated it?

5        A    I used a shovel and pushed off the

6    little film of snow.

7        Q    Okay.  But you didn't put any salt

8    down?

9        A    No.

10       Q    All right.  Were you alone when you

11   went there?

12       A    Yes.

13       Q    Did you talk to anybody at Echo Gate

14   when you were there?

15       A    I don't believe so.

16       Q    When had you last been out to the

17   Nebraska Avenue complex before February 26th?

18       A    I would have to check the reports.

19       Q    Here you go.

20       A    Myself personally or --

21            MR. DONOHUE:  Yeah.  When did you last.

22       A    It would be Wednesday, the 19th.

**Capital Reporting Company**

Page 45

1    BY MR. SAMET:

2        Q    Wednesday, the 19th.

3        A    Yes.

4        Q    And would -- if that was the last time

5    you were out there, that was the last time anybody

6    from Brickman was out there; am I correct?

7             MS. WHELIHAN:  Objection.

8             MR. DONOHUE:  Objection.

9    BY MR. SAMET:

10       Q    Am I correct?

11            MS. WHELIHAN:  Objection.

12       A    If it was snow related, possibly.

13   BY MR. SAMET:

14       Q    Okay.  So there wasn't anybody -- I

15   mean -- strike that.

16            Take a look at the February 23rd site

17   report.  Were you out there on February 23rd?

18       A    No.

19       Q    Okay.  So that would have been somebody

20   else going out there without you?

21       A    Correct.

22       Q    Who was that?

**Capital Reporting Company**

Page 46

1      A      It was a subcontractor of ours.

2      Q      Who?

3      A      I believe it was Pogo.

4      Q      Did you have a written subcontract with

5  Pogo?

6      A      We have -- we use that company on other

7  sites.

8      Q      What is Pogo, is Pogo -- is it Mr. Pogo

9  or -- I mean, I'm trying to find out if this is a

10  big company, a little company, a one-man

11  operation, I mean?

12      A      He's -- I don't know how big or small

13  he is.  I don't believe that that's his actual

14  name.  That's the company name.

15      Q      Okay.  And why did you subcontract out

16  work on February 23rd?

17          MR. DONOHUE:  I'm going to object,

18      foundation.  This gentleman is not the one

19      who subcontracted work out.

20          I won't instruct him not to answer with

21      whatever information he has.

22          MR. SAMET:  This gentleman is the

# Capital Reporting Company

Page 47

1       supervisor of that project.

2   BY MR. SAMET:

3       Q    Go ahead.  Why did Brickman subcontract

4   that work out on February 23rd?

5       A    The big rubber tire loader that's

6   listed on there, we don't own that size machine,

7   and the volume of the snow piles needed to be

8   moved at the direction of Wackenhut and the Navy

9   stating that they needed every possible spot

10  available for parking.

11      Q    Okay.  Did you go out and inspect

12  Pogo's work?

13      A    On Sunday, no.

14      Q    Did you go out and inspect Pogo's work

15  at all, ever?

16      A    In terms of --

17      Q    They -- Pogo did some work out there on

18  February 23rd -- between February 23rd and

19  February 26th, did you inspect Pogo's work?

20      A    I suppose the 26th I would see if

21  there's piles or not.

22      Q    Do you remember whether there were any

**Capital Reporting Company**

1    piles?

2         A        There were, the piles were moved off

3    from the middle of the parking lots to the edges.

4         Q        Okay.

5         A        The perimeter areas.

6         Q        It this something you remember?

7         A        Yes.

8         Q        Okay.  If it hadn't been for that snow

9    on the 26th, were you scheduled to come out and

10   inspect Pogo's work?

11        A        No.

12        Q        Okay.

13        A        If it wasn't done to the satisfaction

14   of the Navy or Wackenhut, we would know about it.

15        Q        Okay.  They would complain?

16        A        Right.

17        Q        Okay.  On February the 19th, Brickman

18   went out and cleaned up parking areas?

19        A        Yes.

20        Q        Evidently hadn't cleaned up all of the

21   parking areas, is that correct, hadn't moved all

22   of the snow piles?

**Capital Reporting Company**

Page 49

```
1      A      Correct.

2      Q      All right.

3      A      With the Bobcat, we did what we could

4  with that particular size machine.

5      Q      Was there -- during the period

6  February 19th to February -- through and including

7  February 25th, was there daytime freezing?  I

8  mean, daytime thawing of snow and melting and then

9  refreezing at night during that period?

10     A      Probably.

11     Q      Okay.

12     A      I don't recall exactly.

13     Q      Okay.

14            MR. DONOHUE:  Don't guess.  If you

15     don't recall, let Mr. Samet know, don't be

16     guessing.

17            THE WITNESS:  Okay.

18  BY MR. SAMET:

19     Q      Who arranged for Pogo to come out and

20  remove the piles of snow?

21     A      Probably would be my boss.

22     Q      It wouldn't have been you?
```

## Capital Reporting Company

1    change with some landings and whatnot.

2        Q    And they would shovel those stairs

3    going down?

4        A    Yes.

5        Q    Okay.  What else besides those stairs?

6        A    After that, I recall the front of

7    Building 18 and 19, those were high priority

8    areas, and then the priority list would go further

9    and further down.

10       Q    Okay.  All right.

11       A    They would just cycle through as they

12   hit the priorities.

13       Q    How long would that take them?  How

14   long would it take them to shovel all of the areas

15   that these laborers had to shovel?

16       A    It would depend on the amount of snow,

17   wet, dry, heavy, light, whether they can just push

18   it with ease or whether it's, you know, heavy and

19   wet, takes a lot longer, or icy, what have you.

20       Q    Okay.  I might be close to being

21   finished.

22            Have you ever discussed Mr. Philbin or

**Capital Reporting Company**

1    Mr. Philbin's injury with anyone other than your

2    lawyers or any investigator investigating on

3    behalf of your lawyers?

4         A    No.

5         Q    All right.  You've never discussed this

6    with Mr. Harman other than the phone call that

7    day?

8         A    No.

9         Q    So Mr. Harman never later on asked what

10   did you find when you went down there, what did

11   you do?

12        A    I don't recall.

13        Q    Okay.

14        A    I don't recall if we had a follow-up

15   specific conversation about the incident.

16        Q    And then who made the decision on any

17   given day whether you would be shoveling only,

18   shoveling and plowing, shoveling plowing and

19   salting, shoveling, plowing, salting and sanding,

20   who made that decision what to do on any given

21   day?

22        A    It would be -- we would talk with Jay,

## Capital Reporting Company

Page 58

1   the original conversation, and then we would touch

2   base with them when we first got down there,

3   generally.

4       Q     Okay.  So would it be Jay who would

5   tell you what he wanted?

6       A     Jay was my main contact for that

7   season.

8       Q     And he would consult with you but he

9   was the one to decide specifically what he thought

10  needed to be done?

11          MS. WHELIHAN:  Objection.

12  BY MR. SAMET:

13      Q     Is that correct?

14      A     I wouldn't necessarily say that's

15  correct.  I would say he leans on our expertise

16  and our advice as to what will work and what won't

17  work.  That's why they hired us.

18          MR. SAMET:  Let me take a break for

19      just five minutes, decide if I have anything

20      else to ask.

21          (Whereupon, there was a break from 1:51

22  p.m. until 1:53 p.m.)

**Capital Reporting Company**

Page 59

1    BY MR. SAMET:

2        Q        Mr. Grasswick, where were you coming

3    from that morning, the morning of February 26th?

4        A        I would have come from our office.

5        Q        And your office is where?

6        A        Burtonsville.

7        Q        And the truck that you had out on the

8    Nebraska Avenue complex on the morning of

9    February 26th, that would have been parked in

10   Burtonsville?

11       A        Yes.

12       Q        How long a drive is it from

13   Burtonsville down to the Nebraska Avenue complex?

14       A        Depends on traffic, varies.

15       Q        Traffic in the early morning, I mean,

16   you know?

17       A        Possibly a half an hour.

18       Q        Half an hour to get from Burtonsville

19   to Nebraska Avenue complex?

20       A        Early morning, no traffic, yes.

21       Q        Isn't Burtonsville out beyond White Oak

22   off Route 129?

**Capital Reporting Company**

1   2003, including you and your team, Brickman was

2   doing the snow and ice removal, correct?

3        A    Yes.

4        Q    Okay.  And Wackenhut didn't participate

5   with you in the snow and ice removal that day,

6   February 26, 2003, right?

7        A    I don't believe so.  There was one guy

8   that we occasionally shovel some things.

9        Q    Okay.  But on February 26, 2003,

10  Brickman was doing the snow and ice removal, not

11  Wackenhut, right?

12       A    Correct.

13       Q    And Wackenhut on February 26, 2003, had

14  called you to do snow and ice removal, right?

15       A    Yes.

16       Q    He didn't tell you how to do your job,

17  right?

18       A    Correct.

19       Q    Because you already knew how to do

20  that, right?

21       A    Correct.

22       Q    Because that was Brickman's area of

**Capital Reporting Company**

Page 66

```
1    expertise, correct?

2         A      Correct.

3         Q      And you brought the equipment and the

4    laborers to do snow and ice removal on

5    February 26, 2003, correct?

6         A      Correct.

7         Q      Okay.  And in fact, you also had your

8    own materials, salt, magnesium, sand there on the

9    Naval complex, right?

10        A      We had materials on site, yes.

11        Q      Okay.  And Brickman supplied its own

12   materials for snow and ice removal, correct?

13        A      Yes.

14        Q      Okay.  And before you left, the

15   Brickman team, the Navy would inspect what you

16   did, right?

17        A      I believe the Navy would talk to

18   Wackenhut, and Wackenhut was who actually

19   inspected, but we couldn't -- we weren't to leave

20   prior to kind of getting the approval.

21        Q      Okay.  The Navy had to approve, though,

22   what was done by you before you left?
```

**Capital Reporting Company**

Page 67

1              MR. SAMET:  Objection.  You can answer.

2    BY MS. WHELIHAN:

3        Q    Is that right?

4        A    Yeah.

5        Q    Okay.  And had you met Dave Sears prior

6    to February 26, 2003?

7        A    Yeah.

8        Q    And Dave Sears was with the Navy,

9    right?

10       A    Yes.

11       Q    And he had an assistant, Bob Yuenger,

12   in February of 2003?

13       A    I believe so, yeah.

14       Q    And you met him, too?

15       A    Yes, I've met him.

16       Q    Okay.  And the Navy would tell

17   Wackenhut that snow removal was needed before

18   Brickman was told to come to the Naval complex; is

19   that right?

20            MR. SAMET:  Objection.

21       A    Yes.

22            MS. WHELIHAN:  Okay.  I have no further

**Capital Reporting Company**

Page 68

```
1      questions.

2              MR. SAMET:  Do you have any questions?

3              MR. DONOHUE:  No, you guys are covered.

4      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

5  BY MR. SAMET:

6      Q      Mr. Sears spoke to you?

7      A      When?

8      Q      Ever.

9      A      Has he ever spoken with me?

10      Q      Yes.

11      A      Yes.

12      Q      What about?

13      A      About snow.

14              MR. DONOHUE:  He's the snow captain.

15  BY MR. SAMET:

16      Q      About skiing?  I mean, what were the

17  occasions that he would speak to you that you can

18  recall, in general?

19      A      In general, the first time I met him

20  was at -- just at our original meeting of this is

21  who snow captain; Greg was present, I believe Bob

22  Yuenger did, if that's his name, Jay would have
```

**Capital Reporting Company**

Page 69

1    been present at that just to introduce everybody.

2    Exchange contact information, et cetera, et

3    cetera.

4        Q    Are you talking about this meeting that

5    took place in the fall before the winter season?

6        A    Right, that would have been my first

7    introduction.

8        Q    Okay.  At that meeting there was a snow

9    removal plan, it's already been -- snow and ice

10   removal plan, already been marked as Exhibit 3.

11   You saw that at that meeting; am I correct?

12            MR. DONOHUE:  Take one more look, see

13       if you remember seeing it.

14       A    Yeah, it looks familiar.

15   BY MR. SAMET:

16       Q    All right.  You had a chance to look

17   over this; is that correct?

18            MS. WHELIHAN:  Well, just ten seconds.

19   BY MR. SAMET:

20       Q    Let me ask you this question, is this

21   your handwriting on here?

22       A    No.

**Capital Reporting Company**

Page 70

1      Q     Have you ever had an opportunity to

2   look over this?

3      A     I'm sure I've looked it over in the

4   past.

5      Q     Did you look it over at the meeting?

6      A     I'm sure we went over it.  I don't

7   recall exactly, but I'm sure we would have.

8      Q     Well, do you recall going over -- I'm

9   not asking you the details of what was said and

10  all, but do you recall going over it?

11     A     I recall going over a general plan.

12     Q     Was there anything in here that you

13  objected to?

14     A     Yes.

15     Q     What did you object to?

16     A     Now I need to look at it.  The chemical

17  applied to concrete surfaces.

18     Q     What was your objection to that?

19     A     They had a map in this denoting new

20  concrete which was scattered through the entire

21  several miles of sidewalks and it was

22  unreasonable, they didn't want any chemical on any

**Capital Reporting Company**

1    of those new pieces of concrete.

2        Q      And your objection was you didn't know

3    --

4        A      When you said it's unreasonable to be

5    able to distinguish between new and old concrete

6    when there's snow and ice buildup and there's no

7    way that we can tell which panel is which to put

8    chemical on.

9        Q      So what was the resolution of that?

10       A      We would use some sand.

11       Q      You would use sanding on the sidewalks?

12       A      Instead of actual chemical, yes.

13       Q      Okay.  Was any sanding done, for

14   instance, on February 26th, 2003?

15       A      No, not my knowledge.

16       Q      Okay.  You already said that you first

17   got to meet Mr. Sears and Mr. Yuenger at this

18   meeting where this plan was discussed for the

19   upcoming winter.

20              Did you then thereafter over the course

21   of the winter have occasions to speak to them?

22       A      I don't recall speaking with Bob many

## Capital Reporting Company

1    times.  Maybe in passing.

2        Q      Just hi?

3        A      Yeah, as -- if we were working in

4    passing, we might say something.

5        Q      How about Mr. Sears?

6        A      Similar situation.  I might have spoken

7    with him a few more times, as he was the head of,

8    I guess, Navy facilities or whatever.

9        Q      Okay.  What's the speed of your vehicle

10   as you're spreading salt?  The vehicle you were

11   driving the morning of February 26th, how long can

12   you go when you're spreading salt?

13       A      I suppose you can go as fast as the

14   truck, as fast as you put the pedal down.

15       Q      There's two separate functions, the

16   motor and the spreader.  I mean, you could be

17   spreading salt as you drove down the highway at

18   60; am I correct?

19       A      Correct, you can do it simultaneously.

20   It's not like a highway salt truck, whereas it

21   stops -- your thing stops, it will keep spitting

22   it out.