# EXHIBIT H

# WACKENHUT SERVICES Inc.



## Nebraska Avenue Complex
## Washington, D.C.

## SNOW AND ICE REMOVAL PLAN

October 18, 2002

Distribution:
Business Units

Reviewed by:
NAC Facilities Manager
Activity Public Works Officer
Project Manager
WSI Business Manager
WSI Facilities Manager
WSI Quality Office

Effective Date: October 18, 2002

Issue: 01
Plan: WSI 03

# SNOW AND ICE CONTROL PLAN

## I. Purpose:
To establish a detailed procedure for the Initiation, Execution, and Completion of Snow and Ice Control Operations at the Nebraska Avenue Complex, Washington, DC

## II. Scope:
This plan applies to all Wackenhut Services Inc. (WSI) personnel assigned to NAC.

Snow removal procedures will be performed as Indefinite Delivery Indefinite Quantity (IDIQ) unit task priced items.

The NAC Facilities Manager or the Activity Public Works Officer (APWO) are the only personnel authorized to initiate the Snow Removal Plan. The NAC Facilities Manager will be the primary initiation authority. The APWO shall have the authority to initiate the Snow Removal Plan in the event the Facilities Manager is unavailable.

Snow removal procedures will be ordered as whole unites for primary and parking areas, or as partial units for sidewalks.

## III. Policy
It is WSI policy for all personnel involved with snow removal to read and adhere to the procedures in this plan to enhance snow removal operations at said site.

## IV. Responsibilities:
All WSI personnel will follow established guidelines and procedures for Initiation of this plan.

NAC Facilities Manager or the Activity Public Works Officer (APWO) will be responsible for initiating the start of the Snow Removal Recall.

All snow removal personnel are required to report to NAC within (1) hour of snow starting or being notified by the Facilities Manager.

## V. Records:
Wackenhut Services Inc. Quality, will be responsible for maintaining records of training of all facilities team members on the use of snow removal equipment. Subject plan will be achived at WSI Headquarters at the expiration of said contract.

## VI. Definitions:
Snow Removal Alert – A call to all snow removal team members that snowfall is imminent an that the recall may be activated at any time.

Snow Removal Recall – The activation of the Snow Removal Recall procedure.

VII. Reference Document:
N62477-96-D-0134, Base Operating Support (BOS) Contract for the Bethesda Area, Nebraska Avenue Complex, Washington, DC

VIII. Measurements
All roads will be cleared within two (2) hours; no accumulation over three (3) inches.
All parking lots and ramp garages will be cleared within three (3) hours, no accumulation over three (3) inches.
All sidewalks, parking lot and building entrances will be cleared within two (2) hours, no accumulation over two (2) inches.
Snow removal personnel shall report for work within one hour of notification.

IX. Procedure:
Initiating Snow Control Operations:

Normal working hours, contact with WSI management personnel will be accomplished during the hours of 7:30am-4:00pm via the Trouble Desk phone number, business phone number, E-mail, or verbal request.

After hour contact with WSI will be accomplished via the, Duty Manager's cell-phone/pager (see Attachment 1).

Upon receiving approval to initiate the Snow Removal Plan, the WSI Facilities Manager will begin the approved level of requested work.

WSI Facilities Manager will ensure the subcontractor performs snow and ice control procedures for sidewalks and steps in order of priority established as part of this plan.

~~Upon receiving authorization to prceed with Snow Removal Plan, the ACO will provide WSI with a Delivery Order number within one (1) working day.~~ For the purpose of determining depth of snow, the official recordation of accumulation from WNBC Channel 4 shall be used.

Control of snow accumulations, ice control, and traction improvement substances on roads and parking lots will be accomplished by the subcontractor identified in attachment (3).

Roads, Alleys, and Parking Areas:

Areas to be cleared and have traction improvement substances applied will be dependent on the Facilities Manager or APWO authorized level of work.

Snow removal will be performed in the following areas and in order of priority as follows:

Rear Gate area near B-88, including the barrier area.

Case 1:06-cv-00242-AK   Document 25-4   Filed 03/30/2007   Page 5 of 12

Main Gate entrance and the A/B areas between Buildings 7 and 1.

Seminary Drive and Mount Vernon Drive

Intelligence Way and Cryptologic Court

Wenger Street

Somers Court

Enigma and Mulhare

Gatesley House and visitor lot

Lot 9

Lot 11

Snow removal will commence on Quarters A areas at the request of the Facilities Manager or APWO, and prioritized in accordance with the terms of that request.

Sand will be the preferred method for snow control/traction improvement at Quarters A. Icemelt will not be used.

Walkways, Stairs, Steps, and Outside Landings:

WSI facility maintenance personnel will accomplish snow control procedures on sidewalks, steps, porches, and inaccessible areas at the Nebraska Avenue Complex. Additionally, snow control procedures will be performed, when requested, on all public sidewalks adjoining the Nebraska Avenue Complex (see Attachment 4).

Magnesium chloride will only be used to remove ice on concrete surfaces.

Inspections will be made of areas encompassing the barriers at near the gates to ensure they are free of ice and snow and operate properly. Periodic inspections will be made of streets, parking areas, sidewalks, steps, porches, and inaccessible areas to determine if additional applications of ice control and traction improvement substances will be applied as needed

Concrete sidewalks less than one (1) year old will NOT have ice melt applied to them. Sand will be the only traction control used on these walkways

Snow and/or Ice control operations will be performed in the following areas and in order of priority. Historically, the priorities have been addressed as follows:

Sidewalk leading from front and rear gate to the entrances of Buildings 1, 43, 17, 18 and 19

Walkways and entry areas at Buildings. 2, 3, 4, 5, and 20; including handicapped access areas

Stairs and stoops for building 18 and 19

Walkways, steps, and stoops for building. 7

Walkways and steps from parking area 6 to Bravo gate

Access to visitors centers at both gates

Access to entrances of buildings 3, 17 and 21

Walkways to both entrances of building 81

The walkway across from building 19 from Echo gate to building 21

The walkways, stairs and entrances to bldg. 12/13/14

Public sidewalks along Massachusetts Ave. and Nebraska Ave. to include walkways to the Navy Chapel. Should clearing be required on Saturday or Sunday morning, the Navy Chapel and public sidewalks will be the first priority for removal.

Staging of snow removed from Walkways, Stairs, Steps, and Outside Landings will be along the roads and inner parking lot areas pending removal to the outer parking-lot staging areas.

Snow and Ice removal operations will commence on Quarters A areas at the request of the Authorized Government Personnel and prioritized in accordance with the terms of that request.

Completion of Snow and/or Ice control operations:

Upon indication the local weather conditions have reduced in intensity, WSI will notify the Facilities Manager or AWPO and shall be prioritized in accordance with the terms of the request.

Clean up will include removal of traction improvement substances (sand, salt, and icemelt) from roads, parking lots, and sidewalks.

Clean up will also include utilizing the sweeper, brooms, shovels, and any other equipment necessary to remove debris.

Accumulated snow piles from the inner compound staging areas will be relocated to the edge of the outer parking lots. Large quantity snow piles will be removed from the base.

Snow piles may remain in place if the weather forecasts indicate significant melting may occur with 72 hours, or by permission of the Facilities Manager or APWO.

**ATTACHMENT 1**

III. *SNOW AND ICE CONTROL PLAN – WSI INFORMATION*:

   1. WSI MANAGEMENT CONTACT PERSONNEL LISTING: WSI

| Employee Name | WORK PHONE | PAGER | CELL PHONE |
|---|---|---|---|
| WORK CONTROL | 202-364-0682 ext112 | | |
| Duty Manager | 301-674-9269 | 800-333-1626 | |
| Ken Shaw | 202-364-0682 ext. 115 | N/A | 301-674-9270 |
| Harman, Jay | 202-364-0682 ext. 123 | 800-333-1626 | 301-674-9269 |
| Dick Almarode | 202-364-0682 ext. 112 | 202-996-3066 | 202-409-5938 |

   2. WSI SNOW RESPONSE PERSONNEL LISTING:

Personnel below may be utilized in an extreme emergency as Brickman Group, Ltd. .will provide all labor required to perform snow and ice removal

| Craft | Activity | Qty |
|---|---|---|
| Laborers | Shoveling of walkways, steps | 2 |
| General Maintenance Workers | Snow Blowing of sidewalks | 2 |
| General Maintenance Workers | Skid-steer with snow-blade | 1 |
| Other Available Personnel | As required | 4 |
| | | |

*[handwritten annotation in right margin: illegible notes]*

IV. *SNOW AND ICE CONTROL PLAN – SUBCONTRACTOR INFORMATION*:

SUBCONTRACTOR CONTACT PERSONNEL LISTING: Brickman Group Inc.

| Employee Name | Phone Number & Type | SSN | DOB | POB | Citizenship |
|---|---|---|---|---|---|
| | | | | | |
| Graswick, Adam | 301-303-0118(pager) | 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 | 8-8-77 | Pittsburgh, PA | US |
| Lewandowski, Greg | 301-207-8809(pager) | 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 | 5-24-68 | Greensburg, PA | US |
| | | | | | |

   1. CONTRACTOR EQUIPMENT LISTING:
      As required to meet measurement requirements listed in VIII above.

V. <u>SNOW AND ICE CONTROL PLAN – ICE/TRACTION IMPROVEMENT SUBSTANCES</u>:

   A. TRACTION IMPROVEMENT:

      1. Sand, stored in bins near bldg. 49
      2. Rock Salt, stored in B-98 Warehouse

   B. ICE CONTROL:

      1. Ice Melt, 5-Gal pails, located in bldg. 60 and 49. Ice Melt, located in Bldg. 101.
      2. Ice Melt, 5-Gal pails, located at front + rear gates.

Case 1:06-cv-00242-AK    Document 25-4    Filed 03/30/2007    Page 9 of 12





WALKWAYS, STAIRS, STEPS AND OUTSIDE LANDINGS

NOTE: SOLID RED AREA DENOTES SAND ONLY DE-ICING SALTS WILL NOT BE USED ON THESE SURFACES

**PRINCE GEORGE'S COUNTY, MARYLAND**
**DEPARTMENT OF ENVIRONMENTAL RESOURCES**
**LICENSE OFFICE**
**COLLECTOR'S LICENSE**

DATE 9/25/01

I hereby make application for BUSINESS LICENSE to collect, transport or haul solid wastes and/or recyclables in PRINCE GEORGE'S COUNTY, under PRINCE GEORGE'S COUNTY SOLID WASTE ORDINANCE.

Full Name of Owner(s) __Waste Management of Maryland, Inc.__
(please print or type)
Home Address __4900 Beech Place__ Telephone __301-899-6360__
__Temple Hills, MD 20748__
Full Name of Company/Corporation __Waste Management of Greater Washington__
Business Address __4900 Beech Place__ Telephone __301-899-6360__
__Temple Hills, MD 20748__

__X__ Corporation  _____ Co-partnership  _____ Individual

If a Company, Corporation or Co-partnership, fill in blank spaces below:
Incorporated __X__ Yes _____ No
State in which incorporated __Maryland__ Date __05/27/29__
President __Richard T. Felago, 1550 Coraopolis Hgts Rd, Moon Township, PA 15108__
(Name) (Address)
Vice President __Robert Kania, 3016 Yadkin Rd, Chesapeake, VA 23323__
Secretary __Bryan J. Blankfield, 1001 Fannin, Ste 4000, Houston, TX 77002__
Treasurer __Ronald H. Jones, 1001 Fannin, Ste 4000, Houston, TX 77002__

What connection has the above Corporation with ownership, lease holding or operation of said trucks?
__X__ Owner  _____ Holding Co.  _____ Lessee  _____ Operating Co.

(REPORT FORM)
VEHICLE OWNER __Waste Management of Maryland, Inc.__
TRADE OR BUSINESS NAME __Waste Management of Greater Washington__
ADDRESS OF OWNER __4900 Beech Place, Temple Hills, MD 20748__
BUSINESS PHONE __301-899-6360__
P.G. PERMIT NOS. FOR VEHICLES COLLECTING RECYCLABLES:

**ANNUAL QUANTITIES OF MATERIALS COLLECTED**

| MATERIAL COLLECTED | CUBIC YARDS OR TONS (SPECIFY) | FACILITY/MARKET | MATERIAL COLLECTED | CUBIC YARDS OR TONS (SPECIFY) | FACILITY/MARKET |
|---|---|---|---|---|---|
| OFFICE PAPER (COMPUTER, WHITE) | | | TIN/STEEL CANS | | |
| OFFICE PAPER (MIXED/COLOR) | | | ALUMINUM CANS | | |
| NEWSPAPER | | | PLASTICS | | |
| CORRUGATED | | | ORGANICS (WOOD, YARD WASTE) | | |
| GLASS | | | OTHER (including solid wastes) | | |

DEPARTMENT OF ENVIRONMENT EXPIRES 9/30/02

## TERMS AND CONDITIONS OF SERVICE AGREEMENT

**TERM.** The term of this Agreement shall be for thirty-six (36) months from the effective date of service, and shall be automatically renewed [for thirt]y-six (36) months thereafter unless either party shall give written notice of termination (Certified Mail) to the other party at least sixty (60) days but [no] more than one hundred eighty (180) days prior to the termination of the initial term or any renewal term.

**SERVICES RENDERED.** Customer grants to the undersigned (WM) the exclusive right to collect and dispose of all of Customer's Waste Materials [wh]ich include recyclable materials) and agrees to make the payments as provided for herein and WM agrees to furnish such services and equipment [spec]ified above, all in accordance with the terms of this Agreement.

**CHARGES AND PAYMENT.** Customer shall pay Contractor on a monthly basis for the collection and disposal services provided by Contractor [in]cluding all charges for equipment maintenance) in accordance with the schedule of charges shown on the reverse side of this Agreement.

Payment shall be made by Customer within ten (10) days after receipt of an invoice from Contractor. Contractor may impose and Customer [ag]rees to pay, a late fee and interest for all past due payments not to exceed the maximum rate allowed by applicable law. In the event that any payment [is] not made when due, Contractor may, at his sole option, terminate the Agreement on notice to the Customer and recover all past due payments, recover any [eq]uipment on the premises of the Customer, and to recover liquidated damages from Customer as set forth below.

**RATE ADJUSTMENTS.** Because disposal and fuel costs constitute a significant portion of the cost of Contractor's services provided hereunder, [Cu]stomer agrees that Contractor may increase the rates hereunder proportionately to adjust for any increase in such costs or any increases in transportation [cos]ts due to changes in location of the disposal facility. Customer agrees that Contractor may also increase the rates from time to time to adjust for [inc]reases in the Consumer Price Index, and Customer agrees that Contractor may also proportionately pass through to Customer increases in the average [we]ight per container yard of the Customer's Waste Materials, increases in Contractor's costs due to changes in local, state or federal rules, ordinances [or] regulations applicable to Contractor's operations or the services provided hereunder, and increases in taxes, fees or other governmental charges assessed [ag]ainst or passed through to Contractor (other than income or real property taxes), and shall not be withheld by the Customer. Contractor may only [inc]rease rates for reasons other than set forth above with the consent of the Customer. Such consent may be evidenced verbally, in writing or by the [act]ions and practices of the parties.

**CHANGES.** Changes in the Schedule of Charges, frequency of collection service, number, capacity and/or type of equipment may be agreed [to or]ally, in writing, or by the actions and practices of the parties.

**WASTE MATERIAL.** Customer represents and warrants that the materials placed in the equipment shall be "waste material" as defined herein [an]d shall contain no other substances. The term "waste material" as used in these Terms and Conditions shall mean solid waste generated by Customer [ex]cluding radioactive, volatile, highly flammable, explosive, biomedical, infectious, toxic or hazardous materials. The term "hazardous material" shall include [bu]t not be limited to, any amount of waste listed or characterized as hazardous by the United States Environmental Protection Agency or any state agency [pur]suant to the Resource Conservation and Recovery Act of 1976, as amended, or applicable state law. Contractor shall acquire title to the waste material [whe]n it is loaded into Contractor's trucks. Title to and liability for any waste excluded above shall remain with Customer and Customer expressly agrees [to in]demnify and hold harmless Contractor from and against any and all damages, penalties, fines and liabilities resulting from or arising out of [the w]aste excluded above.

**DRIVEWAYS AND PARKING AREAS.** Customer warrants that any right of way provided by Customer for Contractor's equipment location to [and fr]om convenient public way is sufficient to bear the weight of all of Contractor's equipment and vehicles reasonably required to perform the service [he]rein contracted. Contractor shall not be responsible for damage to any private pavement or accompanying sub-surface of any route reasonably necessary [to] perform the services herein contracted and Customer assumes all liabilities for damage to pavement or road service.

**EQUIPMENT.**
 (a) **Responsibility.** The equipment furnished hereunder by Contractor shall remain the property of Contractor; however, Customer [ac]knowledges that it has care, custody and control of the equipment while at the Customer's location and accepts responsibility for all loss or damage [to the] equipment (except for normal wear and tear or for loss or damage resulting from Contractor's handling of the equipment) and for its contents. [Cu]stomer agrees not to overload (by weight or volume), move or alter the equipment, and shall use the equipment only for its proper and intended purposes. [Cu]stomer agrees to indemnify, defend and hold harmless Contractor against all claims, damages, suits, penalties, fines and liabilities for injury or death [to] persons or loss or damage to property arising out of customer's use, operation or possession of the equipment.
 (b) **Access.** Customer agrees to provide unobstructed access to the equipment on the scheduled collection day. If the equipment is [in]accessible so that the regularly scheduled pick up cannot be made, Contractor will promptly notify the Customer and afford the Customer a reasonable [op]portunity to provide the required access; however, Contractor reserves the right to charge an additional fee for any additional collection service required [by] Customer's failure to provide such access.
 (c) **Definition.** The word "equipment" as used in these Terms and Conditions shall mean all containers used for the storage of waste [ma]terial including stationary compaction units, stationary bailing units, waste material loading devices, tanks, tankers, and such other on-site devices as [ma]y be specified on the face of this Agreement.

**LIQUIDATED DAMAGES.** If Customer defaults or attempts to cancel Contractor's services or this Agreement, Customer agrees that the Contractor's [ac]tual damages would be difficult, if not impossible, to calculate. Therefore, Customer agrees that in such event it shall pay all past due sums and, in addition, shall [pa]y as liquidated damages and not as a penalty an amount equal to 30% of the product of the last monthly charge at the time of default or cancellation multiplied by [the] number of months then remaining in the current term of the Agreement, plus all attorney's fees Contractor needs to enforce its rights against Customer for [br]each of said contract.

**ATTORNEY'S FEES.** In the event of a breach of this Agreement by either party, the breaching party shall pay all reasonable attorney's fees, [lit]igation fees and costs of the other party incident to any action brought to enforce this Agreement. In the event Customer fails to pay Contractor all [am]ounts which become due under this Agreement, or fails to perform its obligations hereunder, and Contractor refers such matter to an attorney, Customer [ag]rees to pay, in addition to the amount due, any and all costs incurred by Contractor as a result of such action, including, to the extent permitted by law, [Co]ntractor's attorneys fees.

**ASSIGNMENT AND BENEFIT.** This Agreement shall not be affected by any changes in the Customer's service address if such new address [is lo]cated within Contractor's service area. This Agreement shall be binding on the parties and their successors and assigns.

**EXCUSED PERFORMANCE.** Neither party hereto shall be liable for its failure to perform or delay in performance hereunder due to contingencies [bey]ond its reasonable control including, but not limited to, strikes, riots, compliance with laws or governmental orders, inability to get to container, fires [and] acts of God and such failure shall not constitute a default under this Agreement.