# EXHIBIT J

 

DOC >NOAA >NESDIS >NCDC         Search Field: [        ]    Search NCDC

## Event Record Details

| | |
|---|---|
| Event: **Winter Storm** | State: **District of Columbia** Map of Counties |
| Begin Date: **14 Feb 2003, 08:00:00 AM EST** | Forecast Zones affected: **DISTRICT OF COLUMBIA** |
| Begin Location: **Not Known** | |
| End Date: **18 Feb 2003, 12:00:00 PM EST** | |
| End Location: **Not Known** | |
| Magnitude: **0** | |
| Fatalities: **0** | |
| Injuries: **0** | |
| Property Damage: **$ 0.0** | |
| Crop Damage: **$ 0.0** | |

Description:
A complex storm system produced copious amounts of wintery precipitation across the Washington D.C. metropolitan area between the evening of the 14th and midday on the 18th. The first batch of precipitation fell between the evening of the 14th and the evening of the 15th in the form of light to moderate snow or rain. The second batch of precipitation fell between midnight on the 16th through midday on the 17th in the form of heavy snow or sleet. The third batch of precipitation on the back side of the storm fell between the evening of the 17th and midday on the 18th in the form of scattered snow showers. Nicknamed the President's Weekend Snowstorm of 2003, this storm will go down in history as the 5th heaviest snowstorm in Washington D.C. since records began in 1870. A total of 16.7 inches of snow and sleet was recorded at Ronald Reagan Washington National Airport. This massive storm took a heavy toll on residents, structures, transportation systems, emergency responders, businesses, livestock, and travelers. Local officials urged people to stay off the roads during the height of the storm between the morning of the 16th and the morning of the 17th. Roads were covered by deep snow and sleet and were nearly impassable. National Airport was shut down on the 16th, stranding hundreds of travelers. Above ground subway stations and all Metrobus service was suspended during the height of the storm. Emergency personnel and those needing emergency transport had to be taken to their destinations in 4 wheel drives. Main highways were partially cleared by the 18th but it took up to 5 days to reach some secondary and residential roads. Schools were closed up to 4 days after the storm ended. Heavy accumulations weighed down on buildings and several structural collapses occurred. A portion of the roof collapsed at the historic O Street Market. A drugstore in Northeast collapsed. The awning on a Georgetown restaurant caved in. The federal government was shut down for two days by the storm.

| Privacy Policy | HOW ARE WE DOING? A user survey | FIRSTGOV | Disclaimer |

*This page dynamically generated 18 Sep 2006 from:*
*http://www4.ncdc.noaa.gov/cgi-win/wwcgi.dll?wwEvent~storms*
*Please send questions or comments about this system to Stuart.Hinson@noaa.gov*
*Please see the NCDC Contact Page if you have questions or comments.*

 

DOC >NOAA >NESDIS >NCDC　　Search Field:｜　　　　　Search NCDC

# Event Record Details

Event: **Flood**　　　　　　　　　　　　State: **District of Columbia**
Begin Date: **22 Feb 2003, 08:00:00 AM EST**　　　　Map of Counties
Begin Location: **Not Known**　　　　　　Forecast Zones affected: **DISTRICT OF COLUMBIA**
End Date: **23 Feb 2003, 06:00:00 AM EST**
End Location: **Not Known**
Magnitude: **0**
Fatalities: **0**
Injuries: **0**
Property Damage: **$ 0.0**
Crop Damage: **$ 0.0**

Description:
**A combination of 2.5 to 3 inches of rain that fell between the evening of the 21st and the morning of the 23rd and snow melt from the massive snowstorm of 14-18 February led to urban flooding. The Mt. Vernon Square/UDC subway station was closed by flood waters. Thirty basements across the city were flooded. In addition, Columbia Road NW, Whitney Young Bridge, and Naylor Road were covered by water.**

Privacy Policy　　　How are we doing? A user survey　　　FirstGov　　　Disclaimer

*This page dynamically generated 18 Sep 2006 from:*
*http://www4.ncdc.noaa.gov/cgi-win/wwcgi.dll?wwEvent~storms*
*Please send questions or comments about this system to Stuart.Hinson@noaa.gov*
*Please see the NCDC Contact Page if you have questions or comments.*

 

DOC >NOAA >NESDIS >NCDC        Search Field:                    Search NCDC

## Event Record Details

Event: **Strong Wind**  
Begin Date: **23 Feb 2003, 06:00:00 AM EST**  
Begin Location: **Not Known**  
End Date: **23 Feb 2003, 10:00:00 PM EST**  
End Location: **Not Known**  
Magnitude: **30**  
Fatalities: **0**  
Injuries: **0**  
Property Damage: **$ 0.1K**  
Crop Damage: **$ 0.0**

State: **District of Columbia**  
Map of Counties  
Forecast Zones affected: **DISTRICT OF COLUMBIA**

Description:
**A strong cold front moved through the region around dawn on the 23rd. This front ushered in winds that gusted between 40 and 50 MPH. A wind gust of 50 MPH was recorded at Children's Hospital. Due to the soft saturated soil from heavy rains and snow melt, the gusty winds downed a few trees and power lines. A handful of power outages were reported.**

Privacy Policy        HOW ARE WE DOING? A user survey        FIRSTGOV        Disclaimer

*This page dynamically generated 18 Sep 2006 from:*
*http://www4.ncdc.noaa.gov/cgi-win/wwcgi.dll?wwEvent~storms*
*Please send questions or comments about this system to Stuart.Hinson@noaa.gov*
*Please see the NCDC Contact Page if you have questions or comments.*

  

DOC >NOAA >NESDIS >NCDC       Search Field:                    Search NCDC

# Event Record Details

**Event:** Winter Weather/mix
**Begin Date:** 26 Feb 2003, 06:00:00 AM EST
**Begin Location:** Not Known
**End Date:** 28 Feb 2003, 12:00:00 PM EST
**End Location:** Not Known
**Magnitude:** 0
**Fatalities:** 0
**Injuries:** 0
**Property Damage:** $ 0.0
**Crop Damage:** $ 0.0

**State:** District of Columbia
Map of Counties
**Forecast Zones affected:** DISTRICT OF COLUMBIA

**Description:**
A series of low pressure systems that tracked from the Gulf Coast to Cape Hatteras dropped light snow off and on between the morning of the 26th and midday on the 28th. A total of 4.8 inches of snow accumulated at the National Arboretum and 5.3 inches was recorded at Reagan Washington National Airport. Minor traffic accidents occurred across the metropolitan area after the fallen snow made roads slippery.

---

Privacy Policy    How are we doing? A user survey    FIRSTGOV    Disclaimer

*This page dynamically generated 18 Sep 2006 from:*
*http://www4.ncdc.noaa.gov/cgi-win/wwcgi.dll?wwEvent~storms*
*Please send questions or comments about this system to Stuart.Hinson@noaa.gov*
*Please see the NCDC Contact Page if you have questions or comments.*