# EXHIBIT K

## THE BRICKMAN GROUP, LTD.
## SNOW REMOVAL SITE VISIT REPORT

**JOB SITE:** NAC  
**COST CODE:** ES03500

**SUPERVISOR:** ADAM BRASWICK  

**DATE:** 2/14/03   *FRIDAY*  
**STORM DAY:** 1 OF 1

**TYPE OF PRECIPITATION:** —   **AMOUNT IN INCHES:** —

### PLOWING/SPREADING

| START TIME: | END TIME: |
|---|---|
| 4:30 | 8:00PM |

**TOTAL HOURS:** 3½ hrs.

**# OF PLOWS:** 1  
**# OF SPREADERS:** 1

**SALT USED:**  
**BULK (Tons)** 2 tons

**BAGGED (50 lbs.)**

**MAGNESIUM USED:**  
**BAGGED (50 lbs.)**

### BOBCAT LOADER

**# OF LOADERS:**

| START TIME: | END TIME: |
|---|---|

**TOTAL HOURS:**

### WALKBEHIND PLOW / SNOW THROWER

**# OF MACHINES:**

| START TIME: | END TIME: |
|---|---|

**TOTAL HOURS:**

### HAND LABOR

| START TIME: | END TIME: |
|---|---|

**TOTAL HOURS:**

**# OF LABORERS:**

**SALT USED:**  
**BAGGED (50 lbs.)**

**MAGNESIUM USED:**  
**BAGGED (50 lbs.)**

**COMMENTS:** Pretreated interior/exterior roads and parking lots

# THE BRICKMAN GROUP, LTD.
## SNOW REMOVAL SITE VISIT REPORT

**JOB SITE:** NAC  
**COST CODE:** ES03500  
**SUPERVISOR:** ADAM GRASWICK  
**DATE:** 2/16/03  
**STORM DAY:** SUNDAY 3 OF 1  

**TYPE OF PRECIPITATION:** SNOW  
**AMOUNT IN INCHES:** 20"

### PLOWING/SPREADING

| Date | START TIME | END TIME | Hrs |
|---|---|---|---|
| 2/16/03 | 5:00AM | 12AM | 19 |
| SUBS | | | |
| 1) | 5:00AM | 12AM | +19 |
| | 5:00AM | 12AM | +19 |
| BIG LOADER | 3:15PM | 12AM | +9 |
| **TOTAL HOURS:** | 19 | | 66 HRS |

**# OF PLOWS:** 1  
**# OF SPREADERS:** 1  
**SALT USED:**  
**BULK (Tons):** —  
**BAGGED (50 lbs.):**  
**MAGNESIUM USED:**  
**BAGGED (50 lbs.):**  

### BOBCAT LOADER

**# OF LOADERS:** 1  

| Date | START TIME | END TIME |
|---|---|---|
| 2/16/03 | 7:00A | 12A |

**TOTAL HOURS:** 17

### WALKBEHIND PLOW / SNOW THROWER

**# OF MACHINES:** 3  

| Date | START TIME | END TIME | |
|---|---|---|---|
| 2/16/03 | 7:00A | 12A | 17 HRS. |

**TOTAL HOURS:** 51

### HAND LABOR

| Date | START TIME | END TIME |
|---|---|---|
| 2/16/03 | 7:00A | 12A |

**TOTAL HOURS:** 17

**# OF LABORERS:** 1  
**SALT USED:**  
**BAGGED (50 lbs.):**  
**MAGNESIUM USED:**  
**BAGGED (50 lbs.):**  

**COMMENTS:** Subs: 5AM-12AM 2 trucks  BigLoader 3:15PM-12AM  
DAVE/ERIC  
Waiting for sub info to confirm

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC  COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/17/03  STORM DAY (MONDAY): 4 OF 1

TYPE OF PRECIPITATION: SNOW   AMOUNT IN INCHES: 20"

### PLOWING/SPREADING

2/17/03
START TIME: 12A  END TIME: 5PM  17
SUBS
12AM  1PM  13
316 LOADER 12AM  1PM  13
12AM  2:10AM  2
TOTAL HOURS: 17   45 HRS

# OF PLOWS: 1
# OF SPREADERS:
SALT USED: BULK (Tons)
BAGGED (50 lbs.)
MAGNESIUM USED: BAGGED (50 lbs.)

### BOBCAT LOADER
# OF LOADERS: 1
2/17/03 START TIME: 12A  END TIME: 4PM
TOTAL HOURS: 16

### WALKBEHIND PLOW / SNOW THROWER
# OF MACHINES: 3
START TIME: 12A  END TIME: 4PM
TOTAL HOURS: 48

### HAND LABOR
2/17/03
START TIME: 12A  END TIME: 12PM  + 12 HRS
5PM  9PM  4 HRS
16 HRS
TOTAL HOURS: 16

# OF LABORERS: 1
SALT USED: BAGGED (50 lbs.)
MAGNESIUM USED: BAGGED (50 lbs.)

COMMENTS: Subs: 12AM - 1pm 2 trucks Big Loader 12AM - 2:10 AM
DAVE/ERIC

Waiting for Sub-info to confirm

97 hrs.

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC
COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/18/03
STORM DAY: TUESDAY 5 OF 1
TYPE OF PRECIPITATION: SNOW
AMOUNT IN INCHES: 20"

## PLOWING/SPREADING

| START TIME | END TIME |
|---|---|
| 8:00A | 9:00A |

TOTAL HOURS: 1

# OF PLOWS: 1
# OF SPREADERS: 
SALT USED:
BULK (Tons): 1 1/2 tons
BAGGED (50 lbs.):
MAGNESIUM USED:
BAGGED (50 lbs.):

## BOBCAT LOADER
ADAM/FREDDY
# OF LOADERS: 2

| START TIME | END TIME |
|---|---|
| 5:30AM | 6:30PM |
| 7:00A | 5:00PM |

TOTAL HOURS: 22

## WALKBEHIND PLOW / SNOW THROWER
# OF MACHINES: 2

| START TIME | END TIME |
|---|---|
| 7:00A | 11:30A  4.5 HRS |

TOTAL HOURS: 9

## HAND LABOR

3guys  
7guys

| START TIME | END TIME | |
|---|---|---|
| 11:30A | 1:00PM | 4.5 HRS |
| 1:00PM | 5:00 AM | +28 HRS |
| | | 32.5 HRS |

# OF LABORERS: 3 + 4
SALT USED:
BAGGED (50 lbs.):
MAGNESIUM USED:
BAGGED (50 lbs.):

TOTAL HOURS: 32.5

COMMENTS:

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC                    COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/19/03                    STORM DAY: WED  6 OF 1

TYPE OF PRECIPITATION: —         AMOUNT IN INCHES: —

## PLOWING/SPREADING

| START TIME: | END TIME: | | |
|---|---|---|---|

TOTAL HOURS:

# OF PLOWS:
# OF SPREADERS:
SALT USED:
BULK (Tons)
BAGGED (50 lbs.)
MAGNESIUM USED:
BAGGED (50 lbs.)

## BOBCAT LOADER

# OF LOADERS: 1

| START TIME: | END TIME: |
|---|---|

TOTAL HOURS: 4½

## WALKBEHIND PLOW / SNOW THROWER

# OF MACHINES:

| START TIME: | END TIME: |
|---|---|

TOTAL HOURS:

## HAND LABOR

| START TIME: | END TIME: |
|---|---|

TOTAL HOURS:

# OF LABORERS:
SALT USED:
BAGGED (50 lbs.)
MAGNESIUM USED:
BAGGED (50 lbs.)

COMMENTS: CLEANED UP PARKING SPACES/OTHER AREAS STILL SOMEWHAT COVERED

**THE BRICKMAN GROUP, LTD.**
**SNOW REMOVAL SITE VISIT REPORT**

JOB SITE: NAC  COST CODE: ES03500
SUPERVISOR: ADAM GRASWICK
DATE: 2/23/03 SUNDAY  STORM DAY: ___ OF ___

TYPE OF PRECIPITATION: ___  AMOUNT IN INCHES: ___

**PLOWING/SPREADING**

| START TIME: | END TIME: |
|---|---|
| | |

# OF PLOWS: ___
# OF SPREADERS: ___
SALT USED:
BULK (Tons) ___
BAGGED (50 lbs.) ___
MAGNESIUM USED:
BAGGED (50 lbs.) ___

TOTAL HOURS: ___

~~BOBCAT LOADER~~ RUBBER TIRE LOADER
# OF LOADERS: 1

| START TIME: | END TIME: |
|---|---|
| 8 AM | 4 PM |

TOTAL HOURS: 8

**WALKBEHIND PLOW / SNOW THROWER**
# OF MACHINES: ___

| START TIME: | END TIME: |
|---|---|
| | |

TOTAL HOURS: ___

**HAND LABOR**

| START TIME: | END TIME: |
|---|---|
| | |

# OF LABORERS: ___
SALT USED:
BAGGED (50 lbs.) ___
MAGNESIUM USED:
BAGGED (50 lbs.) ___

TOTAL HOURS: ___

COMMENTS: Moved snow piles from big parking lots