IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN | * |
| Plaintiff | * |
| vs. | * Civil Action No. 06-0242(AK) |
| THE WACKENHUT CORPORATION, <u>et al.</u> | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S PROPOSED VOIR DIRE**

The Plaintiff, Michael Philbin, by and through his counsel, Jerry Spitz, Robert G. Samet and Kelly E. Cook and Ashcraft & Gerel, respectfully submits the following proposed *voir dire* of the jury panel:

The Court will please describe the nature of the case to the jury.

The Court will please introduce the parties and their respective counsel to the jury.

The Court is going to ask you several questions. If anyone on the jury panel has an affirmative response to any of the questions posed, I ask that he or she rise, and, when asked to do so, give your full name, followed by your response:

l. Do any members of the jury panel have personal knowledge of the occurrence to which the Court has just referred?

Are any members of the jury panel acquainted with the Plaintiff or Defendant or their respective counsel?

If so, please state with whom you are acquainted and in what capacity.

2. Would the fact that you know (name) in any way affect your ability to fairly and impartially decide this case based upon the facts and evidence?

     3. I understand that the following witnesses may be called to testify during the course of this trial. They are: (The Court will please read the names of all witnesses).

     Are any members of the jury panel acquainted with these witnesses?

     If so, please state with whom you are acquainted and in what capacity.

     Would the fact that you know (name) in any way affect your ability to fairly and impartially decide this case based upon the facts, evidence and the law?

     4. Have any members of the jury panel ever been a party in a lawsuit?

     If so, state the nature of your involvement.

     5. Are or were any members of the prospective jury panel, or any members of their families ever: lawyers, paralegals, legal secretaries, doctors, or an employee of an insurance company?

     If so, please state the field of employment and the name and relationship of the persons so employed.

     6. Has any member of the jury panel or any member of their families ever had experience receiving, processing, reviewing or been involved in a lawsuit or legal claim before?

     Would the fact that you or any member of your immediate family if so employed in any way affect your ability to fairly decide this case?

     7. Has any member of the jury panel ever served on a jury before?

     If so, please state the date and what type of case.

     8. Does any member of the jury panel have any reason why they could not fairly decide this case?

     If so, please approach the Bench and advise the Court.

9. Does anyone on the panel have any moral, religious or philosophical leanings against claims for personal injuries and for money damages?

10. Do any of you feel that there are too many lawsuits?

11. Does anyone have any views about the jury trial system that might make it difficult for you to serve in this case and base your verdict solely on the evidence?

12. Is there anyone here who feels that if you were seriously hurt by someone else's carelessness or negligence, you would not bring a lawsuit or claim because you do not believe in suing other people?

13. Much has been written and reported in the news media concerning tort reform and the desire of various advocates of tort reform to keep damages and jury verdicts low in order to discourage lawsuits.  Do any of you hold any views concerning tort reform and litigation which you feel may in any way influence your judgment in this case?

14. Have any of you recently read anything in the newspapers or magazines, or heard anything on the radio or television, concerning medical malpractice or medical negligence cases or tort reform? [The Court is requested to inquire what that information had been, what judgments they have drawn there from, and whether their conduct as jurors in the present malpractice action would be affected thereby]

RESPECTFULLY SUBMITTED,

ASHCRAFT & GEREL, LLP

     /s/   Jerry Spitz     
Jerry Spitz #413137

>  /s/   Kelly E. Cook
> Kelly E. Cook, *pro hac vice*
> 11300 Rockville Pike, Suite 1002
> Rockville, Maryland 20852
> (301) 770-3737
> Attorneys for Plaintiff