IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL J. PHILBIN | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. 06-0242(AK) |
| THE WACKENHUT CORPORATION, et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S PROPOSED VERDICT SHEET**

**VERDICT**

1. Do you find by a preponderance of the evidence that the Defendant, Wackenhut Services, Inc., was negligent and as a result of that negligence the Plaintiff, Michael Philbin was injured?

    [ ] Yes.

    [ ] No.

    Go on to Question No. 2.

2. Do you find by a preponderance of the evidence that the Defendant, The Brickman Group Ltd., was negligent and as a result of that negligence the Plaintiff, Michael Philbin, was injured?

    [ ] Yes.

    [ ] No.

    If your answers to **BOTH** Question 1 **AND** 2 are "No," then stop, you have reached a verdict. If your answer to either question 1 **OR** 2, or both 1 and 2, is "Yes" go to Question 3.

3. Do you find by a preponderance of the evidence that Mr. Philbin was negligent, and that his negligence contributed to his injury?

[ ] Yes.

[ ] No.

If your answer to Question 3 is "Yes," stop. You have reached a verdict. If your answer to Question 3 is "No" go on to Question 4.

4. Do you find by a preponderance of the evidence that Mr. Philbin knowingly and voluntarily assumed the risk of his injury?

[ ] Yes.

[ ] No.

If your answer to Question 4 is "Yes," stop. You have reached a verdict. If your answer to Question 4 is "No" go on to Question 5.

5. Please complete the following worksheet by entering the amount(s) of money damages you find by a preponderance of the evidence to compensate Mr. Philbin for the elements of damages you find to exist by a preponderance of the evidence.

Past Medical Expenses            $ _____.___

Past Lost Wages                  $ _____.___

Past and future pain, suffering, mental anguish
and other non-economic harms     $ _____.___

Stop. You have reached a verdict.