IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT WACKENHUT SERVICES, INCORPORATED'S
PROPOSED JURY INSTRUCTIONS**

The Defendant, Wackenhut Services, Incorporated, requests that this Honorable Court

give the following standardized jury instructions and states as follows:

A.    STANDARDIZED JURY INSTRUCTIONS[1]

1.    §1.01 Function of the Court (Instruction1-1),

2.    §1.02 Function of the Jury (Instruction 1-2),

3.    §1.03 Significance of Party Designations (Instruction 1-3),

4.    §1.04 Juror's Duty to Deliberate (Instruction 1-4),

5.    §1.05 Attitude and Conduct of Jurors (Instruction 1-5),

6.    §1.06 Instructions To Be Considered As A Whole (Instruction 1-6),

7.    §1.07 Courts' Commenting On The Evidence (Instruction 1-7),

8.    §1.08 Court's Questions To Witnesses (Instruction 1-8),

9.    §1.09 Jury Not To Take Cue From Judge (Instruction 1-9),

---

[1]From Standardized Civil Jury Instructions for the District of Columbia as revised 08/06.

10.    §1.10 Rulings On Objections (Instruction 1-10),

11.    §1.11 Equality of Litigants-Corporations (Instruction 1-11),

12.    §2.01 Evidence In The Case (Instruction 2-1),

13.    §2.02 Evidence In The Case-Judicial Notice (Instruction 2-2),

14.    §2.03 Inferences (Instruction 2-3),

15.    §2.04 Inadmissible and Stricken Evidence (Instruction 2-4),

16.    §2.05 Statements of Counsel (Instruction 2-5),

17.    §2.06 Jury's Recollection Controls (Instruction 2-6),

18.    §2.07 Evidence Admitted Against One Party Only (Instruction 2-7),

19.    §2.08 Burden of Proof (Instruction 2-8),

20.    §2.09 Evidence Produced by Adversary (Instruction 2-9),

21.    §3.01 Jury To Determine Credibility of Witnesses (Instruction 3-1),

22.    §3.03 Expert Opinion (Instruction 3-3),

23.    §3.05 Depositions As Evidence (Instruction 3-5),

24.    §3.08 Impeachment By Prior Inconsistent Statements (Instruction 3-8),

25.    §4.02 Defense As To One Plaintiff Only (Instruction 4-2),

26.    §4.03 Multiple Defendants (Instruction 4-3),

27.    §5.01 Elements of a Negligence Cause of Action (Instruction5-1),

28.    §5.02 Negligence Defined (Instruction 5-2),

29.    §5.03 Relative Concept (Instruction 5-3),

30.    §5.04 Extreme Caution or Exceptional Skill Not Required (Instruction 5-4),

31.    §5.12 Proximate Cause Defined (Instruction 5-12),

32.     §5.15 Contributory Negligence Defined (Instruction 5-15),

33.     §5.17 Assumption of Risk (Instruction 5-17),

34.     §5.19 Fact of Accident Alone (Instruction 5-19),

35.     §6.06 Independent Contractor (Instruction 6-6),

36.     §6.06C Employer's Liability For Negligently Hiring Independent Contractor (Instruction 6-6C),

37.     §10.05 Slip and Fall (Instruction 10-5),

38.     §12.01 Damages-Jury To Award (Instruction 12-1),

39.     §12.02 Extent of Damages (Instruction 12-2),

40.     §12.03 Burden of Proof-Speculative Damages (Instruction 12-3),

41.     §12.04 Multiple Defendants - Size of Verdict (Instruction 12-4),

42.     §12.07 Duty To Mitigate Damages (Instruction 12-7),

43.     §13.01 Damages-Elements (Instruction 13-1), and

44.     §13.10 Life Expectancy (Instruction 13-10).


Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P.


By:   /s/  *Deborah Murrell Whelihan*
        Deborah Murrell Whelihan, #412454
        1100 Connecticut Avenue, N.W.
        Suite 600
        Washington, D.C.  20036
        (202) 296-4747

        Attorneys for Defendant Wackenhut Services,
Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant Wackenhut Services,

Incorporated's Proposed Jury Instructions were served electronically on this <u>28th</u> day of June,

2007 to:

> Robert G. Samet, Esquire
> Kelly E. Cook, Esquire
> Ashcraft & Gerel, LLP
> One Central Plaza
> Suite 1002
> 11300 Rockville Pike
> Rockville, MD 20852,
> Attorneys for Plaintiff;
>
> Jerry D. Spitz, Esquire
> Ashcraft & Gerel, LLP
> 2000 L Street, NW
> Suite 400
> Washington, DC  20036,
> Attorneys for Plaintiff; and
>
> H. Patrick Donohue, Esquire
> Armstrong, Donohue, Ceppos &
>   Vaughan, Chartered
> 204 Monroe Street
> Suite 101
> Rockville, MD 20850,
> Attorney for Defendant The Brickman Group, Ltd.

>   /s/ ***Deborah Murrell Whelihan***
> Deborah Murrell Whelihan

4