IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0242 (AK) |
| ) | |
| THE WACKENHUT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**LADIES AND GENTLEMEN OF THE JURY**:   It is your duty to return a verdict in the form of written answers to written questions which are being submitted by the Court to you for each plaintiff. Your answers will constitute your verdict. Each answer is to be written in the space provided after each question. Before making each answer, all of you must agree upon it. It is your duty as jurors to answer each of the these questions in accordance with the evidence in the case and the Court's instructions:

1. Do you find, by a preponderance of the evidence, that the defendant, Wackenhut Services, Incorporated, hired the defendant, The Brickman Group, Ltd, as an independent contractor, and that the defendant, Wackenhut Services, Incorporated, did not retain control over the services provided by the defendant, The Brickman Group, Ltd., to the Department of the Navy?

    YES_____                               NO_____

    **If your answer is "YES," please go to Question No. 3. If your answer is "NO," please go to Question 2.**

2. Do you find, by a preponderance of the evidence, that the plaintiff, Michael J. Philbin, proved that the defendant, Wackenhut Services, Incorporated, was negligent?

    YES_____                               NO_____

    **Please go to Question 3.**

3. Do you find, by a preponderance of the evidence, that the plaintiff, Michael J. Philbin, proved that the defendant, The Brickman Group, Ltd., was negligent?

    YES_____                               NO_____

**Please go to Question 4.**

4.  Do you find, by a preponderance of the evidence, that the defendants proved that the plaintiff, Michael J. Philbin, assumed the risk of his injuries?

 YES_____                                        NO_____

**Please go to Question 5.**

5.  Do you find, by a preponderance of the evidence, that the defendants proved that the plaintiff, Michael J. Philbin, was contributorily negligent or negligent?

 YES_____                                        NO_____

**Please go to Question 6.**

6.  What, if any, amounts of compensatory damages do you award the plaintiff for the following:

   Past Medical Expenses          _____

   Lost Wages                             _____

   Non-economic damages (Pain and suffering
   and emotional distress):            _____

   IF YOU HAVE COMPLETED THIS VERDICT SHEET, YOU HAVE RENDERED YOUR VERDICT ON LIABILITY AND COMPENSATORY DAMAGES AND YOUR DELIBERATIONS AS TO THIS PHASE OF THE TRIAL ARE CONCLUDED.  PLEASE NOTIFY THE CLERK.


DATE:_____          _____
                                                                              FOREPERSON