IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL J. PHILBIN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil Action No. 06-0242(AK) |
| | * | |
| THE WACKENHUT CORPORATION, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

The Plaintiff, Michael Philbin, requests that this Honorable Court give the following jury instructions in addition to those instructions requested by the Defendant, Wackenhut Services, Inc.

Standardized Jury Instructions

2-10   DIRECT AND CIRCUMSTANTIAL EVIDENCE

3-10   CHARTS AND SUMMARIES

4-4    COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS

5-5    RIGHT TO ASSUME PROPER CONDUCT BY OTHERS

5-13   CONCURRING CAUSES

6-1    ESTABLISHING EMPLOYER-EMPLOYEE RELATIONSHIP

6-2    VICARIOUS LIABILITY -- BASIS

6-4    AGENCY OR SCOPE OF EMPLOYMENT CONTESTED

6-5   EMPLOYER AND EMPLOYEE SUED

10-1   OWNER'S DUTY DEPENDENT ON PLAINTIFF'S STATUS

10-3   PERSON LAWFULLY UPON THE LAND --

DEFINITION OF AND DUTY TOWARD

10-4   OCCUPANT -- SAME DUTY AS OWNER

12-5   DAMAGE VERDICT -- MULTIPLE DEFENDANTS

13-3   MEDICAL TREATMENT -- PAST AND PRESENT

13-4   LOST EARNINGS -- PAST AND PRESENT

13-9   RECOVERY FOR EMOTIONAL DISTRESS

Respectfully submitted,

ASHCRAFT & GEREL, LLP

   Kelly Cook   /s/
Kelly E. Cook, *pro hac vice*
Robert G. Samet, *pro hac vice*
Jerry Spitz, #413137
11300 Rockville Pike, Suite 1002
Rockville, MD 20852
(301) 770-3737
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Plaintiff's Proposed Jury Instructions, has been furnished by United States Mail, postage pre-paid and addressed to:

H. Patrick Donohue, Esquire
ARMSTRONG, DONOHUE, DEPPOS & VAUGHAN
Suite 101
204 Monroe Street
Rockville, Maryland 20850
Deborah Murrell Whelihan, Esquire
JORDAN, COYNE & SAVITS, LLP
Suite 600
1100 Connecticut Avenue, N.W.
Washington, DC  20036

this 9th day of July, 2007.

                                Kelly E. Cook    /s/_____
                                    Kelly E. Cook