IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN,<br><br>    Plaintiff,<br>v.<br><br>THE WACKENHUT CORPORATION, et al.,<br><br>    Defendants. | Civil Action No.: 06-0242 (AK) |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF THE DEFENDANT AND CROSS-DEFENDANT
### THE WACKENHUT CORPORATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the plaintiff, Michael J. Philbin, and the defendants, The Wackenhut Corporation, Wackenhut Services, Incorporated, and The Brickman Group, Ltd.; by and through their respective and undersigned attorneys, agree and stipulate to the dismissal with prejudice only of the defendant, The Wackenhut Corporation, from this litigation both as an original defendant and as a cross-defendant.

Respectfully submitted,

| ASHCRAFT & GEREL, LLP | JORDAN, COYNE & SAVITS, L.L.P |
|---|---|
| By: /s/<br>  Robert G. Samet, #963587<br>  Kelly E. Cook, *pro hac vice*<br>  One Central Plaza, Suite 1002<br>  11300 Rockville Pike<br>  Rockville, MD 20852<br>  (301) 770-3737<br>Attorney for Plaintiff | By: /s/<br>  Deborah Murrell Whelihan, #412454<br>  1100 Connecticut Avenue, N.W.<br>  Suite 600<br>  Washington, DC 20036<br>   (202) 296-4747<br>Attorney for Defendant/Cross-Plaintiff and Cross-Defendant Wackenhut Services, Incorporated |

| | |
|---|---|
| ASHCRAFT & GEREL, LLP | ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED |
| By: /s/ <br> Jerry D. Spitz, #413137 <br> 2000 L Street, N.W. <br> Suite 400 <br> Washington, DC 20036 <br> (202) 783-6400 | By: /s/ <br> H. Patrick Donohue, #269687 <br> 204 Monroe Street <br> Suite 101 <br> Rockville, MD 20850 <br> (301) 251-0440 |
| Attorney for Plaintiff | Attorney for Defendant/Cross-Defendant and Cross-Plaintiff The Brickman Group, Ltd. |