IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. PHILBIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE WACKENHUT CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-0242 (AK) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the plaintiff, Michael J. Philbin, the defendant/cross-plaintiff/cross-defendant, Wackenhut Services, Incorporated, and the defendant/cross-plaintiff/cross-defendant, The Brickman Group, Ltd.; by and through their respective and undersigned attorneys, agree and stipulate to the dismissal with prejudice of this litigation and all claims and cross-claims filed therein.

Respectfully submitted,

| ASHCRAFT & GEREL, LLP | JORDAN, COYNE & SAVITS, L.L.P |
|---|---|
| By: /s/<br>  Robert G. Samet, #963587<br>  Kelly E. Cook, *pro hac vice*<br>  One Central Plaza, Suite 1002<br>  11300 Rockville Pike<br>  Rockville, MD 20852<br>  (301) 770-3737<br>Attorney for Plaintiff | By: /s/<br>  Deborah Murrell Whelihan, #412454<br>  1100 Connecticut Avenue, N.W.<br>  Suite 600<br>  Washington, DC 20036<br>   (202) 296-4747<br>Attorney for Defendant/Cross-Plaintiff and Cross-Defendant Wackenhut Services, Incorporated<br>and for Defendant/Cross-Defendant<br>The Wackenhut Corporation |

| ASHCRAFT & GEREL, LLP | ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED |
|---|---|
| By: /s/ <br> Jerry D. Spitz, #413137 <br> 2000 L Street, N.W. <br> Suite 400 <br> Washington, DC 20036 <br> (202) 783-6400 | By: /s/ <br> H. Patrick Donohue, #269687 <br> 204 Monroe Street <br> Suite 101 <br> Rockville, MD 20850 <br> (301) 251-0440 |
| Attorney for Plaintiff | Attorney for Defendant/Cross-Defendant and Cross-Plaintiff The Brickman Group, Ltd. |